FILED

2003 OCT 23  P 12: 11

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN, | : |
| Plaintff, | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| v. | : |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY | : OCTOBER 21, 2003 |

**MOTION FOR EXTENSION OF TIME
TO DISCLOSE EXPERTS**

The plaintiff in the above-captioned matter hereby requests an additional extension of time for sixty (60) days in which to disclose experts. To date, the plaintiff has received no discovery responses from the defendant who has sought and received extensions of time to comply. In addition, the plaintiff filed a Motion to Compel Production, but the Court has not yet ruled upon said motion. The plaintiff has been unable to ascertain whether local counsel for the defendant consents to a sixty (60) extension of time.

Accordingly, the plaintiff respectfully requests an additional sixty (60) days following October 24, 2003 to properly disclose experts.

PLAINTIFF,

BY _____
Everett H. Madin, Jr. CT12297
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106
Ph:  860-522-1196
Fax: 860-246-5847

      This is to certify that a true and correct copy of the foregoing motion was mailed via First Class Mail, postage pre-paid, on this the 21nd day of October, 2003 to the following counsel of record:

John T. Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
Greenwich, CT 06830

Andrew Muscato, Esq.
Skadden, Arps, Slate, Meager & Flom
One Newwark Center
Newark, NJ 07102

_____
Everett H. Madin, Jr.

ORDER

Upon the foregoing motion and for good cause shown the same is hereby:

GRANTED/DENIED                    BY THE COURT,

_____

RISCASSI & DAVIS, P. C.  •  ATTORNEYS-AT-LAW  •  131 OAK STREET  •  P. O. BOX 261557  •  HARTFORD, CT 06126-1557  •  (860) 522-1196