FILED

2003 OCT 23  P 12: 07

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,        :
Plaintiff,           :
                     :
v.                   :        Civil No. 3:02CV1802 (AVC)
                     :
BANKERS LIFE AND CASUALTY :
COMPANY,             :
Defendant            :        OCTOBER 21, 2003

### MOTION TO DETERMINE SUFFICIENCY OF RESPONSES TO REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of the Rules of Civil Procedure and L. Civ. R. 37, the plaintiff respectfully requests that the court determine the sufficiency of the defendant's answers to the plaintiff's requests for admissions. The subject matter of this motion is the plaintiff's Requests for Production dated July 18, 2003. A memorandum detailing the reasons for this motion is attached. Plaintiff's counsel has discussed this matter with opposing counsel, Kathy Creenan, and no resolution was reached.

1

PLAINTIFF,

BY_____
Everett H. Madin, Jr.
Federal Bar No: CT12297
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing motion was mailed via First Class Mail, postage pre-paid, on this 21st day of October, 2003 to the following counsel of record:

John Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
P O Box 2250
Greenwich, CT 06830

Andrew Muscato, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
One Newark Center
Newark, NJ 07102

_____
Everett H. Madin, Jr.

2

## **ORDER**

Upon the foregoing motion and for good cause shown the same is hereby ORDERED:

| | | | |
|---|---|---|---|
| **Request for Admissions No. 1** | Granted | / | Denied |
| **Request for Admissions No. 2** | Granted | / | Denied |
| **Request for Admissions No. 11** | Granted | / | Denied |
| **Request for Admissions No. 4** | Granted | / | Denied |
| **Request for Admissions No. 5** | Granted | / | Denied |

BY THE COURT,

_____, J.

RISCASSI & DAVIS, P.C.  •  ATTORNEYS-AT-LAW  •  131 OAK STREET  •  P.O. BOX 261557  •  HARTFORD, CT 06126-1557  •  (860) 522-1196