UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -3  P 12: 45

```
-----------------------------------------------x
                                               :
PHILIP GLYNN,                                  :     CIVIL NO. 3-02CV1802 (AVC)
                                               :
         Plaintiff,                            :
                                               :
                                               :
                                               :
BANKERS LIFE AND CASUALTY CO.,                 :
                                               :
         Defendant.                            :     OCTOBER 29, 2003
-----------------------------------------------x
```

DISTRICT COURT
HARTFORD CT

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. Pro. 12(b)(6), defendant Bankers Life and Casualty Company (" Bankers") hereby moves to dismiss the Second and Third Counts of plaintiff's second Amended Complaint (the "Complaint") for failure to state a claim upon which relief can be granted.

As set out in the accompanying memorandum of law, Plaintiff's Complaint asserts claims for violations of (1) the Employment Retirement Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.* (First Count); the Connecticut Unfair Insurance Practices Act, Conn. Gen Stat. §38-815 *et seq.* ("CUIPA") (Second Count); and the Connecticut Unfair Trade Practices Act, Conn. Gen Stat. §41-110b *et seq.* ("CUTPA") (Third Count). Plaintiff's CUIPA and CUTPA claims should be dismissed because: (1) those state claims are preempted by ERISA; (2) Plaintiff has no private right of action under CUIPA; and (3) a single denial of coverage is not a business practice under CUTPA.

1

Accordingly, the Second and Third Counts of plaintiff's Complaint should be dismissed for failure to state a claim upon which relief can be granted.

                THE DEFENDANT
                BANKERS LIFE AND CASUALTY
                COMPANY

                BY: _____
                John T. Shaban, ct14075
                Maciej A. Piatkowski, ct21555
                Whitman Breed Abbott & Morgan LLC
                100 Field Point Rd.
                Greenwich, CT 06830
                203-869-3800 (telephone)
                203-869-1951 (facsimile)
                jshaban@wbamct.com
                mpiatkowski@wbamct.com

Andrew Muscato ct15073
Skadden Arps, Slate, Meager &
Flom LLP
One Newark Center
Newark, New Jersey 07102
973-639-6817 (telephone)
973-848-0878 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this the 30th of October 2003 to:

Everett H. Madin, Jr., Esq.
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

John T. Shaban