UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN, | : |
| Plaintff, | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| v. | : |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY | : OCTOBER 21, 2003 |

**MOTION FOR EXTENSION OF TIME**
**TO DISCLOSE EXPERTS**

The plaintiff in the above-captioned matter hereby requests an additional extension of time for sixty (60) days in which to disclose experts. To date, the plaintiff has received no discovery responses from the defendant who has sought and received extensions of time to comply. In addition, the plaintiff filed a Motion to Compel Production, but the Court has not yet ruled upon said motion. The plaintiff has been unable to ascertain whether local counsel for the defendant consents to a sixty (60) extension of time.

Accordingly, the plaintiff respectfully requests an additional sixty (60) days following October 24, 2003 to properly disclose experts.

October 28, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196