UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
PHILIP GLYNN,                                  :        CIVIL NO. 3-02CV1802 (AVC)
:
    Plaintiff,                             :
:
v.                                             :
:
BANKERS LIFE AND CASUALTY CO.,                 :
:
    Defendant.                             :        NOVEMBER 11, 2003
-------------------------------------------------------x

## MOTION TO AMEND SCHEDULING ORDER

Defendant Bankers Life and Casualty Company ("Bankers"), through undersigned counsel, respectfully moves to amend the Scheduling Order entered by this Court on January 21, 2003 to provide for an additional sixty (60) days on all deadlines.

In support of this Motion, Bankers represents as follows:

1. The plaintiff's Request for Leave to Amend Complaint was granted by this Court on August 18, 2003. However, the parties did not discover this fact until September, and it was not until October 20, 2003 that plaintiff served Bankers with an Amended Complaint. The plaintiff's Amended Complaint introduces causes of action which have not been addressed by either party and which have yet to be the subject of discovery.

2. Bankers filed a Motion to Dismiss on October 29, 2003 to challenge the legal sufficiency of several of the new causes of action alleged in plaintiff's Amended Complaint. The Motion to Dismiss is pending.

47648                                           1

3.  Because it is uncertain which (if any) of the plaintiff's new causes of action will ultimately be at issue, Bankers might require additional time to conduct and conclude discovery regarding some or all of plaintiff's new causes of action.

4.  Also pending is a decision on plaintiff's motion to compel. The resolution of the issues involved in that motion -- i.e., the proper breadth of discovery under an ERISA action of this nature -- will also impact the scope of the overall action.

5.  Additionally, plaintiff has moved for another extension of time to disclose experts through and including December 24, 2003, based in part on the pendency of the aforementioned motion to compel.

6.  Counsel for plaintiff consents to the grant of this motion.

7.  This is Bankers' first motion to amend Scheduling Order.

WHEREFORE, the defendant Bankers and Casualty Company respectfully moves to amend the Scheduling Order as follows:

(1)  All discovery, including depositions of all witnesses to be completed by February 8, 2004;

(2)  Exchange of damage analysis on or before February 8, 2004;

(3)  The defendant's designation of all trial experts and the service of any reports from such experts on opposing counsel on or before January 9, 2004 and the depositions of the any such experts to be completed by February 8, 2004;

(4)  The filing of all motions, other than motions *in limine* on or before March 9, 2004

(5)  The filing of a joint trial memorandum on March 9, 2004; and

(6)  Trial ready date of May 8, 2004.

THE DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

BY _____
John T. Shaban CT14075
Maciej A. Piatkowski CT21555
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, Ct 06830

OF COUNSEL

Andrew Muscato
Skadden, Arps, Slate, Meagher&
Flom LLP
One Newark Center
Newark, NJ 07102

## PROPOSED ORDER

It is hereby ordered that the Scheduling Order is hereby amended as follows:

(1)  All discovery, including depositions of all witnesses to be completed by February 8, 2004;

(2)  Exchange of damage analysis on or before February 8, 2004;

(3)  The defendant's designation of all trial experts and the service of any reports from such experts on opposing counsel on or before January 9, 2004 and the depositions of the any such experts to be completed by February 8, 2004;

(4)  The filing of all motions, other than motions *in limine* on or before March 9, 2004

(5)  The filing of a joint trial memorandum on March 9, 2004; and

(6)  Trial ready date of May 8, 2004.

                                                                                  Alfred V. Covello, U.S.D.J.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Amend Scheduling Order was mailed via fax and First Class Mail, postage pre-paid on this the 11th day of November 2003, to the following counsel of record:

Everett H. Madin, Esq.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Counsel for Plaintiff Philip Glynn

_____
John T. Shaban

47648

5