FILED

2003 NOV 19 P 2: 25

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP GLYNN | : | |
| Plaintiff, | : | |
| V. | : | CIVIL ACTION NO.: |
| | : | 302CV1802 (AVC) |
| BANKERS LIFE AND CASUALTY COMPANY, | : | |
| Defendant | : | NOVEMBER 17, 2003 |

## REQUEST FOR LEAVE TO AMEND COMPLAINT

In accordance with Rule 15 of the Federal Rules of Civil Procedure, the plaintiff respectfully requests leave to amend his complaint dated July 18, 2003. The plaintiff's Third Amended Complaint makes a change to Paragraph 7 of the First Count of the Second Amended Complaint. The plaintiff has requested this amendment as a result of new evidence provided by the defendant in its response to Requests to Admit.

Rule 15 of the Federal Rules of Civil Procedure states that leave to amend the pleadings "shall be freely given when justice so requires." In addition, the Rule provides for amendments of the pleadings "as may be necessary to cause them to conform to the evidence." F.R.C.P. 15. The plaintiff is now proposing a minor amendment to his complaint, in order to conform with

evidence provided to him in response to Requests to Admit and other discovery. The purposed Third Amended Complaint is attached to this Request.

Accordingly, for the above reasons, the plaintiff respectfully requests leave to amend his Complaint.

> THE PLAINTIFF
>
> BY_____
> Everett H. Madin, Jr
> Federal Bar No: CT12297
> RisCassi & Davis, P.C.
> 131 Oak Street
> Hartford, CT 06106
> Phone: (860) 522-1196

## CERTIFICATION

This is to certify that a copy of the foregoing Request for Leave to Amend Complaint has been mailed to all counsel of record this 17th day of November, 2003, to wit:

| | |
|---|---|
| John T. Shaban, Esquire<br>Whitman, Breed, Abbott & Morgan<br>100 Field Point Road<br>P O Box 2250<br>Greenwich, CT 06830 | Andrew Muscato, Esquire<br>Katherine Creenan, Esquire<br>Skadden, Arps, Slate, Meagher, & Flom, LLP<br>One Newark Center<br>Newark, NJ 07102 |

_____
Everett H. Madin, Jr.