\#57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------x
:
PHILIP GLYNN,                            :    CIVIL NO. 3-02CV1802 (AVC)
:
    Plaintiff,                          :
:
v.                                       :
:
BANKERS LIFE AND CASUALTY CO.,           :
:
    Defendant.                          :    NOVEMBER 11, 2003
-----------------------------------------------------x

**MOTION TO AMEND SCHEDULING ORDER**

Defendant Bankers Life and Casualty Company ("Bankers"), through undersigned counsel, respectfully moves to amend the Scheduling Order entered by this Court on January 21, 2003 to provide for an additional sixty (60) days on all deadlines.

In support of this Motion, Bankers represents as follows:

1. The plaintiff's Request for Leave to Amend Complaint was granted by

[text obscured] ...discover this fact until

3:02CV1802(AVC). November 17, 2003. GRANTED as follows: (1) All discovery, including depositions of all witnesses, shall be completed by February 8, 2004; (2) the parties shall exchange a damage analysis, if necessary, on or before February 8, 2004; (3) the parties shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 9, 2004, and depositions of any such experts shall be completed by February 8, 2004; (4) all motions, except motions in limine incident to a trial, shall be filed on or before March 9, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on January April 9, 2004; and (6) the case shall be ready for trial by May 9, 2004.
SO ORDERED.

                      Alfred V. Covello, U.S.D.J.