27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 JUN 23 A 3: 26
US DISTRICT COURT
HARTFORD CT

-----------------------------------------------X
:
PHILIP GLYNN,                                  :   CIVIL NO. 3-02CV1802(AVC)
:
Plaintiff,                           :
:
v.                                             :
:
BANKERS LIFE AND CASUALTY CO.,                 :
:
Defendant.                          :   JUNE 20, 2003
-----------------------------------------------X

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. Pro. 12(b)(6), defendant Bankers Life and Casualty Company ("Bankers") hereby moves to: (a) dismiss plaintiff's Amended Complaint in its entirety for failure to state a claim upon which relief can be granted under federal law; or in the alternative (b) dismiss the Second, Third and Fourth Counts of the Complaint for failure to state a claim upon which relief can be granted under Connecticut law.

Plaintiff's Amended Complaint alleges that Bankers wrongfully denied plaintiff's insurance claim, and purports to state causes of action based on: breach of contract (First Count); violation of the Connecticut Unfair Insurance Practices Act ("CUIPA") (Second

```
3:02CV1802(AVC).  December 8, 2003.  As the causes of action that
the within motion to dismiss seeks to dismiss have either been
dismissed by this court or withdrawn by the plaintiff, the motion
to dismiss (document no. 27) is DENIED as moot.
SO ORDERED.
                    _____
                    Alfred V. Covello, U.S.D.J.
```