

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
|     Plaintiff, | : |
| V. | :    CIVIL ACTION NO.: |
| | :    302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
|     Defendant | :    NOVEMBER 17, 2003 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

In accordance with Rule 15 of the Federal Rules of Civil Procedure, the plaintiff respectfully requests leave to amend his complaint dated July 18, 2003. The plaintiff's Third Amended Complaint makes a change to Paragraph 7 of the First Count of the Second Amended Complaint. The plaintiff has requested this amendment as a result of new evidence provided by the defendant in its response to Requests to Admit.

Rule 15 of the Federal Rules of Civil Procedure states that leave to amend the pleadings "shall be freely given when justice so requires." In addition, the Rule provides for amendments of the pleadings "as may be necessary to cause them to conform to the evidence." F.R.C.P. 15.

The plaintiff is now proposing a minor amendment to his complaint, in order to conform with



02CV1802(AVC). January 14, 2004. There being no objection, the motion to amend the complaint (document no. 55) is GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.