UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - x
PHILIP GLYNN,                     :
                                  :
           Plaintiff,             :
                                  :   CIVIL ACTION NO.:
    v.                            :   02-CV-1802 (AVC)
                                  :
BANKERS LIFE AND CASUALTY         :
COMPANY,                          :
                                  :   MARCH 4, 2004
           Defendant.             :
- - - - - - - - - - - - - - - - - x
```

**AFFIDAVIT PURSUANT TO LOCAL RULE 37(a)(2) OF CIVIL PROCEDURE**

```
STATE OF NEW JERSEY :
                    :   ss:
COUNTY OF ESSEX     :
```

Andrew Muscato, being duly sworn deposes and says:

1.  I am counsel to Skadden Arps, Slate, Meager & Flom, LLP with offices at One Newark Center Newark, NJ 07102. I am an attorney of the States of New Jersey and New York, and am admitted <u>pro</u> <u>hac</u> <u>vice</u> for the defendant Bankers Life and Casualty Company. I am more than eighteen years of age and believe in the honor and sanctity of an oath.

2.  I make this affidavit pursuant to Local Rule 37(a)(2) of Civil Procedure of the District of Connecticut.

4.  I have not spoken with Plaintiff's attorney Everett H. Madin regarding Plaintiff's motion to compel discovery. We

may have spoken during the summer in response to his May 21, 2003 letter but I have not spoken to him in months.

_____
Andrew Muscato

Subscribed and sworn to before me
on this 4th day of March 2004.

_____