UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - x
PHILIP GLYNN,                     :
                                  :
            Plaintiff,            :
                                  :   CIVIL ACTION NO.:
      v.                          :   02-CV-1802 (AVC)
                                  :
BANKERS LIFE AND CASUALTY         :
COMPANY,                          :
                                  :    MARCH 8,2004
            Defendant.            :
- - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT PURSUANT TO LOCAL RULE 37(a)(2) OF CIVIL PROCEDURE

```
STATE OF NEW JERSEY:
                   :   ss:
COUNTY OF ESSEX    :
```

John T. Shaban, being duly sworn deposes and says:

1. I am a partner at Whitman Breed Abbott & Morgan in Greenwich, Connecticut. I represent defendant Bankers Life and Casualty Company in the within action. I am more than eighteen years of age and believe in the honor and sanctity of an oath.

2. I make this affidavit pursuant to Local Rule 37(a)(2) of Civil Procedure of the District of Connecticut.

4. I have not spoken with Plaintiff's attorney Everett H. Madin regarding Plaintiff's motion to compel discovery. We may have spoken cursorily last summer regarding his May 21,

1

2003 letter, but I have not spoken to him in months regarding the substance of Plaintiff's Motion to Compel.

                                                                _____
                                                                  John T. Shaban

Subscribed and sworn to before me
on this 4th day of March 2004.


_____