UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - -x
PHILIP GLYNN,                    :
                                 :
          Plaintiff,             :
                                 :    CIVIL ACTION NO.:
     v.                          :    02-CV-1802 (AVC)
                                 :
BANKERS LIFE AND CASUALTY        :
COMPANY,                         :
                                 :    MARCH 4,2004
          Defendant.             :
- - - - - - - - - - - - - - - - -x
```

**AFFIDAVIT PURSUANT TO LOCAL RULE 37(a)(2) OF CIVIL PROCEDURE**

```
STATE OF NEW JERSEY:
                    :    ss:
COUNTY OF ESSEX     :
```

Katherine Creenan, being duly sworn deposes and says:

1. I am associated with Skadden Arps, Slate, Meager & Flom, LLP with offices at One Newark Center Newark, NJ 07102. I am an attorney of the State of New Jersey. I am an attorney for the defendant Bankers Life and Casualty Company. I am more than eighteen years of age and believe in the honor and sanctity of an oath.

2. I make this affidavit pursuant to Local Rule 37(a)(2) of Civil Procedure of the District of Connecticut.

4. I have not spoken with Plaintiff's attorney Everett H. Madin regarding Plaintiff's motion to compel discovery. We

spoke on October 20th, 2003 about other matters – experts, service of the amended complaint, and the then pending motion addressed to Plaintiff's request for admissions.  In December, Mr. Madin and I exchanged voice mail messages but none mentioned the resolution of the issues he raised in the present motion.

_____
Katherine Creenan

Subscribed and sworn to before me
on this 4th day of March 2004.


_____