## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PHILIP GLYNN,                          :
Plaintiff,                             :
                                       :
v.                                     :          Civil No. 3:02CV1802 (AVC)
                                       :
BANKERS LIFE AND CASUALTY              :
COMPANY,                               :
Defendant                             :          MARCH 16, 2004

## WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL
## DATED FEBRUARY 17, 2004

Subsequent to the filing of this motion to compel discovery, the plaintiff at the present

withdraws his motion to compel discovery based upon representations from the defendant that

accommodations may be made regarding the disputed discovery requested.

Accordingly, for all the above reasons, the motion to compel may prove to be

unnecessary and is, therefore, withdrawn.

PLAINTIFF,


BY_____
        Everett H. Madin, Jr.
        Federal Bar No: CT12297
        RisCassi and Davis, P.C.
        131 Oak Street
        Hartford, CT 06106
        Ph:  860-522-1196
        Fax:  860-246-5847

<u>CERTIFICATION</u>

This is to certify that a true and correct copy of the foregoing was mailed via First Class Mail, postage pre-paid, on this 16th day of March, 2004 to the following counsel of record:

John Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
P O Box 2250
Greenwich, CT 06830

Andrew Muscato, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
One Newark Center
Newark, NJ 07102

_____
Everett H. Madin, Jr.