FILED

2004 MAR 16 A 11: 54

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,
Plaintiff,

v.                                                     Civil No. 3:02CV1802 (AVC)

BANKERS LIFE AND CASUALTY
COMPANY,
Defendant                                              MARCH 16, 2004

**WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL
DATED FEBRUARY 17, 2004**

Subsequent to the filing of this motion to compel discovery, the plaintiff at the present withdraws his motion to compel discovery based upon representations from the defendant that accommodations may be made regarding the disputed discovery requested.

Accordingly, for all the above reasons, the motion to compel may prove to be unnecessary and is, therefore, withdrawn.

PLAINTIFF,

BY _____
Everett H. Madin, Jr.
Federal Bar No: CT12297
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

March 17, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 MAR 19 A 8: 42
U.S. DISTRICT COURT
HARTFORD, CT

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196