UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
PHILIP GLYNN,                                          :   CIVIL NO. 3-02CV1802 (AVC)
                                                       :
        Plaintiff,                                     :
                                                       :
v.                                                     :
                                                       :
BANKERS LIFE AND CASUALTY CO.,                         :
                                                       :
        Defendant.                                     :   MARCH 31, 2004
-------------------------------------------------------x
```

### DECLARATION OF MACIEJ A. PIATKOWSKI IN SUPPORT OF MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*

MACIEJ A. PIATKOWSKI, declares under penalty of perjury that the following is true:

1. I am eighteen years of age and recognize the obligations of an oath.

2. I am an associate with Whitman Breed Abbott & Morgan LLC and have an Appearance in the above referenced action on behalf of the defendant Banker's Life & Casualty Co. ("Banker's Life").

3. I make this affidavit in support of a Joint Motion for Extension of Time *Nunc Pro Tunc*.

4. On or about February 6, 2004, I contacted Attorney Everett H. Madin, counsel of record for the plaintiff Phillip Glynn, to discuss the need for filing a joint Motion for Extension of Time to extend the time to conduct discovery in connection with this action.

      5.      My recollection of that conversation is that Attorney Madin agreed that a Motion for Extension of Time was necessary and that Attorney Madin agreed that his office would file said motion.

      6.      A copy of the facsimile containing a draft of the Joint Motion to Extend Deadlines sent to Attorney Madin on February 9, 2004 is attached hereto as Exhibit A.

_____
Maciej A. Piatkowski