# WHITMAN BREED ABBOTT & MORGAN
## 100 FIELD POINT ROAD
## GREENWICH, CT 06830
## (203) 869-3800
## FAX: (203) 869-1951

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Everett H. Madin, Esq.. | John T. Shaban |
| **COMPANY:** | **DATE:** |
| RisCassi & Davis PC | 2/9/2004 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 860-246-5847 | 4 |
| **PHONE NUMBER:** | |
| 860-522-1196 | |
| **RE:** | |
| Glynn v. Bankers Life | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    X PLEASE RECYCLE

**NOTES/COMMENTS:**

If possible, please arrange to the have the attached Motion to Extend Deadlines filed today. Thank you and please call with any questions.

### CONFIDENTIALITY NOTICE

The information contained in this message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (203) 862-2431.

```
TRANSMISSION VERIFICATION REPORT

                                        TIME  : 02/09/2004 16:22
                                        NAME  : WHITMAN BREED ABBOTT
                                        FAX   : 12038691951
                                        TEL   : 12038693800

DATE,TIME              02/09 16:21
FAX NO./NAME           2645#0099996#0005#18602465847#
DURATION               00:00:46
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# WHITMAN BREED ABBOTT & MORGAN
### 100 FIELD POINT ROAD
### GREENWICH, CT 06830
### (203) 869-3800
### FAX: (203) 869-1951

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Everett H. Madin, Esq. | John T. Shaban |
| COMPANY: | DATE: |
| RisCassi & Davis PC | 2/9/2004 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 860-246-5847 | 4 |
| PHONE NUMBER: | |
| 860-522-1196 | |
| RE: | |
| Glynn v. Bankers Life | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    X PLEASE RECYCLE

NOTES/COMMENTS:

If possible, please arrange to the have the attached Motion to Extend Deadlines filed today. Thank you and please call with any questions.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------ x
PHILIP GLYNN,                  :

           Plaintiff,             CIVIL ACTION NO.
                                  02-CV-1802 (AVC)
   v.

BANKERS LIFE AND CASUALTY
COMPANY,

           Defendant.          :
------------------ x  February 9, 2004
```

## JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with plaintiff for an order extending the standing Scheduling Order deadlines sixty (60) days. The within motion is necessitated by the timing of the Court's December 9, 2003 decision granting defendant's Motion to Dismiss (which did not get forwarded to the parties until December 19, 2003) and the Court's January 26, 2004 decision denying plaintiff's Motion to Compel. Now that the contours of the case and scope of discovery have been determined, the parties can proceed diligently to complete discovery and thereafter prepare for trial. The Court previously granted a sixty day extension of the Scheduling Order on July 9, 2003. This is the parties' second request for such an extension.

DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

By: _____
JOHN T. SHABAN
Federal Bar No. ct14075
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

OF COUNSEL
ANDREW MUSCATO
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Newark Center
Newark, NJ 07102

2

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Answer to Complaint was mailed via First Class Mail, postage pre-paid on this the 9th day of February, 2004, to the following counsel of record:

Everett H. Madin, Jr.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Counsel for Plaintiff Philip Glynn