

74

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 APR -1  A 9:41

U.S. DISTRICT COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - x
PHILIP GLYNN,                                        :
                                                     :
                        Plaintiff,                   :    CIVIL ACTION NO.:
                                                     :    02-CV-1802 (AVC)
        v.                                           :
                                                     :
BANKERS LIFE AND CASUALTY                            :
COMPANY,                                             :
                                                     :
                        Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - x    March 31, 2004

**JOINT MOTION TO EXTEND DEADLINES _NUNC PRO TUNC_**
**AND FOR A STATUS CONFERENCE**

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel,

hereby moves jointly with plaintiff for an order extending the standing Scheduling Order

deadlines sixty (60) days _nunc pro tunc_. Counsel for both parties intended to file the within

motion on February 9, 2004, and believed that it had been filed. See Declaration of Maciej

Piatkowski filed herewith. Counsel apparently miscommunicated regarding who was to file the

motion, but have since been operating on the assumption that it had been filed and would

**FILED**

3:02CV1802 (AVC). April 6, 2004. The motion for an extension of
time (document no. 74) is GRANTED NUNC PRO TUNC as follows: (1)
All discovery, including depositions of all witnesses, shall be
completed by July 8, 2004; (2) the parties shall exchange a
damage analysis, if necessary, on or before July 8, 2004; (3) the
parties shall designate all trial experts and provide opposing
counsel with reports from retained experts on or before May 8,
2004, and depositions of any such experts shall be completed by
July 8, 2004; (4) all motions, except motions in limine incident
to a trial, shall be filed on or before August 8, 2004; (5) the
parties shall file a joint trial memorandum in accordance with
the pretrial order, which order shall accompany the jury
selection calendar, and be sent to the parties on September 8,
2004; and (6) the case shall be ready for trial by October 8,
2004.
SO ORDERED.

                    Alfred V. Covello, U.S.D.J.