UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------- x
PHILIP GLYNN,

          Plaintiff,          CIVIL ACTION NO.:
                                02-CV-1802 (AVC)
v

BANKERS LIFE AND CASUALTY
COMPANY,

          Defendant.
                              x   June 10, 2004

## JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with plaintiff for an order extending the standing Scheduling Order deadlines sixty (60) days. Due to plaintiff Philip Glynn's health, the parties are still scheduling depositions.

The Court previously granted a sixty day extension of the Scheduling Order on April 7, 2004 and set new dates for deadlines/hearings. This is the parties' third request for such an extension.

Thus, should the Court grant the within motion, the April 7, 2004 Order would be amended as follows:

(1) All discovery, including depositions of all witnesses, shall be completed by September 8, 2004;

(2) the parties shall exchange a damage analysis, if necessary, on or before September 8, 2004;

(3) the parties shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 9, 2004, and depositions of any such experts shall be completed by September 8, 2004;

(4) all motions, except motions in limine incident to a trial, shall be filed on or before October 4, 2004;

(5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on November 8, 2004; and

(6) the case shall be ready for trial by December 8, 2004.

> DEFENDANT
> BANKERS LIFE AND CASUALTY
> COMPANY
>
> By: _____
> JOHN T. SHABAN
> Federal Bar No. ct14075
> 83 Riverside Avenue
> P.O. Box 5116
> Westport, Connecticut 06881
> Telephone: (203) 222-0885
> Facsimile: (203) 226-8025
>
> OF COUNSEL
> ANDREW MUSCATO
> SKADDEN, ARPS, SLATE, MEAGHER
> & FLOM LLP
> One Newark Center
> Newark, NJ 07102

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Joint Motion to Extend Deadlines was mailed via First Class Mail, postage pre-paid on this 11th day of June, 2004, to the following counsel of record:

Everett H. Madin, Jr.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Counsel for Plaintiff Philip Glynn

_____
John T. Shaban

53250    3