# WHITMAN BREED ABBOTT & MORGAN LLC

100 FIELD POINT ROAD
P.O. BOX 2250
GREENWICH, CONNECTICUT 06830
203-869-3800
TELECOPIER: 203-869-1951

WRITER'S E-MAIL ADDRESS:

jshaban@wbamct.com

WRITER'S DIRECT DIAL NUMBER:

(203) 862-2362

June 15, 2004

**VIA FACSIMILE**
Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06106

  Re: Philip Glynn v. Bankers Life & Casualty Co.
     3:02cv1802 (AVC)

Dear Sir/Madam:

  I write with respect to the Joint Motion to Extend Deadlines (the "Motion") filed by this office on June 10, 2004. Due to a misunderstanding between the local and national counsel for Bankers and counsel for Plaintiff, the undersigned caused the Motion to be filed unnecessarily. Plaintiff's counsel agreed to allow a deposition of Mr. Glynn when his health permits regardless of the discovery cut off in the standing Scheduling Order. Based on this representation, Defendant respectfully withdrawals the Motion and apologizes for any inconvenience to the court.

Respectfully Submitted,

John P. Shaban

[Dictated but not read]

---

```
3:02CV1802(AVC).  June 15, 2004.  Construed as a letter motion to
withdraw the joint motion to extend deadlines, see document no. 78,
the motion is GRANTED.
SO ORDERED.
                    Alfred V. Covello, U.S.D.J.
```