UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUN 14  A 9: 29

U.S. DISTRICT COURT

------------------------------ x
PHILIP GLYNN,                  :
                               :
           Plaintiff,          :   CIVIL ACTION NO.:
                               :   02-CV-1802 (AVC)
    v.                         :
                               :
BANKERS LIFE AND CASUALTY      :
COMPANY,                       :
                               :
           Defendant.          :
------------------------------ x   June 10, 2004

## JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with plaintiff for an order extending the standing Scheduling Order deadlines sixty (60) days. Due to plaintiff Philip Glynn's health, the parties are still scheduling depositions.

The Court previously granted a sixty day extension of the Scheduling Order on April 7, 2004 and set new dates for deadlines/hearings. This is the parties' third request for such an extension.

Thus, should the Court grant the within motion, the April 7, 2004 Order would be amended as follows:

(1) All discovery, including depositions of all witnesses, shall be completed by September 8, 2004;

(2) the parties shall exchange a damage analysis, if necessary, on or before September 8,

```
3:02CV1802(AVC).  June 15, 2004.  The joint motion for an extension
of time (document no. 78) is DENIED as moot.
SO ORDERED.
                 Alfred V. Covello, U.S.D.J.
```