FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JUN 25 A 8: 46

U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------- x
PHILIP GLYNN,                      :
                                   :   CIVIL ACTION NO.
            Plaintiff,             :   02-CV-1802 (AVC)
                                   :
      v.                           :
                                   :
BANKERS LIFE AND CASUALTY          :
COMPANY,                           :
                                   :
            Defendant.             :   JUNE 23, 2004
---------------------------------- x

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Defendant, Bankers Life and Casualty Company. Said Defendant will remain represented by Attorneys John T. Shaban of Whitman Breed Abbott & Morgan LLC and Andrew Muscato of Skadden Arps Slate Meagher & Flom.

DEFENDANT
BANKERS LIFE AND CASUALTY COMPANY

BY /s/ M. Piatkowski
Maciej A. Piatkowski (ct21555)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
Tel. 203-869-3800
Fax 203-869-1951
mpiatkowski@wbamct.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Andrew Muscato, Esq.
Skadden, Arps, Slate, Meagher
  & Flom LLP
One Newark Center
Newark, NJ 07102

*[signature]*
Maciej A. Piatkowski