FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JUN 25 A 8:46

U.S. DISTRICT COURT
HARTFORD, CT.

---

PHILIP GLYNN,

    Plaintiff,

v.

BANKERS LIFE AND CASUALTY
COMPANY,

    Defendant.

CIVIL ACTION NO.
02-CV-1802 (AVC)

JUNE 23, 2004

---

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Defendant, Bankers Life and Casualty Company. Said Defendant will remain represented by Attorneys John T. Shaban of Whitman Breed Abbott & Morgan LLC and Andrew Muscato of Skadden Arps Slate Meagher & Flom.

DEFENDANT
BANKERS LIFE AND CASUALTY COMPANY

BY _____
Maciej A. Piatkowski (ct21555)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
Tel. 203-869-3800
Fax 203-869-1951
mpiatkowski@wbamct.com

---

July 12, 2004. GRANTED
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2004 JUL 12 P 3:41
U.S. DISTRICT COURT
HARTFORD, CT.