UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PHILIP GLYNN                         :

    Plaintiff,                      :

                            :

V.                                   :     CIVIL ACTION NO.:
                                     :     302CV1802 (AVC)
                                     :
BANKERS LIFE AND                     :
CASUALTY COMPANY,                    :
                                     :
    Defendant                       :     August 5, 2004

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56(a),
the plaintiff in this action hereby moves for summary judgment as to the
defendant, Bankers Life and Casualty Company.  The Complaint is based on the
refusal of the defendant to pay the proceeds of an accidental death insurance
policy issued to the decedent, Peter J. Glynn, to the beneficiary and plaintiff in
this action, Philip Glynn.  There is no genuine issue related to the material facts
involved.  The specific facts supporting this Motion for Summary Judgment are
set forth more fully in the accompanying Memorandum of Law and Local Rule
56(a)1 Statement.

PLAINTIFF,


By_____
                    Everett H. Madin, Jr.
                    Federal Bar No.: CT 12297
                    RISCASSI & DAVIS, P.C.
                    131 Oak Street
                    Hartford, CT 06106
                    Ph: 860-522-1196
                    Fax: 860-246-5847

## CERTIFICATION

        This is to certify that a copy of the foregoing Motion for Summary Judgment has been mailed, first-class postage prepaid, to counsel of record this 5th day of August, 2004, more specifically, to the following:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Newark Center
Newark, NJ 07102-5297
*For the Defendant,*
*Bankers Life and Casualty Company*

John T. Shaban, Esq.
Maciej A. Piatkowski, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
*For the Defendant,*
*Bankers Life and Casualty Company*


_____
Everett H. Madin, Jr.

2