## Plan Documents

In accordance with the disclosure requirements of ERISA, this book serves as a summary plan description of Johnson & Johnson's Choices Benefit Program. As such, this information is a *summary* of your Company health and welfare benefit plans; it does not replace the official Plan documents or insurance contracts which govern in all cases.

## Your Rights Under ERISA

As a participant in the Johnson & Johnson Choices Benefit Program as summarized in this book, you are entitled to certain rights and protections under the Employee Retirement Income Security Act (ERISA) of 1974. ERISA provides that all Plan participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all Plan documents including insurance contracts, and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions.

- Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. A reasonable charge for the copies may be required.

- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this Summary Annual Report. Upon written request, you may receive a statement of the assets and liabilities and the income and expenses of each Plan in which you participate, together with any accompanying notes, at no charge to you.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate the Plan, called fiduciaries, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. If a fiduciary violates the requirements of ERISA, he or she may be removed and required to repay any losses caused to the Plan through his or her imprudence.

No one, including Johnson & Johnson or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.