**AMENDED LINE 30 PER CHIEF MEDICAL EXAMINER 7/10/2001**

STATE OF CONNECTICUT — DEPT. OF HEALTH SERVICES — OFFICE OF THE CHIEF MEDICAL EXAMINER — CERTIFICATE OF DEATH

STATE FILE NUMBER: (blank)

1. DECEASED NAME — FIRST: Peter  MIDDLE: John  LAST: Glynn
2. SEX: M
3. DATE OF DEATH: 6-8-2001
4. DATE OF BIRTH: June 22, 1961
5. AGE — Last Birthday: 39
6. RACE: White
7. OF HISPANIC ORIGIN: N
8. COUNTY OF DEATH: Hartford
9. TOWN OF DEATH: Bristol
10. PLACE OF DEATH: Other — Peck Ln./Wolcott St
12. CITY & STATE OF BIRTH: Hartford, CT
13. CITIZEN OF: USA
14. MARITAL STATUS: Divorced
15. LAST SPOUSE: Denise Dowjat
16. SOCIAL SECURITY NUMBER: 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
17. USUAL OCCUPATION: Tech Leader
18. KIND OF BUSINESS OR INDUSTRY: Johnson & Johnson Medical
19. RESIDENCE STATE: Connecticut
20. COUNTY: Hartford
21. TOWN: Bristol
22. NUMBER AND STREET: 12 Putnam St.
23. WAS DECEASED A VETERAN: No
24. BRANCH OF SERVICE: ***
25. EDUCATION: Primary/Secondary 12, College 3
26. FATHER — NAME: Philip Glynn
27. MOTHER — FIRST: Shirley  MAIDEN: Beeman
28. INFORMANT — NAME: Philip Glynn  MAILING ADDRESS: 12 Putnam St. Bristol, CT 06010  RELATIONSHIP: Father

PART I. DEATH WAS CAUSED BY:
(a) IMMEDIATE CAUSE: Head Injuries
(b) XXXXXXXXXXXXXX
(c) XXXXXXXXXXXXXX
29. 6-9-01

PART II. OTHER SIGNIFICANT CONDITIONS:
30. Ethanol intoxication
31. AUTOPSY: Y
32. INJURY AT WORK: N
33. ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED: Accident
34. DATE OF INJURY: 6-8-2001
35. HOUR: PM
36. HOW INJURY OCCURRED: Driver of Motorvehicle struck fixed object
37. PLACE OF INJURY: Street/Roadway
38. LOCATION: Peck Ln., Wolcott St., Bristol, CT

39-42. NURSE PRONOUNCEMENT: (blank)

43. CERTIFICATION—MEDICAL EXAMINER: 06 08 01 P
44. THE DECEDENT WAS PRONOUNCED DEAD: 06 08 2001 8:35 P
45. M.E. CASE NO.: 01-07155
46. CERTIFIER — NAME: Malka B. Shah, MD
47. SIGNATURE: Malka B. Shah M.D.
48. TITLE: Associate Medical Examiner
49. MAILING ADDRESS: Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT 06032
50. DATE SIGNED: 6-9-2001
51. BURIAL, CREMATION, REMOVAL: Burial
52. CEMETERY: St. Joseph Cem.
53. LOCATION: Bristol, CT
54. DATE: June 13, 2001
55. FUNERAL HOME: O'Brien Funeral Home, 24 Lincoln Ave, Bristol, CT 06010
56. FUNERAL DIRECTOR SIGNATURE: (signed)
57. NAME OF EMBALMER: Kenneth K. Taylor
58. LICENSE NUMBER: 2437

THIS CERTIFICATE RECEIVED FOR RECORD ON: JUN 11 2001
BY REGISTRAR: Maryann E. Spirito, Asst

I CERTIFY THAT THIS IS A TRUE COPY OF THE CERTIFICATE ON RECORD

ATTEST: Patricia DeSanto Asst, REGISTRAR

DATE: AUGUST 1, 2001

Kvol #6 5/18/04

D 067

(4)

**STATE OF CONNECTICUT**
## OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Road, Farmington, Connecticut 06032-1939
Telephone: (860) 679-3980 Fax: (860) 679-1257



To Whom It May Concern:

The attached pages are a true copy of the record on file at the State of Connecticut Office of the Chief Medical Examiner for Peter Glynn/01-07155.

County of Hartford }
                   } ss Farmington
State of Connecticut}

This 26th day of July, 2001.

                                                  Violeta Torres
                                                 Notary Public
                              Commission Expires June 30, 2005

D-068

**REPORT OF INVESTIGATION**
ME-102 (rev 7/99)

**State of Connecticut**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
(860) 679-3980

**M.E. Case No.** 01-07155

| | | | |
|---|---|---|---|
| **DECEASED** | Name: Peter GLYNN | Age: 40 | Race: W. | Sex: male |
| | Last Residence: 12 Putnam Street | Town: Bristol | State: CT. | Zip: 06010 |
| **INJURY (if any)** | Place of Injury: Wolcott Street / Peck Lane | Town: Bristol | CT. | Date of Injury: June 8, 2001 |
| **DEATH** | Place of Death: Same. | | | |
| | Reported By: Bristol Police Dept. | | | |
| | Death Reported Date: 6-8-2001 Time: 19:45 | Examiner Notified Date: 6-8-2001 Time: 20:15 | O.C.M.E. Notified Date: 6-8-2001 Time: 21:00 | |
| | Arrival at Scene Date: 6-8-1 Time: 20:35 | Departure from Scene Date: 6-8-1 Time: 20:45 | Death Determined By: Dr. V. Mirabelli | Date: 6-8-2001 Time: 20:35 |
| **INFORMANT** | Deceased Identified By: Parents. | Address: Same. | | |

**CIRCUMSTANCES OF DEATH** (Include when deceased last seen alive and pertinent medical and occupational history)

This man was the driver and only occupant of a vehicle, which was apparently travelling at a rather fast rate of speed down along Wolcott Street, Bristol, CT.
It appears that he could not well negotiate a curve and swerved into the opposite side of the road, hit the curb and capsized.
There were no other vehicles or person involved in the accident and no property damage caused.

**EXTERNAL EXAMINATION** — Deceased Examined At: Wolcott Street / Peck Lane, Bristol, CT. — On (Date): 6-8-2001.

Briefly describe position of body, estimated height & weight, eye color, hair characteristics, scars, tattoos, blemishes, & signs of injury or disease. Note signs of death, including rigor mortis and lividity. In homicides or suspicious deaths, record appearance of clothing.

The subject was a rather heavy, mesomorphic, blondish male of his chronological age, about 300 lbs. in weight, wearing a white shirt, blue jeans and brown shoes, lying flat on his back under a totally demolished vehicle (MAZDA - CT. 356 PGM plate), with gross, massive head trauma and a large pool of fresh blood under it, still warm to touch, wearing seat belts.
   He was taken to the OCME in Farmington, CT., by the O'Brien Funeral Home of Forestville, CT., for authorized post-mortem studies.
   Investigating police officers would notify family.

**AUTOPSY** — Performed: Yes — If "YES": ☒ Authorized ☐ Consent — Date Performed: 6-9-2001 — At: OCME, Farmington, CT.

**CREMATION** — Performed: ☐ Yes ☐ No — Cremation Certificate Issued: ☐

**CAUSE OF DEATH**: Cause and manner of death should be listed as on Certificate of Death and should be based on circumstances of death, past medical history, external examination, and autopsy, if performed.

PENDING AUTOPSY FINDINGS.

**CERTIFICATION**: I certify that I made an external examination of the deceased on the date shown and that the cause of death is as stated above.

Date: 6-8-2001    Name of Assistant Medical Examiner: Vittorio Mirabelli, MD    Signed: /s/ Vittorio Mirabelli

POSTMORTEM REPORT
MB-8 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E. CASE NO. | 01-07155 |
| COUNTY OF DEATH | Hartford |
| TOWN OF DEATH | Bristol |
| DATE OF DEATH | 08 Jun 2001 |

| THIS IS TO CERTIFY THAT | PERFORMED A POSTMORTEM EXAMINATION ON THE BODY |
| Malka B. Shah, M.D., Associate Medical Examiner | Peter Glynn |
| AT | BEGINNING AT | ON |
| Office of the Chief Medical Examiner | 11:30 am | 09 Jun 2001 |

IN THE PRESENCE OF

AND SAID POSTMORTEM REVEALED

NARRATIVE SUMMARY:

DESCRIPTION OF CLOTHING-POSSESSIONS:

The body of an adult white male is clad in a round neck, short-sleeved T-shirt, blue denim jeans and black-colored shorts. Present on the feet are gray-colored socks and black-colored shoes. Recovered from the pants pockets are 13 quarters, two dimes, one nickel and one penny, totaling $3.51. Present on the left wrist is a yellow metal, yellow-dialed wristwatch with a yellow metal stretchable band, in running condition, indicating the current time, day and date, manufacturer's name "Citizen." The clothing is not initialed and is returned to the family. The valuables are returned to the family, receipt for which is made out.

EXTERNAL EXAMINATION:

The unclad body of an adult white male measures 5'9" tall and weighs 334 lbs. The face and top of the head have a disfigured appearance secondary to comminuted fracture of the skull. The head hair is medium brown in color with gray-haired strands. The forehead reveals a depressed appearance and upon palpation reveals a comminuted fracture as well as the swelling of the entire scalp. There is a laceration noted in the midline near the hairline area that is horizontally oriented measuring 1" in length, involving the full thickness of the scalp. There are superficial abrasions of the forehead, eyebrows and right side of the temporal area as well as the cheek and dorsum of the nose noted. The eyebrows are asymmetrical. Bilaterally the upper and lower eyelids reveal swelling and bluish purple discoloration. Upon palpation of the orbital ridges, there are fractures of the orbital ridges noted. The fracture of the dorsum of the nose is palpated. The irides are medium brown in color, with pupils circular and equal. The conjunctivae reveal pallor. The nose reveals bloodstains. Upon compressing the forehead area, liquid blood oozes

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO. 01-07155
NAME: Peter Glynn
Page 2

Narrative Summary of Postmortem Examination: (continued)

freely from the nares and oral cavity. There is a fracture of the maxilla noted. The oral cavity has natural teeth and is lined with blood-mixed mucoid material. There is blood noted to be oozing from the left ear canal. The neck is short and free of any injuries.

The chest and abdomen reveal male distribution-type hair. There is a faint parallel mark contusion noted over the right midportion of the chest area measuring approximately 7" in length and approximately 1 1/2" apart consistent with the shoulder strap mark on the right side of the chest. The midportion of the epigastrium reveals a semicircular contusion and there is a small contusion noted over the left breast area. The abodmen is markedly protuberant.

The bilateral upper arms, elbows, cubital fossae and lower arms reveal no palpable fractures. There is a contusion noted of the dorsum of the left wrist, thumb and dorsum of the left index finger.

The bilateral upper legs, knees and lower legs are within normal limits. No palpable fractures are noted.

The genitalia are that of an adult male, with bilateral testes in the scrotum.

The back reveals bluish purple lividity with pressure-blanched areas. The head in the left occipital area reveals a gaping laceration involving the full thickness of the scalp. Through the laceration, the fractured skull is palpable and there is recognizable brain tissue noted. There is profuse bleeding noted from the left occipital area of the head.

INTERNAL EXAMINATION:

The body is opened with modified Y-shaped incision. The organs lie in their normal anatomic position. The mediastinum is central. The diaphragmatic domes are symmetrical. There is no excess body fluid noted in thoracic or abdominal cavities. The panniculus measures 10 cm. in thickness. The ribs, thoracic cage and vertebral column reveal no injuries or abnormalities.

(report continues on next page)

D 071

POSTMORTEM REPORT (Continued)
MS-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO. 01-07155
NAME: Peter Glynn
Page 3

Narrative Summary of Postmortem Examination: (continued)

HEART AND GREAT VESSELS:

The pericardium reveals no adhesions. The pericardial cavity contains approximately 30 cc. of clear straw-colored fluid. The epicardium is smooth and glistening. The heart weighs 680 grams. The right and left atria and ventricles contain liquid and clotted blood. The tricuspid, pulmonic, mitral and aortic valves reveal slight thickening of the edges and streaks of atherosclerosis. The endocardium is smooth and transparent. The myocardium has a red-brown color and firm, whorled appearance with streaks of fibrosis noted. The thickness of the right ventricle is 0.5 cm. and thickness of the left ventricle is 2.2 cm. The left coronary artery is the dominant artery. All three coronary arteries reveal circumferential atherosclerosis and focal areas of calcifications without any narrowing of the lumen. The ascending aorta, arch, thoracic and abdominal aorta reveal normal elasticity of the wall. The major branches of the aorta are normally disposed. The intima reveals severe atherosclerosis of the abdominal portion of the aorta. The superior and inferior venae cavae, pulmonary trunk and veins are within normal limits.

LUNGS:

Right and left lungs weigh 530 grams and 490 grams respectively. The pleurae reveal a severe degree of anthracosis. The major bronchi and primary branches are lined with blood-mixed mucoid material. The pulmonary vessels contain liquid blood. The cut surfaces of the lung parenchyma have dark a red to red-black color and soft, spongy consistency.

GASTROINTESTINAL SYSTEM:

The esophagus is lined by a grayish white, longitudinally folded mucosa. The stomach contains approximately 300 cc. of medium brown, semisolid material in which no recognizable food particles are seen. The gastric mucosa reveals normal rugosity, no ulcers or hemorrhage noted. The duodenum, small intestine and large intestine reveal normal rugosity of the mucosa. The appendix is present.

LIVER:

The liver weighs 4,140 grams. The liver has an orange-red color and markedly enlarged appearance. The cut surface of the liver reveals a normal lobular pattern with orange-red color and severe fatty metamorphosis of the liver noted.

(report continues on next page)

D 072

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO. 01-07155
NAME: Peter Glynn
Page 4

Narrative Summary of Postmortem Examination: (continued)

GALLBLADDER:

The gallbladder contains approximately 30 cc. of dark green bile. There are no gallstones. The mucosa is dark green, smooth, velvety in appearance.

SPLEEN:

The serosal surface is smooth and glistening. The spleen weighs 330 grams. The cut surface of the spleen has dark red follicular appearing parenchyma, free of any injury or abnormalities.

PANCREAS:

The pancreas has a tannish brown, firm, lobulated appearance.

ADRENALS:

The right and left adrenals are symmetrical with thin, golden-yellow colored cortices and dark brown medullae. The cortices reveal no nodularity.

KIDNEYS:

Right and left kidneys weigh 210 grams and 220 grams respectively. The capsules are thin and transparent. Capsules peel off easily. The surfaces of the kidneys are smooth, free of any granularity or scarring. The cut surfaces of the kidneys reveal well-demarcated cortices and medullae. The bilateral calyceal systems and renal pelves are normally disposed, draining into a single ureter on each side.

URINARY BLADDER:

The urinary bladder has 360 cc. of clear yellow urine. The bladder mucosa has creamish white rugosity. The ureteral openings reveal no strictures or abnormalities.

INTERNAL GENITAL ORGANS:

The prostate has a creamish white, whorled appearance and soft consistency. No nodularity is noted.

(report continues on next page)

D 073

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO. 01-07155
NAME: Peter Glynn
Page 5

Narrative Summary of Postmortem Examination: (continued)

The bilateral testes are symmetrical and oval-shaped. The capsules are milky-white and glistening. The cut surfaces are a light brown color, soft in consistency and have a radiating pattern. No nodularity of the parenchyma is seen. The epididymides are symmetrical and uniformly tubular in appearance.

NECK ORGANS AND TONGUE:

The anterior strap muscles and soft tissues of the neck reveal no injuries or abnormalities. The immediate strap muscles of larynx reveal no abnormalities. The mucosa of the epiglottis, vocal cords and larynx is lined by clear mucoid material. The hyoid bone, thyroid cartilage and cricoid cartilage are intact. The mucosa reveals no ulcers or hemorrhage. The trachea is lined by a clear mucoid material.

The mucosa of the tongue is light pink-white in color and has a normal rugosed appearance. The cut surface reveals pink-brown colored radiating pattern of the muscles.

THYROID:

The thyroid lobes are symmetrical with thin and transparent capsule. The cut surface of the thyroid has a yellowish brown, lobulated colloidal appearing parenchyma.

HEAD AND BRAIN:

The scalp is reflected with the usual coronal incision. There is extensive galeal and subgaleal macerating injuries and hemorrhage noted. There is a hemorrhagic cavity formation noted in the bilateral anterior frontal area of the cranium. The cranium reveals comminuted fractures such that it falls apart upon reflecting the scalp, exposing the brain. It is not necessary to saw the cranial vault to remove the brain as the brain was exposed secondary to comminuted fracture of the skull. The cerebral hemispheres are symmetrical. However, there is bisection of the cerebral hemispheres noted along the corpus callosum. The dura is also torn from the cerebral hemispheres. The brain weighs 1,550 grams. The base of the brain reveals extensive laceratons of the base of the frontal, temporal and occipital lobes, with tears, laceration and distortion of the circle of Willis and its major branches. The cerebellum is also bisected in the midline. The midbrain is contused and extensively macerated. The coronal sections of the brain reveal normally disposed gray and white matter with contusions noted of the gray and white matter

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO. 01-07155
NAME: Peter Glynn
Page 6

Narrative Summary of Postmortem Examination: (continued)

in the bilateral basal ganglia area, as well as substantia nigra area of the brain. The ventricles are filled with liquid blood. The sections of the cerebellum reveal normally disposed gray and white matter which is markedly soft in appearance. The sections of the midbrain reveal contusions of the desiccating fibers of the pons. Upon reflecting the dura from the base of the skull, there is comminuted fracture of the base of the skull noted such that the anterior, middle and posterior cranial fossae have been distorted and disfigured secondary to the fractures of the base of the skull.

LABORATORY PROCEDURES:

Specimens taken for Toxicologic Analysis:
    Blood, Cardiac;  Urine;  Vitreous;  Gastric Contents;
    Liver;  Brain

ANATOMIC DIAGNOSES:

    BLUNT TRAUMA OF HEAD.
    COMMINUTED COMPOUND FRACTURE OF THE SKULL WITH LACERATING AND
      MACERATING INJURIES OF THE BRAIN.
    CARDIOMEGALY.
    FATTY METAMORPHOSIS OF THE LIVER WITH HEPATOMEGALY.


POSTMORTEM COMPLETED AT:  1:30 pm

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E. CASE NO. | 01-07155 |
|---|---|
| NAME | Peter Glynn |
| Page | 7 |

**CAUSE OF DEATH:**

HEAD INJURIES

**MANNER OF DEATH:** ACCIDENT

OTHER SIGNIFICANT CONDITIONS:
ETHANOL INTOXICATION

---

Certification:

This is a true statement of the postmortem findings upon the body of Peter Glynn.

Malka D. Shah, M.D.
Associate Medical Examiner
07/02/2001
(End of Report)

TOXICOLOGY REPORT
ME-16 REV. 8/89

# TOXICOLOGY REPORT
ME-16 REV. 8/89

**STATE OF CONNECTICUT**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
TELEPHONE: (860) 679-3980

| M.E. CASE NO. |
|---|
| 01-07155 |

| LAB NO. | DECEASED | | | | DATE OF REPORT |
|---|---|---|---|---|---|
| L01-0667 | Peter Glynn | 39 yrs | White | Male | 22 June 01 |

**SPECIMENS SUBMITTED**
Blood (110 mL), Urine (100 mL), Stomach Contents (100 mL), Brain (100 g), Liver (113 g), Vitreous (3 mL)

| TAKEN BY | AT | ON (Date/Time) |
|---|---|---|
| Malka B. Shah, M.D. | Office of the Chief Medical Examiner | 6/09/01 |
| RECEIVED FROM | BY | ON (Date/Time) |
| Malka B. Shah, M.D. | Thommasina Loveless | 6/11/01  6:45 a.m. |

**FINDINGS**

Blood was analyzed for the presence of ethanol and other common volatile hydrocarbons by a gas chromatographic procedure. Ethanol was found at a concentration of 0.17%.

Blood was analyzed for the presence of acidic drugs by gas chromatography/mass spectrometry procedures. Caffeine and/or caffeine metabolite(s) were detected.

Blood was analyzed for the presence of basic drugs by gas chromatography/mass spectrometry procedures. None were detected.

Blood was screened for the presence of carbon monoxide by a microdiffusion procedure. None was detected.

Blood was analyzed for the presence of cocaine and/or cocaine metabolites and opiates by radioimmunoassay. None were detected.

Urine was analyzed for the presence of salicylates by a colorimetric procedure. None were detected.

Sherwood C. Lewis, Ph.D.
Director of Toxicology

Unless notified in writing, the tissue specimens retained in this case will be destroyed one year after the date of this report.

D 077