# Bristol Police Department



# Serious Traffic Accident Reconstruction Team

## *Traffic Accident Investigation Report*

| | |
|---|---|
| **Date:** | June 8, 2001 |
| **Time:** | 1945 hours |
| **Location:** | Wolcott Street |
| **Investigation by:** | Ptlmn. W. Kenney |
| **Assisted by:** | Ptlmn. D. Nadeau, T. Lavigne, C. Duquette, D. Boi |

D 056

# Table of Contents

Pages 1-2........................................PR 1 Police Accident Report

Pages 3-9........................................Overall Report

Page 10........................................Witness Statement

Pages 11-19........................................Medical Examiners Report

Page 20........................................Operator History

Page 21- 23........................................Speed Calculations

Page 24- 33........................................Mechanical Inspection

D 057

# CONNECTICUT UNIFORM POLICE-ACCIDENT REPORT

SUBSTITUTE FORM PR-1  REV. 12/94

GPS READINGS:  LATITUDE:  S.T.A.R.T.

TIME:        LONGITUDE:

**FOR DOT USE ONLY**

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 6/8/2001 | 1945 | ☒ Fatal  ☐ Injury  ☐ PDO | 1 | 1 of 2 | 01-15415 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON (Street Name or Route #) AT ITS INTERSECTION WITH |
|---|---|---|
| BRISTOL | 017 | WOLCOTT STREET at |

| IF NOT AT INTERSECTION | ☒ Feet | 2. DIRECTION | 3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE, OR MILE MARKER |
|---|---|---|---|
| 1. MEASURE DISTANCE  372 | ☐ Tenths of Mile | ☐ NORTH  ☐ SOUTH | of  PECK LANE |
| (Check Appropriate Boxes) | ☐ Meters / ☐ Kilometers | ☒ EAST  ☐ WEST | Accident Occurred on  ☐ On Private Property   ☐ Parking Lot |

| TRAFFIC UNIT #1 | ☒ Vehicle  ☐ Pedestrian  ☐ Non-Contact Vehicle | TRAFFIC UNIT #2 | ☐ Vehicle  ☐ Pedestrian  ☐ Non-Contact Vehicle |
|---|---|---|---|

| OPERATOR #1 or PEDESTRIAN NAME (Last, First, Middle Initial) | OPERATOR #2 or PEDESTRIAN NAME (Last, First, Middle Initial) |
|---|---|
| GLYNN  PETER J | |

| ADDRESS (Street Number & Name) | PROPER LICENSE CLASS | ADDRESS (Street Number & Name) | PROPER LICENSE CLASS |
|---|---|---|---|
| 12 PUTNAM STREET | ☒ Yes  ☐ No | | ☐ Yes  ☐ No |

| CITY OR TOWN | STATE | ZIP CODE | SEX | CITY OR TOWN | STATE | ZIP CODE | SEX |
|---|---|---|---|---|---|---|---|
| BRISTOL | CT | 06010 | ☒ M  ☐ F | | | | ☐ M  ☐ F |

| OPERATOR LICENSE # | STATE | DATE OF BIRTH | OPERATOR LICENSE # | STATE | DATE OF BIRTH |
|---|---|---|---|---|---|
| 065 002 266 | CT | 6/22/1961 | | | |

| OWNER'S NAME (Enter SAME If Owner Is Operator) | OWNER'S NAME (Enter SAME If Owner Is Operator) |
|---|---|
| SAME | |

| ADDRESS (Street Number & Name) | | ADDRESS (Street Number & Name) |
|---|---|---|
| SAME | GREEN | |

| CITY OR TOWN | STATE | ZIP CODE | BODY TYPE | CITY OR TOWN | STATE | ZIP CODE | BODY TYPE |
|---|---|---|---|---|---|---|---|
| SAME | | | CONV | | | | |

| REGISTRATION # | STATE | VEHICLE YEAR AND MAKE | REGISTRATION # | STATE | VEHICLE YEAR AND MAKE |
|---|---|---|---|---|---|
| 356-PGM | CT | 1995 MAZDA MIATA | | | |

| VEHICLE IDENTIFICATION NUMBER | VEHICLE IDENTIFICATION NUMBER |
|---|---|
| JM1 NA3 53X S06 036 31 | |

CARRIER NAME

CARRIER ADDRESS

HAZARDOUS MATERIALS

| ENFORCEMENT ACTION TAKEN   ☒ None | ENFORCEMENT ACTION TAKEN   ☐ None |
|---|---|
| ☐ Arrest  ☐ Written Warning  ☐ Verbal Warning | ☐ Arrest  ☐ Written Warning  ☐ Verbal Warning |

| STATUTE OR ORDINANCE #S | SUBJECT OF ACTION  ☒ Operator  ☐ Cooler  ☐ Owner  ☐ Pedestrian | STATUTE OR ORDINANCE #S | SUBJECT OF ACTION  ☐ Operator  ☐ Cooler  ☐ Owner  ☐ Pedestrian |
|---|---|---|---|
| 14-218A  14-242 | | | |

| AUTOMOBILE INSURANCE — NAME | POLICY # | AUTOMOBILE INSURANCE — NAME | POLICY # |
|---|---|---|---|
| GEICO | 1A0-65-46 | | |

| PARTS OF VEHICLE DAMAGED | PARTS OF VEHICLE DAMAGED |
|---|---|
| TOTAL  ROLLOVER | |

| VEHICLE TOWED TO | ☒ TOWED DUE TO DAMAGE | VEHICLE TOWED TO | ☐ TOWED DUE TO DAMAGE |
|---|---|---|---|
| BERNIES FRAME SHOP | | | |

| | L. | M. | N. | NAME AND ADDRESS OF EACH INVOLVED PERSON | Date of Birth | O. | P. | Q. | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | K | 1 | TRAFFIC UNIT #1 OPERATOR OR PEDESTRIAN #1 | | 4 | 1 | 4 | 1 |
| 2 | | | | TRAFFIC UNIT #2 OPERATOR OR PEDESTRIAN #2 | | | | | 2 |
| 3 | | | | | | | | | 3 |
| 4 | | | | | | | | | 4 |
| 5 | | | | | | | | | 5 |
| 6 | | | | | | | | | 6 |
| 7 | | | | | | | | | 7 |
| 8 | | | | | | | | | 8 |

ALL INVOLVED PERSONS

D 058

SUBSTITUTE FORM PR-1

Page # __2__ of __2__

POLICE CASE NUMBER
01-15415

ACCIDENT DIAGRAM                                                      INDICATE NORTH



| TRAFFIC UNIT # I   TRAVELING: | TRAFFIC UNIT #   TRAVELING: |
|---|---|
| ☐ N  ☐ S  ☒ E  ☐ W   ON   WOLCOTT STREET | ☐ N  ☐ S  ☐ E  ☐ W   ON |

ON 6/8/2001 AT 1945 HRS THE BRISTOL POLICE SERIOUS TRAFFIC ACCIDENT RECONSTRUCTION
TEAM (S.T.A.R.T.) WAS CALLED IN TO INVESTIGATE A ONE CAR CRASH ON WOLCOTT STREET IN
BRISTOL ,CT. OPERATOR # 1 PETER GLYNN AGE 39 WAS TRAVELING EAST ON WOLCOTT STREET IN
HIS 1995 MAZDA MIATA CONVERTIBLE. THE TOP WAS DOWN ON THE CONVERTIBLE AND GLYNN
WAS WEARING A SEATBELT. GLYNN WAS TRAVELING AT A HIGH RATE OF SPEED NEGOTIATING A
RIGHT HAND CURVE IN THE ROAD. THE POSTED SPEED LIMIT IN THE AREA WAS 25 MPH. THE ROAD
WAS BITUMINOUS ASPHALT WITH ONE EASTBOUND LANE UPHILL AND ONE WESTBOUND LANE
DOWNHILL. THE ROAD HAS SEVERAL SHARP CURVES. THE ROAD WAS DRY AND CLEAN AT THE
TIME OF THE CRASH. WEATHER WAS DRY, CLEAR AND 73 DEGREES. INVESTIGATION SHOWS A YAW
MARK LEFT IN THE ROAD TRAVELING EAST ON WOLCOTT STREET AND CROSSED OVER THE
DOUBLE YELLOW LINES. OPERATOR # 1 STRUCK THE NORTH CURB ON WOLCOTT STREET ON THE
WESTBOUND LANE. OPERATOR # 1 ALSO STRUCK A WIRE GUIDE RAIL FENCE. OPERATOR # 1
VEHICLE ROLLED OVER ONCE AND LANDED UPSIDE DOWN AT FINAL REST. OPERATOR # 1 WAS
TRAPPED UNDERNEATH HIS CAR WHICH WAS FLIPPED OVER. OPERATOR # 1 WAS WEARING A LAP
AND SHOULDER SEATBELT AND BOTH FRONT AIR BAGS DEPLOYED. DR.MIRABELLI ,MEDICAL
EXAMINER PRONOUNCED PETER GLYNN 6-22-1961 DECEASED AT THE SCENE. POLICE
INVESTIGATION SHOWS GLYNN WAS TRAVELING TOO FAST 14-218A AND MADE A RESTRICTED
TURN IN VIOLATION OF 14-242. NO POLICE ACTION TAKEN . 1 CAR, 1 OPERATOR FATAL CRASH.
OFFICER LAVIGNE, OFFICER BOI, OFFICER DUQUETTE ASSISTED ON SCENE. PRIMARY
INVESTIGATING OFFICER -WILLIAM KENNEY.

| DAMAGE TO PROPERTY OTHER THAN INVOLVED VEHICLES | 1. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE  20 FEET WIRE GUIDE RAIL FENCE BROKEN . |
|---|---|
| | NAME AND ADDRESS OF PROPERTY OWNER  CITY OF BRISTOL |
| | 2. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE |
| | NAME AND ADDRESS OF PROPERTY OWNER |

| RANK AND SIGNATURE OF INVESTIGATING OFFICER  OFFICER WILLIAM KENNEY | OFFICER ID#  66 | POLICE AGENCY IDENTIFICATION  CT0001700 | REPORT DATE  6/8/01 | CASE STATUS  OPEN ☐  CLOSED ☒ | SUPERVISOR |

D 059

# Fatal Accident Report

*Date of Accident:*          June 8, 2001

*Time of Accident:*          1945 hours

*Location of Accident:*      Wolcott Street

*Case Number:*               01-15415

*Victim:*                    Peter J. Glynn

3

D 060

*Victim:*  Peter J. Glynn   age 30
12 Putnam St.
Bristol, Connecticut

*Date of*
*Accident:*   Friday, June 8, 2001

*Time of*
*Accident:*   Bristol Police Department Communications Division
Received several 911 calls reporting that a serious
Motor vehicle accident had occurred on Wolcott St.,
just west of Peck Lane. Several Patrol units were
detailed, including this officer. The first call was
received at 1945 hours.

*Time of*
*Arrival:*   This officer (Kenney) was the first to arrive on scene,
arriving within two minutes of the call with other
responding units arriving within several minutes.
Bristol Fire Department personnel from Engine 1 and
Tower 1 responded and arrived at 1949 hours.
Bristol Emergency Medical Service responded and
arrived on scene at 1950 hours.

*Location of*
*Accident:*   The accident occurred on the north side of
Wolcott Street, approximately 300 feet west of the
intersection with Peck Lane.

*Location of*
*Victim:*   The victim was the operator of a 1995 Mazda Miata
convertible which was traveling east on Wolcott
Street. The vehicle had struck the north curb and
overturned. The victim was found trapped inside the
vehicle and had obvious fatal injuries.

4

D 061

**Location of Vehicle:**

The Mazda Miata operated by the victim was found upside down located in a grassy area approximately five feet north of the curb line. The vehicle was a convertible model which had its soft top in its down position at the time of this accident.
The front of the vehicle was facing eastbound.

**Synopsis of Accident:**

This accident occurred when an eastbound vehicle was traveling on a downhill grade through a series of sharp curves. The operator lost control of the vehicle while negotiating the curve, slid sideways, and struck the curb on the opposite side of the road. The vehicle then overturned and came to rest upside down

**Weather Condition:**

The weather conditions for Friday June 8, 2001 at or near the time of this accident as recorded by The Weather Channel (weather.com) were as follows: Partly cloudy skies with a temperature of 75 degrees.

**Road Description:**

Wolcott Street begins at the intersection with South Street and runs south at an uphill grade. This is a state owned and maintained highway, also known as CT route 69 until it intersects with Wolcott Road, located approximately 1.1 miles south. Wolcott Street continues west from this intersection until it intersects with Witches Rock Road. This is a city owned and maintained roadway.

5

D 062

**Road
Description:
(cont'd)**

There is a white fog line on both sides of the
roadway approximately two feet from the curb.
An eastbound operator would be traveling on a 12%
downhill grade through two sharp curves in the
roadway just prior to the accident scene.
The roadway is asphalt paved and in excellent
condition.

**Traffic
Control:**

For an operator traveling east on Wolcott Street from
the intersection with Witches Rock Road, there is a
25 MPH speed limit sign clearly posted
approximately seventy-five feet from the
intersection. Just prior to the first curve in the road,
there are two signs with an arrow on each, indicating
an approaching curve in the road.

**Scene
Examination:**

In examining the scene, there was a yaw mark which
was measured at one-hundred and sixteen feet. (116")
The tires of the accident caused this mark
vehicle as it was sideslipping and rotating forward.
There was also a scuff mark on the north curb which
was caused by the left rear tire striking the curb
prior to overturning. This was located  seventy-seven
feet (77.4")west of the vehicles' center of mass at
final rest.
The scene was also examined for evidence of
braking. There were no marks in the roadway to
indicate that the operator had applied the brakes prior
to losing control on the curve.

6

**Action Taken**
**(at scene):**

Upon my arrival at the scene, I observed one vehicle had been involved in a collision. This was a Mazda Miata convertible which was upside down located seven feet (7.5") north of the curbline. I could see the operator trapped inside the vehicle and it was obvious that his injuries were not compatible with life. I radioed the Police Department Communications Division to report my findings and request a Supervisor.

Bristol Fire Department personnel from Engine #1 and Tower #1 responded and began efforts to lift the vehicle on the passenger side to search for other occupants. They worked for about thirty(30) minutes before determining there were no other occupants.

Bristol Emergency Medical Service responded and Paramedic Sharon Kenney presumed the victim dead in accordance with Advanced Life Support guidelines.

The scene was photographed by this officer and measurements were taken by Officers Lavigne, Boi, and Duquette. Officer Lavigne videotaped the scene.

Assistant Medical Examiner, V. Mirabelli M.D. responded to the scene and pronounced the victim dead at 2035 hours. (8:25 p.m.)

Bernie's Frame Shop responded to the scene and removed the vehicle for examination. At this time, the scene was cleared.

7

D 064

**Action Taken:**
**(witness)**

Shortly after the Police were on scene, attempts were made to identify any possible witnesses to this accident. One witness was located and identified as William Raymond, age 34, of Bristol. In a sworn statement, he reported that he was a passenger in his friends vehicle and they were traveling west on Wolcott St. He observed a vehicle traveling east and coming down the hill out of control. The vehicle then struck the curb and flipped over. His friend stopped the vehicle and they went to check on the driver. He knew the occupant was badly hurt, and then yelled for somebody to call 911.

**Vehicle**
**Examination:**

The vehicle operated by Peter J. Glynn in this accident, a 1995 Mazda Miata, was examined by Bernie Whitneck, owner of Bernie's Frame Shop. The vehicle was found to be in good mechanical condition.

**Alcohol:**

A report was received from the Office of Chief Medical Examiner indicating the results of a post-mortem and subsequent toxicology tests performed on the victim. The blood alcohol content for Peter J. Glynn at the time of his death was 0.17 %. In the State of CT, a blood alcohol content of 0.10 and above is considered to be over the legal limit of intoxication while operating a motor vehicle. Based on the toxicology results, there is prima facie evidence that Peter J. Glynn was intoxicated at the time of this accident.

**Operator**
**History:**

A check with the Department of Motor Vehicles showed no previous driving history.

8

D 065

**Action taken:**

**Speed calculation:**    A speed calculation was used to determine the minimum speed of the accident vehicle. This method was developed using a physics formula in relation to the physical evidence at the scene as well as the roadway topography. This formula is endorsed and taught by The Institute of Police Technology and Management located at the University of North Florida, Jacksonville. Based on evidence at the accident scene, it has been determined that the accident vehicle was traveling a minimum speed of 42.34 miles per hour.

**Conclusion:**    On Friday, June 8, 2001, at approximately 1945 hours, Peter J. Glynn was operating his 1995 Mazda Miata east on Wolcott Street in Bristol, CT. As he approached a curve in the roadway, he lost control of his vehicle. The vehicle slid sideways until striking a curb and overturning, causing fatal injuries.

My investigation has disclosed that he was operating with a blood alcohol content above the limit of 0.10 as set forth by the State of Connecticut as "prima facia evidence of operating under the influence of intoxicating liquor, drugs, or both.

My investigation also disclosed that while Peter J. Glynn was above the "prima facia" limit, he was operating his vehicle in excess of the posted speed limit of 25 Miles per hour. This accident ocurred when Peter J. Glynn lost control of his vehicle due to his intoxication in violation of sec. 14-227a and Unreasonable Speed in violation of sec. 14-218a. As a result, he subsequently caused his own death.

9

D 066