**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PHILIP GLYNN,                          :
Plaintiff,                             :
                                       :
v.                                     :        Civil No. 3:02CV1802(AVC)
                                       :
BANKERS LIFE AND CASUALTY              :
COMPANY,                               :
Defendant                              :        JULY 19, 2004

**AFFIDAVIT**

The undersigned being duly sworn, hereby deposes and says:

1.    I am of legal age and believe in the obligation of an oath or affirmation;

2.    I make this affidavit based upon my personal knowledge;

3.    I am currently a Professor of Economics and Decision Sciences at Southern

      Connecticut State University;

4.    In 1987, I received my Ph.D. in Systems Engineering from the University of

      Virginia;

5.    I am a past President of the Connecticut Chapter of the American Statistical

      Association;

6.    I have experience and expertise as a decision analyst with substantial applied

      work in economic problems and probability assessment;

7.    I have reviewed various studies and statistics for the year 2001, including

      those from the National Highway Traffic and Safety Administration;

8.        I have prepared an expert report entitled "Calculation of Probabilities for

Alcohol Related Fatalities in Auto Accidents," which was disclosed to the

defendant on October 24, 2003, in the plaintiff's expert disclosure;

9.        I have come to the conclusion that the probability of an alcohol related fatal

accident for an alcohol impaired driver and non-driver per 20 vehicle miles

traveled is about one in a million for both the United States and Connecticut.

Mehdi Mostaghimi, Ph.D.

Subscribed and sworn to, before me, at _Guilford   Ct_ this 23rd day of

_July_, 2004.

Notary Public
My commission expires:

HENRY T BAUM JR
MY COMMISSION EXPIRES 03 / 31 / 2009