Mar 4, 2002

PHILIP GLYNN
12 PUTNAM ST
BRISTOL CT 06010

RE: Johnson & Johnson    Policy SR 84001
    Peter Glynn (deceased)

Dear Mr Glynn,

We have the facts needed to service this claim.

This policy is an accident policy, paying benefits for death caused by accidental injuries. The policy defines injury:
    Injury is a bodily injury caused solely by an accident, which results...in a Loss covered by the policy.

The medical records we have show Peter Glynn had a blood alcohol content of 0.17 at the time of his death. This is well above 0.10 %, which is the legal limit of intoxication.

This Johnson & Johnson policy is governed by ERISA rules and regulations.

Federal courts, in applying federal common law to claims for accidental death under ERISA plans, have uniformly held that death resulting from driving while intoxicated is not accidental.

I'm sorry, but the policy will not permit payment of benefits.

If you wish to appeal this decision, you may do so within 60 calendar days after the receipt of this letter by writing back to me using the address listed on our letterhead. Include any documentation you feel supports this claim.

D 087





BANKERS LIFE AND CASUALTY COMPANY

Our decision will be furnished to you within 60 calendar days following receipt of the letter requesting review. You can call me at 800-777-7074 ext 6958.

Sincerely,


Robert Krol
Spec Risk Benefits

D 088



BANKERS LIFE AND CASUALTY COMPANY
[illegible] MEDICAL DIVISION
[illegible] Merchandise Mart Plaza
Chicago, IL 60654-[illegible]
Telephone: (312) 396-6000