**RisCassi and Davis, P.C.**
Attorneys at Law
131 OAK STREET
P. O. BOX 261557
HARTFORD, CONNECTICUT 06126-1557

(860) 522-1196

WILLIAM R. DAVIS
JAMES D. BARTOLINI†
ANDREW S. GROHER
MICHAEL C. JAINCHILL†
JOHN J. HOULIHAN, JR.†
DAVID W. COONEY†
EUGENE K. SWAIN†
KATHRYN A. CALIBEY
DOUGLAS W. HAMMOND
EVERETT H. MADIN, JR.
PAUL M. IANNACCONE

FAX NUMBER
(860) 246-5847

LEON RISCASSI
1933-1995

JOSEPH G. LINNON
1902-1975

† CERTIFIED CIVIL TRIAL ADVOCATE
  NATIONAL BOARD OF TRIAL ADVOCACY
*ALSO ADMITTED IN RHODE ISLAND

April 30, 2002

Mr. Robert Krol
Bankers Life & Casualty Company
222 Merchandise Mart Plaza
Chicago, Ill 60654-2011

RE: Peter Glynn (deceased)
Johnson and Johnson
Policy: SR 84001

Dear Mr. Krol:

I represent Mr. Philip Glynn with regard to Peter Glynn's accidental death claim. First, I am requesting an appeal of this decision in accordance with your letter to Mr. Glynn dated March 4, 2002.

Second, please give me a call when you have an opportunity to discuss this matter further. It is Mr. Glynn's position that the policy is fully payable under the facts and circumstances of this case.

I look forward to hearing from you in the near future.

Very truly yours,

RisCassi and Davis, P.C.

By_____
Everett H. Madin, Jr.

EHM:kmk

D 090

May 9, 2002

EVERETT MADIN
131 OAK ST
P O BOX 261557
HARTFORD CT 06126

RE: Johnson & Johnson    Policy: SR 84001    Peter Glynn (deceased)

Dear Mr Madin,

We have your letter of Apr 30, 2002 concerning this claim.

We wrote to your client on March 4, 2002 (copy attached) explaining why this policy would not permit payment of benefits.

An appeal usually consists of additional information and/or reasons why a decision should be reconsidered. We invite you to submit whatever information you have which may have a bearing on our decision.

Sincerely,

Robert Krol
Spec Risk Benefits

Krol #10
5/18/04

D 091

RisCassi and Davis, P.C.
Attorneys at Law
131 OAK STREET
P. O. BOX 261557
HARTFORD, CONNECTICUT 06126-1557

(860) 522-1196

FAX NUMBER
(860) 246-9847

WILLIAM R. DAVIS
JAMES D. BARTOLINI†
ANDREW S. GROHER
MICHAEL C. JAINCHILL†
JOHN J. HOULIHAN, JR.†
DAVID W. COONEY†
EUGENE K. SWAIN†
KATHRYN A. CALIBEY*
DOUGLAS W. HAMMOND
EVERETT H. MADIN, JR.
PAUL M. IANNACCONE

LEON RISCASSI
1923-1995

JOSEPH C. LENNON
1928-1979

† CERTIFIED CIVIL TRIAL ADVOCATE
  NATIONAL BOARD OF TRIAL ADVOCACY
*ALSO ADMITTED IN RHODE ISLAND

May 15, 2002

Mr. Robert Krol
Bankers Life & Casualty Company
222 Merchandise Mart Plaza
Chicago, Ill 60654-2011

RE: Peter Glynn (deceased)
    Johnson and Johnson
    Policy: SR 84001

Dear Mr. Krol:

This is in response to your letter dated May 9, 2002. I have reviewed the policy at issue in this case. I find no language excluding coverage for deaths which were caused solely by an accident in which alcohol may have been associated. I do note that the policy does provide specific exclusions, but not one that is relevant to the issues in this matter.

Please make immediate payment under the policy to Mr. Glynn at this time. If you have any questions, please do not hesitate to give me a call.

Very truly yours,

RisCassi and Davis, P.C.

By_____
Everett H. Madin, Jr.

EHM:kmk

Krol #13
5/18/04

D 092



# BANKERS
### LIFE AND CASUALTY COMPANY
*A Conseco Company*

May 22, 2002

EVERETT MADIN
131 OAK ST
P O BOX 261557
HARTFORD CT 06126

RE: Johnson & Johnson     Policy: SR 84001     Peter Glynn (deceased)

Dear Mr Madin,

We have your latest correspondence concerning this claim.

While there is no listed exclusion specifically addressing driving while intoxicated, we remind you that this is an Accident policy, paying benefits for covered losses caused by accidental bodily injuries.

Our letter of Mar 4, 2002 had explained ERISA regulations, and how federal courts have ruled on cases involving driving while intoxicated.

Sincerely,

Robert Krol
Spec Risk Benefits

*Krol #12*
*5/18/04*

D 093