UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- x
PHILIP GLYNN,                         :
                                      :
         Plaintiff,                   :
                                      :
   v.                                 :   CIVIL ACTION NO.:
                                      :   02-CV-1802 (AVC)
BANKERS LIFE AND CASUALTY             :
COMPANY,                              :
                                      :
         Defendant.                   :   AUGUST 9, 2004
                                      :
------------------------------------- x

**DECLARATION OF ANDREW MUSCATO, ESQ. IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Andrew Muscato, Esq., declare under penalty of perjury that the following is true and correct:

1. I am counsel to Skadden, Arps, Slate, Meagher & Flom, LLP with offices at Four Times Square, New York, New York. I am an attorney of the States of New Jersey and New York, admitted pro hac vice for the defendant Bankers Life and Casualty Company ("Bankers").

2. Attached hereto as Exhibit E is a true copy of relevant portions of the Johnson & Johnson Summary Plan Description ("SPD"), that was attached as Exhibit 2 to the Declaration of John T. Shaban, Esq., filed with the Court on June 20, 2003 as part of a Bankers' motion to dismiss the complaint.

3. Attached hereto as Exhibit F is a true copy of relevant portions of the transcript of the deposition of Bankers' Robert Krol dated May 18, 2004.

_____
Andrew Muscato, Esq.