## **AFFIDAVIT**

I, Theresa M. Jones, being duly sworn, hereby depose and say that:

1. I am more than eighteen (18) years of age.

2. I believe in the honor and sanctity of an oath.

3. I am the sister of the Plaintiff in this case.

4. On the day of my brother's accident, my brother came to my house at 151-153 Stillwell Avenue, Plainville, Connecticut, at 4 P.M.

5. We visited for more than an hour and he left at approximately 5:10 P.M. to go home and shower. His house was about 40 minutes away at that time of day on a Friday night.

6. At no time during our visit did I detect any odor of alcohol on Peter. He did not consume any alcohol while at my house.

7. When he got home to Bristol, he took his Cadillac from his yard and parked it on the street for me; he was letting me borrow it for a special occasion.

8. Either before or after he moved the vehicle, he showered and made supper for himself.

9. I do not know where he went after that but it would have been around 6:30 P.M. by the time he left his house. The accident occurred a little over an hour later.

*Theresa M. Jones*
Theresa M. Jones

Subscribed and sworn to before me at Plainville, Connecticut this 27th day of August, 2004.

*Anthony O. Famiglietti*
Anthony O. Famiglietti
Commissioner of the Superior Court