# AFFIDAVIT

I, Mary Glynn, being duly sworn, hereby depose and say that:

1. I am more than eighteen (18) years of age.

2. I believe in the honor and sanctity of an oath.

3. I am the sister of the Plaintiff in this case.

4. Within two days after my brother's accident, I spoke to the investigating officer.

5. Detective Gilson, a member of the Bristol, Connecticut Police Department said that he was at the accident scene the evening of the accident.

6. Detective Gilson investigated the crash site.

7. Detective Gilson told me that my brother had negotiated the curve before the actual contact /accident had occurred.

8. Detective Gilson told me that it was common in residential areas for animals to run out in front of vehicles.

9. He said that it was probably what had happened to my brother.

Mary Glynn

Subscribed and sworn to before me at Plainville, Connecticut this 27th day of August, 2004.

Anthony O. Famiglietti
Commissioner of the Superior Court