PREPARED FOR:        Attorney Everett H. Madin, Jr.
RisCassi & Davis, P.C.
131 Oak Street
Hartford, Connecticut 06106

BY:        Mehdi Mostaghimi, Ph.D.
P.O. Box 569
Madison, CT 06643

DATE:        October 23, 2003

RE:        **Probabilities of Alcohol Related Fatalities in Auto Accidents**

The results of two prominent studies on the alcohol related fatalities in auto accidents are:
- **Study 1:** The **relative risk** of a male driver, 35 years and older, with a blood alcohol concentration (BAC) of 0.15% and more dying in single vehicle crashes as a function of BAC is about 382. In other words, among male drivers 35 and older, a BAC of 0.15+% increases the chance of being killed in single vehicle crashes by a factor of about **382**. This information is performed using 1995-96 data for the U.S.
- **Study 2:** Alcohol related fatality rate (BAC=0.01+%) per 100 million vehicle miles traveled (VMT) in the U.S. for year 2001 is about **0.63**. This rate for Connecticut is about **0.51**.

The results of the analysis have are:
- ➢ Using the results of Study 2, the calculated probability of an alcohol related fatality per 100 million VMT in the U.S. for year 2001 is 0.47. This probability for Connecticut is 0.40. These probabilities for <u>1 VMT are 6 in a billion for the U.S. and 5 in a billion for Connecticut</u>. These probabilities are proportionally increasing with the increases in the vehicle miles traveled up to 1 million VMT. Thus, these probabilities are 6 in 10 million and 5 in 10 million for 100 vehicle miles traveled respectively in the U.S. and Connecticut.
- ➢ Combining the results of Study 1 and Study 2, and assuming that the probability of a fatal accident is the same as the fatality odds (fatality/exposure ratio) of an accident, we can conclude that the probability of a male driver, 35 years and older, with a BAC=0.15+% dying in single vehicle crashes after driving for a mile is 382 times of 6 out of a billion (24 in 10 million) for the U.S. and 382 times of 5 out of a billion (20 in 10 million) for Connecticut. <u>For 100 vehicle miles traveled, these probabilities are 24 out of 100 thousand (0.00024) and 20 out of 100 thousand (0.00020), respectively.</u>

**Study 1: Relative Risk of an Alcohol Related Driver Fatality in an Accident**

In a study sponsored by the National Highway Traffic Safety Administration (published as report DOT HS 809 050 in April 2000, entitled "Relative Risk of Fatal Crash Involvement by BAC, Age, and Gender,") relative risk of dying in single vehicle crashes due to a positive BAC reading is defined as the ratio of two fatality odds groups, the fatality odds for the group with a positive BAC reading over the fatality odds for the group with zero BAC reading. The fatality odds for a group is constructed as the fatality/exposure ratio. Information from Fatality Analysis Reporting System (FARS), which is a census, is used for the fatality distributions and information from National Roadside Survey (NRS), which is a sample, is used for the exposure distribution. This study is for the entire U.S. for year 1996. Logistic regression statistical method, then, is applied to these calculated odd ratios to estimate trends in the data. The estimated trends are used to estimate relative risk as a function of age, gender, and BAC.

- Defining relative risk as the odds ratio makes it independent of the vehicle miles traveled (valid for any VMT).
- A claim is made that this methodology assigns responsibility more directly to the drivers in the accidents.
- The model estimated the relative risk of a male driver over the age of 35 with a BAC=.15+ dying in single vehicle crashes as 382, given that the relative risk of the same with BAC=0 is 1. The confidence bound for this relative risk is (208-702) indicating a very high variation associated with the estimates of this model. Higher variation indicates less reliability of an estimate.
    - o This relative risk is identical for a female driver with the same attributes.
    - o This relative risk is the lowest among all age groups. Relative risks for (21-34) and (16-20) age ranges are 573 and 15,560, respectively.
    - o This relative risk is exponentially increasing as a function of BAC ranges. Relative risks for BAC=(0.08-0.10) and (0.10-0.15) are estimated by the model as 11 and 29, respectively.

M Mostaghimi

### Study 2: Probability of the Alcohol Related Fatal accident per Vehicle Miles Traveled (VMT) – 2001.

The information on the traffic fatalities reported by "State Traffic Safety Information – NHTSA – October 2002" for the year 2001 indicates that the fatality rate per 100 million vehicle miles traveled (VMT) for the U.S. is 1.51 and for Connecticut is 1.01 (Table 1). Alcohol related fatality rates (BAC=0.01+%) per 100 million VMT for year 2001 are 0.63 for the U.S. and 0.51 for Connecticut.

- About 42% of the fatality rates in the U.S. are alcohol related, compared to 50% for Connecticut.
- At the "State Traffic Safety Information – NHTSA" reported rate per 100 million VMT of 0.63 for the US, the probability of an alcohol related fatal accident is about 0.47. At the reported rate of 0.51 for the CT, this probability is 0.40 (Table 1, Figure 1).
  - These probabilities are produced using a Poisson distribution (Appendix). A Poisson distribution measures the probability of an alcohol related fatal accident as a function of the VMT, given a rate of such an accident.
- At 1 VMT, these probabilities are 6 in a billion for the U.S. and 5 in a billion for CT.
- At 100 VMT, these probabilities are 6 in 10 million for the U.S. and 5 in 10 million for CT.

### Appendix: Poisson Probability Distribution

The probability of a fatal accident (X=1+) happens in traveling n miles with an accident per mile rate of $\mu$ is Pr(X=1+) =1- P(X=0), where

$$\Pr(X = 0) = \frac{(n\mu)^X e^{-(n\mu)}}{X!}.$$

M Mostaghimi

## Table 1: Alcohol Related Fatalities - 2001

|  | US | Connecticut |
|---|---|---|
| **Fatality Rate per 100 Million VMT** | 1.51 | 1.01 |
| **Alcohol Related Fatality Rate per 100 Million VMT** | 0.63 | 0.51 |
| **Ratio of Alcohol Related Fatality Rate per 100 Million VMT to Fatality Rate per 100 Million VMT** | 0.42 | 0.50 |
| **Probability of a Fatality per 100 Million VMT*** | 0.78 | 0.64 |
| **Probability of an Alcohol Related Fatality per 100 Million VMT*** | 0.47 | 0.40 |

**Probability of a Fatality per one VMT***

0.000000015
0.000000010

**Probability of an Alcohol Related Fatality per one VMT***

0.000000006
0.000000005

**Probability of a Fatality per 100 VMT***

0.000001510
0.000001010

**Probability of an Alcohol Related Fatality per 100 VMT***

0.000000630
0.000000510

\* Poisson probability distribution is used.



## Figure 1: Probability of Alcohol Related Fatalities as a Function of VMT - 2001: CT Versus US

Alcohol Related Probabilities