UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- x
PHILIP GLYNN,                         :
                                      :
            Plaintiff,                :
                                      :
    v.                                :   CIVIL ACTION NO.:
                                      :   02-CV-1802 (AVC)
BANKERS LIFE AND CASUALTY             :
COMPANY,                              :
                                      :
            Defendant.                :   AUGUST 27, 2004
                                      :
------------------------------------- x

**DECLARATION OF ANDREW MUSCATO, ESQ. IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Andrew Muscato, Esq., declare under penalty of perjury that the following is true and correct:

1. I am counsel to Skadden, Arps, Slate, Meagher & Flom, LLP with offices at Four Times Square, New York, New York. I am an attorney of the States of New Jersey and New York, admitted pro hac vice for the defendant Bankers Life and Casualty Company ("Bankers").

2. As Bankers' counsel, we have made many attempts to depose Plaintiff. In June, we learned that Plaintiff had suffered a stroke in May. We now understand that Plaintiff may be available for his deposition in October 2004. Attached hereto as Exhibit 1 are true copies of correspondence regarding the scheduling of Plaintiff's deposition.

_____
Andrew Muscato, Esq.

# Exhibit 1

# RisCassi & Davis, P.C.

ATTORNEYS AT LAW

191 Oak Street | P.O. Box 261557 | Hartford, Connecticut 06126-1557
Phone: (860) 522.1196 | Fax: (860) 246.5847
Web: www.riscassi-davis.com or www.connecticutjustice.com

William R. Davis
James D. Bartolini †
Andrew S. Groher †
Michael C. Jainchill †
John J. Houlihan, Jr. †
David W. Cooney †
Eugene K. Swain † ∗
Kathryn A. Calibey
Douglas W. Hammond
Everett H. Madin, Jr.
Paul M. Iannaccone †

† BOARD-CERTIFIED
CIVIL TRIAL ADVOCATE
NATIONAL BOARD
OF TRIAL ADVOCACY

∗ ALSO ADMITTED IN
RHODE ISLAND

Leon RisCassi
1953 – 1986

Joseph C. Lianon
1956 – 1976

August 25, 2004

VIA FAX   (212-735-2000)

Andrew Muscato, Esq.
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

RE:   Glynn v. Bankers Life

Dear Andrew:

This is in response to your letter dated August 20, 2004 in which you are looking for a date to take Mr. Glynn's deposition. I have met with Mr. Glynn and he is able to testify. However, I will be on trial through that period of September 24th. I believe we would be able to take his deposition in early October with no problem.

Please let me know if this will work for your schedule.

Very truly yours,

RisCassi and Davis, P.C.

By_____
   Everett H. Madin, Jr.

EHM:kmk

# RisCassi & Davis, P.C.

ATTORNEYS AT LAW

131 Oak Street | P.O. Box 261557 | Hartford, Connecticut 06126-1557
Phone: (860) 522.1196 | Fax: (860) 246.5847
Web: www.riscassi-davis.com or www.connecticutjustice.com

William R. Davis
James D. Bartolini †
Andrew S. Groher †
Michael C. Jainchill †
John J. Houlihan, Jr. †
David W. Cooney †
Eugene K. Swain † ✦
Kathryn A. Calibey
Douglas W. Hammond
Everett H. Madin, Jr.
Paul M. Iannaccone †

† BOARD-CERTIFIED
CIVIL TRIAL ADVOCATE
NATIONAL BOARD
OF TRIAL ADVOCACY

✦ ALSO ADMITTED IN
RHODE ISLAND

Leon RisCassi
1933 – 1986

Joseph C. Linnon
1956 – 1976

June 1, 2004

Katherine Creenan, Esq.
Skadden, Arps, Slate, Meagher, & Flom, LLP
One Newark Center
Newark, NJ 07102

RE: Glynn v. Bankers Life

Dear Attorney Creenan;

This is in response to your fax dated May 26, 2004 regarding the deposition of Mr. Glynn. I spoke to Mr. Glynn today to set up a time for the deposition and learned that he suffered a stroke a couple of weeks ago. He is presently undergoing medical treatment and therapy. It does not appear to me or to him that he is able to give a deposition in June. I told him that I would check on his health sometime in July, and we can attempt to set up a date for you to take his deposition.

Please give me a call if you have any questions about the situation.

Very truly yours,

RisCassi and Davis, P.C.

By _____
Everett H. Madin, Jr.

EHM:kmk

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

A DELAWARE LIMITED LIABILITY PARTNERSHIP

ONE NEWARK CENTER

NEWARK, NEW JERSEY 07102-5297

---

TEL: (973) 639-6800
FAX: (973) 639-6858
www.skadden.com

ROBERT J. DEL TUFO
RESIDENT PARTNER

DIRECT DIAL
973-639-6832
DIRECT FAX
973-848-0878
EMAIL ADDRESS
KCREENAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 26, 2004

<u>Via Facsimile and Regular Mail</u>

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

    Re: <u>Glynn v. Bankers Life & Casualty Company</u>

Dear Attorney Madin:

    Further to my letters to you dated March 16 and 29, 2004, we await your proposed dates when Plaintiff would be available for his deposition at your office.

                     Very truly yours,

                     Katherine Creenan

cc: John Shaban, Esq.

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

A DELAWARE LIMITED LIABILITY PARTNERSHIP

ONE NEWARK CENTER

NEWARK, NEW JERSEY 07102-5297

---

TEL: (973) 639-6800
FAX: (973) 639-6858
www.skadden.com

ROBERT J. DEL TUFO
RESIDENT PARTNER

DIRECT DIAL
973-639-6832
DIRECT FAX
973-648-0878
EMAIL ADDRESS
KCREENAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 16, 2004

<u>Via Facsimile and Regular Mail</u>

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

      Re: <u>Glynn v. Bankers Life & Casualty Company</u>

Dear Attorney Madin:

      Further to my letters to you dated March 16 and 29, 2004, I am inquiring as to whether May 18th and/or 19th would be good dates for you to depose Bankers' Robert Krol in Chicago.

      I am still awaiting your proposed dates when Plaintiff would be available for his deposition at your office.

                                      Very truly yours,

                                      Katherine Creenan

cc: John Shaban, Esq.

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

A DELAWARE LIMITED LIABILITY PARTNERSHIP

ONE NEWARK CENTER
NEWARK, NEW JERSEY 07102-5297
———
TEL: (973) 639-6800
FAX: (973) 639-6858
www.skadden.com

ROBERT J. DEL TUFO
RESIDENT PARTNER

DIRECT DIAL
973-639-6832
DIRECT FAX
973-648-0678
EMAIL ADDRESS
KGREENAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 29, 2004

<u>Via Facsimile and Regular Mail</u>

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

Re: <u>Glynn v. Bankers Life & Casualty Company</u>

Dear Attorney Madin:

Further to my letter to you dated March 16, 2004, I am awaiting your proposed dates when Plaintiff would be available for his deposition at your office and when you would be available to depose Bankers' Robert Krol in Chicago. On March 25th, I spoke to Kathleen of your office regarding these dates and she said she would try get back to me this week.

Very truly yours,

Katherine Greenan

cc: John Shaban, Esq.