UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - x
PHILIP GLYNN, :
:
       Plaintiff, : CIVIL ACTION NO.:
: 02-CV-1802 (AVC)
v. :
:
BANKERS LIFE AND CASUALTY :
COMPANY, :
:
       Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - x  September 3, 2004

### JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with plaintiff for an order to extend the standing Scheduling Order deadlines sixty (60) days. On April 6, 2004 the Court amended the Scheduling Order as follows:

1. Discovery completed by July 8, 2004;

2. Dispositive motions filed by August 8, 2004 (which was a Sunday);

3. Joint Trial Memorandum filed by September 8, 2004;

4. Trial Ready Date of October 8, 2004.

As ordered, the parties filed opposing motions for summary judgment on or before August 9, 2004. These motions are *sub judice*. Plaintiff, however, has been unavailable for deposition due to his poor health. Plaintiff's deposition is currently scheduled for late October. Thus, the parties respectfully request the Court to extend the current deadlines to require:

1. Joint Trial Memorandum filed by November 8, 2004;

2. Trial Ready Date December 8, 2004.

This is the parties' third joint motion to extend deadlines.

55734

DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

By: _____
JOHN T. SHABAN
Federal Bar No. ct14075
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025

OF COUNSEL
ANDREW MUSCATO
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Newark Center
Newark, NJ 07102

55734

CERTIFICATION

This is to certify that a true and correct copy of the foregoing Answer to Complaint was mailed via First Class Mail, postage pre-paid on this the 3${}^{rd}$ day of September, 2004, to the following counsel of record:

Everett H. Madin, Jr.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Counsel for Plaintiff Philip Glynn

John T. Shaban

55734