UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 SEP -7 A 11:

U.S. DISTRICT COURT
HARTFORD. CT.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
PHILIP GLYNN,                                                 :
                                                             :
                        Plaintiff,                           :   CIVIL ACTION NO.:
                                                             :   02-CV-1802 (AVC)
        v.                                                   :
                                                             :
BANKERS LIFE AND CASUALTY                                    :
COMPANY,                                                     :
                                                             :
                        Defendant.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x   September 3, 2004
```

## JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel,

hereby moves jointly with plaintiff for an order to extend the standing Scheduling Order

deadlines sixty (60) days.  On April 6, 2004 the Court amended the Scheduling Order as follows:

1. Discovery completed by July 8, 2004;

2. Dispositive motions filed by August 8, 2004 (which was a Sunday);

3. Joint Trial Memorandum filed by September 8, 2004;

4. Trial Ready Date of October 8, 2004.

As ordered, the parties filed opposing motions for summary judgment on or before

August 9, 2004.  These motions are *sub judice*.  Plaintiff, however, has been unavailable for

deposition due to his poor health.  Plaintiff's deposition is currently scheduled for late October.

Thus, the parties respectfully request the Court to extend the current deadlines to require:

1. Joint Trial Memorandum filed by November 8, 2004;

2. Trial Ready Date December 8, 2004.

FILED 2004 SEP -9 A 9: U.S. DISTRICT COURT HARTFORD. CT.

```
3:02CV1802(AVC).  September 8, 2004.  The joint motion to extend
deadlines (document no. 98) is GRANTED as set forth in the second
ammended scheduling order issued this day.
SO ORDERED.
```

Alfred 'V. Covello, U.S.D.J.

02cv1802end98