UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN             :
  Plaintiff,             :
                         :
v.                       :         Civil No. 3:02CV1802
                         :
BANKERS LIFE AND CASUALTY :
COMPANY,                 :
  Defendant.             :

FILED
2004 SEP -9 A 9:29
U.S. DISTRICT COURT
HARTFORD, CT.

**SECOND AMENDED SCHEDULING ORDER**

(1) The parties shall file a joint trial memorandum in accordance with the pretrial order by November 8, 2004;

(2) the case shall be ready for trial by December 8, 2004.

It is so ordered this __8TH__ day of September, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge