UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP GLYNN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO.: |
| | : | 302CV1802 (AVC) |
| | : | |
| BANKERS LIFE AND | : | |
| CASUALTY COMPANY, | : | |
| | : | |
| Defendant | : | September 21, 2004 |

**MOTION TO STRIKE PART II OF DEFENDANT'S REPLY
MEMORANDUM OF LAW DATED SEPTEMBER 15, 2004 AND A
PORTION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff hereby moves to strike portions of the Defendant's Reply Memorandum of Law dated September 15, 2004 (hereinafter Defendant's Reply) and the Defendant's Motion for Summary Judgment dated August 9, 2004. The defendant, in the sections noted in the Memorandum of Law accompanying this motion, offers incompetent and inadmissible evidence. The defendant, by attempting to admit as evidence sources, including, but not limited to online websites, and by using such incompetent evidence as the basis for conclusory statements, without any personal knowledge nor the support of expert testimony, perverts the Federal Rules of Evidence. Further, the defendant, by doing so, tacitly admits that it has no competent evidence supporting its decision to deny the plaintiff's claim for benefits. Part II of the Defendant's Reply, along with that

ORAL ARGUMENT IS REQUESTED

portion of the Defendant's Motion for Summary Judgment from the last sentence on page 11 to the second paragraph of page 12, including footnotes 3 and 4, should be stricken.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## **CERTIFICATION**

This is to certify that a copy of the foregoing Memorandum of Law has been mailed, first-class postage prepaid, to counsel of record this 21st day of September, 2004, more specifically, to the following:

Andrew Muscato, Esq.
Katherine Creenan, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

*For the Defendant Bankers Life and Casualty Company*

John T. Shaban, Esq.
Maciej A. Piatkowski, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

*For the Defendant, Bankers Life and Casualty Company*

_____
Everett H. Madin, Jr.

2

RISCASSI & DAVIS, P.C.  •  *ATTORNEYS-AT-LAW*  •  131 OAK STREET  •  P.O. BOX 261557  •  HARTFORD, CT 06126-1557  •  (860) 522-1196