UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN,<br>Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 3:02CV1802(AVC) |
| BANKERS LIFE AND CASUALTY<br>COMPANY,<br>Defendant | :<br>:<br>:<br>:    JULY 19, 2004 |

## AFFIDAVIT

The undersigned being duly sworn, hereby deposes and says:

1. I am of legal age and believe in the obligation of an oath or affirmation;

2. I make this affidavit based upon my personal knowledge;

3. I am currently a Professor of Economics and Decision Sciences at Southern Connecticut State University;

4. In 1987, I received my Ph.D. in Systems Engineering from the University of Virginia;

5. I am a past President of the Connecticut Chapter of the American Statistical Association;

6. I have experience and expertise as a decision analyst with substantial applied work in economic problems and probability assessment;

7. I have reviewed various studies and statistics for the year 2001, including those from the National Highway Traffic and Safety Administration;

8. I have prepared an expert report entitled "Calculation of Probabilities for Alcohol Related Fatalities in Auto Accidents," which was disclosed to the defendant on October 24, 2003, in the plaintiff's expert disclosure;

9. I have come to the conclusion that the probability of an alcohol related fatal accident for an alcohol impaired driver and non-driver per 20 vehicle miles traveled is about one in a million for both the United States and Connecticut.

                                                    Mehdi Mostaghimi, Ph.D.

Subscribed and sworn to, before me, at Guilford CT this 23rd day of July, 2004.

_____
Notary Public
My commission expires:

HENRY T BAUM JR
MY COMMISSION EXPIRES 03/31/2009