UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,

    Plaintiff,

vs                                    Civil Action 302 CV 1802

BANKERS LIFE AND CASUALTY COMPANY,

    Defendant.

**DEPOSITION OF**

**ROBERT KROL**

May 18, 2004
10:00 a.m.

333 West Wacker
Chicago, Illinois

Sandra Drechsler, Certified Shorthand Reporter,
Registered Professional Reporter, and Notary Public



**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

**setdepo**
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

```
                              2
 1                       APPEARANCES
 2

 3    ON BEHALF OF THE PLAINTIFF
 4    RISCASSI & DAVID
 5    BY:  EVERETT H. MADIN, JR., ESQUIRE
 6         131 Oak Street
 7         P.O. Box 261557
 8         Hartford, Connecticut  06126-1557
 9         (860) 344-5297
10

11    ON BEHALF OF THE DEFENDANT
12    SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
13    BY:  ANDREW MUSCATO, ESQUIRE
14         One Newark Center
15         Newark, New Jersey  07102-5297
16         (973) 639-6800
17

18    ALSO PRESENT:
19    CONSECO Services, LLC
20    ROBERT E. BURKETT, JR.,
21    Senior Vice President, Legal
22

23

24
```



setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

32

1  understood it to be, correct?
2      A.    Yes.
3      Q.    Were there any facts at all in the
4  information you received that you determined
5  were relevant to the denial of the claim
6  other than the blood alcohol content?
7      A.    No.
8      Q.    Why then did you retain Research
9  Service Bureau, if all you really needed to
10 look at was the blood alcohol content?
11     A.    We wanted to make sure we had as
12 much facts as possible, and Research Service
13 was contracted to get the additional
14 information that might be out there.
15     Q.    But would any of the facts that
16 they turned up have altered your decision,
17 given the blood alcohol content?
18     A.    Possibly.  I really don't know.
19     Q.    Give me an example of a fact that
20 would have changed your decision.
21         MR. MUSCATO:  Objection to the
22 form of the question.
23     BY MR. MADIN:
24     Q.    You can answer.


setdepo — Streamlined · Centralized · Standardized
The Evolution of Deposition Management
Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

104

1         MR. MUSCATO: Objection to the
2  form of the question.
3      BY MR. MADIN:
4      Q.    You can answer.
5      A.    I agree.
6      Q.    You don't know what the statistics
7  are regarding driving while intoxicated?
8      A.    No.
9      Q.    Does anyone at Bankers Life know
10 what the statistics show with regard to
11 driving while intoxicated? Do you know?
12     A.    I don't know.
13     Q.    Okay. And whatever the numbers
14 show, they played no part in your decision to
15 deny Mr. Glynn's claim, is that true?
16     A.    Correct.
17     Q.    And you do cite ERISA regulations
18 as being a component of your decision to deny
19 this claim, but you don't know what those
20 regulations are, correct?
21     A.    Correct.
22     Q.    You also cite ERISA cases as being
23 uniform in denying such claims but you do not
24 know what any of the cases are, is that


setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

```
                              110
1                         CERTIFICATE
2       STATE OF    ILLINOIS                    :
3       COUNTY/CITY OF   COOK/CHICAGO           :
4             Before me, this day, personally
5       appeared, Robert Krol, who, being duly sworn,
6       states that the foregoing transcript of
7       his/her Deposition, taken in the matter, on
8       the date, and at the time and place set out
9       on the title page hereof, constitutes a true
10      and accurate transcript of said deposition.
11                    _____
12                            Robert Krol
13
14            SUBSCRIBED and SWORN to before me this
15      30th day of June         , 2004 in the
16      jurisdiction aforesaid.
17         2/24/07                Sherry Kremer
18      My Commission Expires    Notary Public
19
20              "OFFICIAL SEAL"
21              SHERRY KREMER
                COMMISSION EXPIRES 02/24/07
22
23
24
```



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com