UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
| Defendant | : October 18, 2004 |

### PLAINTIFF'S OBJECTION TO
### DEFENDANT'S MOTION TO REOPEN DISCOVERY

The plaintiff hereby objects to the defendant's Motion to Reopen Discovery dated October 8, 2004.

The defendant's current motion has not offered any argument demonstrating the requisite good cause needed for the court to modify the deadlines in the operative scheduling order. The defendant's trial strategy of not disclosing any expert witness to support any arguments it may have, despite ample opportunity to do so, is an insufficient reason to reopen discovery.

To allow the defendant to reopen discovery at this time, due to the second-guessing of its prior strategy of not providing expert testimony to support its case would be inappropriate.

1

The defendant acted without diligence, as evidenced by their inability to meet the scheduling order deadline applicable to the disclosure of experts, despite numerous opportunities to do so. Further the defendant lacks candor when it states that the plaintiff has demanded or insisted that the defendant produce an expert. Neither the plaintiff, nor this Court, need direct the defendant on how to strategize its case, nor allow the defendant to attempt to potentially remedy its case when its prior strategy is ineffective.

To reopen discovery at this time, when there is a trial ready date assigned for December 8, 2004, would greatly prejudice the plaintiff; therefore, the Court should SUSTAIN the Plaintiff's Objection to Defendant's Motion to Reopen Discovery.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## **CERTIFICATION**

  This is to certify that a copy of the foregoing Memorandum of Law has been mailed, first-class postage prepaid, to counsel of record this 18 th day of October, 2004, more specifically, to the following:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Maciej A. Piatkowski, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

               _____
               Everett H. Madin, Jr.

## ORDER

Upon the foregoing objection and for good cause shown the same is hereby ORDERED:

Sustained/Overruled      By the Court,

            _____-