UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP GLYNN,                      :
                                   :
                   Plaintiff,      :      CIVIL ACTION NO.:
                                   :      02-CV-1802 (AVC)
            v.                     :
                                   :
BANKERS LIFE AND CASUALTY          :
COMPANY,                           :
                                   :
                   Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x      October 25, 2004

## JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with Plaintiff for an order extending the standing Scheduling Order deadlines sixty (60) days to allow for the resolution of the numerous pending motions.

On September 9, 2004 the Court issued its Second Amended Scheduling Order requiring: (1) the Joint Trial Memorandum be filed by November 8, 2004; and (2) a trial readiness date of December 8, 2004. The Court's Second Amended Scheduling Order was prompted by the parties' joint motion to extend deadlines following the parties' cross motions for summary judgment filed in August, and the unavailability of Plaintiff for deposition until late October. Since that time, the parties have filed the following motions/papers:

| Date | Docket No. | Description |
|------|-----------|-------------|
| 09/09/2004 | 100 | SECOND AMENDED SCHEDULING ORDER: Trial Ready Date 12/8/2004. Trial Brief due by 11/8/2004, Signed by Judge Alfred V. Covello on 9/8/04. (Blue, A.) (Entered: 09/09/2004) |
| 09/15/2004 | 101 | REPLY to Response to Motion for Summary Judgment filed by Bankers Life & Casualty Co. |

| 09/21/2004 | 102 | Plaintiff's Motion to Strike portions of Defendant's Reply in Support of Defendant's Motion for Summary Judgment |
| 09/21/2004 | 103 | Memorandum in Support of Plaintiff's Motion to Strike |
| 09/21/2004 | 104 | Plaintiff's Sur-Reply is opposition to Defendant's Motion for Summary Judgment |
| 10/12/2004 | 105 | PRETRIAL ORDER: Trial Brief due by 11/8/2004. Signed by Judge Alfred V. Covello. |
| 10/12/2004 | 106 | Defendant's Motion to Reopen Discovery |
| 10/12/2004 | 107 | Memorandum in Support of Defendant's Motion to Reopen Discovery |
| 10/12/2004 | 108 | Defendant's Memorandum in Opposition to Plaintiff's Motion to Strike |
| 10/20/2004 | 109 | Plaintiff's Reply to Response to Motion to Strike |
| 10/20/2004 | 110 | Plaintiff's Objection to Defendant's Motion to Reopen Discovery |
| 10/20/2004 | 111 | Plaintiff's Memorandum in support of his Objection to Defendant's Motion to Reopen Discovery |

The above motions, as well as the parties' cross motions for summary judgment, are all *sub judice*.

Plaintiff's motion to strike, Plaintiff's sur-reply, and Defendant's motion to reopen discovery all derive from (a) the parties' disagreement regarding whether and to what extent expert testimony/discovery is needed regarding the cause and effect of the alcohol contained in Plaintiff's decedent's blood at the time of his death, and (b) Defendant's request to depose two people, identified for the first time in Plaintiff's Opposition to Bankers' Motion for Summary Judgment, who purport to have knowledge regarding facts relevant to this case – i.e. Decedent's alleged actions in the hours before his death.

Until all of the pending motions are resolved and/or discovery completed, the precise scope of the issues to be tried will be unknown, thus preventing the creation of the joint trial memorandum in November and readiness for trial in December.

Accordingly, the parties respectfully request the Court to issue a Third Amended Scheduling Order requiring: (1) the Joint Trial Memorandum filed by January 10, 2004; and (2) Trial Ready Date of February 8, 2004.  This is the parties' fourth joint motion to extend deadlines.

DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

By: _____
JOHN T. SHABAN
Federal Bar No. ct14075
33 Riverside Avenue
P.O. Box 5116
Westport, Connecticut 06881
Telephone:  (203) 222-0885
Facsimile:  (203) 226-8025

OF COUNSEL
ANDREW MUSCATO
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Newark Center
Newark, NJ 07102

<u>CERTIFICATION</u>

This is to certify that a true and correct copy of the foregoing was mailed via First Class

Mail, postage pre-paid on this the 25 th day of October, 2004, to the following counsel of

record:

       Everett H. Madin, Jr.
       Riscassi and Davis, P.C.
       131 Oak Street
       Hartford, CT 06106

       Counsel for Plaintiff Philip Glynn

                               John T. Shaban