**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PHILIP GLYNN                          :
  Plaintiff,                         :
                                     :
v.                                    :   Civil No. 3:02CV1802
                                       :
BANKERS LIFE AND CASUALTY             :
COMPANY,                              :
  Defendant.                        :

### THIRD AMENDED SCHEDULING ORDER

(1)  The parties shall file a joint trial memorandum in
     accordance with the pretrial order by January 10, 2004;

(2)  the case shall be ready for trial by February 8, 2004.

     It is so ordered this _2nd_ day of November, 2004, at
Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge