UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



```
----------------------------------- x
PHILIP GLYNN,                       :
                                    :
              Plaintiff,            :    CIVIL ACTION NO.:
                                    :    02-CV-1802 (AVC)
     v.                             :
                                    :
BANKERS LIFE AND CASUALTY           :
COMPANY,                            :
                                    :
              Defendant.            :
----------------------------------- x    October 25, 2004
```

### JOINT MOTION TO EXTEND DEADLINES

Defendant Bankers Life & Casualty Company ("Bankers"), through undersigned counsel, hereby moves jointly with Plaintiff for an order extending the standing Scheduling Order deadlines sixty (60) days to allow for the resolution of the numerous pending motions.

On September 9, 2004 the Court issued its Second Amended Scheduling Order requiring: (1) the Joint Trial Memorandum be filed by November 8, 2004; and (2) a trial readiness date of December 8, 2004. The Court's Second Amended Scheduling Order was prompted by the parties' joint motion to extend deadlines following the parties' cross motions for summary judgment filed in August, and the unavailability of Plaintiff for deposition until late October. Since that time, the parties have filed the following motions/papers:

| Date | Docket No. | Description |
|---|---|---|
| 09/09/2004 | 100 | SECOND AMENDED SCHEDULING ORDER: Trial Ready Date 12/8/2004. Trial Brief due by 11/8/2004, Signed by Judge Alfred V. Covello on 9/8/04. (Blue, A.) (Entered: 09/09/2004) |
| 09/15/2004 | 101 | REPLY to Response to Motion for Summary Judgment filed by Bankers Life & Casualty Co. |

57082                                                   1