UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN
  Plaintiff,

v.

BANKERS LIFE AND CASUALTY
COMPANY,
  Defendant.

Civil No. 3:02-cv-1802

FILED
2004 NOV -9 P 8:21
U.S. DISTRICT COURT
HARTFORD, CT.

## FOURTH AMENDED SCHEDULING ORDER

(1) The parties shall complete <u>all</u> discovery, including depositions of <u>all</u> witnesses, by December 31, 2004.

(2) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before January 31, 2005.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order by February 28, 2005.

(4) The case shall be ready for trial by March 28, 2005.

It is so ordered this 9TH day of November, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge