FILED

2005 JAN 12  A 11: 13

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
| Defendant | : January 11, 2005 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE MEMORANDUM
IN EXCESS OF FORTY (40) PAGES**

Pursuant to Local Rule of Civil Procedure 7(a)(2), the plaintiff moves for permission to file a brief or memorandum in excess of forty (40) pages of print.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, first-class postage prepaid, to counsel of record this 11th day of January, 2005 more specifically, to the following:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Maciej A. Piatkowski, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

Everett H. Madin, Jr.

2