#120

02cv1802 no perm

FILED
2005 JAN 12 A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. *(illegible handwritten)* |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
| Defendant | : January 11, 2005 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE MEMORANDUM**
**IN EXCESS OF FORTY (40) PAGES**

Pursuant to Local Rule of Civil Procedure 7(a)(2), the plaintiff moves for permission to file a brief or memorandum in excess of forty (40) pages of print.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

1

3:02CV1802(AVC) January 14, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

2005 JAN 14 P 3: 17
U.S. DISTRICT COURT
HARTFORD, CT

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196