UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN
  Plaintiff,

v.

BANKERS LIFE AND CASUALTY COMPANY,
  Defendant.

Civil No. 3:02CV1802

FILED
2005 JAN 21 P 3: 46
U.S. DISTRICT COURT
HARTFORD, CT.

**FIFTH AMENDED SCHEDULING ORDER**

(1) The parties shall complete all discovery, including depositions of all witnesses, by February 25, 2005.

(2) The parties shall file all motions, except motions in limine incident to trial, on or before March 25, 2005.

(3) The parties shall file a joint trial memorandum in accordance with the pretrial order by April 22, 2005.

(4) The case shall be ready for trial by May 27, 2005.

It is so ordered this 21st day of January, 2005 at Hartford, Connecticut.

Alfred W. Covello
United States District Judge