UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
|     Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
|     Defendant | : March 17, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56(a), the plaintiff in this action hereby moves for summary judgment as to the defendant, Bankers Life and Casualty Company. The Complaint is based on the refusal of the defendant to pay the proceeds of an accidental death insurance policy issued to the decedent, Peter J. Glynn, to the beneficiary and plaintiff in this action, Philip Glynn. There is no genuine issue related to the material facts involved. The specific facts supporting this Motion for Summary Judgment are set forth more fully in the accompanying Memorandum of Law and Local Rule 56(a)1 Statement.

PLAINTIFF,
PHILIP GLYNN

By _____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Summary Judgment has been mailed, first-class postage prepaid, to all counsel of record this 17th day of March, 2005, more specifically, to the following:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

_____
Everett H. Madin, Jr.