# EXHIBIT A

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X
PHILIP GLYNN,                  :
         Plaintiff,            :
    VS.                        :  NO. 3-02CV1802 (AVC)
BANKERS LIFE & CASUALTY CO.,   :
         Defendant.            :
------------------------------ X

COPY

D E P O S I T I O N

THE VIDEOTAPED DEPOSITION OF PHILIP GLYNN, taken on behalf of the Defendant, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 26th day of October, 2004 at 10:56 a.m. at the offices of RisCassi and Davis, PC, 131 Oak Street, Hartford, Connecticut.

**GOLDFARB AND AJELLO (203) 972-8320**

2

```
 1                A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
 4         RISCASSI AND DAVIS, PC
            131 Oak Street
 5          PO Box 261567
            Hartford, CT  06126-1567
 6
               BY: EVERETT MADIN, JR., ESQ.
 7
 8  FOR THE DEFENDANT:
 9         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
            Four Times Square
10          New York, NY  10036-6522
11             BY: ANDREW MUSCATO, ESQ.
12
13  ALSO PRESENT:
            Greg Jacques, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

3

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the proof of the official authority of the Notary Public before whom this deposition is taken is waived;

IT IS FURTHER STIPULATED AND AGREED that the reading and signing of the deposition is not waived;

IT IS FURTHER STIPULATED AND AGREED that notice of the time and place of the taking of the deposition is waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, are reserved until the time of trial.

\*\*\*

GOLDFARB AND AJELLO (203) 972-8320

1  college system and I got a position as an instructor in
2  1967 and I was in the community college system for 30
3  years I guess.  I eventually became chairman of the
4  department of mathematics at -- well, it was Mattatuck
5  Community College; now it's Naugatuck Community College
6  in Waterbury.
7      Q.  Are you still employed?
8      A.  No.  And I retired in 1997, and from 1997 to
9  2001, I taught several part-time courses at the college.
10 And since 2001 -- as a matter of fact, it was just about
11 the time of my son's accident -- I haven't taught
12 anymore.  So I taught the equivalent of 45 years teaching
13 mathematics.
14     Q.  And since 2001, you have been retired?
15     A.  Yeah.  I have done -- up until I had my stroke
16 in May, I did volunteer work basically with the Salvation
17 Army in Bristol.  I helped them out for about 15 hours a
18 week.
19     Q.  And you mentioned that you suffered a stroke.
20 Are you taking any medication today that would affect
21 your ability to answer questions?
22     A.  Not -- not really.  I just had a checkup with my
23 neurologist yesterday and everything seems to be going
24 well and I am taking mostly medication for blood
25 thinning.  It doesn't affect my thinking as I think

**GOLDFARB AND AJELLO (203) 972-8320**

10

1  anyway.
2      Q.    Mr. Glynn, how old are you currently?
3      A.    Seventy-two.
4      Q.    How many children do you have?
5      A.    Well, we had five. And, of course, my son died
6  in the accident. Now four living children.
7      Q.    And what are the names of your four living
8  children?
9      A.    First names?
10     Q.    First and last if it's different from yours.
11     A.    The oldest is Shirley Glynn. Next oldest is
12 Philip Glynn. Third one is Mary Heslin, H-e-s-l-i-n.
13 And the youngest is Theresa, T-h-e-r-e-s-a, Jones. And
14 of course Peter, but he is deceased.
15     Q.    So is it Philip Glynn Junior?
16     A.    No, no, not a junior. He is Philip -- I am
17 Philip A.; He is Philip J.
18     Q.    Where does Sheryl Glynn live?
19     A.    Shirley.
20     Q.    Shirley, I'm sorry.
21     A.    Shirley.
22     Q.    Shirley I meant.
23     A.    They both currently are living in Woodland
24 Hills, California which is a -- in the valley. It's a
25 suburbs sort of, of Los Angeles. They have a house that

**GOLDFARB AND AJELLO (203) 972-8320**

1   A.   She remarried and she has come back; and my
2 recollection is she lives in Bristol.
3   Q.   Do you know what her married, new married name
4 is?
5   A.   Don't know.
6   Q.   Whose idea was it for Peter to move in with you?
7   A.   I don't know. We just had the discussion. It
8 was I guess kind of mutually convenient for us because
9 number one, he was out of a job. He needed a place to
10 live. And I guess where he was living, I think it was
11 felt it was more opportune that he would get a job
12 somewhere in the Bristol area, probably more jobs
13 available.
14       So we found an apartment on South Street in
15 Bristol and we lived there from the summer of '92 to
16 1995. Then we moved to the place I'm currently at which
17 is on Putnam Street in Bristol, Connecticut. And he was
18 there from 1995 until the accident.
19   Q.   And that's a rental apartment?
20   A.   Yes, that's a rental, yeah. And both of them
21 were rental.
22   Q.   Who is your current landlord?
23   A.   His name is George spelled like it sounds,
24 Granger, G-r-a-n-g-e-r, and he owns the property.
25   Q.   Was he the landlord in June of 2001?

```
                                                     50
 1  the daughter was going to take his Cadillac.
 2      Q.   Teresa?
 3      A.   Teresa, yeah.
 4      Q.   Did Peter tell you that he was going to go out
 5  Friday night?
 6      A.   Not at all, no.  No, we didn't have any plans to
 7  go, no.
 8      Q.   What did Peter typically do on Friday nights?
 9      A.   Well, because of his work schedule, I don't
10  think his Friday night was any different from any night
11  of the week because he had to work the next day.  But
12  perhaps on a Friday night where he didn't have to work on
13  a Saturday, he would maybe go out and have a dinner and
14  maybe take a ride somewhere.
15           He would -- he liked to visit stores.  He went
16  to sometimes electronics stores like Radio Shack and
17  stuff like that and see what was in there.  And my best
18  guess is that Friday he was -- because he was heading to
19  the Waterbury direction, I know he went to the Brass City
20  Mall quite frequently so maybe he was taking a ride
21  there.  I'm not sure.  That's about ten miles, 15 miles
22  away from the house.
23      Q.   Were there particular stores that he would go to
24  at the Brass City Mall?
25      A.   That I don't know.  I never went with him.
```

1        (Off the record.)
2        THE VIDEOGRAPHER:  Back on record at 2:01.
3        MR. MUSCATO:  Can we have the pending
4   question read back.
5        (The question was read.)
6   A.   Yes.
7   Q.   It's correct that you signed Glynn 1, this
8   three-page statement, on November 9, 2001?
9   A.   Yes.
10  Q.   Sitting here today, do you believe this
11  statement is accurate?
12  A.   Yes.
13  Q.   Are you familiar with the area of Wolcott Street
14  where your son died?
15  A.   Yes, I am.
16  Q.   And you understood that your son was familiar
17  with that part of Wolcott Street?
18  A.   Yes, he was.
19  Q.   And to your knowledge, is there a sharp curve in
20  about that location?
21  A.   It's a really, really bad street for a couple of
22  reasons.  First, this is supposition.  You go down a
23  steep hill and I think almost everyone who goes down
24  there exceeds the speed limit, and at the bottom of the
25  hill there is a traffic light which you don't see.  I

```
 1  think there's a curve there at the traffic light.  And at
 2  the traffic light, there are, like, one, two, about three
 3  roads that come together.  And it's just a bad -- the
 4  sight line is very, very poor.  And I don't know what
 5  happened to my son, but he was aware of the road and its
 6  conditions.
 7          There are a couple of ways when he was coming
 8  down the hill -- this is again supposition -- a couple of
 9  ways when he was coming down the hill to get home.  One
10  would be to make a -- at the light.  I don't know what
11  color it was, but very, very sharp.  It's almost like a
12  more than a 90-degree turn to get to a side road that
13  goes down there.  And the other is go straight through
14  the light and go down here about a half mile.  There's
15  another road that goes to my house.  So I don't know what
16  happened, and obviously nobody seems to know about that.
17      Q.  Is it your understanding that your son Peter had
18  driven on that part of Wolcott Street many times?
19      A.  Yeah, he is -- he was aware of the conditions of
20  the road.
21          MR. MUSCATO:  Let's mark another document
22          which we will mark as Glynn 2 for
23          identification.
24          (Glynn Exhibit 2, Interrogatories, marked
25          for identification, as of this date.)
```

**GOLDFARB AND AJELLO (203) 972-8320**

```
                                                         103

 1   STATE OF CONNECTICUT   )
 2                          )  ss:   WALLINGFORD
 3   COUNTY OF NEW HAVEN    )
 4
 5        I, Kevin Lombino, a Registered Professional
 6   Reporter and Notary Public within and for the State of
 7   Connecticut, do hereby certify that the within deposition
 8   of PETER GLYNN was held before me on the 26th day of
 9   October, 2004.
10        I further certify that the witness was first
11   sworn by me to tell the truth, the whole truth and
12   nothing but the truth, and was examined by counsel, and
13   his testimony was recorded stenographically by me, it was
14   reduced to typewriting under my supervision, and I hereby
15   submit that the within contents of said deposition are
16   true and accurate to the best of my ability.
17        I further certify that I am not a relative of
18   nor an attorney for any of the parties connected with the
19   aforesaid examination, nor otherwise interested in the
20   testimony of the witness.
21        Dated at Wallingford, Connecticut, the 16th day
22   of November, 2004.
23        _____
24            Kevin Lombino, License#LSR00191
25   (My commission expires October 31, 2007.)
```

**GOLDFARB AND AJELLO (203) 972-8320**