# EXHIBIT B

## **AFFIDAVIT**

I, Philip Glynn, being duly sworn, hereby depose and say that:

1. I am more than eighteen (18) years of age.

2. I believe in the honor and sanctity of any oath.

3. I recently suffered a stroke but am competent to testify.

4. I have a recollection of the day of my son's death. Peter had gone to work that day, as usual, and had returned home to eat his dinner. Peter would often drive to the Brass City Mall in Waterbury for shopping and I believe that is where he drove on the evening of June 8, 2001.

5. My understanding is that Peter left our home at approximately 6:00 p.m. to go to the Brass City Mall in Waterbury, a trip of approximately 20 miles.

6. While on his return from the Mall, Peter would travel on Wolcott Street in Bristol to get to our home.

7. The place of the accident was on Wolcott Street in Bristol and Peter was heading in a direction toward home.

8. The time of the accident was 7:45 p.m.

9. Peter had lived with me since approximately 1992.

10. At no time, did Peter give any indication to me, or anyone that I know, that he was depressed. He loved his job at Johnson and Johnson, had done well and had received promotions while there.

11. Peter's sister was going to be going to Cape Cod the next day and was going to use Peter's second car, a Cadillac.

12. Peter had filled the car with gasoline, but had not yet delivered the car to his sister at the time of his death.

13. Peter had plans to work on the following day, a Saturday.

14. Peter had purchased an airline ticket for a November, 2001 vacation with his sisters in Florida.

15. He and I were also planning a July, 2001 trip to Ohio.

16. Peter was in very good shape financially and had substantial balances in his checking account and his credit union account.

_Philip Glynn_
Philip Glynn

Subscribed and sworn to before me at Plainville, Connecticut this 20th day of August 2004.

_Everett H Madin Jr._
Everett H. Madin, Jr.
Commissioner of the Superior Court