# EXHIBIT F

# Copy of Transcript

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

PHILIP GLYNN,

        Plaintiff,

   vs.                   CIVIL ACTION NO. 302CV1802 (AVC)

BANKERS LIFE AND CASUALTY
COMPANY,

        Defendant.

---

**DEPOSITION OF**

**ROBERT PANDINA, Ph.D.**

**CORRECTED VERSION**

December 9, 2004
11:22 a.m.

Offices of Center of Alcohol Studies
607 Allison Road
New Brunswick, New Jersey

Brenda J. Rissmeyer, Certified Shorthand Reporter, Notary Public

---



Streamlined • Centralized • Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

2

**APPEARANCES**


**FOR THE PLAINTIFF**

**RISCASSI AND DAVIS, P.C.**

BY:  EVERETT H. MADIN, JR., ESQUIRE

    131 Oak Street

    P.O. Box 261557

    Hartford, Connecticut 06126

    860-522-1196


**FOR THE DEFENDANT**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOW, L.L.P.**

BY:  ANDREW MUSCATO, ESQUIRE

    Four Times Square

    New York, New York 10036

    212-735-3000



**setdepo**

**Streamlined • Centralized • Standardized**
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

21

1    individuals who are injured, it's difficult

2    sometimes to make an estimate based on brain

3    alcohol levels, based on where they get the

4    materials from, the condition of the cadaver.

5    Sometimes, in situations, we are able to get

6    an assessment of alcohol in the vitreous

7    humor of the eye, which is a best case

8    estimate of the level in the brain.  If we

9    have a number of readings where we can

10   compare material from different tissue, we can

11   assess it more accurately.  But the standard

12   in the scientific literature in living humans

13   is typically either blood or breath,

14   particularly when we have some sense of the

15   pattern of drinking.  In laboratory,

16   obviously, we control the pattern of drinking.

17   Or we don't control the pattern of drinking,

18   we may observe it, and where we allow

19   subjects to free-rangely drink alcohol in a

20   laboratory situation.

21        Q.    As I understand it, then, readings

22   taken soon after someone has been drinking

23   may not be indicative of the degree of

24   impairment?

25             MR. MUSCATO:   Objection to the



sd  setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

22

1    form of the question.

2        A.    They're always indicative of the

3    impairment level, but it may not correlate

4    with the brain levels.   But if I'm

5    understanding what the sense of your question

6    is, that it may be possible that when one

7    takes a blood sample under some circumstances,

8    it may not indicate accurately the brain

9    level, because of the time it takes for

10    alcohol to be fully absorbed and distributed

11    to the body.

12        Q.    That's what you're referring to as

13    equilibrium; is that right?

14        A.    That's correct.

15        Q.    Now, is there a difference between

16    taking a blood alcohol level in a living

17    specimen versus postmortem specimen?

18        A.    The answer is, it depends.

19    Theoretically, if one takes a blood sample

20    postmortem, and it's done relatively soon

21    after death, maybe even a week or so, you

22    typically don't get much difference.   Now, of

23    course, that assumes that you take the sample

24    from the same locations and represent the

25    same blood supply.



**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

24

1    For example, if there's a severe deterioration

2    of the cadaver. I've had cases where the

3    cadaver may not be discovered for days after

4    death, in which case, they may make some

5    differences.

6         Q.    You would want to know the

7    subject's case history with regard to alcohol

8    ingestion, correct?  You'd want to know if

9    there was equilibrium or not.

10        MR. MUSCATO:    Objection to the

11   form of the question.

12        A.    I certainly would want to take

13   into account the subject's drinking pattern,

14   that's correct.  It would be a factor that

15   one would consider.

16        Q.    Would you want a sample taken from

17   more than one area of the body?

18        A.    It would be helpful to have

19   samples taken from more than one area of the

20   body.  It's not necessary.  Certainly,

21   experts in the field would not require

22   multiple samples in order to make an opinion.

23   Particularly, if the sample that was drawn

24   was a blood sample drawn by the Medical

25   Examiner's Office.



**setdepo**
**Streamlined • Centralized • Standardized**
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

33

1    material in studies that have been done by

2    the federal government?

3        A.      At some pint, I'm sure I have.

4        Q.      Have you recently?

5        A.      Not that I can recall.

6        Q.      If their findings were different

7    than your recollection of the process, would

8    you defer to the government's findings?

9                MR. MUSCATO:    Objection to the

10   form of the question.

11       A.      The answer is, not without a

12   thorough review of their findings to make a

13   determination as to how they arrived at their

14   conclusions and methodologies, to read other

15   scientific literature that exists would be

16   consistent with their findings.   As I think

17   we all understand, science is not -- seldom

18   has unanimity in much of its findings.   And

19   certainly one has to consider any new

20   findings in light of the existing scientific

21   literature.

22       Q.      Would you agree that all experts,

23   such as yourself, in the field recognize that

24   postmortem production of ethanol can occur?

25       A.      I believe so, yes.



**setdepo**

Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

40

1    Q.    How do you find that out?

2    A.    You need to look at all of the

3    things being equal.  It's helpful to look at

4    the concentration of alcohol in other bodily

5    tissues or fluids.

6    Q.    Vitreous humor being one such

7    example?

8    A.    Vitreous humor would be -- assuming

9    that there hasn't been destruction of the eye

10   itself.

11   Q.    How about urine, useful in other

12   circumstances?

13   A.    Not really.  It's urine by itself

14   is extremely difficult to interpret.  The

15   variability in the ratios of urine to urine

16   alcohol to alcohol and other bodily tissues

17   and fluids is probably the most variable of

18   figures we have.  So it's -- I personally

19   consider it down at the bottom of the list

20   in terms of its use.

21   Q.    In an ideal world in a cadaver to

22   determine equilibrium, where would you want to

23   take samples?

24   A.    I'd like to have samples from

25   vitreous humor, obviously arterial blood.



**setdepo**
**sd**
Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo·com

45

1    A.    Diabetes isn't going to affect

2    blood alcohol level in the sense of the

3    concentration of alcohol.    The question

4    becomes the rate of metabolism or the way in

5    which alcohol is retained or eliminated from

6    the body.

7    Q.    It also goes to the question of

8    whether the ethanol was produced postmortem.

9    MR. MUSCATO:    Objection to the

10   form of the question.

11   Q.    Correct?

12   A.    To some extent.

13   Q.    In other words, if there's excess

14   glucose in the system, you would tend to see

15   a greater degree of ethanol production

16   postmortem?

17   A.    Possibly.    But again, it's a

18   question of what the percentages are and I

19   couldn't cite, off the top of my head, the

20   degree that that would impact, or by the

21   degree that the amount of allowance that one

22   would have to make. But it doesn't

23   necessarily affect the blood alcohol

24   concentration.    Blood alcohol concentration is

25   the blood alcohol concentration.    The question



**setdepo**
sd

· Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo·com

62

1    the information that's included and obtained

2    in the autopsy report -- the toxicology

3    report.

4        Q.    Did anyone observe him drinking

5    that you know of?

6        A.    No.

7             MR. MUSCATO:    Objection to the

8    form of the question.

9             MR. MADIN:    What's wrong with the

10   question?

11            MR. MUSCATO:    It doesn't specify

12   time.

13       Q.    Do you know if anyone ever

14   observed him drinking?

15       A.    I can't answer that without going

16   back to the records.

17       Q.    Were there any bottles found in

18   the car, cans, anything like that?

19       A.    Not that was indicated in the

20   record that I got.

21       Q.    And you know that Bankers Life did

22   an investigation, correct?

23       A.    That's correct.

24       Q.    And what did they find out about

25   drinking?



**setdepo**
**Streamlined · Centralized · Standardized**
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

67

1          MR. MUSCATO:    Objection to the

2   form of the question.

3          A.    It would depend on what you mean

4   by reason.

5          Q.    Give me a definition.

6          A.    I don't think it's my place to

7   give you a definition of recent.    That's a

8   compound question.    I think you need to ask

9   me the question you are going to ask me that

10  I can answer.    I can't answer that the way

11  you phrased it.

12         Q.    All right.    Let me try again,

13  then.

14              Looking at the physical findings in

15  the autopsy, including the injury to the

16  chest area, and the obvious injury to the

17  back and contusions to the chest itself, and

18  the blood in the lungs, are you able to tell

19  me whether or not there was any diffusion

20  into the heart?

21         A.    Do you mean of blood or of

22  alcohol?

23         Q.    Of alcohol.

24         A.    I'm not able to answer that.

25         Q.    Why not?



**setdepo**
sd
Streamlined • Centralized • Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

68

1      A.      There would be no way, in my mind,

2    of knowing from at least the materials in

3    front of me, whether the extent or nature,

4    whether the nature of the diffusion was

5    extensive, whether there was penetration in

6    the heart.  There's indication that the heart

7    was, as I recall, that it was intact.  There

8    is no way I can make that determination.

9      Q.      Okay.  Do we know whether Mr.

10   Glynn had reached equilibrium?

11             MR. MUSCATO:  Objection to the

12   form of the question.

13     A.      Based on --

14     Q.      Based on the toxicological

15   analysis.

16     A.      Nothing in the toxicological

17   analysis alone, no.

18     Q.      So we don't know if he had reached

19   equilibrium or not?

20     A.      His blood alcohol level could have

21   been rising, assuming he drank within ten,

22   15, 20 minutes of the crash.

23     Q.      Such that his brain alcohol level

24   may have been substantially lower than the

25   sample taken, correct?



**setdepo**
**Streamlined • Centralized • Standardized**
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

76

1  on the findings with regard to the liver?

2      A.      I looked at the findings with

3  regard to the liver.  Absent other

4  information about his general health, it's

5  difficult to make a determination about what

6  the fatty deposits in the liver are.  It

7  certainly could be an indication of a person

8  who is a heavy, chronic drinker.  It falls

9  short at least of the diagnosis in the

10 postmortem report of cirrhosis. And certainly

11 falls short of any diagnosis of cirrhosis as

12 a result of alcohol ingestion. There is some

13 indication of a so-called fatty liver, which

14 certainly can be an indication of heavy,

15 chronic drinking.  It's possible that there

16 are other conditions.

17      Q.      It could also be indicative of

18 heavy or a high cholesterol count?

19      A.      It could be indicative of a number

20 of things that affect fatty liver.  So it

21 certainly could be.  Diet could be,

22 obviously, one of them.

23      Q.      In what ways could the condition

24 of Mr. Glynn's liver affect your analysis?

25           MR. MUSCATO:   Objection to the



**set depo**

Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

77

1    form of the question.

2         A.     To the extent that one -- the

3    blood alcohol level is what the blood alcohol

4    level is. The question becomes how does the

5    blood alcohol level get to be the blood

6    alcohol level. Typically, we are unfortunately,

7    basically, sacks of mostly water, which is

8    determined typically by our body weight and

9    gender.  When one ingests alcohol, one is

10   putting alcohol into this vat, because it

11   naturally diffuses throughout the tissue and

12   the ways we have talked about before.

13             The liver's principal function in

14   all of this is to remove alcohol and to

15   metabolize alcohol at a rate which varies,

16   but which most experts agree is in the range

17   of .015 to .018 milligrams percent per hour.

18   Once the alcohol enters the blood supply, it

19   infuses the liver.

20             The question becomes is the liver

21   efficient.  The degree to which the liver is

22   not efficient, it may be that alcohol is

23   retained. That is, it is not metabolized at

24   that rate.  It doesn't change the blood

25   alcohol level or the effect of alcohol at



setdepo

sd

Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

88

1    pooling that occurred, at least based on some

2    of the autopsy report.   But whether or not

3    or how the sample was drawn, I don't know

4    whether whoever drew the sample took this

5    into account when the sample was drawn.

6        Q.      Because pooling can give you a

7    higher concentration than you would find in

8    other parts of the body?

9            MR. MUSCATO:   Objection to the

10   form of the question.

11       A.      It's possible.   It's possible.

12   Not all the time, but we talked about that?

13       Q.      It's certainly a well known fact.

14           MR. MUSCATO:   Objection to the

15   form of the question.

16       A.      It is certainly a well known

17   phenomenon.

18       Q.      We're not arguing about the

19   medicine here, are we?

20       A.      We're not arguing about the

21   medicine.   We're arguing only about the

22   certainty.   It's not -- in other words, we're

23   not arguing about the possibility.   We're

24   arguing about the probabilities and about

25   unknown quantities, for example, what


**setdepo**
sd
Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

89

1    percentage influence you might have on such.

2        Q.    But pooling would have some effect?

3        A.    It could have some effect, yes.

4        Q.    And again, if it was taken from

5    the right side, there could have been a

6    higher level of postmortem ethanol production

7    than the left side, correct?

8            MR. MUSCATO:    Objection to the

9    form of the question.

10       A.    There could be a higher proportion,

11   yes.

12       Q.    I'm not trying to be tricky here.

13   It's just that we really don't know how the

14   body was kept or where it was -- do we --

15   before all these tests were taken?

16       A.    I'm not certain about -- it

17   depends on what you mean by "we."   To be

18   perfectly honest with you, if you are asking

19   whether or not it's indicated in any of these

20   reports, there's sparse information.

21       Q.    Do you know whether the funeral

22   home did anything with the body before

23   transporting it?

24       A.    There is no indication that they

25   did or didn't, only that they transported it.



Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

**setdepo**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

90

1      Q.      I want to summarize what we've

2    done before we move to a different topic.

3    If you'll bear with me for just a moment.

4              As you sit here today, you do not

5    know of any evidence suggesting that Mr.

6    Glynn drank alcohol on the day that he died,

7    right?

8              MR. MUSCATO:    Objection to the

9    form of the question.

10     A.      That's not correct.    The evidence

11   that I'm relying upon is the blood alcohol.

12     Q.      But you don't have any evidence of

13   anyone observing him drinking or anything of

14   that nature?

15             MR. MUSCATO:    Objection to the

16   form of the question.

17     A.      That's correct.

18     Q.      You are just making the assumption

19   based on the blood alcohol content.

20             MR. MUSCATO:    Objection to the

21   form of the question.

22     Q.      Correct?

23     A.      That's correct.

24     Q.      And we have talked about a number

25   of variables that can affect the blood



**setdepo**
sd
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

91

1    alcohol level.

2         A.       Yes, we have.    Yes, we have.

3         Q.       And also the source of the blood

4    alcohol level?

5         A.       That's correct.

6         Q.       We do know there was physical

7    trauma involved in his death, correct?

8                  MR. MUSCATO:    Objection to the

9    form of the question.

10        A.       That's correct.

11        Q.       We don't know whether there was a

12   diffusion, correct?

13                 MR. MUSCATO:    Objection to the

14   form of the question.

15        A.       That's correct.

16        Q.       You don't know whether he reached

17   equilibrium or not.

18        A.       That's correct.

19        Q.       You don't know whether Mr. Glynn

20   was in the pre-absorptive state.

21                 MR. MUSCATO:    Objection to the

22   form of the question.

23        Q.       Is that correct?

24        A.       Could there have been more alcohol

25   in his system than was reflected in the



**setdepo**
**sd**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

94

1      A.      Blood, a heart and vitreous.

2      Q.      You've actually got three there,

3  three sources.

4      A.      That's correct.

5      Q.      And why is that more useful than

6  just one source?

7          MR. MUSCATO:   Objection to the

8  form of the question.

9      A.      Provides more information with the

10  possibilities of determining whether or not

11  blood alcohol level was rising, and whether

12  or not the blood alcohol level was consistent

13  with what one would expect, ratio wise, in

14  various rising or falling stages.

15      Q.      Because with one sample, you could

16  have any number of anomalies that may affect

17  that, correct?

18          MR. MUSCATO:   Objection to the

19  form of the question.

20      A.      It depends on the sample.   It

21  depends on the condition of the sample.   It

22  depends on a particular tissue that you're

23  looking at.   In any sample, for that matter,

24  in even samples of blood drawn from different

25  areas. One would have anomalies that might


**setdepo**

**sd**

Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

110

1            MR. MUSCATO:  Objection to the

2 form of the question.

3      A.     As I indicated, that would be

4 information that was not contained in the

5 record that, had it been there, it would have

6 been useful in the analysis.

7      Q.     Because to go from a blood alcohol

8 content of .17 to how that would have

9 affected Mr. Glynn really requires more

10 information, doesn't it?

11            MR. MUSCATO:  Objection to the

12 form of the question.

13      A.     No.

14      Q.     Because at this point, there are

15 many variables that could affect the source

16 of the .17, as well as the meaning of the

17 .17, correct?

18            MR. MUSCATO:  Objection to the

19 form of the question.

20      A.     We need to separate those two out.

21      Q.     I'd be happy to.

22       There are many variables that would

23 certainly affect, number one, the source of

24 the ethanol that's reflected in the .17.

25            MR. MUSCATO:  Objection to the



**setdepo**
**sd**
Streamlined • Centralized • Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

111

1    form of the question.

2        A.    That's possible, yes.

3        Q.    And there are also variables that

4    are unknown that would affect your analysis

5    of whether the .17 was reflective of what was

6    going on in his brain, such that it would

7    affect his driving; isn't that true?

8                MR. MUSCATO:    Objection to the

9    form of the question.

10        A.    Again, I would separate that into

11    two questions, one, having to do with whether

12    or not that was an accurate reflection and

13    whether other information could have been

14    useful.    The answer to this one is possible.

15                With regard to what a .17 means in

16    terms of an effect on driving behavior, the

17    answer to that is no.

18        Q.    You could answer that.    But

19    obviously my question has to do specifically

20    with what it means to Peter Glynn.    And I

21    think in order for you to answer that, you

22    would need further information.

23                MR. MUSCATO:    Objection to the

24    form of the question.

25        A.    I -- no more so than -- if I



**setdepo**
sd
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www·setdepo·com

115

1  Q.     It could.    It could mean he wasn't

2  impaired at all?

3       MR. MUSCATO:    Objection to the

4  form of the question.

5  A.     Council, anything is possible.

6  Q.     And there are studies out there

7  that indicate that with microbial

8  contamination, and elevated glucose, that

9  postmortem production can be quite vigorous;

10  isn't that true?

11       MR. MUSCATO:    Objection to the

12  form of the question.    If you have a

13  particular study that can show that a

14  postmortem ethanol production based on

15  microbacterial action could create a .17 blood

16  alcohol level, present it to him to comment.

17  Q.     First of all, you have to answer

18  my question.    Isn't it true that there's

19  studies out there that indicate, under those

20  circumstances that I just outlined, that there

21  can be vigorous postmortem ethanol production?

22  A.     There are studies out there that

23  show rigorous postmortem alcohol.    And there

24  are also studies that question those studies

25  in terms of whether or not they represent


**setdepo**
sd
Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

116

1    extreme cases or cases in which it is likely

2    to have occurred in scenarios such as the one

3    we're talking about.

4         Simply saying, on these issues,

5    there are a number of questions.  Is there

6    agreement?  No.  Are there cases?  Yes.

7    Q.    Now, let's turn to the other side

8    of my original question, which was quite some

9    time ago at this point.

10        The .17 -- if equilibrium was not

11   reached, if there was diffusion, if other

12   things like that occurred, also may not

13   reflect the degree to which Mr. Glynn was

14   impaired in his driving while he was alive?

15        MR. MUSCATO:  Objection to the

16   form of the question.

17   Q.    Is that true?

18   A.    That's possible, yes.

19   Q.    So I think the threshold question

20   is, whether given all the variables and

21   information you don't have, whether we can

22   state what the effect of that .17 was on Mr.

23   Glynn's driving.  Isn't that true?

24        MR. MUSCATO:  Objection to the

25   form of the question.



**set depo**
sd
Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

121

1    Q.    I would suggest the FAA studies

2    and also Dr. Canfield's studies.

3          So in an extreme case, perhaps,

4    the ethanol level was zero when he died,

5    depending on what you find in the studies.

6    A.    Anything is possible, Counselor.

7    Q.    Okay.  Or it may be that he had

8    some alcohol before he died and the true

9    blood alcohol content would be adjusted

10   downwards; isn't that true?

11   A.    It's possible.

12   Q.    And when I was just talking before

13   about these things being unknowable, what I

14   meant is it's really impossible for you to

15   sit here today and say that the level may

16   not be lower than .17; isn't that true?

17         MR. MUSCATO:    Objection to the

18   form of the question.

19   A.    That's correct.

20   Q.    And I understand that the third

21   part of your opinion is the effect that the

22   .17 has on someone driving.

23   A.    That's correct.

24         (A brief recess is then taken.)

25   Q.    I want to clarify and discuss just



**setdepo**
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

137

1    with at .17?

2         You talked about that they would

3    be more likely to take risks.  I want to

4    explore that a little bit, what you meant by

5    that.

6         A.    You get an impairment in judgment,

7    number one, with regard to your ability to

8    handle any driving situation.  There are some

9    literature although there is not a lot of

10   literature that suggests that familiar

11   circumstances, the confidence that is given by

12   familiar circumstances, feeds the tendency to

13   take higher risks to feel as though you can

14   handle circumstances and situations.  Yet at

15   the same time, your reaction time, your

16   attention to the task, your ability to adjust

17   to road conditions, your ability to judge

18   speed, all become impaired. So there is a

19   tendency to drive faster at those blood

20   alcohol levels, and that exacerbates the

21   problem.  Because in a sober state, the

22   faster you drive, the more difficult the

23   task.  So basically, as task difficulty

24   increases, you get a deterioration in general

25   abilities.   And when you add alcohol to the



**setdepo**
sd
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

138

1   system, the ability is impaired further by

2   the alcohol in several different domains.

3   One is what we call simple psychomotor

4   performance and less able to perform tasks.

5              Another is what we call the

6   affective arena, judgment relative to the

7   nature of the risk.  And then of course, the

8   judgment having to do with risk taking.

9       Q.     In other words, the person

10  overestimates his or her ability to drive,

11  basically.  Am I understanding that correctly?

12      A.     Generally speaking, yeah.  The

13  ability to handle any situation that comes

14  along, irrespective of the fact that they're

15  getting feedback that they're not keeping it

16  between the white lines.

17      Q.     Judgment in that respect is

18  impaired, that is judgment to determine what

19  is beyond their capabilities?

20      A.     Even though they're getting

21  feedback based on the driving performance.

22      Q.     Is that an affect of the alcohol?

23  In other words, that inability to process the

24  feedback?

25      A.     To some extent, yeah.  But the

sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

139

1   question is -- there's a debate as to whether

2   or not the inability to process the feedback,

3   or whether or not it's simply ignoring or

4   overriding the feedback.   There is a

5   difference in the literature.

6         Q.    But in some respect, the alcohol

7   impairs the person's judgment so that they do

8   things in driving that they would not

9   otherwise normally do, if sober?

10        A.    That would be appear to be the

11  case. Yet it's also true that they know that

12  there is an awareness that judgment is

13  impaired.

14        Q.    An awareness at the time or an

15  awareness prior to drinking?

16        A.    No.   Well, the answer is it

17  depends on the level.   It could be both.   If

18  you sit down and drink a quart of vodka and

19  then get in the car and expect not to be

20  impaired, I think that's completely

21  unreasonable, I think.

22        Q.    But at some point, judgment becomes

23  impaired so that the person believes that he

24  or she can handle the road conditions on a

25  familiar road?



**setdepo**
sd
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

140

1        A.      Even on an unfamiliar road,

2    otherwise people wouldn't drive and drink.

3        Q.      And it happens.

4                Do you have any statistics on the

5    frequency of which people drive and drink?

6        A.      I do.   I don't have them in my

7    head.

8        Q.      Do you have a general recollection

9    or not at all?

10       A.      I don't think it would be fair to

11   make a characterization without looking at

12   those data.   There are data available with

13   regard to frequency of drinking and driving.

14   There's also difficulty in collecting that

15   data, obviously because it's typically either

16   dependent on self-report or on very

17   specialized studies having to do with roadside

18   stops, but there are data available.

19       Q.      Can you take a swat at it.

20       A.      There are two different kinds of

21   studies that are out there.   One there is

22   dependent on apprehension, data which is

23   difficult to evaluate because of differential

24   enforcement, differential density of police

25   officers on the road.



**setdepo**
**sd**
Streamlined · Centralized · Standardized
*The Evolution of Deposition Management*

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

141

1            Then there are also data based on

2    road blocks in which immunity is offered when

3    people offer or are tested.  These studies

4    that I was involved with early on, studies

5    that still occur, but are obviously reasonably

6    rare because of the expense involved in doing

7    the studies.

8            But we also have computer models

9    that we use to make estimates based on all

10   of these data.  The point is, there are data

11   available that come from a variety of

12   sources.

13   Q.    And those folks that are drinking

14   and driving, is it your understanding that

15   they don't expect to die because of it?

16           MR. MUSCATO:  Objection to the

17   form of the question.

18       A.    I don't know what people expect.

19       Q.    Well, you've indicated that you

20   were aware of some studies.  I didn't know

21   if that was part of it or not.

22       A.    There are studies that look at

23   people's expectancies, likelihood of a crash

24   and so on.  Even if they know they're

25   impaired, that's part of the impairment of



**setdepo**
sd
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

142

1    judgment. I don't think anybody except those

2    people who have an intention to commit

3    suicide, get behind the wheel of a car

4    whether they are sober or not, and intend or

5    expect to have a collision. On the other

6    hand, significant proportion of people get

7    behind the wheel of a car are having symptoms

8    of intoxication, which are clearly significant

9    to them, that they are in an impaired state.

10   Q.    And part of the effect of the

11   alcohol is to enable them to not be able to

12   appreciate the risk; isn't that true?

13   A.    Well, interestingly enough, there

14   is data on both sides. Some people don't

15   appreciate the risk and some people appreciate

16   the risk and say, they've got to get home.

17   They're going to do it anyway. The reports

18   typically are, yeah, I knew I was drunk, but

19   I had to get home, and so I took a chance.

20   Q.    Drunk driving is not a rare

21   occurrence, is it?

22   A.    Drunk is not a rare occurrence. I

23   guess it depends on your definition of rare.

24   But it's certainly a frequent -- it's -- I

25   think it's difficult to put a quantitative


sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

146

CERTIFICATE

1

2          I, BRENDA J. RISSMEYER, a Certified

3    Shorthand Reporter, License #30XI00150300, and

4    Notary Public of the State of New Jersey, do

5    hereby certify that prior to the commencement

6    of the examination, ROBERT J. PANDINA, Ph.D.

7    was duly sworn by me to testify the truth,

8    the whole truth and nothing but the truth.

9          I DO FURTHER CERTIFY that the

10   foregoing is a true and accurate transcript

11   of the testimony as taken stenographically by

12   and before me at the time, place and on the

13   date hereinbefore set forth.

14         I DO FURTHER CERTIFY that I am

15   neither a relative nor employee nor attorney

16   nor counsel of any of the parties to this

17   action, and that I am neither a relative nor

18   employee of such attorney or counsel, and

19   that I am not financially interested in the

20   action.

21   _/s/ Brenda J. Rissmeyer_

22   Notary Public of the State of New Jersey

23   My Commission expires October 29, 2004.

24   Dated:   December 14, 2004

25

**setdepo**
sd
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com