# EXHIBIT H

# HRS-INFO

## PERSONAL DATA CHANGE (PER. M02)

ORIGINATOR: EMPLOYING DEPARTMENT

**NAME:** PETER J. GLYNN

**COMPANY NAME (Optional):** JOHNSON-JOHNSON MEDICAL

### CHECK ALL EVENTS WHICH APPLY

- [x] ADDRESS, SSN, HOME PHONE (ADDRESS circled)
- [ ] OTHER PERSONAL DATA
- [x] EMERGENCY CONTACT INFORMATION
- [ ] EMPLOYEE NAME CHANGE
- [ ] VIETNAM ERA VETERAN

### CONTROL INFORMATION

- **PID/SSN:** 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
- **SITE CODE:**
- **SITE NAME (Optional):**
- **EFF. DATE (Mo., Day, Yr.):** 080295
- **USER ID:**

### ADDRESS, SSN, PHONE

- **ADDRESS LINE 1:** 12 PUTNAM ST.
- **ADDRESS LINE 2 (Optional):**
- **CITY:** BRISTOL
- **STATE ABBR.:** CT
- **ZIP CODE:** 06010
- **ZIP CODE + (Optional):**
- **SOCIAL SEC. NO.:** 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
- **HOME PHONE NO.:** (203) 583-7691

**FOREIGN ONLY** → ADDRESS LINE 3 / COUNTRY OF RESIDENCE

### OTHER PERSONAL DATA

- **BIRTH DATE (Mo., Day, Yr.):**
- **SEX:** [ ] (M) MALE  [ ] (F) FEMALE
- **U.S. CITIZEN:** [ ] (Y) YES  [ ] (N) NO
- **MARITAL STATUS:**
  - [ ] (M) MARRIED
  - [ ] (S) SINGLE
  - [ ] (W) WIDOW/WIDOWER
  - [ ] (D) DIVORCED
  - [ ] (X) SEPARATED
- **ETHNIC CODE (RACE):**
  - [ ] (C) CAUCASIAN
  - [ ] (B) BLACK
  - [ ] (H) HISPANIC
  - [ ] (O) ASIAN PACIFIC ISLANDER
  - [ ] (I) AMERICAN INDIAN / ALASKAN NATIVE

### EMERGENCY CONTACT INFORMATION

- **NAME:**
- **ADDRESS LINE 1:**
- **ADDRESS LINE 2:**
- **CITY, STATE, ZIP CODE:**
- **PHONE NO.:** ( )
- **RELATIONSHIP:**
  - [ ] (S) SPOUSE
  - [ ] (P) PARENT
  - [ ] (C) CHILD
  - [ ] (R) OTHER RELATIVE
  - [ ] (X) OTHER

### EMPLOYEE NAME CHANGE

**SELECT ONE**
- [ ] CORRECT NAME
- [ ] ENTER NEW NAME (Marriage, Legal Name Change, etc.)

- **FIRST NAME:**
- **INT:**
- **LAST NAME:**

### VIETNAM ERA VETERAN

- [ ] (Y) YES
- [ ] (N) NO

---

**ORIGINATOR SIGNATURE:** Peter J Glynn
**DATE:** 7-31-95
**APPROVAL SIGNATURE:**       **DATE:**
**APPROVAL SIGNATURE:**       **DATE:**

FORM 1148-504 REV. 12/90 (REORDER FROM J&J CENTRAL SERVICES)   © JOHNSON & JOHNSON 1984

COPY DISTRIBUTION: WHITE - Personnel File; CANARY - Originator File

# 1994 FORM CT-W4

**State of Connecticut**
**Department of Revenue Services**

**Purpose.** Complete Form CT-W4 so that your employer can withhold the correct amount of Connecticut income tax from your pay. Underwithholding may result in interest at the rate of 1¼% per month or fraction thereof.

**Exemption From Withholding.** Read Line 4 of the certificate below to see if you can claim exempt status. If you are exempt, complete Line 4, but do not complete Lines 2 and 3 and Connecticut income tax will not be withheld from your pay.

**General Instructions.** Complete the certificate below and return it to your employer. Refer to IP 92(9.1), *Is My Connecticut Withholding Correct?*, to check the amount of your Connecticut income tax withholding. Additional information is provided on the back of this form.

**Head of Household.** You may claim head of household status for Connecticut income tax purposes if you file as a head of household on your federal tax return.

**To Avoid Underwithholding.** You should consider making an adjustment to your withholding or making estimated payments on Form CT-1040ES. may also wish to select FILING STATUS "D" to elect the highest level of withholding.

You could be underwithheld if:

- you work more than one job;
- you qualify under the Special Rules For Certain Married Individuals, and do not use the supplemental tables;
- you have substantial nonwage income.

**NOTE:** Additional information for nonresident employees who work partly within and partly outside of Connecticut is on the reverse side of this form

## Filing Status Worksheet

Check one box for filing status and enter letter on Line 1 below:

- [✓] **A.** You are single; or
  You are married and you are filing separately; or
  You are married filing jointly, both you and your spouse work, and your combined income is $96,000 or less.
  *(Refer to Special Rules For Certain Married Individuals on the reverse.)*
- [ ] **B.** You will file as a head of household on your federal tax return.
- [ ] **C.** You are married filing jointly and your spouse does not work.
- [ ] **D.** You are married filing jointly, have a working spouse, and your combined income is more than $96,000, or
  You have a significant nonwage income, and wish to avoid having too little tax withheld; or
  You are a nonresident and you have substantial other income.
- [ ] **E.** You are exempt because you qualify on Line 4 below.

★★★ COMPLETE SCHEDULE BELOW ★★★

------ CUT HERE AND GIVE THE CERTIFICATE TO YOUR EMPLOYER. KEEP THE TOP PORTION FOR YOUR RECORDS ------

**1994 FORM CT-W4** | **EMPLOYEE'S WITHHOLDING OR EXEMPTION CERTIFICATE** | State of Connecticut Department of Revenue Se

| FIRST NAME AND MIDDLE INITIAL | LAST NAME | YOUR SOCIAL SECURITY NUMBER |
|---|---|---|
| PETER J. | GLYNN | 042 56 1992 0 |

**HOME ADDRESS:** 488 SOUTH ST.

**CITY OR TOWN, STATE AND ZIP CODE:** BRISTOL, CT 06010

1. Filing Status (Enter letter from box checked above) .......... 1. __A__
2. Additional withholding amount per pay period .......... 2. _____
3. Reduced withholding amount per pay period .......... 3. _____
4. I claim exemption from withholding and I certify that I meet the following condition for exemption:
   - This year I expect a refund of ALL Connecticut income tax withheld because I expect to have NO Connecticut income tax liability.

   If you meet the above condition, check here to claim exemption from withholding .......... 4. [ ]

**CAUTION:** The Department of Revenue Services will review Forms CT-W4 claiming exemption from withholding.

| EMPLOYEE'S SIGNATURE | DATE |
|---|---|
| *Peter J. Glynn* | 1·30·95 |

If you are a full-time student, check here. (NOTE: Full-time students are not automatically exempt.) [ ]
Employers complete Lines 5 and 6 if employee is claiming exempt status.

| 5. Employer's Name and Address | 6. Connecticut Tax Registration Nur |
|---|---|
| | |

# Form W-4 (1994)

**Want More Money In Your Paycheck?**
If you expect to be able to take the earned income credit for 1994, you can have part of it added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. If exempt, complete line 7; but do not complete lines 5 and 6. No Federal income tax will be withheld from your pay. Your exemption is good for 1 year only. It expires February 15, 1995.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $600 and includes unearned income (e.g., interest and dividends), and (2) another person can claim you as a dependent on their tax return.

**Basic Instructions.** Employees who are not exempt should complete the Personal Allowances Worksheet. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, you can use Pub. 919, Is My Withholding Correct for 1994?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. We recommend you get Pub. 919 especially if you used the Two Earner/Two Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). Call 1-800-829-3676 to order Pub. 919. Check your telephone directory for the IRS assistance number for further help.

---

**Personal Allowances Worksheet**

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . A  __1__

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B  __1__

C  Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . C  ____

D  Enter number of **dependents** (other than your spouse or yourself) whom you will claim on your tax return . . . . . D  ____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of Household** above) . E  ____

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F  ____

G  Add lines A through F and enter total here. **Note:** This amount may be different from the number of exemptions you claim on your return ▶ G  ____

**For accuracy, do all worksheets that apply.**
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are **single** and have **more than one job** and your combined earnings from all jobs exceed $30,000 OR if you are **married** and have a **working spouse or more than one job,** and the combined earnings from all jobs exceed $50,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line G on line 5 of Form W-4 below.

--------- Cut here and give the certificate to your employer. Keep the top portion for your records. ---------

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | OMB No. 1545-0010 **1994** |

1  Type or print your first name and middle initial: **PETER  J.**   Last name: **GLYNN**   2  Your social security number: **042 56 9920**

Home address (number and street or rural route): **488 SOUTH ST.**

3  ☑ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code: **BRISTOL CT 06010**

4  If your last name differs from that on your social security card, check here and call 1-800-772-1213 for more information ▶ ☐

5  Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . 5  __1__

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . 6  $ ____

7  I claim exemption from withholding for 1994 and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.

If you meet both conditions, enter "EXEMPT" here ▶ 7  ____

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ *Peter J. Glynn*   Date ▶ **8·31·94**, 19 **94**

8  Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)   9  Office code (optional)   10  Employer identification number

Cat. No. 10220Q

# 1994 FORM CT-W4

State of Connecticut
Department of Revenue Services

**Purpose.** Complete Form CT-W4 so that your employer can withhold the correct amount of Connecticut income tax from your pay. Underwithholding may result in interest at 100 [illegible] per month or fraction thereof.

**Exemption From Withholding.** Read Line 4 of the certificate below to see if you can claim exempt status. If you are exempt, complete Line 4, but do not complete Lines 2 and 3 and Connecticut income tax will not be withheld from your pay.

**General Instructions.** Complete the certificate below and return it to your employer. Refer to IP 92(9.1), *Is My Connecticut Withholding Correct?*, to check the amount of your Connecticut income tax withholding. Additional information is provided on the back of this form.

**Head of Household.** You may claim head of household status for Connecticut income tax purposes if you file as a head of household on your federal tax return.

**To Avoid Underwithholding.** You should consider making an [illegible] to your withholding or making estimated payments on Form CT-10. [You] may also wish to select FILING STATUS "D" to elect the highest withholding.

You could be underwithheld if:
- you work more than one job;
- you qualify under the Special Rules For Certain Married Individuals, and do not use the supplemental tables;
- you have substantial nonwage income.

**NOTE:** Additional information for nonresident employees who work within and partly outside of Connecticut is on the reverse side of [form].

## Filing Status Worksheet

Check one box for filing status and enter letter on Line 1 below:

- [✓] **A.** You are single; or
  You are married and you are filing separately; or
  You are married filing jointly, both you and your spouse work, and your combined income is $96,000 or less.
  *(Refer to Special Rules For Certain Married Individuals on the reverse.)*

- [ ] **B.** You will file as a head of household on your federal tax return.
- [ ] **C.** You are married filing jointly and your spouse does not work.
- [ ] **D.** You are married filing jointly, have a working spouse, and your combined income is more than $96,000, or
  You have a significant nonwage income, and wish to avoid having too little tax withheld; or
  You are a nonresident and you have substantial other income.
- [ ] **E.** You are exempt because you qualify on Line 4 below.

★★★ COMPLETE SCHEDULE BELOW ★★★

- - - - - CUT HERE AND GIVE THE CERTIFICATE TO YOUR EMPLOYER. KEEP THE TOP PORTION FOR YOUR RECORDS - - - - -

**1994 FORM CT-W4** — EMPLOYEE'S WITHHOLDING OR EXEMPTION CERTIFICATE — State of Connecticut Department of Revenue

| FIRST NAME AND MIDDLE INITIAL | LAST NAME | YOUR SOCIAL SECURITY NUMBER |
|---|---|---|
| PETER J. | GLYNN | 042 56 1992 |

HOME ADDRESS: 488 SOUTH ST.

CITY OR TOWN, STATE AND ZIP CODE: BRISTOL, CT 06010

1. Filing Status (Enter letter from box checked above) .................. 1. **A**
2. Additional withholding amount per pay period ....................... 2. ____
3. Reduced withholding amount per pay period ........................ 3. ____
4. I claim exemption from withholding and I certify that I meet the following condition for exemption:
   - This year I expect a refund of ALL Connecticut income tax withheld because I expect to have NO Connecticut income tax liability.

   If you meet the above condition, check here to claim exemption from withholding .......... 4. [ ]

**CAUTION:** The Department of Revenue Services will review Forms CT-W4 claiming exemption from withholding.

EMPLOYEE'S SIGNATURE: *Peter J. Glynn*   DATE: 8·31·94

If you are a full-time student, check here. (NOTE: Full-time students are not automatically exempt.)
Employers complete Lines 5 and 6 if employee is claiming exempt status.

5. Employer's Name and Address

6. Connecticut Tax Reg. [illegible]

3/28/94
Temp

Date 3/28/94

Name GLYNN, PETER J
     LAST   FIRST  MIDDLE

CRITIKON TEMP TEAM TECHNICIAN 10/93 TO PRESENT
SO. ASSY DEPT. 704

# CRITIKON

a Johnson & Johnson company

COMPANY LOCATIONS:

☐ TAMPA, FLORIDA 33614

☒ SOUTHINGTON, CONNECTICUT 06489

# APPLICATION
# for
# SALARIED
# EMPLOYMENT

AN EQUAL OPPORTUNITY EMPLOYER M/F

The Johnson & Johnson Family of Companies, in compliance with both Federal and State laws, considers all applications without regard to Marital Status, Military Obligation, Handicap, Race, Religion, Color, National Origin, Sex or Age.

If you need more space for your answers, please attach a separate sheet. Feel free to add any additional information which will help us in placing you where you are best qualified.

**LEADERSHIP BEYOND COMPLIANCE**

FORM 548-3 REV. 11/91                                     © CRITIKON, INC 1977

## PERSONAL

**NAME (FIRST-MIDDLE-LAST):** PETER J. GLYNN
**SOCIAL SECURITY NO.:** 042 56 9920
**PRESENT ADDRESS (STREET-CITY-STATE):** 488 SOUTH ST. BRISTOL, CT
**ZIP CODE:** 06010
**PHONE (INCL. AREA CODE):** (203) 583 7691
**PERMANENT ADDRESS (STREET-CITY-STATE):**

**HOW WERE YOU REFERRED TO JOHNSON & JOHNSON? IF REFERRED BY EMPLOYEE, GIVE NAME AND RELATIONSHIP:** CGS TEMP SERVICES

**Are you eligible for employment in the U.S.A.?** ☒ YES ☐ NO

**List friends/relatives who work or previously worked for Johnson & Johnson and/or affiliate companies:** —

**DATE OF LAST FELONY CONVICTION (IF ANY):** —

**Have you ever been employed by Johnson & Johnson or an affiliate company?** ☐ YES ☒ NO

**IN CASE OF AN EMERGENCY NOTIFY:**
- NAME: ~~PETER~~ PHILIP GLYNN
- ADDRESS: 488 SOUTH ST.
- PHONE: 5837691

## GOALS

**TYPE OF EMPLOYMENT:** ☒ REGULAR ☐ SUMMER ☐ TEMPORARY ☒ PART TIME ☐ CO-OP/INTERNSHIP

**POSITION DESIRED:**
- 1ST CHOICE: TEAM TECHNICIAN
- 2ND CHOICE:

## EDUCATION

| | NAME & ADDRESS | LIST DIPLOMA/DEGREE AND MAJOR SUBJECT | DATES OF ATTENDANCE | DID YOU GRADUATE? | CUM. AVERAGE |
|---|---|---|---|---|---|
| HIGH SCHOOL | EASTERN, KING ST. BRISTOL, CT 06010 | COLLEGE PREP. | 9/75 - 6/79 | YES | |
| COLLEGE | UNIVERSITY OF CONN. NAUGATUCK VALLEY TECH. COMM. COLLEGE. | ENGINEERING COMPUTER & TECH. COURSES | 9/80 - 5/83 PRESENTLY ATTENDING | NO NOT YET | 60+ CRE 2.5 |
| GRADUATE SCHOOL | — | | | | |
| TECHNICAL, BUSINESS or OTHER | | | | | |

**NOW ATTENDING:** ☒ UNDERGRADUATE SCHOOL ☐ GRADUATE SCHOOL
**% COMPLETED:** 75
**SCHOLARSHIPS, HONORS, ASSISTANTSHIPS, ETC.:** —

NAUGATUCK VALLEY TECH. COMM. COLLEGE

**LIST PUBLICATIONS, THESES, ETC.:** —

**PROFESSIONAL CREDENTIALS / ORGANIZATIONS, LICENSES, CERTIFICATIONS, CERTIFICATES:**

## SPECIAL SKILLS

**FOREIGN LANGUAGE PROFICIENCY (If Applicable)**

| LANGUAGE | | Excellent | Good | Fair | Poor |
|---|---|---|---|---|---|
| | Reading | ☐ | ☐ | ☐ | ☐ |
| | Writing | ☐ | ☐ | ☐ | ☐ |
| | Speaking | ☐ | ☐ | ☐ | ☐ |
| | Reading | ☐ | ☐ | ☐ | ☐ |
| | Writing | ☐ | ☐ | ☐ | ☐ |
| | Speaking | ☐ | ☐ | ☐ | ☐ |
| | Reading | ☐ | ☐ | ☐ | ☐ |
| | Writing | ☐ | ☐ | ☐ | ☐ |
| | Speaking | ☐ | ☐ | ☐ | ☐ |

**FOR CLERICAL & SECRETARIAL APPLICANTS**
- STENOGRAPHY: ____ WPM
- TYPING: ____ WPM
- WHAT OTHER OFFICE MACHINES CAN YOU OPERATE?

FORM 548-3 REV.11/91(PAGE 2)

| | WORK HISTORY | THIS SECTION MUST BE COMPLETED — List both paid & volunteer experience as applicable, starting with the LAST place worked FIRST. Account for last 10 years or years worked, if less than 10 YEARS. | | | |
|---|---|---|---|---|---|
| | FROM (MO.-YR.) | COMPANY OR ORGANIZATION | LOCATION | | PHONE |
| 2 | 9/84 | HAMILTON - STANDARD | WINDSOR LOCKS, CT | | 654-6000 |
| | TO (MO.-YR.) 11/92 | JOB TITLE/POSITION SHOP EXPEDITOR | SUPERVISOR G. CHAMBERS | REASON FOR LEAVING MASS LAYOFFS | SALARY - STARTING $10.00/HR. |
| | DESCRIPTION OF DUTIES: STARTED AS MACHINE OPERATOR. HvS. RAN A 300 HR MACHINING ORIENTATION PROGRAM IN WHICH I PARTICIPATED PRIOR TO MY EMPLOYMENT. I HELD A VARIETY OF POSITIONS AT HAM-STAN. | | | | | SALARY - LAST $15.00/HR |
| | FROM (MO.-YR.) 9/78 | COMPANY OR ORGANIZATION MOBIL OIL CORP | LOCATION BRISTOL, CT 12 FARMINGTON AVE | | PHONE 585-9688 |
| 3 | TO (MO.-YR.) 5/85 | JOB TITLE/POSITION ASST. MNGR. | SUPERVISOR R. BENECICK | REASON FOR LEAVING GOT MARRIED & FOUND FULL TIME WORK | SALARY - STARTING |
| | DESCRIPTION OF DUTIES: WORKED PART TIME THROUGH HIGH SCHOOL & COLLEGE AND FULL TIME SUMMERS & VACATIONS | | | | | SALARY - LAST |
| | FROM (MO.-YR.) 10/93 | COMPANY OR ORGANIZATION CGS INC TEMP. SERVICES | LOCATION WORKING @ CRITIKON | | PHONE 621-9111 x5763 |
| 1 | TO (MO.-YR.) PRESENT | JOB TITLE/POSITION TEMP. TEAM TECH. | SUPERVISOR KEN SIMONDS | REASON FOR LEAVING STILL WORKING | SALARY - STARTING 11.00/HR |
| | DESCRIPTION OF DUTIES: SETUP AND OPERATE ACAM AND PHN ASSEMBLY MACHINES AND FINAL ASSEMBLY MACHINE. | | | | | SALARY - LAST 11.00/HR |

COMMENTS:

FORM 548-3 REV.11/91(PAGE 3)

| SIGNIFICANT ACTIVITIES | The following section is OPTIONAL but if completed EXCLUDE political and religious publications and activities in answering the following items: |
|---|---|

LIST HIGH SCHOOL AND COLLEGE ACTIVITIES IN WHICH YOU WERE ACTIVE AND ANY OFFICES HELD (E.G. – ATHLETICS, ORGANIZATIONS HONORARY SOCIETIES, ETC.)

ARE THERE ANY COMMUNITY AND PROFESSIONAL ORGANIZATIONS TO WHICH YOU BELONG? LIST OFFICES HELD

| MILITARY | BRANCH OF U.S. SERVICE | | MAJOR DUTIES | |
|---|---|---|---|---|
| | MILITARY SCHOOLS ATTENDED | | MILITARY JOB EXPERIENCE | |

**PHYSICAL**

IN ORDER TO DETERMINE YOUR PHYSICAL ABILITY TO PERFORM THE WORK FOR WHICH YOU HAVE APPLIED, IT WILL BE NECESSARY FOR YOU TO TAKE A PHYSICAL EXAM IF A JOB OFFER IS MADE. ARE YOU WILLING TO DO THIS? ☒ YES ☐ NO

DO YOU CURRENTLY HAVE ANY DISABILITIES WHICH MAY LIMIT YOUR ABILITY TO PERFORM THE POSITION FOR WHICH YOU ARE APPLYING? IF YES, PLEASE DESCRIBE. ☐ YES ☒ NO

**REFERENCES** — LIST THREE INDIVIDUALS WHO HAVE KNOWLEDGE OF YOUR OCCUPATIONAL SKILLS AND BACKGROUND

| # | NAME | ADDRESS | OCCUPATION | PHONE | YEARS KNOWN |
|---|---|---|---|---|---|
| 1 | PHILIP A. GLYNN | 488 SOUTH ST. BRISTOL, CT 06010 | PROFESSOR MATHEMATICS | 583 7691 | ALL MY LIFE |
| 2 | KEN SIMONDS | CRITIKON SOUTHINGTON | TEAM TECH LEADER | X 5763 | 6 MOS |
| 3 | GUY CHAMBERS | HAMILTON-STANDARD WINDSOR LOCKS, CT | FOREMAN + COLLEAGUE | | 5 |

USE THIS SPACE FOR ADDITIONAL INFORMATION YOU WISH TO GIVE:

I AM CURRENTLY EMPLOYED BY C.G.S. SERVICES WORKING AS A TEMP. TEAM TECH AT CRITIKON. I HAVE HELD THIS POSITION SINCE 10/93. MY CURRENT SUPERVISOR IS KEN SIMONDS @ EX. 5763

**SECRECY AGREEMENT**

HAVE YOU SIGNED A SECRECY & INVENTION AGREEMENT IN FAVOR OF ANY PREVIOUS EMPLOYER: ☐ YES ☒ NO    IF SO, GIVE THEIR NAMES

ARE YOU UNDER ANY OBLIGATION TO A PREVIOUS EMPLOYER, THROUGH A SECRECY AND INVENTION AGREEMENT, OR OTHERWISE, RESTRICTING YOUR ACCEPTANCE OF EMPLOYMENT WITH A COMPETITIVE FIRM? ☐ YES ☒ NO

SHOULD I become an employee of Johnson & Johnson or any of its subsidiary or affiliated companies, I agree, in consideration of such employment, that I will not divulge to others or use for my own benefit any confidential information obtained during the course of my employment relating to sales, formulas, processes, methods, machines, manufactures, compositions, ideas, improvements or inventions belonging to or relating to the affairs of Johnson & Johnson or any of its subsidiary or affiliated companies, without first obtaining the written permission of Johnson & Johnson or of the subsidiary or affiliated company by whom I am employed.

I CERTIFY that the answers provided by me herein, and the representations made on my resume, if any, are to the best of my knowledge and belief, true and correct without reservation. I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize this company to verify any and all information contained in this application and to inquire about my ability and qualifications for employment from former employers and others, and I hereby release all concerned from any liability in connection with gathering such information.

| WITNESS (COMPANY INTERVIEWER) | DATE 3/28/94 | APPLICANT'S SIGNATURE Peter J. Glynn | DATE 3/28/94 |
|---|---|---|---|

FORM 548-3 REV.11/91(PAGE 4)

**Johnson & Johnson**
**MEDICAL EVALUATION**

| Field | Value |
|---|---|
| COMPANY | CRITIKON |
| POSITION | TEAM-TECH. |
| LOCATION | SOUTHINGTON CT |
| SUPERVISOR | ALAN KING |
| PHONE NO. | |
| LAST NAME | GLYNN |
| FIRST | PETER |
| MIDDLE | JOHN |
| DATE OF BIRTH | 6-22-61 |
| SOCIAL SECURITY NO. | 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 |
| TYPE OF EXAMINATION | ☑ PRE-EMPLOYMENT ☐ PERIODIC ☐ OTHER (SPECIFY) |
| STREET ADDRESS | 488 SOUTH ST. |
| CITY | BRISTOL |
| STATE - ZIP CODE | CT 06010 |
| HOME PHONE NO. | 583-7691 |
| MARITAL STATUS | ☐ S ☑ D ☐ M ☐ W |
| NAME AND ADDRESS OF PRIVATE PHYSICIAN | |

ALL PERSONNEL WILL BE MEDICALLY CLASSIFIED
THIS IS REQUIRED FOR BOTH PRE-EMPLOYMENT AND PERIODIC EXAMINATIONS

### JOHNSON & JOHNSON
### MEDICAL CLASSIFICATIONS

CLASS I ☑ CAN BE ASSIGNED TO ANY AVAILABLE JOB CONSISTENT WITH SKILLS AND TRAINING.

CLASS II ☐ ACCEPTABLE ONLY FOR SPECIFIC POSITIONS

RECOMMENDATIONS AND LIMITATIONS:
- A  WORK IN SITTING POSITION ONLY.
- B  NOT TO WORK AROUND MOVING MACHINERY.
- C  NO ROTATING SHIFT WORK.
- D  LIFTING RESTRICTIONS.
- E  NOT TO WORK ON LADDERS OR AT HEIGHTS.
- F  NO WORK IN NOISY AREAS.
- G  NO WORK REQUIRING GOOD HEARING.
- H  NOT TO OPERATE COMPANY MOTOR OR INDUSTRIAL VEHICLE.
- I  NOT TO WORK IN EXCESSIVE DUST OR FUMES.
- J  NOT TO WORK ALONE.
- K  MUST WEAR CORRECTIVE LENSES.
- L  NO WORK WHERE EXPOSED TO WEATHER EXTREMES.
- M  OTHERS:

ENCIRCLE LIMITATIONS (A-M) THAT ARE CIRCLED ABOVE TO SECTION IX ON PAGE 1

| IX CLASSIFICATION | A B C D E F G H I J K L M | CONSULT MEDICAL ON TRANSFER | SIGNATURE OF EXAMINING PHYSICIAN | DATE |
|---|---|---|---|---|
| ☑ CLASS I ☐ CLASS II | TRANSCRIBE LETTER CIRCLED FROM CLASSIFICATION PAGE 2 AND CIRCLE SAME LETTER ABOVE. | ☐ YES ☐ NO  FREE OF COMMUNICABLE DISEASE ☐ YES ☐ NO | PRINT NAME AND ADDRESS OF EXAMINING PHYSICIAN | 6/16/94  SOCIAL SECURITY NO. |

FORM 46 161 REV. 11/79 (REORDER FROM CENTRAL SERVICES)   © JOHNSON & JOHNSON - NEW BRUNSWICK, N.J. 1973

**CRITIKON**

a *Johnson & Johnson* company

### CONSENT TO DRUG TESTING

It is Johnson & Johnson's policy not to hire individuals who use any illegal or dangerous drug, without a medical prescription, in any amount and regardless of frequency or occasion. Accordingly, all prospective employees with Johnson & Johnson are required to undergo a drug screening test. Johnson & Johnson will not disclose information obtained through the drug screening test except: (1) when such information is needed by persons involved in the employment decision; (2) when such disclosure is required by law; and (3) should you be employed by Johnson & Johnson, when there is a legitimate business need to disclose such information.

I agree to supply a urine specimen under the supervision of Critikon's Medical Examiner with the understanding that part of the specimen will be used to test for the presence of illegal and dangerous drugs.

SIGNED: _Peter J. Flynn_    DATE: _6/8/94_

WITNESSED BY: _[signature]_

QUALITY - OUR FIRST PRIORITY
Critikon, Inc., West Queen Street, Southington, CT 06489 (203) 621-9111