**NAME:** PETER J. GLYNN  **DATE:** 8·31·94

**CHECK RACE:**
- BLACK (B)
- CAUCASIAN (C) ✓
- HISPANIC* (H)
- AMERICAN INDIAN/ALASKAN NATIVE (I)
- ASIAN PACIFIC ISLANDER (O)

**USING SCALE BELOW, LIST LANGUAGE PROFICIENCY:**

**SCALE:**
- 0 NO PROFICIENCY
- 1 READ
- 2 WRITE
- 3 SPEAK
- 4 READ AND WRITE
- 5 READ AND SPEAK
- 6 WRITE AND SPEAK
- 7 READ, WRITE AND SPEAK

CHINESE(CHN) __   ITALIAN(ITL) __
DUTCH(DUT) __   JAPANESE(JAP) __
ENGLISH(ENG) 7   MANDARIN(MAN) __
FRENCH(FRN) __   OTHER(OTH) __
FUKIANESE(FUK) __   POLISH(POL) __
GERMAN(GER) __   PORTUGESE(PRT) __
HAKKA(HAK) __   RUSSIAN(RUS) __
HEBREW(HEB) __   SPANISH(SPN) __
HUNGARIAN(HUN) __   SWEDISH(SWD) __
INDIAN(IND) __   VIETNAMESE(VTM) __

**CHECK LEVEL OF EDUCATION:**
- __ NOT A HIGH SCHOOL GRADUATE
- __ HIGH SCHOOL GRADUATE OR EQUIVALENT
- ✓ ATTENDING UNDERGRADUATE OR GRADUATE SCH

**IF ATTENDING UNDERGRADUATE OR GRADUATE SCHOOL, AND WORKING TOWARDS A DEGREE, LIST THE FOLLOWING INFORMATION:**

LAST YEAR ATTENDED: 94
% OF DEGREE COMPLETED (25, 50 OR 75%): 75%
DEGREE: (AA, AS, BA, BS, MA, MS, MBA, PHD, ETC.) AS
MAJOR FIELD OF STUDY: ENGINEERING
NAME AND LOCATION OF SCHOOL: NAUG. VALLEY COMM. TECH COLLEGE

**LIST DEGREES YOU HAVE RECEIVED, MOST RECENT ONE FIRST:**

| YEAR | DEGREE | MAJOR FIELD OF STUDY | NAME AND LOCATION OF SCHOOL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**EMERGENCY CONTACT INFORMATION:**

NAME: PHILIP A. GLYNN
ADDRESS: 488 SOUTH ST.
CITY, STATE, ZIP: BRISTOL CT 06010
TELEPHONE #: (203) 583-7691
RELATIONSHIP: FATHER
(Spouse, Parent, Child, Relative, Other)

**VIETNAM ERA VETERAN:** ☐ YES ✓ NO

**IMMEDIATE SUPERVISOR'S NAME:** BILL KRASNOWSKI

*National origin Mexican, Puerto Rican, Cuban, Central or South America or other Spanish culture or origin.

To: 82036205645

From: Hamilton Standard

Date: 5-27-94

Page 1 of 1

Date: 05/27/94

United Technologies
Hamilton Standard
One Hamilton Rd.
Windsor Locks, CT 06096-1010
203-654-6000

Company policy permits our providing only the following information in reply to your inquiry regarding the below listed employees:

Employee Verification for: GLYNN PETER J          SSN: 042569920

| Hire Date | Term Date | Job Title |
|-----------|-----------|-----------|
| 09/24/84  | 11/13/91  | SHOP EXPEDITOR |

If you need payroll information, you must send your request in writing to the Payroll Department at One Hamilton Road, Windsor Locks, CT 06096. If the employee left Hamilton Standard before 1983, requests must be made in writing to the Employee Verification Department, One Hamilton Road, Windsor Locks, CT 06096.

# CRITIKON



a Johnson&Johnson company

TO:   ALL APPLICANTS AND EMPLOYEES

Critikon, Inc. has an Affirmative Action Plan for each of the following groups:

   Handicapped

   Vietnam-Era Veterans & Disabled Veterans

Applicants and employees may review these plans by contacting the location Equal Opportunity Officer, Petra D. Ordini. Appointments may be scheduled for review in the Personnel Department during regular working hours.

QUALITY · OUR FIRST PRIORITY
Critikon, Inc., West Queen Street, Southington, CT 06489 (203) 621-9111

I. HANDICAPPED

This employer is a Government contractor subject to Section 503 of the Rehabilitation Act of [1973] in accordance with this law. It is a company goal to take affirmative action to employ and a[dvance] in employment qualified handicapped individuals. If you have such a handicap and would like [to be] considered under the Affirmative Action Program, please tell us. Submission of this informat[ion is] voluntary and refusal to provide it will not subject you to discharge or disciplinary treat[ment.] Information obtained concerning individuals shall be kept confidential, except that (1) superv[isors] and managers may be informed regarding restrictions on the work or duties of handi[capped] individuals and regarding necessary accommodations, (2) first aid safety individuals m[ay be] informed when and to the extent appropriate if the condition might require emergency treatment [and] (3) Government officials investigating compliance with the Act shall be informed.

If you are handicapped, we would like to include you under the Affirmative Action Program. [It] would assist us if you tell us about (1) any special methods, skills and procedures which q[ualify] you for positions that you might not otherwise be able to do because of your handicap, so tha[t you] will be considered for any positions of that kind, and (2) the accommodations which we coul[d make] which would enable you to perform the job properly and safely, including special equipment, c[hanges] in the physical layout of the job, elimination of certain duties relating to the job, or [other] accommodations.

II. DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA

This employer is also a Government contractor subject to Section 402 of the Vietna[m Era] Readjustment Assistance Act of 1974 which requires government contractors to take affir[mative] action to employ and advance in employment qualified disabled veterans and veterans of the V[ietnam] era. If you are a disabled veteran covered by this program and would like to be considered [under] the Affirmative Action Program, it will not subject you to discharge or disciplinary trea[tment.] Information obtained concerning individuals shall be kept confidential, except that (1) super[visors] and managers may be informed regarding necessary accommodations, and (2) first aid personnel [may be] informed, when and to the extent appropriate, if the condition might require emergency trea[tment.] In order to assure proper placement of all employees, we do request that you answer the fo[llowing] questions:

If you have a disability which might affect your performance or create a hazard to yours[elf or] others in connection with the job for which you are applying, please state the following: (1) [any] skills and procedures you use or intend to use to perform the job notwithstanding the disa[bility] and (2) The accommodations we could make which would enable you to perform the job proper[ly and] safely, including special equipment, changes in the physical layout of the job, elimina[tion of] certain duties relating to the job or other accommodations.

_____

I am _____ handicapped, _____ a disabled veteran, _____ a Vietnam Era Veteran and would l[ike to] be included in your Affirmative Action Program.

I am unable to perform the following types of work: _____

Recommendations for accommodations are indicated on the back of this sheet.

_____  _____  _____
         (Name)                       (Date)              (Department)

(Please return this form to the Human Resources Office)

CRITIKON, INC.

APPLICANT IRCA INFORMATION

PURSUANT TO THE IMMIGRATION REFORM AND CONTROL ACT OF 1986 ("IRCA") CRITIKON, INC. INTENDS TO HIRE ONLY LEGAL WORKERS. IN COMPLIANCE WITH IRCA AND AS A CONDITION OF EMPLOYMENT WITH CRITIKON, INC. ALL APPLICANTS FOR EMPLOYMENT MUST SATISFY THE REQUIREMENTS OF EITHER A OR B BELOW PRIOR TO EMPLOYMENT.

A.  PROVIDE ONE OF THE FOLLOWING:

    1.  U.S. PASSPORT
    2.  CERTIFICATE OF U.S. CITIZENSHIP OR CERTIFICATE OF NATURALIZATION
    3.  UNEXPIRED FOREIGN PASSPORT AUTHORIZING U.S. EMPLOYMENT
    4.  RESIDENT ALIEN CARD OR OTHER ALIEN REGISTRATION CARD CONTAINING THE APPLICANT'S IDENTIFICATION, PHOTOGRAPH AND AUTHORIZATION TO WORK IN THE U.S.A.

B.  IF NONE OF THE DOCUMENTS IN A IS AVAILABLE, PROVIDE ONE OF THE DOCUMENTS IN B 1a, b OR c PLUS ONE OF THE DOCUMENTS IN B 2a, b OR c.

    1a. U.S. SOCIAL SECURITY CARD (UNLESS IT SPECIFICALLY STATES IT DOES NOT AUTHORIZE EMPLOYMENT
     b. CERTIFICATE OF BIRTH IN THE U.S.A.
     c. CERTIFICATE ESTABLISHING U.S. NATIONALITY AT BIRTH
     d. ANY OTHER DOCUMENT AUTHORIZED BY THE U.S. ATTORNEY GENERAL

    2a. VALID DRIVER'S LICENSE FROM A STATE OR TERRITORY OF THE U.S.A.
     b. OTHER IDENTIFICATION CARD ISSUED BY A STATE OR TERRITORY OF THE U.S.A. AS APPROVED BY THE U.S. ATTORNEY GENERAL
     c. ANY OTHER DOCUMENT AUTHORIZED BY U.S. ATTORNEY GENERAL

ANY APPLICANT FAILING TO FULFILL THE REQUIREMENT OF A OR B <u>WILL NOT BE EMPLOYED</u> BY CRITIKON, INC.

# NOTIFICATION OF

# DRUG-SCREENING PROCEDURE

It is the policy of Critikon, Inc., and Johnson & Johnson not to hire individuals who use any illegal or dangerous drug without a prescription, in any amount, and regardless of frequency or occasion.

As part of this effort, all prospective Critikon, Inc., employees will be required to undergo a health examination, including drug screen.

Individuals who do not consent to the health examination and drug screen cannot be considered for employment with Critikon, Inc., or any of the Johnson & Johnson domestic companies.

TELEPHONE REFERENCE CHECK

POSITION: Team Tech
DATE: 6-1-94
CANDIDATE'S NAME: Peter Glynn
CONTACT: Ken Simonds     TITLE: TTL
COMPANY: Critikon Inc     TELEPHONE: 620-5763
RELATION TO CANDIDATE: Supervisor
WHAT WERE THE DATES OF HIS/HER EMPLOYMENT? 10 93 ~ Present Temp
WHAT WAS HIS/HER TITLE? Temp. Team Tech
WHAT WAS THE NATURE OF HIS/HER POSITION? Set-up

WHAT DID YOU THINK OF HIS/HER WORK? very good

HOW WOULD YOU DESCRIBE HIS/HER PERFORMANCE IN COMPARISON WITH OTHER PEOPLE? Above average

WHAT JOB PROGRESS DID HE/SHE MAKE? none

WHAT ARE HIS/HER STRONG POINTS? Stays on job, on time, will ask for assistance

WHAT ARE HIS/HER LIMITATIONS? none

HOW DID HE/SHE GET ALONG WITH OTHER PEOPLE? well

WHAT WERE HIS/HER REASONS FOR LEAVING? N/A

| ☒ **NEW** | ☐ **CORRECTION** | *PAYGROUP:175PL* |
|---|---|---|

## JJEMS — LEAVES, TERMINATION, RETIREMENT OR DEATH OF AN EMPLOYEE

### PERSONAL INFORMATION

| Employee Last Name: **GLYNN** | First Name: **PETER** | Middle Initial: **J.** |
|---|---|---|
| Employee I.D # : **105510** | Social Security #: **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** | Effective Date: **06-11-01** |

### ☒ DEATH OF AN EMPLOYEE (PA52.1)

| Action: **DEATH OF AN EMPLOYEE** | Status: **DA - DECEASED FROM ACTIVE** |
|---|---|
| Death Date: **06-08-01** | Termination Date: **06-11-01** · Benefit End Date: **06-11-01** |

### ☐ LEAVES (excluding Short-Term Disability) (PA52.1)

| Action: **SELECT** | Status: **SELECT** |
|---|---|
| Leaves Reason: **SELECT** | Expected Return Date: |

### ☐ TERMINATION OF AN EMPLOYEE (PA52.1)

| Action: **SELECT** | Status: **SELECT** | Termination Date: |
|---|---|---|
| Termination Reason: **SELECT** | Recall Dept. End Date:   Recall Job End Date: | Recall End Date: |
| Recall Misc. End Date: | Benefit End Date:   Eligible for Rehire: ☐ Yes ☐ No   Severance End Date: | Severance Amt: |

### ☐ RETIRE A SALARIED EMPLOYEE (PA52.1)

| Status: **SELECT** | Termination Date: | Benefit End Date: | Severance End Date: |
|---|---|---|---|

### ☐ RETIRE A UNION EMPLOYEE (PA52.1)

| Status: **SELECT** | Termination Date: | Benefit End Date: | Severance End Date: |
|---|---|---|---|

### VACATION INFO IS REQUIRED FOR ALL ACTIONS EXCLUDING SHORT TERM LEAVES

| Carryover days (from previous year): **0** | Current Year Vacation Entitlement Days: **15** | Number of Days Taken: **0** |
|---|---|---|
| Floater Entitlement: **0** | Number of Floating Holidays Taken: **0** | |

### FOR EPIC USE ONLY

| Current Yr: | Pay Carryover | + | /12 of | (Days) | (Year) Accrued Vac | Less Days Taken |
|---|---|---|---|---|---|---|
| Next Yr: | Pay Carryover | + | /12 of | (Days) | (Year) Accrued Vac | Less Days Taken |

Manager Name:                                   Extension:              Mail Stop:

| Signature: (for printed forms only) *Stefanie Kafka* | DATE 6/11/01 | Signature: (for printed forms only) | DATE |
|---|---|---|---|

Comments: **DEATH OF ACTIVE EMPLOYEE.**

REVISION: 02/10/99

## Raffa, Stefanie [EESUS]

| | |
|---|---|
| From: | EPIC [JJCUS] |
| To: | Raffa, Stefanie [EESUS] |
| Sent: | Monday, June 11, 2001 8:56 AM |
| Subject: | Read: death of active employee--P. Glynn |

Your message

| | |
|---|---|
| To: | EPIC [JJCUS] |
| Subject: | death of active employee--P. Glynn |
| Sent: | 6/11/01 8:56 AM |

was read on 6/11/01 8:56 AM.

1

| ☒ NEW | ☐ CORRECTION | PAYGROUP: <u>175PD</u> | |
|---|---|---|---|
| **JJEMS** | | **TRANSFER** | |

### PERSONAL INFORMATION

| Last Name: <br> **GLYNN** | First Name: <br> **PETER** | | Middle Initial: <br> **J** |
|---|---|---|---|
| Employee ID #: <br> **105510** | Social Security Number: <br> **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** | | Effective Date: <br> **01-22-01** |

☐ TRANSFER (PA52.1) Select

| Process Level: | Company Name: | Department: | Admin Grouping: |
|---|---|---|---|
| Supervisor Code: | Indirect Supervisor Code: | Pay Group: | Work Site: |
| Transfer Reason: <br> **SELECT** | | | |

☒ DEPARTMENT TRANSFER (PA52.1) DOMESTIC
(NOTE: Use This Selection When Process Level And Admin Group Do Not Change)

| Department: <br> **22479** | Supervisor Code: | Indirect Supervisor Code: | Pay Group: |
|---|---|---|---|
| Transfer Reason: <br> **XF-DEPT   DEPARTMENT TRANSFER** | | | |

### Please complete all fields that apply

| ISE Indicator: | Resident State: | Work State: | Union Code: |
|---|---|---|---|
| Bargaining Unit: <br> **Select** | | Union Dues: <br> ☐ Yes  ☐ No | Union Membership Date: |

*The following information is to be completed with Transfer Process if applicable.*

☐ MISC. PAY (PA52.1)

| Shift: <br> **SELECT** | Pay Group: | Pay Frequency: <br> **SELECT** | Overtime Code: |
|---|---|---|---|
| Manager Name: | | Extension: | Mail Stop: |
| Signature: (for printed forms only)       DATE | | Signature: (for printed forms only)       DATE | |
| Comments:   DEPARTMENT CHANGE ONLY. | | | |

REVISION: 03/18/99

# Johnson & Johnson
## MEDICAL™

July 26, 2000

Dear Peter Glynn:

Based upon the eventual elimination of Assembly South and your expression of interest, we are pleased to offer you a lateral move to the regular full time 1st shift position of Lead Technician in the Acuvance department. Your move will be effective on on a date to be determined by your current and future Team leaders. Your bi-weekly salary will remain the same and you will be reporting to Debra Borkowski, Manufacturing Team Leader.

Please indicate below your decision to either accept or decline this offer.

We hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call on extension 5647.

Sincerely,

*Stefanie Raffa*

Stefanie Raffa
Human Resources &
Organizational Development Administrator

Accept: _Peter J. Glynn_    Date: _8/15/00_

Decline: _____    Date: _____

DIVISION OF ETHICON, INC. • 201 WEST QUEEN STREET • SOUTHINGTON, CT 06489 • 860-621-9111