# Raffa, Stefanie [EESUS]

| | |
|---|---|
| From: | EPIC [JJCUS] |
| To: | Raffa, Stefanie [EESUS] |
| Sent: | Tuesday, January 23, 2001 1:56 PM |
| Subject: | Read: DEPT TRANSFERS-Medrano, Glynn, Mates |

Your message

| | |
|---|---|
| To: | EPIC [JJCUS] |
| Subject: | DEPT TRANSFERS-Medrano, Glynn, Mates |
| Sent: | 1/23/01 12:58 PM |

was read on 1/23/01 1:56 PM.

1



RUNDATE: 11/30/00                    COMPENSATION PLANNING WORKSHEET                    SITE: 175011

Employee PID/Name: 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 GLYNN, PETER J                Position: LEAD TECHNICIAN      RF    2000 Projected    Hourly
Dept Number/Name: EES48002 - SOUTHINGTON PROD.               Job Code/Pos ID : VR0A/021            Year-End Salary   Rate
Dept Manager Name: ALAN KING                                 Yrs or Service: 6.3                   ---------------   ------
Division        : 49                                         Performance Code: 4.00                $   39,966        19.21

```
       SALARY HISTORY                          2001 SALARY PLANNING
Eff Date   Type   %Incr    End Slry         MM/YY   Type   Incr%   Incr$   End Slry              MARKET DATA
01/24/00   MI     3.999    39,966           01/01   MI     4.088   1,634   41,600                ---------------
01/25/99   MI     4.500    38,429                                                         10TH PCTL:
01/26/98   MI     3.998    36,774                  Increase Amount                        50TH PCTL:
07/14/97   PR    16.935    35,360                                                         90TH PCTL:
12/30/96   MI     6.001    30,239                                                         DECILE:
05/20/96   OA     5.499    28,527
```

                                                          Bonus History
                                                   Eff Date    Amount    %
                                                   12/31/99    2,022    5.3
                                                   12/31/98    2,023    5.5

                                                        Bonus Amount

RATIONAL FOR INCREASE:                                      $  2/00
                                                               ____  %   $ _____

ADDITIONAL COMMENTS:


APPROVALS:

1999 Performance Ratings.xls

| First Name | Last Name | Dept No. | Shift | Eff. Date | Current Salary | New Salary | Hire Date | % Increase |
|---|---|---|---|---|---|---|---|---|
| PETER | GLYNN | 474 | 1 | 1/24/00 | $38,429 | $39,966 | August-94 | 4.00% |

# JOHNSON & JOHNSON MEDICAL

## PERFORMANCE REVIEW FEEDBACK SUMMARY

**Employee Name:** Peter Glynn

**Date of Review Session:** 12 / 17 / 1999 (Month / Day / Year)

**Date of Next Review:** 6 / 2000 (Month / Year)

### PLEASE CHECK THE BOX NEXT TO THE APPROPRIATE OVERALL RATING FOR THE EMPLOYEE.

- ☐ Performance is Outstanding
- ☐ Performance Exceeds Expectations
- ☒ Performance Meets Expectations
- ☐ Performance Needs Improvement*

### Please check one of the following:

- ☒ I am satisfied with the feedback I have received.
- ☐ I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.
- ☐ I wish to have further discussion/clarification of the feedback with my Business Unit Manager.
- ☐ I wish to discuss my review feedback with a member of management outside my division.

**Signatures:**

Employee: [signature] Peter H. Glynn

Team Leader: [signature]

Business Unit Manager/Department Head: [signature] 12/20/99

*Implement Development Plan

# HRS-INFO — SALARY ACTION, POSITION CHANGE (PER.M05)

| PERSONAL INFORMATION | PID: 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 | SITE: JMIII<br>COMPANY: JTM | EFFECTIVE DATE: 04-19-99 |
|---|---|---|---|
| | FIRST NAME: Peter | | LAST NAME: Glynn |

## SALARY ACTION ☐ / CORRECTION TO SALARY ACTION ☐

| REASON | +/- | SALARIED CHANGE AMOUNT | | HOURLY CHANGE AMOUNT | | NEW ANNUAL SALARY | HOURS/WEEK |
|---|---|---|---|---|---|---|---|
| | | | OR | | ☐ SALARIED | | |
| | | | | | OR | NEW HOURLY RATE | |
| | | | | | ☐ HOURLY | | |

## POSITION CHANGE ☐ / CORRECTION TO POSITION CHANGE ☐

POSITION CHANGE REASON

☐ (PC) POSITION CHANGE

POSITION CODE CODE: [JOB CODE] [POS ID]

NEW WRK. EXP. (Required if Exempt Position Code is Changed)

OVERTIME CODE CATEGORY (Required if change in FLSA class)

WRK COMP RISK (Required)

OR

☐ (PR) PROMOTION

NON-EXEMPT & EXEMPT SALES REP JOB LEVEL

JOB TITLE

OR

☐ (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep Only)

## EMPLOYEE TYPE CHANGE ☐ / CORRECTION TO EMPLOYEE TYPE CHANGE ☐

EMPLOYEE TYPE (CHECK ONE)

☐ (RF) REGULAR FULL TIME     ☐ (TE) TEMPORARY FULL-TIME EXTENDED     ☐ (TR) TEMPORARY RESERVE (FLOATER)
☐ (RP) REGULAR PART TIME     ☐ (TP) TEMPORARY PART-TIME             ☐ (CI) CO-OP / INTERN
☐ (TF) TEMPORARY FULL-TIME   ☐ (CP) CASUAL PART-TIME

## DEPARTMENT TRANSFER ☐ / CORRECTION TO DEPT TRANSFER ☐

DEPARTMENT TRANSFER REASON (CHECK ONE)

☐ (DT) DEPARTMENT TRANSFER
☐ (DA) REORGANIZATION / MASS TRANSFER ONLY

NEW HRS DEPT: ____    NEW HRS DEPARTMENT NAME: ____

## CHANGE SPT DEPT ☐

FOR PERSONNEL DEPARTMENT USE ONLY

NEW SPT DEPT    NEW SPT DEPARTMENT NAME

## POSITION CHANGE/CORRECT. OR TYPE CHANGE/CORRECT, OR DEPT TRANSFER/CORRECT

PAYROLL DATA: PAYROLL LOCATION ____ TIME SHEET GROUP ____

PAYROLL FREQUENCY: ☐ (1) MTHLY  ☐ (2) BI-WEEKLY  ☐ (3) SEMI-MTHLY  ☐ (4) WKLY

SHIFT: ☒ (1) 1ST  ☐ (2) 2ND  ☐ (3) 3RD  ☐ (4) ROTATING

## PERSONNEL DEPT USE ONLY

| Employee Group | Secrecy & Invention | Safety Glasses | Building | NY State Disability | Overseas Travel |
|---|---|---|---|---|---|
| ☐ (P) PRODUCTION<br>☐ (A) ADMINISTRATION<br>☐ (S) SALES<br>☐ (X) ALL INCLUSIVE | ☐ (2) NOT REQUIRED<br>☐ (3) BASIC<br>☐ (4) NEGATIVE COVENANT | ☐ (1) REQ'D<br>☐ (2) NOT REQ'D | | ☐ YES<br>☐ NO | ☐ YES<br>☐ NO |

COMMENTS / REASON FOR ACTION: Move to 1st shift position

ORIGINATOR NAME: Stefanie Raffa     DATE: 4-19-99