# SALARIED SALARY ACTION AND POSITION CHANGE (PER. M05)

**HRS-INFO**

ORIGINATOR: EMPLOYING DEPARTMENT

NAME: Peter Glynn
COMPANY NAME (Optional): JJM

## CONTROL INFORMATION

| PID/SSN | SITE CODE | SITE NAME (Optional) | EFF. DATE (Mo., Day, Yr.) | USER ID |
|---|---|---|---|---|
| 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 | JMII | Southington | 01 25 99 | (SL) |

OPTIONAL INFORMATION:
NON-EXEMPT/SALES LEVEL: ___ TITLE: ___ DEPT.: ___ HIRE DATE: ___ PAY LOC.: ___

### SALARY ACTION

| REASON | +/- (Optional) | % | SALARIED CHANGE AMOUNT | OR | HOURLY RATE CHANGE AMOUNT | | NEW ANNUAL SALARY | HOURS/WEEK (Optional) |
|---|---|---|---|---|---|---|---|---|
| MI | + | 4.5% | 1655 | | | ☒ SALARIED / ☐ HOURLY | 38420 | |

(OPTIONAL) INDICATE LAST THREE SALARY CHANGES:

| # | NEW SALARY | INCREASE AMOUNT | % | EFFECTIVE DATE | REASON |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

### CORRECTION TO SALARY ACTION

☐ SALARIED   SALARY: ___   -OR-   ☐ HOURLY   HOURLY RATE: ___   HOURS/WEEK (OPTIONAL): ___

### POSITION CHANGE

POSITION CHANGE REASON (Check One):
☐ (PC) POSITION CHANGE
☐ (PR) PROMOTION
☐ (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep. Only)

FOR PERSONNEL DEPT. USE ONLY
NON-EXEMPT + EXEMPT SALES REP. JOB LEVEL: ___
JOB TITLE (Optional for Exempt Non-Sales Rep.): ___

POSITION CODE (JOB CODE / POS ID): ___
NEW WRK. EXP. CODE (Required if Exempt Position Code is Changed): ___
OVERTIME CODE (Required If Change In FLSA Class): ___
WRK. COMP. RISK CATEGORY (Required): ___

### EMPLOYEE TYPE CHANGE / CORRECTION TO EMP. TYPE

EMPLOYEE TYPE (Check One):
☐ (RF) REGULAR FULL-TIME
☐ (RP) REGULAR PART-TIME
☐ (TF) TEMPORARY FULL-TIME
☐ (TE) TEMPORARY FULL-TIME EXTENDED
☐ (TP) TEMPORARY PART-TIME
☐ (CP) CASUAL PART-TIME
☐ (TR) TEMPORARY RESERVE (Floater)
☐ (CI) CO-OP/INTERN

### DEPARTMENT TRANSFER / CORRECTION TO DEPT.

DEPARTMENT TRANSFER REASON (Check One):
☐ (DT) DEPARTMENT TRANSFER
☐ (DA) REORGANIZATION/ADMINISTRATIVE TRANSFER

NEW HRS DEPT.: ___   NEW HRS DEPARTMENT NAME: ___

### CHANGE SPT DEPT.

FOR PERSONNEL DEPARTMENT USE ONLY
NEW SPT DEPT.: ___   NEW SPT DEPARTMENT NAME: ___

### PAYROLL DATA

FOR PERSONNEL DEPT. USE ONLY
PAYROLL LOCATION: ___   TIME SHEET GROUP (Unit): ___

PAYROLL FREQUENCY: ☐ (1) MTHLY ☐ (2) BI-WKLY ☐ (3) SEMI-MTHLY ☐ (4) WKLY
SHIFT: ☐ (1) 1ST ☐ (2) 2ND ☐ (3) 3RD ☐ (4) ROTATING

### FOR PERSONNEL DEPARTMENT USE ONLY

EMPLOYEE GROUP:
☐ (P) PRODUCTION   ☐ (X) ALL INCLUSIVE (No Grouping)
☐ (A) ADMINISTRATION
☐ (S) SALES

BUILDING: ___

BONDED: ☐ (Y) YES ☐ (N) NO

SECRECY & INVENTION:
☐ (2) NOT REQUIRED
☐ (3) BASIC
☐ (4) NEGATIVE COVENANT

SAFETY GLASSES:
☐ (1) REQ'D.
☐ (2) NOT REQ'D.

### COMMENTS

REASON FOR ACTION: Annual Merit

| ORIGINATOR SIGNATURE | DATE | APPROVAL SIGNATURE | DATE |
|---|---|---|---|
| Melanie Raffa | 1-25-99 | | |
| APPROVAL SIGNATURE | DATE | APPROVAL SIGNATURE | DATE |
| | | | |

FORM 1148-501 REV. 2/92 (Reorder From J&J Central Services)   © JOHNSON & JOHNSON 1984

# JOHNSON & JOHNSON MEDICAL
## PERFORMANCE REVIEW FEEDBACK SUMMARY

**Associate Name:** Peter Glynn

**Date of Review Session:** Month 12 / Day 8 / Year 98

**Date of Next Review:** Month 11 / Year 99

### PLEASE NOTE THE OVERALL RATING IN THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR

- [ ] Performance is Outstanding
- [ ] Performance Exceeds Expectations
- [✓] Performance Meets Expectations
- [ ] Performance Needs Improvement*

### Please check one of the following:

- [✓] I am satisfied with the feedback I have received
- [ ] I did not agree with some of the feedback, however, I am satisfied with the outcome of our discussion
- [ ] I wish to have further discussion/clarification of the feedback with my Business Unit Manager
- [ ] I wish to discuss my review feedback with a member of management outside of my division

### Signatures:

Associate: Peter Glynn
Team Leader: [signature]
Business Unit Manager: [signature] 12/21/98

*Implement Development Plan

# HRS-INFO
## SALARIED SALARY ACTION AND POSITION CHANGE (PER. M05)

**ORIGINATOR:** EMPLOYING DEPARTMENT

**NAME:** P. Glynn

### CONTROL INFORMATION
- **PID SSN:** 042569920
- **EFF. DATE (Mo., Day, Yr.):** 012698
- **USER ID:** [signature]

### OPTIONAL INFORMATION
NON EXEMPT SALES LEVEL / TITLE / DEPT. / HIRE DATE / PAY LOC.

### [X] SALARY ACTION
- **REASON:** MT
- **%:** 4
- **SALARIED CHANGE AMOUNT:** 1414
- [X] **SALARIED** — **NEW ANNUAL SALARY:** 36774
- [ ] **HOURLY**

(OPTIONAL) INDICATE LAST THREE SALARY CHANGES: [blank]

### [ ] CORRECTION TO SALARY ACTION
[ ] SALARIED — [ ] HOURLY

### [ ] POSITION CHANGE
POSITION CHANGE REASON (Check One):
- [ ] (PC) POSITION CHANGE
- [ ] (PR) PROMOTION
- [ ] (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep. Only)

### [ ] CORRECTION TO POSITION CHANGE

### [ ] EMPLOYEE TYPE CHANGE / [ ] CORRECTION TO EMPL. TYPE
EMPLOYEE TYPE (Check One):
- [ ] (RF) REGULAR FULL-TIME
- [ ] (RP) REGULAR PART-TIME
- [ ] (TF) TEMPORARY FULL-TIME
- [ ] (TE) TEMPORARY FULL-TIME EXTENDED
- [ ] (TP) TEMPORARY PART-TIME
- [ ] (CP) CASUAL PART-TIME
- [ ] (TR) TEMPORARY RESERVE (Floater)
- [ ] (CI) CO-OP/INTERN

### [ ] DEPARTMENT TRANSFER / [ ] CORRECTION TO DEPT.
- [ ] (DT) DEPARTMENT TRANSFER
- [ ] (DA) REORGANIZATION/ADMINISTRATIVE TRANSFER

### [ ] CHANGE SPT DEPT.

### PAYROLL DATA
PAYROLL FREQUENCY: [ ] (1) MTHLY [ ] (2) BI-WKLY [ ] (3) SEMI-MTHLY [ ] (4) WKLY
SHIFT: [ ] (1) 1ST [ ] (2) 2ND [ ] (3) 3RD [ ] (4) ROTATING

### FOR PERSONNEL DEPARTMENT USE ONLY
EMPLOYEE GROUP:
- [ ] (P) PRODUCTION
- [ ] (A) ADMINISTRATION
- [ ] (S) SALES
- [ ] (X) ALL INCLUSIVE (No Grouping)

BONDED: [ ] (Y) YES [ ] (N) NO
SECRECY & INVENTION: [ ] (2) NOT REQUIRED [ ] (3) BASIC [ ] (4) NEGATIVE COVENANT
SAFETY GLASSES: [ ] (1) REQ'D. [ ] (2) NOT REQ'D.

### COMMENTS / REASON FOR ACTION

ORIGINATOR SIGNATURE / DATE / APPROVAL SIGNATURE / DATE
APPROVAL SIGNATURE / DATE / APPROVAL SIGNATURE / DATE / APPROVAL SIGNATURE [signature] / DATE 2/2/98

# PETE GLYNN
*12 Putnam St.*
*Bristol, Ct 06010-4945]*
*Home: 860-583-7691    Work: x5763*
*Last Modified: June 24, 1997*

---

**OBJECTIVE:**  Lead Team Technician-South Assembly-Early Morning Shift

## PROFESSIONAL EXPERIENCE

**JOHNSON & JOHNSON**  *October 1993 to Present*
**MEDICAL**
Southington, Connecticut

    **TEAM TECHNICIAN:** Running, repairing and maintaining equipment and machinery in South Assembly. I have been involved in the training of newly hired technicians. I have a good knowledge of working in a GMP environment and a familiarity with all our quality requirements and testing procedures. I have been awarded a "Q" pin twice in the last three years and I have been a member of the 2080 "club" since its inception. I am currently "on board" the FAMCAM, undergoing training on all three of the machines in the FAMCAM cell. I have been an "acting" Lead Team Technician for at least the last four to six weeks.

**HAMILTON STANDARD DIV. UTC**  *September 1984 to November 1992*
Windsor Locks, Connecticut

    **SHOP FLOOR EXPEDITER:** I was responsible for the movement of various jet fuel control housings and other types of aircraft parts through numerous manufacturing and assembly procedures. Prior to holding this position, I had had some machining and assembling experience on the shop floor and participated in a 300 hour machining program getting a basic knowledge of metal machining, blueprint reading, and the proper use of gages. I also attended Dale Carnegie. Downsized in the fall of 1992

---

## EDUCATION

**NVCTC**
Waterbury, Connecticut

    I 've been attending Naugatuck Valley Community College on a part time basis starting in the spring of 1994 to earn enough credits to get an associates degree. I've been taking mostly math courses with an emphasis on calculus and trigonometry.

**UNIVERSITY OF CONNECTICUT**  *Fall 1980 to Spring 1983*
Waterbury and Storrs, Connecticut

    I majored in an engineering curriculum as an undergraduate prior to leaving UCONN in the spring of 1983. I took an assortment of math and science courses along with some business and liberal arts electives.

**EASTERN HIGH SCHOOL**  *September 1975 to June 1979*
King Street, Bristol CT
    College prep. curriculum