# JOHNSON & JOHNSON MEDICAL INC.
## PERFORMANCE REVIEW FEEDBACK SUMMARY

**Employee Name:** Peter Colyn

### Date of Review Session
| Month | Day | Year |
|-------|-----|------|
| 1 | 6 | 98 |

### Date of Next Review
| Month | Year |
|-------|------|
| 6 | 98 |

**PLEASE NOTE THE OVERALL SCORE IN THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR**

- [ ] Performance Is Outstanding
- [ ] Performance Exceeds Expectations
- [3] Performance Meets Expectations
- [ ] Performance Needs Improvement*

### Signatures:
Employee: Peter Colyn
Team Leader: [signature]
Business Unit Manager/Department Head: [signature]

*Implement Development Plan

**Please check one of the following:**
- [✓] I am satisfied with the feedback I have received.
- [ ] I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.
- [ ] I wish to have further discussion/clarification of the feedback with my Business Unit Manager.
- [ ] I wish to discuss my review feedback with a member of management outside my division.



# SALARY ACTION, POSITION CHANGE, DEPT TRANSFER (PER.M05)

**HRS-INFO**

## PERSONAL INFORMATION

- PID: 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
- SITE: JmI11
- COMPANY: JJm1
- EFFECTIVE DATE: 07/14/97 (PID)
- FIRST NAME: Peter
- LAST NAME: Glynn

## SALARY ACTION [X]

| REASON | +/− | SALARIED CHANGE AMOUNT | HOURLY CHANGE AMOUNT | | NEW ANNUAL SALARY | HOURS/WEEK |
|---|---|---|---|---|---|---|
| PR | + | 5121 | | ☐ SALARIED | 35360 | |
| | | | | OR | NEW HOURLY RATE | |
| 30239 | | | | ☐ HOURLY | | |

**CORRECTION TO SALARY ACTION** ☐

## POSITION CHANGE [X]

POSITION CHANGE REASON:
- ☐ (PC) POSITION CHANGE
- [X] (PR) PROMOTION
- ☐ (RC) RECLASS. DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep Only)

NON-EXEMPT & EXEMPT SALES REP JOB LEVEL:

JOB TITLE: Lead Technician

**CORRECTION TO POSITION CHANGE** ☐

## EMPLOYEE TYPE CHANGE ☐

EMPLOYEE TYPE (CHECK ONE):
- ☐ (RF) REGULAR FULL TIME
- ☐ (RP) REGULAR PART TIME
- ☐ (TF) TEMPORARY FULL-TIME
- ☐ (TE) TEMPORARY FULL-TIME EXTENDED
- ☐ (TP) TEMPORARY PART-TIME
- ☐ (CP) CASUAL PART-TIME
- ☐ (TR) TEMPORARY RESERVE (FLOATER)
- ☐ (CI) CO-OP / INTERN

**CORRECTION TO EMPLOYEE TYPE CHANGE** ☐

## DEPARTMENT TRANSFER ☐

DEPARTMENT TRANSFER REASON (CHECK ONE):
- ☐ (DT) DEPARTMENT TRANSFER
- ☐ (DA) REORGANIZATION / MASS TRANSFER ONLY

NEW HRS DEPT: 
NEW HRS DEPARTMENT NAME:

**CORRECTION TO DEPT TRANSFER** ☐

## CHANGE SPT DEPT ☐

FOR PERSONNEL DEPARTMENT USE ONLY →

NEW SPT DEPT / NEW SPT DEPARTMENT NAME

## PAYROLL DATA

- PAYROLL LOCATION:
- TIME SHEET GROUP:
- PAYROLL FREQUENCY: ☐ (1) MTHLY  ☐ (2) BI-WEEKLY  ☐ (3) SEMI-MTHLY  ☐ (4) WKLY
- SHIFT: ☐ (1) 1ST  ☐ (2) 2ND  ☐ (3) 3RD  ☐ (4) ROTATING

## PERSONNEL DEPT USE ONLY

- Employee Group: ☐ (P) PRODUCTION  ☐ (A) ADMINISTRATION  ☐ (S) SALES  ☐ (X) ALL INCLUSIVE
- Secrecy & Invention: ☐ (2) NOT REQUIRED  ☐ (3) BASIC  ☐ (4) NEGATIVE COVENANT
- Safety Glasses: ☐ (1) REQ'D  ☐ (2) NOT REQ'D
- Building:
- NY State Disability: ☐ YES  ☐ NO
- Overseas Travel: ☐ YES  ☐ NO

## COMMENTS

REASON FOR ACTION: Inter. dept Bid & was promoted to Lead Tech.

ORIGINATOR NAME: Litia D. Cirtin
DATE: 7.7.97

APPROVAL NAME (PRINT):
APPROVAL SIGNATURE:
DATE:

1 copy to Payroll; 1 copy to Personnel File; 1 copy to Originator

# Johnson & Johnson
## MEDICAL INC.

July 2, 1997

Dear Peter Glynn:

We are pleased to offer you a promotion to the Early Morning Shift (11:00PM-7:00AM) position of Lead Team Technician in Assembly South with Johnson & Johnson Medical, Inc., effective on July 7, 1997.

Your biweekly salary will be $ 1360.00 and you will be eligible for a $.75 shift differential per hour. You will continue to report to Debra Borkowski, Manufacturing Team Leader. Please indicate below your decision to either accept or decline this offer and return this to me as soon as possible.

I hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call on extension 5624.

Sincerely,

Michelle L. White
Director, Human Resources

Accept: *Peter J. Glynn*    Date: 7-3-97

Decline: _____    Date: _____

201 WEST QUEEN STREET, SOUTHINGTON, CT 06489

# JOHNSON & JOHNSON MEDICAL, INC.

## PERFORMANCE REVIEW FEEDBACK SUMMARY

Employee Name: Peter Glynn

**Date of Review Session**
Month: 12 | Day: 09 | Year: 96

**Date Next Review**
Month: 6 | Year: 97

### PLEASE CHECK THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR

☐ Performance Consistently Exceeds Expectations
☑ Performance Exceeds Expectations  (29S)
☐ Performance Meets Expectations
☐ Performance Needs Improvement*
☐ Performance is Unacceptable

### Please check one of the following:

☑ I am satisfied with the feedback I have received.
☐ I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.
☐ I wish to have further discussion/clarification of the feedback with my Business Unit Manager.
☐ I wish to discuss my review feedback with a member of management outside my division.

### Signatures:

Employee: Peter Glynn
Team Leader: [signature]
Business Unit Manager: [signature]

*Implement Development Plan

JJM PERFORMANCE MANAGEMENT SYSTEM

MIA EMPLOYEE PROFILE

```
SITE: JM111       J&J MEDICAL - SOUTHI
DIV:  12          VASCULAR ACCESS
DEPT: 22474       VA NBP CATH ASSY
DEPT MGR: XX

NAME: GLYNN, PETER J                    EFF DATE:       12/30/96
SSN:  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                       JOB TITLE:      ASSEMBLY TEAM TECH
                                        CURR HIRE DATE: 08/29/94
                                        JOB LVL:        02      FLSA: N
                                        TIME/LVL:       2.06
                                        YRS/SERV:       2.06
                                        HRS/WEEK:       40.000
                                        AFFIL IND:      M       ANNUAL MERIT, NO 'RM'
```

CURRENT ANNUAL SALARY: 28,527

----- STRUCTURE -----                                    MIA SALARY PLAN
MINIMUM   MIDPOINT   MAXIMUM       RSN    AMT            %       NEW SALARY
-------   --------   -------       ---    ---            ---     ----------
                                   (AM)   112  6.0              30039

                                   TOTAL:

----- SALARY HISTORY -----                          ----- JOB LEVEL HISTORY -----
CHG    EFF       INCR      INCR    NEW               CHG    EFF        JOB    YRS
RSN    DATE      AMOUNT    PCT     SALARY            RSN    DATE       LVL    LVL
---    --------  ------    -----   ------            ---    --------   ---    ---
OA     05/20/96  1,487     5.49    28,527            NC     08/29/94   02
OA     10/24/94  10,442    62.91   27,040
NH     08/29/94                    16,598

----- JOB TITLE HISTORY -----
CHG    EFF       JOB     POS     JOB TITLE
RSN    DATE      CODE    ID
---    --------  ----    ---     ---------
NC     08/29/94  VIYL            ASSEMBLY TEAM TECH
NH     08/29/94  V01             ASSY TEAM TECHNICIAN

APPROVAL SIGNATURES:

_____    _____    _____
IMMEDIATE SUPV-MANAGER        DATE     DIVISION HEAD       DATE     PERSONNEL       DATE

_____
SECT-DEPT MANAGER             DATE

_____
DIRECTOR-DEPT HEAD            DATE  12/9/96

# JOHNSON & JOHNSON MEDICAL INC.

## PERFORMANCE REVIEW FEEDBACK SUMMARY

**Employee Name:** PETER GLYNN

**Date of Review Session:** 07 / 02 / 96 (Month / Day / Year)

**Date Next Review:** 12 / 96 (Month / Year)

### PLEASE CHECK THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR

- [ ] Performance Consistently Exceeds Expectations
- [✓] Performance Exceeds Expectations    30.0
- [ ] Performance Meets Expectations
- [ ] Performance Needs Improvement*
- [ ] Performance Is Unacceptable

### Please check one of the following:

- [✓] I am satisfied with the feedback I have received.
- [ ] I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.
- [ ] I wish to have further discussion/clarification of the feedback with my Business Unit Manager.
- [ ] I wish to discuss my review feedback with a member of management outside my division.

### Signatures:

Employee: *Peter A. Glynn*

Team Leader: *[signature]*

Business Unit Manager: *[signature]*

*Implement Development Plan

# HRS-INFO
## SALARIED SALARY ACTION AND POSITION CHANGE (PER-M05)

**ORIGINATOR:** EMPLOYING DEPARTMENT

**NAME:** Peter Glynn

**COMPANY NAME (Optional):** JMI

### CONTROL INFORMATION
- **PID/SSN:** 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
- **SITE CODE / SITE NAME (Optional):** Smith Southington
- **EFF. DATE (Mo. Day Yr.):** 7/8/96
- **USER ID:**

### OPTIONAL INFORMATION
- NON-EXEMPT/SALES LEVEL:
- TITLE:
- DEPT.:
- HIRE DATE:
- PAY LOC.:

### SALARY ACTION

| REASON | +/- (Optional) | % | SALARIED CHANGE AMOUNT | OR | HOURLY RATE CHANGE AMOUNT | | NEW ANNUAL SALARY | HOURS/WEEK (Optional) |
|---|---|---|---|---|---|---|---|---|
| 1 | + | 5.5 | 1426 | | | [X] SALARIED -OR- [ ] HOURLY | 27340 | 40 |

#### (OPTIONAL) INDICATE LAST THREE SALARY CHANGES

| | NEW SALARY | INCREASE AMOUNT | % | EFFECTIVE DATE | REASON |
|---|---|---|---|---|---|
| 1 | 27340 | | | | |
| 2 | | | | | |
| 3 | | | | | |

### CORRECTION TO SALARY ACTION
[ ] SALARIED -OR- [ ] HOURLY
SALARY: ___ HOURLY RATE: ___ HOURS/WEEK (OPTIONAL): ___

### POSITION CHANGE
**POSITION CHANGE REASON (Check One):**
- [ ] (PC) POSITION CHANGE
- [ ] (PR) PROMOTION
- [ ] (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep. Only)

**FOR PERSONNEL DEPT. USE ONLY**
- NON-EXEMPT + EXEMPT SALES REP. JOB LEVEL:
- JOB TITLE (Optional for Exempt Non-Sales Rep.):
- POSITION CODE / JOB CODE / POS ID:
- NEW WRK. EXP. CODE (Required if Exempt Position Code is Changed):
- OVERTIME CODE (Required If Change In FLSA Class):
- WRK. COMP. RISK CATEGORY (Required):

### EMPLOYEE TYPE (Check One)
- [ ] (RF) REGULAR FULL-TIME
- [X] (RP) REGULAR PART-TIME
- [ ] (TF) TEMPORARY FULL TIME
- [ ] (TE) TEMPORARY FULL-TIME EXTENDED
- [ ] (TP) TEMPORARY PART-TIME
- [ ] (CP) CASUAL PART-TIME
- [ ] (TR) TEMPORARY RESERVE (Floater)
- [ ] (CI) CO-OP/INTERN

### DEPARTMENT TRANSFER REASON (Check One)
- [ ] (DT) DEPARTMENT TRANSFER
- [ ] (DA) REORGANIZATION/ADMINISTRATIVE TRANSFER
- NEW HRS DEPT:
- NEW HRS DEPARTMENT NAME:

**FOR PERSONNEL DEPARTMENT USE ONLY** → NEW SPT. DEPT. / NEW SPT. DEPARTMENT NAME

### PAYROLL DATA
**FOR PERSONNEL DEPT. USE ONLY**
- PAYROLL LOCATION:
- TIME SHEET GROUP (Unit):

**PAYROLL FREQUENCY:**
- [ ] (1) MTHLY
- [ ] (2) BI-WKLY
- [ ] (3) SEMI MTHLY
- [ ] (4) WKLY

**SHIFT:**
- [ ] (1) 1ST
- [ ] (2) 2ND
- [ ] (3) 3RD
- [ ] (4) ROTATING

### FOR PERSONNEL DEPARTMENT USE ONLY
**EMPLOYEE GROUP:**
- [ ] (P) PRODUCTION
- [ ] (A) ADMINISTRATION
- [ ] (S) SALES
- [ ] (X) ALL INCLUSIVE (No Grouping)

**BUILDING:** ___

**BONDED:**
- [ ] (Y) YES
- [ ] (N) NO

**SECRECY & INVENTION:**
- [ ] (2) NOT REQUIRED
- [ ] (3) BASIC
- [ ] (4) NEGATIVE COVENANT

**SAFETY GLASSES:**
- [ ] (1) REQ'D
- [ ] (2) NOT REQ'D

**REASON FOR ACTION:**

---

- **ORIGINATOR SIGNATURE:** [signature]  **DATE:** 6/14/96
- **APPROVAL SIGNATURE:** [signature]  **DATE:** 6/18/96
- **APPROVAL SIGNATURE:** [signature]  **DATE:**
- **APPROVAL SIGNATURE:** [signature]  **DATE:** 6/19/96

FORM 1148-501 REV. 2/92 (Reorder From J&J Central Services)   © JOHNSON & JOHNSON 1994