# JOHNSON & JOHNSON
## MEDICAL INC.

## PERFORMANCE REVIEW FEEDBACK SUMMARY

**Employee Name:** **PETER GLYNN**

**Date of Review Session**

| Month | Day | Year |
|-------|-----|------|
| 12 | 06 | 95 |

**Date Next Review**

| Month | Year |
|-------|------|
| 06 | 96 |

---

### PLEASE CHECK THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR

Performance Consistently Exceeds Expectations ☐

Performance Exceeds Expectations  ☑  ☒ 29.5  7C 12/7/95

Performance Meets Expectations ☐

Performance Needs Improvement* ☐

Performance is Unacceptable ☐

---

### Please check one of the following:

☑ I am satisfied with the feedback I have received.

☐ I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.

☐ I wish to have further discussion/clarification of the feedback with my Business Unit Manager.

☐ I wish to discuss my review feedback with a member of management outside my division.

**Signatures:**

Employee _Peter J. Glynn_

Team Leader _(signature)_

Business Unit Manager _(signature)_

*Implement Development Plan

# JOHNSON & JOHNSON
## MEDICAL INC.

## PERFORMANCE REVIEW FEEDBACK SUMMARY

Employee Name: _Peter Glynn_

**Date of Review Session**

| Month | Day | Year |
|-------|-----|------|
| 8 | 1 | 95 |

**Date Next Review**

| Month | Year |
|-------|------|
| 12 | 95 |

### PLEASE CHECK THE BOX NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR

Performance Consistently Exceeds Expectations ☐

Performance Exceeds Expectations ☐

Performance Meets Expectations ☑ 27.5

Performance Needs Improvement* ☐

Performance is Unacceptable ☐

### Please check one of the following:

☑ I am satisfied with the feedback I have received.

☐ I did not agree with some of the feedback; however, I am satisfied with the outcome of our discussion.

☐ I wish to have further discussion/clarification of the feedback with my Business Unit Manager.

☐ I wish to discuss my review feedback with a member of management outside my division.

### Signatures:

_Peter Glynn_
Employee

_[signature]_
Team Leader

_[signature]_
Business Unit Manager

*Implement Development Plan

J&J PERFORMANCE MANAGEMENT SYSTEM

# HRS-INFO

## SALARIED
## SALARY ACTION AND POSITION CHANGE
### (PER. M05)

ORIGINATOR:
**EMPLOYING DEPARTMENT**

NAME: *Peter Glynn*

COMPANY NAME (Optional)

FOR PERSONNEL DEPARTMENT USE ONLY

### CONTROL INFORMATION

| PID/SSN | SITE CODE | SITE NAME (Optional) | EFF. DATE (Mo., Day, Yr.) | USER ID |
|---|---|---|---|---|
| 0425-0090 | | | 082499 | AC |

**OPTIONAL INFORMATION:**

NON-EXEMPT/ SALES LEVEL: _____ TITLE: _____ DEPT: _____ HIRE DATE: _____ PAY LOC: _____

| REASON (See Back of Form) | +/− (Optional) | % | SALARIED CHANGE AMOUNT | OR | HOURLY RATE CHANGE AMOUNT | | |
|---|---|---|---|---|---|---|---|

☐ SALARIED ▶    NEW ANNUAL SALARY    HOURS/ WEEK (Optional)

- OR -

☐ HOURLY ▶    NEW HOURLY RATE

| (OPTIONAL) INDICATE LAST THREE SALARY CHANGES | | NEW SALARY | INCREASE AMOUNT | % | EFFECTIVE DATE | REASON |
|---|---|---|---|---|---|---|
| | 1 | | | | | |
| | 2 | | | | | |
| | 3 | | | | | |

### CORRECTION TO SALARY ACTION

☐ SALARIED   SALARY   - OR -   ☐ HOURLY   HOURLY RATE   HOURS/WEEK (OPTIONAL)

### POSITION CHANGE

**POSITION CHANGE REASON (Check One):**

☐ (PC) POSITION CHANGE ⟶

☐ (PR) PROMOTION

☐ (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep. Only)

**FOR PERSONNEL DEPT. USE ONLY**

| POSITION CODE | | NEW WRK. EXP. CODE |
|---|---|---|
| JOB CODE | POS ID | (Required if Exempt Position Code is Changed) |

**FOR PERSONNEL DEPT. USE ONLY**

NON-EXEMPT + EXEMPT SALES REP. JOB LEVEL

JOB TITLE (Optional for Exempt Non-Sales Rep.)

| OVERTIME CODE | WRK. COMP. RISK CATEGORY |
|---|---|
| (Required if Change in FLSA Class) | (Required) |

### CORRECTION TO POSITION CHANGE

**EMPLOYEE TYPE (Check One):**

☐ (RF) REGULAR FULL-TIME    ☐ (TE) TEMPORARY FULL-TIME EXTENDED    ☐ (TR) TEMPORARY RESERVE (Floater)

☐ (RP) REGULAR PART-TIME    ☐ (TP) TEMPORARY PART-TIME    ☐ (CI) CO-OP/INTERN

☒ (TF) TEMPORARY FULL-TIME    ☐ (CP) CASUAL PART-TIME

### DEPARTMENT TRANSFER / CORRECTION TO DEPT.

**DEPARTMENT TRANSFER REASON (Check One):**

☐ (DT) DEPARTMENT TRANSFER

☐ (DA) REORGANIZATION/ADMINISTRATIVE TRANSFER

NEW HRS DEPT. | NEW HRS DEPARTMENT NAME

### CHANGE

**FOR PERSONNEL DEPARTMENT USE ONLY** ⟶   NEW SPT DEPT. | NEW SPT DEPARTMENT NAME

### PAYROLL DATA

**FOR PERSONNEL DEPT. USE ONLY**

PAYROLL LOCATION | TIME SHEET GROUP (Unit)

**PAYROLL FREQUENCY**

☐ (1) MTHLY   ☐ (2) BI-WKLY   ☐ (3) SEMI-MTHLY   ☐ (4) WKLY

**SHIFT**

☐ (1) 1ST   ☐ (2) 2ND   ☒ (3) 3RD   ☐ (4) ROTATING

### FOR PERSONNEL DEPARTMENT USE ONLY

| EMPLOYEE GROUP | BUILDING | BONDED | SECRECY & INVENTION | SAFETY GLASSES |
|---|---|---|---|---|
| ☐ (P) PRODUCTION ☐ (X) ALL INCLUSIVE (No Grouping) | | ☐ (Y) YES | ☐ (2) NOT REQUIRED | ☐ (1) REQ'D. |
| ☐ (A) ADMINISTRATION | | ☐ (N) NO | ☐ (3) BASIC | ☐ (2) NOT REQ'D. |
| ☐ (S) SALES | | | ☐ (4) NEGATIVE COVENANT | |

REASON FOR ACTION

| ORIGINATOR SIGNATURE | DATE | APPROVAL SIGNATURE | DATE |
|---|---|---|---|
| *David Alix* | 21AUG95 | | |

| APPROVAL SIGNATURE | DATE | APPROVAL SIGNATURE | DATE | APPROVAL SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

FORM 1148-501 REV. 2/92 (Reorder From J&J Central Services)

© JOHNSON & JOHNSON 1984

July 6, 1995

Dear Peter:

Based upon the interdepartmental interest that you expressed you are being awarded the position of Assembly Team Technician on the Early Morning Shift (11:00 PM - 7:00 AM) with Johnson & Johnson Medical, Inc. effective on a date to be determined by your current and future Technical Team Leader.

Your biweekly salary will remain and you will be entitled to a shift premium of $.75 per hour. You will report to David Dustin, Technical Team Leader.

Please indicate below your decision to either accept or decline this offer and return this to me as soon as possible.

We hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call on extension 5609.

Sincerely,

Deborah J. Incorvia
Human Resource Administrator

Accepted: _Peter J. Glynn_____ Date: _7·6·95_

Declined: _____ Date: _____

TITLE:              **ASSEMBLY TEAM TECHNICIAN**

AREA:               **ASSEMBLY SOUTH DEPARTMENT**

SHIFT:              *Early Morning Shift  (11:00 PM - 7:00 AM)*
WORK
PERFORMED:          *-Advanced Set-up, change-over and PM*
                    *-Advanced trouble shooting*
                    *-Basic repair and rebuild*
                    *-Advanced training and instruction*
                    *-Material disposition and handling*
                    *-Machine and Process Operation*
                    *-Quality Testing*
                    *-Shop floor data collection tasks*
                    *-Compliance to GMP, SOP's, Process Controls, PCP's and Safety*
                    *-Other duties as required*

QUALIFICATIONS:     *Position requires a high school degree, continuing education in a technical field*
                    *will be requested for future growth opportunities; Associates Degree in a*
                    *technical field is preferred. Previous Team Technician experience in Assembly*
                    *South plus strong mechanical ability is preferred. Candidates must be able to*
                    *read, write and speak English, be self motivated, have strong interpersonal and*
                    *analytical skills plus the ability to use good judgment. Ability to perform*
                    *physical demands (lifting, standing, stooping and climbing), plus visual checks*
                    *on product and equipment quality.*

POSTING DATE:       *May 19, 1995*
CLOSING DATE:       *May 26, 1995*

SELECTION
PROCESS:            *Positions have **not** been posted interdepartmentally therefore, Assembly South*
                    *bidders will be given priority consideration over bidders from other units.*
                    *All candidates will be reviewed for acceptable medical, safety, and*
                    *attendance records. Plant seniority will be used as a tie breaker where*
                    *skills and qualifications are equal.*

BID:

*I have read the above posting for the Assembly Team Technician position and hereby submit the name of*
_____ *as meeting the requirements.*

_____   ___5-21-95___
/ Team Leader                            Date

**PLEASE COMPLETE THE REVERSE SIDE OF THE BID FORM**

# CRITIKON
## a Johnson & Johnson company

### SEMI-ANNUAL FEEDBACK SUMMARY

**Due Date** 11/29/94

**Employee Name:** Peter Glynn

### Date of Feedback Summary

| MONTH | DAY | YEAR |
|-------|-----|------|
| 11 | 23 | 94 |

### Next Review Date

| MONTH | YEAR |
|-------|------|
| 06 | 95 |

### PLEASE CHECK THE LINE NEXT TO THE APPROPRIATE PERFORMANCE INDICATOR:

- PERFORMANCE IS OUTSTANDING
- PERFORMANCE EXCEEDS CRITERIA SET
- PERFORMANCE MEETS EXPECTATIONS
- PERFORMANCE NEEDS IMPROVEMENT*
- PERFORMANCE IS UNACCEPTABLE

(65)

### EMPLOYEE MUST CHECK ONE:

- [✓] I am satisfied with the feedback I have received.

- [ ] While I did not agree with some of the feedback, I am satisfied with the outcome of our discussion.

- [ ] I wish to have further discussion/clarification of the feedback with another member of management within my division.

- [ ] I wish to have further discussion/clarification of the feedback with a member of management outside my division.

*IMPLEMENT DEVELOPMENT PLAN

### SIGNATURES

Employee _Peter J. Glynn_

Supervisor _William Diacono_

Program Leader (where applicable) _____

Manager Review _____

**HRS-INFO**

**SALARIED**
**SALARY ACTION AND POSITION CHANGE**
(PER. M05)

ORIGINATOR:
**EMPLOYING DEPARTMENT**

NAME: *Petra Glynn*

COMPANY NAME (Optional)

FOR PERSONNEL DEPARTMENT USE ONLY

**CHECK ALL WHICH APPLY →**

**CONTROL INFORMATION**

PID/SSN *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*  SITE CODE *CL175*  SITE NAME (Optional)  EFF. DATE (Mo., Day, Yr.) *102494*  USER ID *AC*

OPTIONAL INFORMATION:

NON-EXEMPT/SALES LEVEL: ____  TITLE: ____  DEPT.: ____  HIRE DATE: ____  PAY LOC.: ____

☒ **SALARY ACTION**

| REASON (See Back of Form) | +/- (Optional) | % | SALARIED CHANGE AMOUNT | OR | HOURLY RATE CHANGE AMOUNT | | NEW ANNUAL SALARY | HOURS/WEEK (Optional) |
|---|---|---|---|---|---|---|---|---|
| OF | 1 | | 101140 | | | ☐ SALARIED ▶ -OR- ☐ HOURLY ▶ | 27040 | ▼ |
| | | | | | | NEW HOURLY RATE | | |

| (OPTIONAL) INDICATE LAST THREE SALARY CHANGES | NEW SALARY | INCREASE AMOUNT | % | EFFECTIVE DATE | REASON |
|---|---|---|---|---|---|
| 1 | *Rec'd* | | | | |
| 2 | | | | | |
| 3 | | | | | |

☐ **CORRECTION TO SALARY ACTION**

☐ SALARIED  SALARY  -OR-  ☐ HOURLY  HOURLY RATE  HOURS/WEEK (OPTIONAL)

☐ **POSITION CHANGE**

**POSITION CHANGE REASON (Check One):**
☐ (PC) POSITION CHANGE ⟶
☐ (PR) PROMOTION
☐ (RC) RECLASS, DUE TO JOB RE-EVALUATION (Non-Exempt & Sales Rep. Only)

**FOR PERSONNEL DEPT. USE ONLY**

POSITION CODE — JOB CODE | POS ID

NEW WRK. EXP. CODE (Required if Exempt Position Code is Changed)

☐ **CORRECTION TO POSITION CHANGE**

FOR PERSONNEL DEPT. USE ONLY
NON-EXEMPT + EXEMPT SALES REP. JOB LEVEL

JOB TITLE (Optional for Exempt Non-Sales Rep.)

OVERTIME CODE (Required If Change In FLSA Class)

WRK. COMP. RISK CATEGORY (Required)

☒ **EMPLOYEE TYPE CHANGE**
☐ **CORRECTION TO EMPL. TYPE**

**EMPLOYEE TYPE (Check One):**
☒ (RF) REGULAR FULL-TIME
☐ (RP) REGULAR PART-TIME
☐ (TF) TEMPORARY FULL-TIME
☐ (TE) TEMPORARY FULL-TIME EXTENDED
☐ (TP) TEMPORARY PART-TIME
☐ (CP) CASUAL PART-TIME
☐ (TR) TEMPORARY RESERVE (Floater)
☐ (CI) CO-OP/INTERN

☐ **DEPARTMENT TRANSFER**
☐ **CORRECTION TO DEPT.**

**DEPARTMENT TRANSFER REASON (Check One):**
☐ (DT) DEPARTMENT TRANSFER
☐ (DA) REORGANIZATION/ADMINISTRATIVE TRANSFER

NEW HRS DEPT.  NEW HRS DEPARTMENT NAME

☐ **CHANGE SPT DEPT.**

**FOR PERSONNEL DEPARTMENT USE ONLY ⟶**

NEW SPT DEPT.  NEW SPT DEPARTMENT NAME

**PAYROLL DATA**

FOR PERSONNEL DEPT. USE ONLY
PAYROLL LOCATION | TIME SHEET GROUP (Unit)

**PAYROLL FREQUENCY**
☐ (1) MTHLY  ☐ (2) BI-WKLY  ☐ (3) SEMI-MTHLY  ☐ (4) WKLY

**SHIFT**
☐ (1) 1ST  ☒ (2) 2ND  ☐ (3) 3RD  ☐ (4) ROTATING

**FOR PERSONNEL DEPARTMENT USE ONLY**

**EMPLOYEE GROUP**
☐ (P) PRODUCTION
☐ (A) ADMINISTRATION
☐ (S) SALES
☐ (X) ALL INCLUSIVE (No Grouping)

**BUILDING**

**BONDED**
☐ (Y) YES
☐ (N) NO

**SECRECY & INVENTION**
☐ (2) NOT REQUIRED
☐ (3) BASIC
☐ (4) NEGATIVE COVENANT

**SAFETY GLASSES**
☐ (1) REQ'D.
☐ (2) NOT REQ'D.

**COMMENTS**

REASON FOR ACTION

ORIGINATOR SIGNATURE *[signature]*  DATE *10-19-94*  APPROVAL SIGNATURE *[signature]*  DATE *[signature]*

APPROVAL SIGNATURE  DATE  APPROVAL SIGNATURE  DATE  APPROVAL SIGNATURE  DATE

FORM 1148-501 REV. 2/92 (Reorder From J&J Central Services)  © JOHNSON & JOHNSON 1984
COPY DISTRIBUTION:  WHITE—Payroll;  CANARY—Originator File;  PINK—Personnel File