*Time Sheet Required*

| HRS-INFO | EMPLOYMENT ACTION (PER. M01) | ORIGINATOR: EMPLOYING DEPARTMENT |
|---|---|---|

**NAME:** Peter J. Green
**COMPANY NAME (Optional):** [illegible]

FOR PERSONNEL DEPT. USE ONLY ▼

**CHECK ONE EVENT (Required)**
- [x] NEW HIRE
- [ ] REHIRE
- [ ] TRANSFER INTO SITE
- [ ] RETURN FROM LEAVE

**CONTROL INFORMATION**
- PID/SSN (If not known, leave blank): [illegible]
- CTL. NO.: CTL 154856
- SITE CODE / SITE NAME (Optional): [illegible]
- EFF. DATE (Mo,Day,Yr): [illegible]
- BIRTH DATE (Mo,Day,Yr): [illegible]

- USER ID: [illegible]
- PAYROLL LOCATION: [illegible]
- BUILDING / SPT DEPT: [illegible]

**NAME, PHONE ADDRESS — DOMESTIC** (Required If Not On HRS)
- FIRST NAME: Peter
- INT: J
- LAST NAME: Green
- ADDRESS LINE 1: [illegible] South Street
- HOME PHONE: ([illegible])[illegible]
- CITY: [illegible]
- STATE ABBR: CT
- ZIP CODE: [illegible]

**SOURCE OF HIRE** (Required for New Hire, Rehire)
- [ ] (AGX) ADVT-GENERAL
- [ ] (AFX) ADVT-FEMALE
- [ ] (AMX) ADVT-MINORITY
- [ ] (REX) REF-EMPLOYEE
- [ ] (RNX) REF-NON-EMP.
- [ ] (GGX) EMP. AG-GENL.
- [ ] (GFX) EMP. AG-FEM.
- [ ] (GMX) EMP. AG-MIN.
- [ ] (GHX) EMP. AG-HANDI.
- [ ] (SXX) ST/FEDL AG.
- [ ] (HXX) HS RECRUIT
- [ ] (CXX) COLLEGE RECR.
- [ ] (WXX) WALK-IN
- [ ] (JXX) J&J LDRSHP. AW.
- [ ] (LXX) WRITE-IN
- [x] (OXX) OTHER

**FOREIGN ONLY ▶** COUNTRY OF RESIDENCE: [blank]

**OTHER PERSONAL DATA** (Required If Not On HRS)
- SEX: [x] (M) MALE  [ ] (F) FEMALE
- U.S. CITIZEN: [x] (Y) YES  [ ] (N) NO
- MARITAL STATUS:
  - [ ] (M) MARRIED
  - [ ] (S) SINGLE
  - [ ] (W) WIDOW/WIDOWER
  - [x] (D) DIVORCED
  - [ ] (X) SEPARATED
- ETHNIC CODE (RACE):
  - [x] (C) CAUCASIAN
  - [ ] (B) BLACK
  - [ ] (H) HISPANIC
  - [ ] (O) ASIAN/PACIFIC ISLANDER
  - [ ] (I) AMER. INDIAN/ALASKAN NATIVE

**EMPLOYEE AND ORGANIZATION** (Required For New Hire, Rehire, Transfer Into Site)
- EMPLOYEE TYPE:
  - [ ] (RF) REGULAR FULL-TIME
  - [x] (RP) REGULAR PART-TIME
  - [ ] (CP) CASUAL PART-TIME
  - [ ] (TF) TEMPORARY FULL-TIME
  - [ ] (TE) TEMPORARY FULL-TIME EXT'D.
  - [ ] (TP) TEMPORARY PART-TIME
  - [ ] (TR) TEMPORARY RESERVE (Floater)
  - [ ] (CI) CO-OP/INTERN
- FLSA: [ ] (E) EXEMPT  [x] (N) NON-EXEMPT
- DEPARTMENT NUMBER: [illegible]
- REQUIRED FOR NON-EXEMPT & SALES REPS. — GRADE/LEVEL: [illegible]
- JOB TITLE: [illegible]

- HIRE COST: [illegible]
- VACATION/SERVICE ACCRUAL DATE (Mo,Day,Yr): [illegible]
- POSITION CODE — JOB CODE / POS ID: [illegible]

**PAYROLL DATA** (Required For New Hire, Rehire, Transfer Into Site)
- CHECK ONE: [x] (S) SALARIED  [ ] (H) HOURLY
- ENTER ANNUAL SALARY: 16898
- ENTER HOURLY RATE: [blank]
- SCHEDULED HOURS PER WEEK: [illegible]
- PAY FREQUENCY: [ ] (1) MTHLY.  [x] (2) BI-WKLY.  [ ] (3) SEMI-MTHLY.  [ ] (4) WKLY.
- SHIFT: [x] (1) 1ST  [ ] (2) 2ND  [ ] (3) 3RD  [ ] (4) ROTATING

- EMPLOYEE GROUP:
  - [x] (P) PRODUCTION
  - [ ] (A) ADMINISTRATION
  - [ ] (S) SALES
  - [ ] (X) ALL INCLUSIVE (NO GROUPING)

**EMERGENCY CONTACT INFORMATION** (Optional)
- NAME: Phil Green
- PHONE: ([illegible])
- ADDRESS LINE 1: [illegible] South Street
- RELATIONSHIP:
  - [ ] (S) SPOUSE
  - [ ] (P) PARENT
  - [ ] (C) CHILD
  - [ ] (R) OTHER RELATIVE
  - [x] (X) OTHER
- CITY, STATE, ZIP CODE: [illegible], CT [illegible]

- OVERTIME CODE: [illegible]
- BONDED: [ ] (Y) YES  [x] (N) NO
- SECRECY & INVENTION:
  - [ ] (2) NOT REQUIRED
  - [x] (3) BASIC
  - [ ] (4) NEGATIVE COVENANT

**OPTIONAL**
- VIETNAM ERA VETERAN: [ ] (Y) YES  [x] (N) NO
- SAFETY GLASSES: [ ] (1) REQ'D.  [x] (2) NOT REQ'D.

**ORIGINATOR SIGNATURE:** [illegible]  **DATE:** [illegible]
**APPROVAL SIGNATURE:** [blank]  **DATE:** [blank]  **APPROVAL SIGNATURE:** [blank]  **DATE:** [blank]
**WRK. COMP. RISK CATEGORY:** [illegible]
**TIME SHEET GROUP (Unit):** [blank]

FORM 1148-500 REV. 6/91 [illegible]

October 19, 1994

Dear Peter Glynn:

We are pleased to offer you the position of Assembly Team Technician on second shift with Critikon, Inc., effective on a date to be determined by your current Manufacturing Team Leader.

Your biweekly salary will be $1040.00 and you are entitled to second shift premium of $.45 per hour. You will report to William Krasnowski, Manufacturing Team Leader.

Please indicate below your decision to either accept or decline this offer and return this to me as soon as possible.

We hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call on extension 5709.

Sincerely,

*Petra Ordini*
Petra Ordini
Senior Selection &
Development Administrator


Accept: *Peter J. Glynn*   Date: 10-19-94
Decline: _____   Date: _____



# CRITIKON
a Johnson&Johnson company

June 7, 1994

Mr. Peter J. Glynn
488 South Street
Bristol, CT  06010

Dear Mr. Glynn:

We are pleased to offer you the part-time weekend position of Assembly Team Technician in our Manufacturing Assembly South Department from 11:00 AM - 11:00 PM with Critikon Inc. effective upon sucessful completion of your pre-employment physical. You will report to Bill Krasnowski, Technical Team Leader. Your initial base salary will be $624.00 biweekly based on a 48 hour biweekly work schedule. You will also be entitled to a shift premium of $.45 per hour between the hours of 3:00 PM -11:00 PM.

Our policy requires that you successfully complete a health examination, including drug screen, before you can begin work. Please complete the enclosed Drug Testing Consent Forms, take one with you to the health examination, and return the other with your acceptance of this offer.

Critikon, Inc., like other Johnson & Johnson Companies maintains an employment-at-will relationship with its employees. This means that both you and the company retain the right to terminate this employment relationship at any time and for any reason.

In addition, all compensation indicated in this letter is subject to continued employment, and constitutes our complete offer package in recognition of your new responsibilities. Any promises or representations, either oral or written, that are not contained in this letter are not valid and are not binding on the company.

Due to the sensitive nature of our industry, we request that you sign the enclosed secrecy agreement. Please indicate below your decision to either accept or decline this offer and return the original and one signed Consent Form, along with the secrecy agreement back to me as soon as possible.

We look forward to having you join our staff. If you have any questions, please give me a call.

Sincerely,

*[signed]*
Michelle L. White
Director, Human Resources

Accepted: *Peter J. Glynn*        Date: 6/8/94
Declined: _____ Date: _____

# EQUAL EMPLOYMENT OPPORTUNITY POLICY ACKNOWLEDGMENT

This is to acknowledge that I, __PETE GLYNN__, have received a copy of the Equal Employment Opportunity policy on __Nov 17, 1999__. I understand that it is my responsibility to read it and address any questions that I may have regarding its contents with Human Resources.

__Peter J Glynn__  __10/17/99__
Signature        Date

__S. Raffa__  __11/17/99__
Witness        Date

## EMPLOYEE ON-LINE MANUAL ACKNOWLEDGMENT

This is to acknowledge that I __PETER GLYNN__ have received training on how to access the on-line Employee Manual on __1/13/99__. I understand that it is my responsibility to read it and address any questions that I may have regarding its contents with Human Resources.

_Peter J. Glynn_
Signature

_[signature]_ 1-13-99
Witness   Date

September 3, 1998

Dear Peter Glynn:

Based upon the interdepartmental interest that you expressed, we are pleased to offer you the first shift position of Lead Technician in Assembly South, effective upon a date to be determined by your current and future Manufacturing Team Leaders. Your bi-weekly salary will remain the same and you will report to Sue Skrzypek, Manufacturing Team Leader.

Please indicate below your decision to either accept or decline this offer and return this to me as soon as possible. We hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call.

Sincerely,

Deborah J. Incorvia
Human Resource Administrator

Accept: _Peter J. Glynn_ Date: _9/9/98_

Decline: _____ Date: _____

February 4, 1998

Dear Peter Glynn:

Based upon the interdepartmental interest that you expressed, we are pleased to offer you the first shift position of Assembly Team Technician in Assembly South, effective upon a date to be determined by your current and future Manufacturing Team Leaders.

Your bi-weekly salary will be $1267.54 and you will report to Sue Skrzypek, Manufacturing Team Leader.

Please indicate below your decision to either accept or decline this offer and return this to me as soon as possible.

We hope that you will find your new position both challenging and rewarding. If you have any questions or concerns, please give me a call.

Sincerely,

Deborah J. Incorvia
Human Resource Administrator

Accept: _Peter J. Glynn_____  Date: _2-9-98_

Decline:_____  Date:_____

## Johnson & Johnson
## MEDICAL INC.

To: John Callan, Angelo Contino, Dennis Hager, Michelle White
cc: Brenda Womack, Don Cornwall

As Team Leader, I would like to congratulate and thank all the FAMCAM Cell TTs/TOs/MTLs, members of the core FAMCAM team, and a few other key support people for a job well done in successfully qualifying 20ga OPTIVA on FAMCAM and starting 20ga production.

In appreciation for your efforts you are getting a $30 gift certificate to a favored establishment.

### CORE FAMCAM TEAM                    SPECIAL CONTRIBUTIONS

| | |
|---|---|
| Dave Jankowski | Thanks Dave for an **excellent job** taking over for Bob Hughes as Co-Leader & Head Engr. |
| Bob McNabb | Bob, being on FAMCAM longest, you were & are **invaluable** to our day to day operations. **Thanks alot!** |
| Maureen Regan | Maureen is **indispensable** handling specs., testing, factbooks, & tech coordination. **Thanks a lot!** |
| Amos Roleau | Amos thanks for the thankless and frustrating job of coordinating all training and work procedures |
| Dave Goral | Dave, thanks for all the background work that was done in developing and supplying press fit hubs. |
| Dave Gultekin | Dave, developed a laser process that requires minimal tampering and yields excellent quality. Thanks |
| Joe Keiffer | Joe, Thanks for being the most enduring runner of staff interference and making the numbers come out. |
| Nereida Morales | Nereida thanks for supplying us critical financial data. |
| Pat Kozak | Patty thanks for all your help in developing and signing STMs, specs, protocols, & qualification reports. |
| Jesse Silva | Jesse, **excellent job** in supplying us components & keeping us abreast of frequent market changes. |
| Jane Wronka | Jane, helped us implement the new lubricants and spray nozzles and lead an effort to minimize waste. |

### MANUFACTURING ASSOCIATES

| | |
|---|---|
| Sue Skryzpek | Sue was invaluable in setting up specs, training, work procedures, QA forms, etc. |
| John Giannini | John, excellent job entertaining, providing cross shift communications & great troubleshooting. Thanks! |
| John Finn | John, thanks for all your process improvement ideas. |
| ZsaZsa Markow | Zsa Zsa is always cheerful and helpful. Thanks. |
| Diane Albert | Diane, thanks for your multi-talents in back up and qualification support. |
| Dick Nash | Dick, great job on the ACAM. Dick does not talk much but does a lot. Thanks! |
| Therese Janczyk | Therese is always doing what she can to provide team support. |
| Rocky Ucello | Rocky, thanks for your continuous flow of improvements leading to higher outputs. |
| Bob Vasilaitis | Bob, is a man to count on to get things done. Thanks for lowering our vision waste. |
| Frank Nati | Frank "Cheerfully" does what needs to get done. |
| Judy Romankiw | Judy, thanks for being such a hard worker without complaints. |
| Maria Putko | Maria, thanks for all that mega inspection during development. |
| Debra Borkowski | Debra was invaluable in setting up specs, training, work procedures, QA forms, etc. |
| Camille Marquis | "Fast fingers" Camille is always trying to optimize the process, thanks for your efforts |
| Marc Johnson | Marc, whatever you and your crew is doing keep it up. You morning guys still hold the record for output |
| Peter Glynn | Peter, great job communicating what happens on the "OFF" shift, it is very helpful. |
| Maryjane Getchell | Maryjane |
| Carol Winslow | Carol — Thanks ladies for doing what it takes to achieve your great production numbers. |
| Roberta Plourde | Roberta |

### KEY SUPPORT PEOPLE

| | |
|---|---|
| James Muskatello | Jim, "Mr. Science Guy and Major league troubleshooter" thanks for being there when we need you. |
| Nhut Diep | Nhut, "LubeMan" thanks for your efforts in minimizing our vision waste numbers. |
| Steve Shubat | Steve, we appreciate your constant attention to helping us improve waste and qualification. |
| Krystina Nowak | Krystina, thanks for your assistance in doing testing always with a smile. |
| Ella Krukowski | Ella, thanks for your tireless efforts in doing millions of visuals and other tests for us. |
| Jocelyn Michaud | Jocelyn, thanks for all the hard work in qualifying press fit phin hubs and developing appropriate specs. |

Julien C. Mathieu            SEP 1 0 1997

SEPTEMBER 25, 1996

TO: PETER GLYNN

FROM: PETRA D. ORDINI

SUBJECT: NOTIFICATION OF CHARGEABLE DAYS

Our records indicate that you have accumulated 5.00 chargeable days on your attendance record. This constitutes a Step I, per the attendance policy.

Below are the days that are shown as chargeable.

| Date | Charge |
|---|---|
| 10/24/95 | 1.00S |
| 01/12/96 | 1.00P |
| 03/04/96 | 1.00S |
| 04/22/96 | 1.00S |
| 09/10/96 | 1.00S |

If you feel there is a discrepancy, please contact me to review your attendance record.

Please sign below as acknowledgment of notification of your absence record.

EMPLOYEE _____   DATE 9-27-96

SUPERVISOR _____   DATE 27 SEP 96