MAY 10, 1996

TO:        PETER GLYNN

FROM:      PETRA D. ORDINI

SUBJECT:   NOTIFICATION OF CHARGEABLE DAYS

Our records indicate that you have accumulated  5.00 chargeable days on your attendance record.  This constitutes a Step I, per the attendance policy.

Below are the days that are shown as chargeable.

| | |
|---|---|
| 07/07/95 | 1.00S |
| 10/24/95 | 1.00S |
| 01/12/96 | 1.00P |
| 03/04/96 | 1.00S |
| 04/22/96 | 1.00S |

If you feel there is a discrepancy, please contact me to review your attendance record.

Please sign below as acknowledgment of notification of your absence record.

EMPLOYEE _Peter J. Glynn_                DATE _5-14-96_

SUPERVISOR _Darell Dunton_               DATE _14 May 96_

MARCH 26, 1996

TO:         PETER GLYNN

FROM:       DEBBIE INCORVIA

SUBJECT:    NOTIFICATION OF CHARGEABLE DAYS

Our records indicate that you have accumulated   5.00  chargeable days on your attendance record.  This constitutes a Step I, per the attendance policy.

Below are the days that are shown as chargeable.

|  |  |
|---|---|
| 04/17/95 TO 04/25/95 | 1.00T |
| 07/07/95 | 1.00S |
| 10/24/95 | 1.00S |
| 01/12/96 | 1.00P |
| 03/04/96 | 1.00S |

If you feel there is a discrepancy, please contact me to review your attendance record.

Please sign below as acknowledgment of notification of your absence record.

EMPLOYEE  *Peter J Glynn*          DATE 4·3·96

SUPERVISOR  *Dansy Clot*          DATE 3 Aper 96

NOVEMBER 7, 1995

TO:         PETER GLYNN

FROM:       DEBBIE INCORVIA

SUBJECT:    NOTIFICATION OF CHARGEABLE DAYS

Our records indicate that you have accumulated   5.00  chargeable days on your attendance record.  This constitutes a Step I, per the attendance policy.

Below are the days that are shown as chargeable.

|                    |       |
|--------------------|-------|
| 01/16/95           | 1.00S |
| 01/19/95           | 1.00S |
| 04/17/95 TO 04/25/95 | 1.00T |
| 07/07/95           | 1.00S |
| 10/24/95           | 1.00S |

If you feel there is a discrepancy, please contact me to review your attendance record.

Please sign below as acknowledgment of notification of your absence record.

EMPLOYEE _Peter J. Glyn_____    DATE _11·9·95_

SUPERVISOR _Daniel R. Rustin_____    DATE _9 Nov 95_

**HRS-INFO**

**EMPLOYMENT ACTION
(PER. M01)**

ORIGINATOR:
**EMPLOYING
DEPARTMENT**

NAME: Peter Glynn

COMPANY NAME (Optional)  J J M I

**FOR
PERSONNEL DEPT.
USE ONLY**
▼

**CHECK
ONE
EVENT
(Required)**

☐ NEW HIRE

☐ REHIRE

☐ TRANSFER INTO SITE

☒ RETURN FROM LEAVE

**CONTROL INFORMATION**

PID/SSN (If not known, leave blank)  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

CTL. NO.  CTL **192700**

SITE CODE | SITE NAME (Optional)

EFF. DATE (Mo, Day, Yr)  042695

BIRTH DATE (Mo, Day, Yr)  062261

USER ID

PAYROLL LOCATION

**Required If
Not On HRS**

**NAME PHONE
ADDRESS**

**DOMESTIC**

**FOREIGN
ONLY** ▶

FIRST NAME | INT. | LAST NAME

ADDRESS LINE 1 | HOME PHONE ( ) -

ADDRESS LINE 2 (Optional)

CITY | STATE ABBR. | ZIP CODE | ZIP CODE + (Optional)

ADDRESS LINE 3

COUNTRY OF RESIDENCE

BUILDING | DEPT.

SOURCE OF HIRE (Required for New Hire, Rehire)

☐ (AGX) ADVT GENERAL
☐ (AFX) ADVT FEMALE
☐ (AMX) ADVT MINORITY
☐ (REX) REF EMPLOYEE
☐ (RNX) REF NON-EMP.
☐ (GGX) EMP AG GEN.
☐ (GFX) EMP AG FEM.
☐ (GMX) EMP AG MIN.
☐ (GHX) EMP AG HAND.
☐ (SXX) ST/FED'L AG
☐ (HXX) HS RECRUIT
☐ (CXX) COLLEGE RECR
☐ (WXX) WALK-IN
☐ (JXX) JX LORSHP AW
☐ (LXX) WRITE-IN
☐ (OXX) OTHER

**OTHER
PERSONAL
DATA
(Required If
Not On HRS)**

SEX
☐ (M) MALE   ☐ (F) FEMALE

MARITAL STATUS
☐ (M) MARRIED
☐ (S) SINGLE
☐ (W) WIDOW/WIDOWER
☐ (D) DIVORCED
☐ (X) SEPARATED

U.S. CITIZEN
☐ (Y) YES   ☐ (N) NO

ETHNIC CODE (RACE)
☐ (C) CAUCASIAN
☐ (B) BLACK
☐ (H) HISPANIC
☐ (O) ASIAN/PACIFIC ISLANDER
☐ (I) AMER. INDIAN/ALASKAN NATIVE

COMPANY NAME:

**EMPLOYEE
AND
ORGANIZATION
(Required
For New Hire,
Rehire, Transfer
Into Site)**

EMPLOYEE TYPE
☐ (RF) REGULAR FULL-TIME
☐ (RP) REGULAR PART-TIME
☐ (CP) CASUAL PART-TIME
☐ (TF) TEMPORARY FULL-TIME
☐ (TE) TEMPORARY FULL-TIME EXT'D.
☐ (TP) TEMPORARY PART-TIME
☐ (TR) TEMPORARY RESERVE (Floater)
☐ (CI) CO-OP/INTERN

FLSA
☐ (E) EXEMPT
☐ (N) NON-EXEMPT

DEPARTMENT NUMBER

REQUIRED FOR NON-EXEMPT & SALES REPS.
GRADE/LEVEL:

JOB TITLE

HIRE COST

VACATION/SERVICE ACCRUAL DATE (Mo, Yr)

POSITION CODE
JOB CODE | POS ID

**PAYROLL
DATA
(Required
For New Hire,
Rehire, Transfer
Into Site)**

CHECK ONE
☐ (S) SALARIED ➤  ENTER ANNUAL SALARY

☐ (H) HOURLY ➤  ENTER HOURLY RATE

SCHEDULED HOURS PER WEEK

PAY FREQUENCY
(1) ☐ MTHLY.  (2) ☐ BI-WKLY.  (3) SEMI- ☐ MTHLY.  (4) ☐ WKLY.

SHIFT
(1) ☐ 1ST  (2) ☐ 2ND  (3) ☐ 3RD  (4) RO- ☐ TATING

EMPLOYEE GROUP
☐ (P) PRODUCTION
☐ (A) ADMINISTRATION
☐ (S) SALES
☐ (X) ALL INCLUSIVE (NO GROUPING)

OVERTIME CODE

**EMERGENCY
CONTACT
INFORMATION
(Optional)**

NAME | PHONE ( ) -

ADDRESS LINE 1 | RELATIONSHIP

ADDRESS LINE 2

CITY, STATE, ZIP CODE

RELATIONSHIP
☐ (S) SPOUSE
☐ (P) PARENT
☐ (C) CHILD
☐ (R) OTHER RELATIVE
☐ (X) OTHER

BONDED
☐ (Y) YES   ☐ (N) NO

SECRECY & INVENTION
☐ (2) NOT REQUIRED
☐ (3) BASIC
☐ (4) NEGATIVE COVENANT

SAFETY GLASSES
☐ (Y) REQ'D   ☐ (N) NOT REQ'D

WRK COMP RISK CATEGORY

**OPTIONAL**

VIETNAM ERA VETERAN
☐ (Y) YES   ☐ (N) NO

TIME SHEET GROUP/Unit

ORIGINATOR SIGNATURE | DATE

APPROVAL SIGNATURE  Margaret McNull | DATE 4/21/95 | APPROVAL SIGNATURE | DATE

FORM 148-500 REV. 6/91

© JOHNSON & JOHNSON 1984

COPY DISTRIBUTION:   WHITE — Payroll;   CANARY — Originator File;   PINK — Personnel File

**HRS-INFO**

**TERMINATION TRANSFER OUT,
LEAVE, RETIREMENT
(PER. M11)**

ORIGINATOR: **EMPLOYING
DEPARTMENT**

NAME: Peter Glynn    COMPANY NAME (Optional): JJMI

## CONTROL INFORMATION

| PID / SSN | SITE CODE | SITE NAME (Optional) | EFF. DATE (Mo., Day, Yr.) | FOR PERSONNEL DEPT. USE ONLY |
|---|---|---|---|---|
| 043-50-9,920 | JMI11 | | 04 17 95 | USER |

### CHECK ONE EVENT (Required)

**TERMINATION**
- [ ] VOLUNTARY
- [ ] INVOLUNTARY
- [ ] LAYOFF
- [ ] SITE TRANSFER OUT

**LEAVE**
- [X] SHORT TERM
- [ ] LONG TERM
- [ ] ELIM. LAST TERM.

- [ ] RETIREMENT
- [ ] DEATH

- [ ] STOP ALERT
- [ ] CHANGE SEVERANCE DATA OR LEAVE DATA

### REQUIRED BASED ON EVENT ABOVE

**5 8** ◄ TERMINATION / LEAVE REASON

**VOLUNTARY**
- (48) Greater Opportunity/Promotion
- (53) Dissatisfied with Job/Supervisor
- (17) Refused New Assignment
- (16) Personal (Family) Needs
- (40) Failure to Return from Leave
  (Must be on Leave)

**INVOLUNTARY**
- (06) Resignation Requested
- (2X) Dismissal Other/Unknown
- (31) Violation of Rules - Grp.I
- (32) Violation of Rules - Grp.II
- (33) Shutdown of Operating Unit
- (37) Temporary Assignment Complete
  (Temporary Employees Only)
- (38) Recall Rights Expired (Wage)

**LAYOFF**
- (34) Organizational Change
- (35) Lack of Orders, Work, Materials
- (36) Technological Change

**RETIREMENT**
- (01) Retired 62 and over
- (02) Retired under 62
- (03) Disability Retirement (Wage)

**LEAVE - LONG TERM
(6 months or more)**
- (05) Military Service
- (19) Long Term Disability
- (59) J&J Sponsored Education
- (07) Personal Leave of Absence
  (Max. 1 Year)
- (71) Family Care - Newborn
- (72) Family Care - Spouse
- (73) Family Care - Child
- (74) Family Care - Parent/In Law
- (75) Family Care - Other

**LEAVE - SHORT TERM
(Less than 6 months)**
- (58) Short Term Disability (Max. 26 weeks)
- (59) J&J Sponsored Education
- (07) Personal Leave of Absence
- (05) Military Service

**(Max. 3 Mon.)**
- (14) Child Care (Puerto Rico + Union Wage Only)
- (71) Family Care - Newborn
- (72) Family Care - Spouse
- (73) Family Care - Child
- (74) Family Care - Parent/In Law
- (75) Family Care - Other

**SITE TRANSFER OUT**
- (48) Greater Opportunity/Promotion
- (60) Reorganization/Admin. - Transfer
- (61) Other

**OTHER**
- (04) Death of Employee/Retire

## SEVERANCE INFORMATION

### INVOLUNTARY LAYOFF SEPARATIONS ONLY

| TOTAL SEVERANCE AMOUNT | SEVERANCE PAY ADJUSTMENT | CHECK ONE IF SEVERANCE PAY ADJUSTMENT ENTERED | SEV. REVIEW DATE (Mo., Day, Yr.) | LIFE & MED. BENEFITS END DATE (Mo., Day, Yr.) |
|---|---|---|---|---|
| | | [ ] (I) INCREASE  [ ] (D) DECREASE | | |

### LEAVE INVOLUNTARY & LAYOFF

| PREMIUM PAID THRU DATE (Mo., Day, Yr.) | | EXPECTED DATE OF RETURN (Mo., Day, Yr.) |
|---|---|---|
| | | 04 26 95 |

### WAGE EMPLOYEES ONLY

**LEAVE INVOLUNTARY LAYOFF DEATH** ONLY ►

| LIFE BENE. END DATE (Mo., Day, Yr.) | MED. BEN. END DATE (Mo., Day, Yr.) |
|---|---|
| | |

**LEAVE INVOLUNTARY LAYOFF** ONLY ►

| PREMIUM PAID THRU DATE (Mo., Day, Yr.) |
|---|
| |

**VOLUNTARY INVOLUNTARY ONLY TRANSFER OUT** ►

| LAST DAY WORKED (Mo., Day, Yr.) | ELIGIBLE FOR REHIRE |
|---|---|
| | [ ] (Y) YES  [ ] (N) NO |

**LAYOFF** ►

| ELIGIBLE FOR RECALL | RECALL END DATE (Mo., Day, Yr.) |
|---|---|
| [ ] (Y) YES  [ ] (N) NO | |

### COMMENTS (Optional)

STD Benefit approved from 4-17-95 to 4-26-95 @ 100% Payment

| ORIGINATOR SIGNATURE | | DATE |
|---|---|---|
| | | |

| APPROVAL SIGNATURE | DATE | APPROVAL SIGNATURE | DATE |
|---|---|---|---|
| Margaret McNeill | 4-25-95 | | |

FORM 1248-503 REV. 8/91 (Reorder From J&J Central Services)    © JOHNSON & JOHNSON 1988