# EXHIBIT J

## ENDORSEMENT NUMBER 1

In consideration of the payment of the premium charged, it is hereby understood and agreed that policy page SOP "Subsidiaries of the Policyholder" as contained in the policy is deleted in its entirety and the attached policy page SOP(1/99) substituted therefor.

This Endorsement is attached to and made a part of Policy No. SR 84,001B issued to Johnson & Johnson And/Or Subsidiary And Affiliated Companies as Constituted On January 1, 1999 and Named Herein.

This Endorsement takes effect January 1, 1999 and expires concurrently with said Policy and is subject to all the provisions and conditions of the Policy not inconsistent herewith.

In Witness Whereof, the BANKERS LIFE AND CASUALTY COMPANY has executed this Endorsement at its Home Office in Chicago, Illinois on April 14th, 1999.

*[signature]*                                    *[signature]*

Secretary                                         President

Countersigned by
SRD/501                                           _____
                                                  Licensed Resident Agent

Krol #7
5/18/04

D 002

## SUBSIDIARIES OF THE POLICYHOLDER

The name of the Policyholder as contained in the policy is amended to include the following named subsidiaries and/or affiliated Companies of Johnson & Johnson:

Advanced Sterilization Products
Cordis Corporation
Ethicon Inc.
Ethicon Endo-Surgery
Ethicon Specialty Products
FemRX Inc.
Gynecare
Immunobiology Research Institute
Innotech
Janssen Pharmaceutica, Inc.
Janssen Research Foundation
Johnson & Johnson Consumer Products Inc.
Johnson & Johnson Corporate
Johnson & Johnson Finance Corporation
Johnson & Johnson Health Care Systems, Inc.
Johnson & Johnson International (overseas/domestic)
Johnson & Johnson Medical, Inc.
Johnson & Johnson Merck
Johnson & Johnson Professional Inc.
Johnson & Johnson Sales and Logistics Co.
Johnson & Johnson Services, Inc.
Johnson & Johnson Shared Services Co.

LifeScan, Inc.
McFauls & Lyons
McNeil Consumer Products Co.
McNeil Specialty Products Co.
Mitek Surgical Products
Neutrogena Corporation
Noramco Inc.
Noramco of Delaware, Inc.
Ortho Biotech, Inc.
Ortho Dermatology
Ortho Diagnostics Systems
Ortho-Clinical Diagnostics
Ortho-McNeil Pharmaceutical Corp.
Personal Products Co.
R.W. Johnson Pharmaceutical Research Institute
Therakos, Inc.
Vistakon, Inc.

## NEWLY ACQUIRED SUBSIDIARIES

If the Policyholder shall acquire any new companies or subsidiaries, the insurance as provided under this policy shall automatically apply to such new acquisition effective the date acquired. The Policyholder agrees to notify the Company as to the name, current travel exposure and the date acquired within 60 days thereof. The Policyholder also agrees to pay the required premium applicable to such new acquisition. Failure to give notice within the allotted time shall terminate the automatic coverage for such new acquisition.

SR 84,001B(1/99)

SRD/226-ER-SOP

SOP

D 003

Group Accident Policy No. SR 84,001B

For the premium stated herein

# BANKERS LIFE AND CASUALTY COMPANY
222 Merchandise Mart Plaza
Chicago, Illinois 60654-2011
(Herein referred to as "We", "Our", "Us" or "Company")

Agrees with    JOHNSON & JOHNSON AND/OR SUBSIDIARY AND AFFILIATED
COMPANIES AS CONSTITUTED ON JANUARY 1, 1999
New Brunswick, NJ

(Herein referred to as the Policyholder)

To make the payments hereinafter provided to the persons entitled thereto, subject to the provisions and conditions of this Policy.

The first premium is due on the effective date January 1, 1999 and all remaining premiums on the same day of each month thereafter.

This Policy begins January 1, 1999 and stops upon termination.

All periods of time under the Policy begin and end at the Policyholder's address.

THIS POLICY IS SIGNED BY US, OUR PRESIDENT AND SECRETARY, executed at Chicago, Illinois on its effective date:

January 1, 1999.

*[signature]*                                    *[signature]*
Secretary                                        President

It is expressly understood and agreed that this policy replaces and supersedes Policy No. SR 84,001A and SR 84,003A issued to the Policyholder by Bankers Life and Casualty Company of Chicago, Illinois. The Policy anniversary date shall be January 1st, 1999 and every January 1st thereafter.

Registrar

D 004

# INDEX

| ITEM | NUMBER |
|---|---|
| SUBSIDIARIES OF THE POLICYHOLDER. | 1A |

**DEFINITION OF WORDS IN THE POLICY** . . . . . . . . . 2
    a) Definition of Injury
    b) Eligibility

**GENERAL PROVISIONS.** . . . . . . . . . . . . . . . . 3
    a) The Contract
    b) Incontestability
    c) Discontinuance of the Policy
    d) Data Required
    e) Individual Certificates

**GENERAL PROVISIONS (Continued).** . . . . . . . . . . 4
    a) Notice and Proof of Claim
    b) Physical Examination and Autopsy
    c) Payment of Claim
    d) Legal Action
    e) Exposure and Disappearance
    f) Worker's Compensation

**GENERAL PROVISIONS (Continued).** . . . . . . . . . . 5
    a) Beneficiary
    b) Maximum Limit of Indemnity
    c) Exclusions

**GENERAL PROVISIONS (Continued).** . . . . . . . . . . 6
    a) Premium Calculations
    b) Grace Period

EMPLOYEE ELIGIBILITY. . . . . . . . . . . . . . . . . 7A

EMPLOYEE EFFECTIVE DATE . . . . . . . . . . . . . . . 7A

EMPLOYEE TERMINATION DATE . . . . . . . . . . . . . . 7A

DEPENDENT ELIGIBILITY . . . . . . . . . . . . . . . . 7B

DEPENDENT EFFECTIVE DATE. . . . . . . . . . . . . . . 7B

DEPENDENT TERMINATION DATE. . . . . . . . . . . . . . 7B

PREMIUM RATES . . . . . . . . . . . . . . . . . . . . 8

SCHEDULE OF BENEFITS. . . . . . . . . . . . . . . . . 9

ACCIDENTAL DEATH AND DISMEMBERMENT DEFINED. . . . . . 10

PERMANENT TOTAL DISABILITY INSURANCE. . . . . . . . . 12

PILOT COVERAGE. . . . . . . . . . . . . . . . . . . . 14

APPLICANT-OWNER. . . . . . . . . . . . . . . . . . . 17

## SUBSIDIARIES OF THE POLICYHOLDER

The name of the Policyholder as contained in the policy is amended to include the following named subsidiaries and/or affiliated Companies of Johnson & Johnson:

Advanced Care Products
Cordis Corporation
Direct Access Diagnostics
Ethicon, Inc.
Ethicon Endo-Surgery
Gynecare
Immunobiology Research Institute
Innotech
Janssen Pharmaceutica, Inc.
Janssen Research Foundation
Johnson & Johnson Consumer Products, Inc.
Johnson & Johnson Corporate
Johnson & Johnson Finance Corporation
Johnson & Johnson Health Care Systems, Inc.
Johnson & Johnson International
Johnson & Johnson Medical, Inc.
Johnson & Johnson Merck
Johnson & Johnson Professional, Inc.
Johnson & Johnson Sales and Logistics Company
Johnson & Johnson Services, Inc.
Johnson & Johnson Worldwide Absorbent Products & Materials Research
LifeScan, Inc.
McNeil Consumer Products Company
McNeil Specialty Products Company
Neutrogena Corporation
Noramco, Inc.
Noramco of Delaware, Inc.
Ortho Biotech, Inc.
Ortho-Clinical Diagonostics
Ortho Dermatology
Ortho-McNeil Pharmaceutical Corporation
Personal Products Company
R.W. Johnson Pharmaceutical Research Institute
Therakos, Inc.
Vistakon, Inc.

### NEWLY ACQUIRED SUBSIDIARIES

If the Policyholder shall acquire any new companies or subsidiaries, the insurance as provided under this policy shall automatically apply to such new acquisition effective the date acquired. The Policyholder agrees to notify the Company as to the name, current travel exposure and the date acquired within 60 days thereof. The Policyholder also agrees to pay the required premium applicable to such new acquisition. Failure to give notice within the allotted time shall terminate the automatic coverage for such new acquisition.

# DEFINITION OF WORDS IN THE POLICY

"Injury" is a bodily injury caused solely by an accident, which results directly and independently of all other causes in a loss covered by this Policy. The accident must happen while this Policy is in force and the person is insured.

"Person" shall mean an employee (as defined):

"Employee" shall mean:

| | |
|---|---|
| Class I | All active full-time salaried employees of the Policyholder on the United States payroll; |
| Class II | Full-time U.S. citizens and third country nationals of the Policyholder not on the U.S. payroll who make payment to U.S. Trust for domestic employee-paid program benefits; |
| Class III | All regular part-time and casual part-time employees of the Policyholder who are regularly scheduled to work 19 or more hours per week and are not covered under policy SR 50,733-R and |
| Class IV | All part-time employees of NORAMCO, INC. and Consumer Products, Royston who are not covered under policy SR 50,733-R. |

"Dependent" shall mean each Dependent of the Employee as defined below:

1. Legally married Spouse.

2. The unmarried child of the eligible employee (including stepchild, legally adopted child and children during any waiting period prior to finalization of the child's adoption), over the age of 6 months and under twenty-three (23) years of age who is dependent on the Insured Employee for more than 50% of support and has their regular residence with the eligible employee and is dependent upon the eligible employee for maintenance and support.

An Employee becoming insured under this policy as an Employee shall cease to be considered an eligible dependent. If Employee and spouse are eligible as Employees in no event can both apply for family coverage.

D 007

## ENTIRE CONTRACT

The Policy and the individual applications, if any, are the entire contract between the parties. All statements made by any Person will only be a representation and not a warranty. No statement made by any Person shall be used in defense to a claim under the policy, unless it is contained in a written application.

No agent may change this Policy in any way. Only an Officer of the Company can approve of endorsing or amending this Policy.

The Policy may be changed at any time by written agreement between the Policyholder and Us, without the consent of any other person. Any change to the Policy will be attached or endorsed to the Policy.

The Policyholder is not considered an agent for Us.

## INCONTESTABILITY

After this Policy has been in force for two years from its effective date no statement can be used to void this Policy, or to deny a claim, except for non-payment of premiums, or unless such statement is contained in a written instrument signed by the Person.

## DISCONTINUANCE OF POLICY

The Policy may be cancelled by the Policyholder, by written notice to Us of the impending cancellation. The Policy may be cancelled by Us by written notice to the Policyholder not less than thirty (30) days before the date of cancellation. Written notice shall serve as proof of the date of cancellation. Cancellation shall be without prejudice to any claims originating prior thereto.

If the Policy is cancelled by the Policyholder earned premium shall be computed by a short rate table and procedure. In any event We shall retain 25% as minimum premium. If cancelled by Us, earned premium shall be computed by pro rata for the time the Policy was in force. We shall then return to the Policyholder the unearned portion of the premium paid, if any. Premium adjustment may be made at the time cancellation is effected and, if not made then, shall be made as soon as practicable after cancellation. Our check or the check of our representative mailed or delivered shall be enough tender of any refund due the Policyholder.

## DATA REQUIRED

The Policyholder shall furnish Us with all data which may be needed for the Policy. All records furnished to the Policyholder for this insurance shall be open for review by Us. Any other records pertaining to the insurance under the Policy shall also be open for review by Us.

Clerical errors or delays in making entries shall not void insurance otherwise validly in force or continue insurance otherwise validly terminated. Upon noting an error resulting in delay, a premium adjustment shall be made.

## INDIVIDUAL CERTIFICATES

If required by law, a certificate will be given to the Policyholder to deliver to each of the Insureds. This certificate will state the insurance to which the Insured is entitled. It also will include a summary of the essential features and to whom the benefits are payable.

## NOTICE AND PROOF OF CLAIM

Written notice must be given to Us within thirty days after the first loss occurs, except claim(s) for Permanent Total Disability which is governed by the Permanent Total Disability Insurance provisions.

Notice given to Us at our Home Office or to any of our authorized agents by or in behalf of the Person sustaining the loss, with particulars sufficient to identify the Person, shall be deemed to be notice to Us. If it wasn't reasonably possible for the Insured to give Us proof in the time required, We won't reduce or deny the claim for this reason if the proof is filed as soon as possible.

When We get notice of claim, We will send the Insured forms for filing proof of loss. If these forms aren't given to the Insured within 15 days, the Insured will have met the proof of loss requirements by giving Us a written statement of the nature and extent of the loss. We must receive proof of loss of a claim for loss for which the Policy provides any periodic payment contingent upon continuing loss within 90 days after termination of the period for which We are liable and, in case of claim for any other loss, within 90 days after the date of such loss. If it wasn't reasonably possible for the Insured to give Us proof in the time required, We won't reduce or deny the claim for this reason if the proof is filed as soon as possible.

## PHYSICAL EXAMINATION AND AUTOPSY

At our own expense We have the right to have an Insured Person examined as often as reasonably necessary when a claim is pending. We can request an autopsy and disinterment unless prohibited by law.

## PAYMENT OF CLAIM

All benefits will be paid to the Insured if living.

Any benefits unpaid at the time of death, or due to death, will be paid the beneficiary that was designated by the Insured.

All benefits under the policy will be paid not more than sixty (60) days after we receive fully completed proof of loss.

## LEGAL ACTION

No legal action may be brought to recover on this Policy within 60 days after written proof of loss has been given as required by this Policy. No such action may be brought after three (3) years from the time written proof of loss is required to be furnished.

## EXPOSURE AND DISAPPEARANCE

If by reason of an accident covered by the Policy an Insured is unavoidably exposed to the elements and as a result of such exposure suffers a loss (as defined), the Insured will be covered for the loss under this Policy.

If the Insured is an occupant in an aircraft that sinks or gets wrecked, and the Insured is not found within one (1) year, and the Insured is covered by the Policy for such loss (as defined), it will be assumed he/she suffered Loss of Life.

## WORKER'S COMPENSATION

This Policy is not in place of and not in any way subject to worker's compensation insurance. This Policy does not affect the requirement of such coverage.

SR 84,001B

SRD/226-ER-GP2-4-NJ

D 009

## BENEFICIARY

The amount payable by reason of the accidental death of an Employee shall be paid to the beneficiary or beneficiaries designated in writing by the Employee. An Employee may designate a beneficiary, or change his/her designation of beneficiary, from time to time by written request filed with the Policyholder or with the Company at its Home Office. Such designation or change shall take effect as of the date of execution of such request, whether or not the Employee be living at the time of such filing, but without prejudice to the Company on account of any payments made by it before receipt of such request at its Home Office.

Except as may be otherwise specifically provided by the Employee, if any designated beneficiary predeceases the Employee, the share which such beneficiary would have received if surviving the Employee shall be payable equally to the remaining designated beneficiary or beneficiaries, if any, who survive the Employee. If no beneficiary is designated or surviving at the death of the Employee, the amount payable shall be paid to the estate of the Employee.

All other indemnities are payable to the Insured Person suffering the loss.

In no event will the beneficiary be the Policyholder or any officer of the Policyholder.

## MAXIMUM LIMIT OF INDEMNITY

Our total limit for this policy for all losses for any one accident is unlimited. If this limit is insufficient to pay the Insured's loss then the amount paid for the Insured is that portion of liability he or she is insured for as compared to the total limit of indemnity.

## EXCLUSIONS

This Policy doesn't cover losses caused or contributed to by; (1) suicide or self-destruction, whether sane or insane; (2) bodily infirmity, sickness or disease; (3) medical or surgical treatment (except medical or surgical treatment necessitated only due to an injury); (4) war or any act of war; (5) injury sustained while serving in the armed forces of any country, for which period premiums will be refunded; (6) injury sustained while engaged in or taking part in aeronautics and or aviation of any description or resulting from being in an aircraft. This Policy covers riding as a passenger, but not as an operator or crew member, in or on, boarding or unloading from any aircraft having a current and valid airworthiness certificate or any transport type aircraft operated by the Military Airlift Command (MAC) of the United States of America or by any similar air transport service of any duly constituted governmental authority of the recognized government of any nation anywhere in the world.

The term "airworthiness certificate" means the "N Standard" airworthiness certificate that is issued by the Federal Aviation Administration of the United States. This term shall also mean a like document issued by the same authority of a foreign country, if the aircraft has such a registry.

Contrary to (5) above, coverage shall apply to an insured who is a member of an Organized Reserve Corps or National Guard Unit and;

    a) in attendance at annual field training, cruise, or other active duty or training of less than thirty days (except while attending a service school the coverage will extend for the duration of the school even though in excess of thirty days), or is enroute directly to or from such training; or

    b) participating in a properly authorized inactive duty training assembly or any other inactive duty training authorized by appropriate unit orders; or

    c) participating as a member of his/her unit or detachment in an authorized parade, exhibition or ceremony by official orders.

D 010

## PREMIUM CALCULATIONS

The Policyholder shall not share in Our surplus earnings.

The initial premium is calculated at the initial premium rate or rates as stated in this Policy and each subsequent premium shall be calculated at the premium rates in force on the date such premium becomes due. We can make experience reductions or increases in premium rates on any premium due date. We can reduce or increase premium rates whenever a class of persons is made eligible or terminated from eligibility. No increase in premium rates, other than those when a class of Persons is made eligible or terminated, can become effective less than twelve months after the effective date of the Policy or less than twelve months after the effective date of any previous increase in premium rates. Written notification by Us is necessary when the premium rate is to be changed.

Any insurance becoming effective shall be charged for from the first day of the Policy month coinciding with or next following the date the insurance takes effect. Premium charges for any insurance terminated shall cease as of the last day of the Policy month coinciding with or next following the date the insurance terminates. If premiums are payable quarterly, semi-annually, or annually, premium charges or credits for a fraction of a premium paying period required by the above, the adjustment shall be made on a pro rata basis for the number of Policy months between the date premium charges commence or cease and the end of the premium-paying period.

Premium adjustments involving the return of unearned premiums are limited to the twelve month period immediately preceding the date of receipt by Us of proof that such adjustments should be made.

Other than the above method of calculations, premiums may be calculated by any method which produces approximately the same total amount of premiums and is mutually agreeable to the Policyholder and Us.

## GRACE PERIOD

The Policyholder can pay the premium after the first payment up to 31 days after the date it is due. The 31 days is the Grace Period. The Policy stays in force during this time. If the premium is not paid within the Grace Period, this Policy will terminate. As respects each class, if the Policy terminates the Policyholder will still be liable to Us for the premium for the time the coverage was in force. If during the Grace Period the Policyholder writes Us telling Us to cancel this Policy, the date that We receive the Policyholder's letter will be the date We cancel this Policy. With respect to each class, the Policyholder will still owe Us a pro rata premium up to the date this Policy is cancelled. If We are not going to renew this Policy, We must notify the Policyholder in writing at least 31 days before We do so.

MPLOYEE ELIGIBILITY. Each Employee becomes eligible for insurance applicable to his/her classification as follows:

1. On the Effective Date of the Policy; or
2. On the date of hire, if later.

EMPLOYEE EFFECTIVE DATE. Insurance for an Eligible Employee becomes effective as follows:

1. On the Effective Date of the Policy; or
2. On the date of hire, if later.

EMPLOYEE TERMINATION DATE. The Insured Employee's Insurance will cease on the first of the following:

1. On the date of termination of the policy; or
2. On the date ending the period for which the last premium payment is made for his/her insurance; or
3. On the date he/she is no longer an eligible employee as defined for insurance under the policy; or
4. On the date the policy is amended to terminate the class of persons to which he/she belongs or the benefits applicable to his/her class of persons.

DEPENDENT ELIGIBILITY. Each Employee becomes eligible for Dependent's Insurance on the latest of the following:

1. On the Effective Date of the Policy; or

2. On the Employee's date of hire, if later; or

3. On the date the Employee first acquires a dependent (as defined in the policy).

DEPENDENT EFFECTIVE DATE. Insurance for an Employee's Dependent who has made written application, on or prior thereto, on our form, becomes effective as follows:

1. On the Effective Date of the Policy; or

2. On the Employee's date of hire; or

3. On the date the dependent is acquired if enrolled during the 60 day enrollment eligibility period, or

4. On the date the employee signs the Choices Benefit Enrollment Change Form (if dependent coverage is requested after the 60 day eligibility period).

DEPENDENT TERMINATION DATE. Insurance for an Employee's Dependent will cease on the first of the following:

1. On the date of termination of the Employee's insurance; or
   AS RESPECTS CLASSES III & IV, WHERE EMPLOYEE COVERAGE IS NOT EFFECTIVE.

   (a) On the date of termination of the policy; or
   (b) On the date the employee is no longer an eligible employee as defined for insurance under the policy; or
   (c) On the date the policy is amended to terminate the class of persons to which he/she belongs or the benefits applicable to his/her class of persons; or

2. On the date the Dependent ceases to be an eligible dependent as defined; or

3. On the date ending the period for which the last premium payment is made for Dependent's Insurance.

SRD/226-ER-IPD-78    SR 84,001B    D 013

## PREMIUM RATES

The premium rates for this policy shall be as follows:

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE
PERMANENT TOTAL DISABILITY INSURANCE

### EMPLOYEE ONLY INSURED
$.01 per $1,000.00 of Coverage per Month

### SPOUSE ONLY
$.01 per $1,000.00 of Coverage per Month

### CHILD(REN) ONLY
$.0185 per $1,000.00 of Coverage (regardless of number of Children) per Month

### PILOT COVERAGE
$.93 per $1,000.00 of Coverage per Year

## SCHEDULE OF BENEFITS

The amounts and other limits referred to in this Schedule are subject to the terms of the Policy.

Classification                                                                 Benefit Amounts and Limits

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE
*PERMANENT TOTAL DISABILITY INSURANCE

PRINCIPAL SUM

Eligible Employees         One, two, three, four, five, six, seven, eight nine or ten**** times the eligible employee's Annual Earnings*** to a maximum principal sum benefit of $1,000,000.00**.

** The Combined Maximum benefit under this policy and policy SR 84,000B shall be $1,400,000.00 per Insured Employee.

***"Annual Earnings" wherever used herein shall mean the Insured Person's basic annual salary (and prior calendar years' paid commissions for a non-management sales representative) as shown on the payroll records of the Employer at the time of loss (excluding bonuses, overtime paid, and remuneration for any other reason). If an employee has an Annual Earnings decrease, his/her Group Accident coverage is frozen at the level in effect prior to the salary decrease.

****If ten times the Insured Employee's Annual Earnings is less than $300,000.00 the Insured Employee may elect $300,000.00 benefit maximum.

Dependent Coverage For:

An Eligible Spouses        One, two, three, four, or five times the Insured Employee's Annual Earnings***. If five times Annual Earnings is less than $150,000.00, a benefit of $150,000.00 can be elected. The maximum benefit for a spouse is $500,000.00.

All Dependent Children     A benefit of $5,000.00 or $10,000.00 per dependent child may be chosen. (All dependent children of an Insured Employee must be covered for the same benefit amount).

* Permanent Total Disability as respects employees on Long Term Disability Leave is deleted in its entirety.

If the amount of any insurance under the Policy is based on the classification of a Person, and if at any time the Person's classification warrants an amount of insurance greater or less than that for which he/she is then insured, the amount of his/her insurance shall be increased or reduced to that warranted by the new classification on the date of change in the Person's classification as determined from the Policyholder's records. However, in any instance, if the Person is not actively at work on the date his/her insurance would have increased, the effective date of the increase in the Person's insurance is deferred until his/her return to active work.

For the purposes of the Policy, a retroactive change in a Person's rate of earnings shall be deemed to be effective on the date the change was actually determined.

SRD/226-ER-SB-9                          SR 84,001B
                                                                                    D 015            B

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

If a Person, while insured, sustains an injury which results in one of the following losses WITHIN 365 DAYS OF THE DATE OF THE ACCIDENT, We will pay for

| | |
|---|---|
| Loss of Life | The Principal Sum |
| Loss of both hands or both feet | The Principal Sum |
| Loss of one hand and one foot | The Principal Sum |
| Loss of the entire sight of both eyes | The Principal Sum |
| Loss of the entire sight of one eye and one hand or one foot | The Principal Sum |
| Loss of one hand or one foot | One-Half The Principal Sum |
| Loss of the entire sight of one eye | One-Half The Principal Sum |

Indemnity payable under this provision will not be paid under any circumstances for more than one of the losses, the greatest, sustained by the Person as the result of any one injury.

Occurrence of any one of the losses for which indemnity is payable under this provision shall at once terminate all insurance under the Policy as to the Person sustaining the loss, but such termination shall be without prejudice to any claim arising out of the accident causing such loss and to the insurance provided hereunder as to any other Person.

"Loss" used with reference to hand or foot means complete severance through or above the wrist or ankle joint. "Loss" used with reference to eye means irrecoverable loss of the entire sight thereof.

*PERMANENT TOTAL DISABILITY INSURANCE

If an Insured Person sustains an injury which within 365 days of the date of the accident causes:

1. Total Disability of the Person;

   and

2. Such total disability does not cease for twelve (12) months in a row;

   and

3. A licensed Medical Doctor at the end of such twelve (12) months deems the total disability will not stop during the lifetime of the Person,

we will pay the benefits stated on the Schedule of Benefits.

The Principal Sum will be reduced by any benefit paid or payable for the accident under the Accidental Death and Dismemberment Insurance section of the Policy.

Total disability means:

1. With respect to an Employee, the complete inability due to the injury to engage in any business, job or employment he/she is qualified for by reason of training, education or experience; and

2. With respect to: A) the dependent who is gainfully employed on a full-time basis, the complete inability due to the injury to engage in any business, job or employment he/she is qualified for by reason of training, education or experience; or B) a dependent, not gainfully employed on a full-time basis, the complete inability due to the injury to engage in the usual, ordinary activities of a person of like age and sex.

Written notice must be received by our Home Office within thirty (30) days of the date the Person has been totally disabled (as defined) for eight months in a row. This notice shall not change any provisions of the Policy.

*As respects Employees on Long Term Disability leave Permanent Total Disability is deleted in its entirety.

SRD/226-ER-PTD-12        SR 84,001B                            D 017

PILOT COVERAGE

It is hereby understood and agreed that exclusion six (6) as contained on policy page GP3 is amended to include the following:

    All Pilots and crew members of Johnson & Johnson flight operations personnel will be insured against injury (as defined in the policy) while flying as a pilot or crew member in a heavier than air aircraft. The aircraft flown must bear an N Standard airworthiness certificate issued by the Federal Aviation Administration of the United States (This term shall mean a like document issued by the same authority of a foreign country, if the aircraft has such a registry). The Insured Person acting as pilot must have valid and current pilots license with a rating authorizing him/her to operate such an aircraft.

A loss caused or contributed to by one of the following will not be covered:

1. Acrobatic flying, as defined by the Federal Aviation Administration;

2. Stunt flying, racing or endurance flights;

3. Acts requiring a special permit or waiver from a legal authority over civil aviation, unless written consent is given by Us;

4. Crop dusting, crop seeding or banner towing; and

5. Flying in a rocket-propelled aircraft.

## APPLICANT-OWNER

The Insured Person may assign to another person his/her rights in this policy. The rights of the Insured Person, beneficiary and any other person will then be subject to the rights of the assignee.

All assignments shall be sent to Us for recording. We are not responsible for the legal effect of any assignment.

It is hereby understood and agreed that all assignments recorded and on file under policy numbers SR 84,001A and SR 84,003A are transferred to policy number SR 84,001B.

SRD/226-ER-AO-17                SR 84,001B                D-019