# EXHIBIT K

## Copy of Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,

    Plaintiff,

vs                                               Civil Action 302 CV 1802

BANKERS LIFE AND CASUALTY COMPANY,

    Defendant.

**DEPOSITION OF**

**ROBERT KROL**

May 18, 2004
10:00 a.m.

333 West Wacker
Chicago, Illinois

Sandra Drechsler, Certified Shorthand Reporter,
Registered Professional Reporter, and Notary Public



**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

2
## APPEARANCES

1
2
3   ON BEHALF OF THE PLAINTIFF
4   RISCASSI & DAVID
5   BY: EVERETT H. MADIN, JR., ESQUIRE
6       131 Oak Street
7       P.O. Box 261557
8       Hartford, Connecticut  06126-1557
9       (860) 344-5297
10
11  ON BEHALF OF THE DEFENDANT
12  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
13  BY: ANDREW MUSCATO, ESQUIRE
14      One Newark Center
15      Newark, New Jersey  07102-5297
16      (973) 639-6800
17
18  ALSO PRESENT:
19  CONSECO Services, LLC
20  ROBERT E. BURKETT, JR.,
21  Senior Vice President, Legal
22
23
24


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

24

1         MR. MUSCATO: "Identical."
2         MR. MADIN: Okay.
3    BY MR. MADIN:
4    Q.    Your answer was yes, and I'm going
5    rephrase the question.
6    A.    Go ahead.
7    Q.    Okay. Since this change in policy
8    occurred seven or eight years ago, have you
9    continued to pay non-ERISA claims involving
10   intoxicated drivers?
11   A.    Yes.
12   Q.    Since this policy change seven or
13   eight years ago, have you continued to pay
14   ERISA claims involving intoxicated driver?
15   A.    We have never paid.
16   Q.    Since that seven or eight-year-time
17   period?
18   A.    Yes.
19   Q.    Are you familiar with the policy
20   at issue in this particular case?
21   A.    Yes.
22   Q.    Did you bring a copy with you?
23   A.    I did not bring a copy, but I
24   believe it's in here. Do you want me to



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management
Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

25

1  look for it?
2      Q.    If it's in there, that would be
3  terrific.  I think I have what purports to
4  be a copy with me.
5      A.    I've got it.
6      Q.    And is that a copy of the policy
7  that Peter Glynn?
8      A.    I believe so.
9          MR. MADIN:  Let's have that marked
10 as Krol 7.
11         (Krol Exhibit-7 marked for
12 identification.)
13     BY MR. MADIN:
14     Q.    Pass that back to you now.  Policy
15 has now been marked as Krol Number 7.
16         When we were talking about claims
17 that are ERISA versus claim that are not
18 ERISA, would the policy language be the same
19 in either instance?
20     A.    Yes.
21     Q.    And looking at Exhibit 7, Mr.
22 Krol, is there any language in that policy
23 that excludes accidents involving an
24 intoxicated driver?


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

31

1  came from the beneficiary, but I don't know
2  with which mailing, so the actual claim form
3  is not really part of this.
4      Q.    Okay.  All right.  After you
5  received the factual information and the legal
6  information, what happened next with regard to
7  coming to a decision to deny the claim?
8      A.    The legal opinion was such that
9  this set of circumstances is not covered
10 under the policy, so working with that
11 opinion, I took steps to deny it.
12     Q.    Okay.  Well, actually these
13 circumstances are covered within the language
14 of the policy.  The difference is the law,
15 correct?
16           MR. MUSCATO:  Objection to the
17 form of the question.
18           THE WITNESS:  Difference is what?
19     BY MR. MADIN:
20     Q.    Is the law.
21     A.    ERISA.
22     Q.    Yes.  Isn't that true?
23     A.    Yes.
24     Q.    Or at least the law as you


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

32

1  understood it to be, correct?
2     A.   Yes.
3     Q.   Were there any facts at all in the
4  information you received that you determined
5  were relevant to the denial of the claim
6  other than the blood alcohol content?
7     A.   No.
8     Q.   Why then did you retain Research
9  Service Bureau, if all you really needed to
10 look at was the blood alcohol content?
11    A.   We wanted to make sure we had as
12 much facts as possible, and Research Service
13 was contracted to get the additional
14 information that might be out there.
15    Q.   But would any of the facts that
16 they turned up have altered your decision,
17 given the blood alcohol content?
18    A.   Possibly. I really don't know.
19    Q.   Give me an example of a fact that
20 would have changed your decision.
21       MR. MUSCATO: Objection to the
22 form of the question.
23    BY MR. MADIN:
24    Q.   You can answer.



setdepo — Streamlined · Centralized · Standardized
The Evolution of Deposition Management
Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

42

1  an opinion that came from legal?
2      A.    I would say it's my opinion.
3      Q.    Okay. And if the statistics
4  indicated that the chance of were one in 10
5  million of someone driving intoxicated and
6  dying, would that be highly likely in your
7  opinion?
8          MR. MUSCATO:  Objection to the
9  form of the question.
10         THE WITNESS:  One in 10 million.
11     BY MR. MADIN:
12     Q.    Would you consider that highly
13 likely?
14     A.    My opinion, no.
15     Q.    Okay. What sort of probability
16 would we look at to determine that something
17 was highly likely, in your opinion?
18         MR. MUSCATO:  Objection to the
19 form of the question.
20         THE WITNESS:  Over half.
21     BY MR. MADIN:
22     Q.    Okay. 51-49?
23     A.    You can say that, I guess.
24     Q.    More than that? Would it have to



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

54

1   A.   If anybody has any additional
2   information that would be pertinent, we invite
3   them to send it in and we'll evaluate.
4   Q.   Would -- Is there any additional
5   information that would have changed your
6   opinion in this case?
7   A.   I don't think so.
8   Q.   And just explain to me, if you
9   would, generally back in that time frame what
10  the appeal process consisted of.
11  A.   Well, in this letter, we invite
12  anyone to send in additional information, and
13  if and when something would be sent in we
14  would reevaluate everything.
15  Q.   Okay. And did you receive -- Is
16  there a time frame given for that additional
17  information?
18  A.   It says sixty days, but we're
19  liberal.
20  Q.   And do you know if there was any
21  correspondence sent in response to that letter
22  of March 2002?
23  A.   Response sent back to me?
24  Q.   Yes.


setdepo — Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

60

1  A. My opinion, yes.

2  Q. And therefore it was not an
3  accident, correct?

4  MR. MUSCATO: Objection to the
5  form of the question.

6  THE WITNESS: Again, I don't know
7  what you want here.

8  BY MR. MADIN:

9  Q. It's very simple. The fact that
10 you believe it was an event that was highly
11 likely to occur, in your mind, means that it
12 was not accidental. Can you agree with that
13 or not?

14 A. In my mind, yes.

15 Q. Okay. And you reference in the
16 last sentence of your letter ERISA
17 regulations. Can you identify those
18 regulations for me today, sir?

19 A. No, I can't.

20 Q. Okay. Did you have any
21 regulations in front of you when you wrote
22 this letter dated May 22, 2002?

23 A. No.

24 Q. Are there any such regulations?



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

61

1  A. Not that I know of.

2  Q. Okay. So when you said there were
3  ERISA regulations, you were wrong?

4  A. No. It's based on what my legal
5  department told me. They used the
6  terminology ERISA regulation, and I just used
7  their terminology.

8  Q. And we can agree there are no
9  ERISA regulations --

10  MR. MUSCATO: Objection to the
11  form of the question.

12  BY MR. MADIN:
13  Q. -- that come into place in this
14  case, can't we?

15  A. Oh, I'm sure there are. I just
16  doesn't know what they are.

17  Q. You don't know what they are but
18  you think?

19  A. I'm sure they exist because my
20  legal department says so.

21  Q. Have you ever seen one of those
22  ERISA regulations?

23  A. No.

24  Q. Well, you're denying a claim here



sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

62

```
 1   based on ERISA regulations, and yet you
 2   didn't have the regulations in front of you.
 3        A.   No.
 4             MR. MUSCATO:  Objection to the
 5   form of the question.
 6        BY MR. MADIN:
 7        Q.   Okay.  By the way, what was the
 8   amount payable by this claim?
 9        A.   Four hundred twenty thousand
10   dollars.
11        Q.   Now, was there any further
12   correspondence after May 9, 2002, between
13   either between yourself and either me or Mr.
14   Glynn?
15        A.   Let me look.  After May 9 you
16   say?
17        Q.   Yes.
18             MR. MUSCATO:  Well, we just talked
19   about the 12th.
20             MR. MADIN:  Okay.
21             MR. BURKETT:  You mean after May
22   22?
23        BY MR. MADIN:
24        Q.   After May 22 what happens that --
```


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com