63

```
 1   Is there anything after May 22?
 2       A.    No.
 3       Q.    Now, you indicated in one of your
 4   letters that we have looked at that courts
 5   have uniformly held that these cases are not
 6   accidents. Do you recall writing that?
 7       A.    Yes.
 8       Q.    And as you wrote that letter, did
 9   you have any personal knowledge of how courts
10   have held?
11       A.    No, that's strictly opinions given
12   to me by my legal department.
13       Q.    Would it have mattered to you if
14   courts have not uniformly held that these
15   incidents are not accidents?
16            MR. MUSCATO:    Objection to the
17   form of the question.
18            THE WITNESS:    It might.
19   BY MR. MADIN:
20       Q.    I'm sorry. What was your answer?
21       A.    It might.
22            MR. MADIN:    Okay.
23            MR. MUSCATO:    Do you want to take
24   a break? We have been at it for a while.
```



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

64

1    MR. MADIN: Sure.
2    (Recess.)
3    BY MR. MADIN:
4    Q. Okay. Mr. Krol, we just before we
5 took a break you indicated that if you knew
6 that courts have not uniformly held that
7 accidents -- that incidents under these
8 particular circumstances are not accidents,
9 that may have changed your opinion, do you
10 remember that?
11   A. Yes.
12   Q. Okay. Did anyone from legal ever
13 give you any indication that there were cases
14 that disagreed with their position?
15   A. No.
16   Q. Okay. Now, was there a point in
17 time when the appeal was finally denied?
18   A. No.
19   Q. I think that we may have
20 information to the contrary in response to an
21 answer to interrogatory, but let's assume for
22 the moment that you're unaware there was a
23 point in time when the appeal was denied, all
24 right?



sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

89

1  written definition of the word "accident" that
2  you know of?
3      A.   Not that I know of.
4      Q.   Do you know whether an accident is
5  defined within the policy we have marked as
6  Exhibit 7?
7      A.   It is not.
8      Q.   Did Mr. Blessing have a definition
9  of accident in 2001?
10     A.   No.
11     Q.   Did you have a definition of an
12 accident in 2001?
13          MR. MUSCATO:   Objection to the
14 form of the question.
15          THE WITNESS:   No.
16 BY MR. MADIN:
17     Q.   Okay.  And is it fair to say that
18 the definition of the word accident is not
19 really important to you, given the blood
20 alcohol content level of Mr. Glynn, is that
21 true?
22          MR. MUSCATO:   Objection to the
23 form of the question.
24          THE WITNESS:   I would say yes.



setdepo — Streamlined • Centralized • Standardized — The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

90

1   BY MR. MADIN:
2       Q.    In other words, and certainly back
3   in 2001 and 2002 when the claim was denied,
4   the definition of the word accident was not
5   relevant to your decision, was it?
6           MR. MUSCATO:  Objection to the
7   form of the question.
8           THE WITNESS:  I would say it was
9   not relevant.
10  BY MR. MADIN:
11      Q.    All right.  As a matter of fact
12  you didn't have a definition of the word
13  accident at that time, isn't that true?
14      A.    That's correct.
15      Q.    And whatever you did you did
16  because the legal department advised you on
17  what to do, that true?
18          MR. MUSCATO:  Objection to the
19  form of the question.
20          THE WITNESS:  I would say yes.
21  BY MR. MADIN:
22      Q.    When you had a claim come in that
23  involved an intoxicated driver such as this
24  one that was not an ERISA claim, would you



91

1 seek the advice of legal back in the time
2 period of 2001-2002?
3     A.    Depending on circumstances,
4 sometimes yes, sometimes no.
5     Q.    Okay. You would be concerned that
6 the circumstances might fall within one of
7 the listed exceptions, correct?
8     A.    Yes.
9     Q.    Or exclusions?
10     A.    Yes.
11     Q.    Is it true that the exclusions are
12 listed in full on page D 010 of Exhibit 7?
13     A.    Yes.
14     Q.    And is it true that none of these
15 exclusions apply to Mr. Glynn's claim?
16     A.    That's correct.
17     MR. MADIN: I don't have anymore
18 questions.
19     MR. MUSCATO: I just have a few
20 follow-up questions.
21 **EXAMINATION**
22 **BY-MR.MUSCATO:**
23     Q.    Mr. Krol, I show you what's been
24 marked, previously marked as Krol 8 for


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

93

```
 1    Q.    What was your purpose in referring
 2  to the fact that this policy in question is
 3  an accident policy?
 4    A.    In just in case there's any
 5  misunderstandings, we have to advise everyone
 6  concerned of the policy definitions to the
 7  best of my ability, and mentioning that it's
 8  an accident policy is part of this procedure.
 9    Q.    And in 2001 as a claims
10  specialist, what did you understand an
11  accidental death to involve?
12    A.    Something unforeseen and unexpected.
13    Q.    And with regard to a claim where
14  the facts showed that the death resulted from
15  driving while intoxicated, did you have an
16  understanding as to whether that was an
17  accidental death within the terms of policy
18  in question here?
19    A.    Well, if ERISA applies to the
20  coverage, then ERISA rules, and under those
21  circumstances driving while intoxicated is not
22  considered an accident.
23    Q.    I show you what's been previously
24  marked as Krol 14 for identification.  Can
```

setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

103

1  discussed the fact that however you define
2  the word accident in the policy is also
3  irrelevant to your denial, correct?
4       MR. MUSCATO:  Objection to the
5  form of the question.
6     BY MR. MADIN:
7     Q.     You can answer.
8     A.     Accident is not defined in the
9  policy.
10    Q.     Okay.  Well, what did you mean
11 when you said an accident is something that's
12 unforeseen?
13    A.     That is terminology that we use in
14 the course of our workday.
15    Q.     Okay.  And we have already
16 discussed the fact that this accident was
17 unforeseen to Mr. Glynn, in all probability?
18       MR. MUSCATO:  Objection to the
19 form of question.
20    BY MR. MADIN:
21    Q.     Correct?
22    A.     I agree with that.
23    Q.     Okay.  And in all probability, the
24 accident was unexpected by Mr. Glynn, correct?


setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

104

1     MR. MUSCATO:  Objection to the
2  form of the question.
3     BY MR. MADIN:
4     Q.   You can answer.
5     A.   I agree.
6     Q.   You don't know what the statistics
7  are regarding driving while intoxicated?
8     A.   No.
9     Q.   Does anyone at Bankers Life know
10 what the statistics show with regard to
11 driving while intoxicated?  Do you know?
12    A.   I don't know.
13    Q.   Okay.  And whatever the numbers
14 show, they played no part in your decision to
15 deny Mr. Glynn's claim, is that true?
16    A.   Correct.
17    Q.   And you do cite ERISA regulations
18 as being a component of your decision to deny
19 this claim, but you don't know what those
20 regulations are, correct?
21    A.   Correct.
22    Q.   You also cite ERISA cases as being
23 uniform in denying such claims but you do not
24 know what any of the cases are, is that


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

105

1  correct?
2  A.  Correct.
3  Q.  And all of that would have been
4  true back in 2002 when this claim was denied,
5  correct?
6  A.  Correct.
7  MR. MADIN:  I'm done again.
8  MR. MUSCATO:  Okay.  I have no
9  further questions.
10  MR. MADIN:  All right.  We're
11  done.
12  THE REPORTER:  Signature?  Is it
13  waived or will he reserve and read?
14  MR. MUSCATO:  He will reserve and
15  read.
16  THE REPORTER:  Do you want this in
17  a week?
18  MR. MADIN:  I don't really need it
19  in a week. Regular delivery is fine.
20  THE REPORTER:  Do you want a copy?
21  MR. MUSCATO:  Yes, please.
22  (Whereupon, at 12:25 p.m., the
23  signature of the witness having been reserved
24  the witness being present and consenting



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

107

```
 1   STATE OF ILLINOIS    )
 2                        )SS.
 3   COUNTY OF C O O K    )
 4         I, SANDRA DRECHSLER, Certified
 5   Shorthand Reporter No. 84-1676 and Notary
 6   Public in and for the County of Cook, State
 7   of Illinois, do hereby certify that I caused
 8   to be reported in shorthand and thereafter
 9   transcribed the foregoing transcript of
10   proceedings.
11         I further certify that the
12   foregoing is a true, accurate and complete
13   transcript of my shorthand notes so taken as
14   aforesaid; and further, that I am not counsel
15   for nor in any way related to any of the
16   parties to this action, nor am I in any way
17   interested in the outcome thereof.
18         I further certify that this
19   certificate applies to the original signed IN
20   BLUE and certified transcripts only.  I
21   assume no responsibility for the accuracy of
22   any reproduced copies not made under my
23   control or direction.
24         IN TESTIMONY WHEREOF, I have
```



sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

108

1  hereunto set my hand and affixed my notarial
2  seal this 27th day of May, 2004.
3
4  *Sandra Drechsler* (signature)
5  Sandra Drechsler, CSR, RPR

110

## CERTIFICATE

1
2   STATE OF _ILLINOIS_ :
3   COUNTY/CITY OF _COOK/CHICAGO_ :
4   Before me, this day, personally
5   appeared, **Robert Krol**, who, being duly sworn,
6   states that the foregoing transcript of
7   his/her Deposition, taken in the matter, on
8   the date, and at the time and place set out
9   on the title page hereof, constitutes a true
10  and accurate transcript of said deposition.
11  _____/s/ Robert Krol_____
12                    Robert Krol
13
14  SUBSCRIBED and SWORN to before me this
15  _30th_ day of _June_, 2004 in the
16  jurisdiction aforesaid.
17  ___2/24/07___           _Sherry Kremer_
18  My Commission Expires   Notary Public
19
20
21  "OFFICIAL SEAL"
    SHERRY KREMER
22  COMMISSION EXPIRES 02/24/07
23
24

sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com