# EXHIBIT N

AMENDED LINE 30 PER MEDICAL EXAMINER 7/10/2001

STATE OF CONNECTICUT
DEPT. OF HEALTH SERVICES

CERTIFICATE OF DEATH
OFFICE OF THE CHIEF MEDICAL EXAMINER

STATE FILE NUMBER

§ 4 ME REV. 1/90

with black ink.

| 1 DECEASED NAME — FIRST | MIDDLE | LAST | 2 SEX | 3 DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| Peter | John | Glynn | M | 6-8-2001 |

| 4 DATE OF BIRTH (Month, Day, Year) | 5 AGE – Last Birthday | UNDER 1 YEAR Mos. Days | UNDER 1 DAY Hours Mins. | 6 RACE – White, Black, American Indian, Other (Specify) | 7 OF HISPANIC ORIGIN? (If yes, specify Cuban, Mexican, Puerto Rican, Other) |
|---|---|---|---|---|---|
| June 22, 1961 | 39 | | | White | ☐ Y ☒ N |

USUAL RESIDENCE WHERE DECEASED LIVED IF DEATH OCCURRED IN INSTITUTION, GIVE RESIDENCE BEFORE ADMISSION.

| 8 COUNTY OF DEATH | 9 TOWN OF DEATH | 10 PLACE OF DEATH (Check One) Hospital ☐ DOA ☐ Inpatient ☐ ER/Outpatient | OTHER ☐ Nursing Home ☐ Residence |
|---|---|---|---|
| Hartford | Bristol | | Peck Ln./Wolcott St |

| 12 CITY & STATE OF BIRTH (COUNTRY IF NOT U.S.) | 13 CITIZEN OF (Country) | 14 ☐ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED ☐ LEGALLY SEPARATED | 15 LAST SPOUSE (if wife, give maiden name) |
|---|---|---|---|
| Hartford, CT | USA | | Denise Dowjat |

| 16 SOCIAL SECURITY NUMBER | 17 USUAL OCCUPATION (Give kind of work done during most working life, even if retired) | 18 KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 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 | Tech Leader | Johnson & Johnson Medical |

| 19 RESIDENCE STATE | 20 COUNTY | TOWN | NUMBER AND STREET |
|---|---|---|---|
| Connecticut | Hartford | Bristol | 12 Putnam St. |

| 23 WAS DECEASED A VETERAN ☐ YES ☒ NO | 24 IF YES, GIVE WAR ** | BRANCH OF SERVICE *** | 25 EDUCATION (Specify Highest Grade Completed): Primary/Secondary 12 College 3 |
|---|---|---|---|

| 26 FATHER – NAME FIRST | MIDDLE | LAST | 27 MOTHER FIRST | MIDDLE | MAIDEN |
|---|---|---|---|---|---|
| Philip | | Glynn | Shirley | | Beeman |

| 28 INFORMANT – NAME | MAILING ADDRESS | RELATIONSHIP TO DECEASED |
|---|---|---|
| Philip Glynn | 12 Putnam St. Bristol, CT 06010 | Father |

PART I. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c))

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

IMMEDIATE CAUSE

CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.

(a) Head Injuries XXXXXXXXXXXXXXXXXX

(b) XXXXXXXXXXXXXXXX

29 (c)

6-9-01

| 30 PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART (1) | 31 AUTOPSY ☒ Y ☐ N | 32 INJURY AT WORK ☐ Y ☒ N |
|---|---|---|
| Ethanol intoxication | | |

| 33 ACCIDENT, SUICIDE, HOMICIDE OR UNDETERMINED (Specify) | 34 DATE OF INJURY (Mo., Day, Yr.) | 35 HOUR | 36 HOW INJURY OCCURRED (Enter Nature of Injury Part I or Part II, Item 29) |
|---|---|---|---|
| Accident | 6-8-2001 | PM | Driver of Motorvehicle struck fixed object |

| 37 PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG, ETC (Specify) | 38 LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP) |
|---|---|
| Street/Roadway | Peck Ln.. Wolcott St., Bristol, CT |

| 39 NURSE PRONOUNCEMENT TYPE OR PRINT NAME | 40 DEGREE | 41 SIGNATURE | 42 DATE AND TIME PRONOUNCED MONTH/DAY/YEAR/TIME ☐ A.M. ☐ P.M. |
|---|---|---|---|

| 43 CERTIFICATION-MEDICAL EXAMINER: In my opinion on the date and due to the causes stated, death resulted or, deceased was found dead on or about | Month Day Year 06 08 01 | Time P | THE DECEDENT WAS PRONOUNCED DEAD Month Day Year Time 06 08 2001 8:35 P | 45 M. E. CASE NO. 01-07155 |
|---|---|---|---|---|

| 46 CERTIFIER – NAME (type or print) | SIGNATURE | TITLE |
|---|---|---|
| Malka B. Shah, MD | Malka B. Shah, M.D | Associate Medical Examiner |

| 49 MAILING ADDRESS Office of Chief (STREET OR R.F.D. NO.) | CITY OR TOWN | STATE | ZIP | 50 DATE SIGNED (Month, Day, Year) |
|---|---|---|---|---|
| Medical Examiner 11 Shuttle Road, Farmington, CT 06032 | | | | 6-9-2001 |

| 51 BURIAL, CREMATION, REMOVAL | 52 CEMETERY OR CREMATORY – NAME | 53 LOCATION (CITY OR TOWN) | (STATE) |
|---|---|---|---|
| Burial | St. Joseph Cem. | Bristol, | CT |

| 54 DATE (MONTH, DAY, YEAR) | 55 FUNERAL HOME – NAME AND ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP) | 06010 |
|---|---|---|
| June 13, 2001 | O'Brien Funeral Home, 24 Lincoln Ave, Bristol, CT | |

| 56 FUNERAL DIRECTOR OR EMBALMER – SIGNATURE | 57 NAME OF EMBALMER (IF BODY WAS EMBALMED) | LICENSE NUMBER |
|---|---|---|
| | Kenneth K. Taylor | 2437 |

THIS CERTIFICATE RECEIVED FOR RECORD ON    JUN 11 2001    BY    REGISTRAR

Maryann E. Spirito, Asst

I CERTIFY THAT THIS IS A TRUE COPY OF THE CERTIFICATE ON RECORD

ATTEST: _Patricia DiSaido, Asst_    REGISTRAR

DATE: AUGUST _1,_ 2001

Kvol #6 8/18/04

D 067

(4)

**STATE OF CONNECTICUT**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032-1939
Telephone: (860) 679-3980 Fax: (860) 679-1257



To Whom It May Concern:

The attached pages are a true copy of the record on file at the State of Connecticut Office of the Chief Medical Examiner for Peter Glynn/01-07155.

County of Hartford  }
                    } ss Farmington
State of Connecticut}

This 26th day of July, 2001.

Violeta Torres
Notary Public
Commission Expires June 30, 2005

D-068

**REPORT OF INVESTIGATION**
ME-102 (rev 7/99)

State of Connecticut
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
(860)679-3980

M.E. Case No.
01-07155

| DECEASED | Name (First, Middle or Maiden, Last) Peter GLYNN | | Age 40 | Race W. | Sex ☒ male ☐ female |
|---|---|---|---|---|---|
| | Last Residence (No., Street) 12 Putnam Street | Town Bristol | | State CT. | Zip Code 06010 |

| INJURY (if any) | Place of Injury Wolcott Street / Peck Lane | Bristol | CT. | Date of Injury June 8, 2001 |
|---|---|---|---|---|

| DEATH | Place of Death (No., Street) Same. | | Town | State |
|---|---|---|---|---|
| | Reported By (Name) Bristol Police Dept. | | Affiliation | |

| | Death Reported Date 6-8-2001  Time 19:45 | Examiner Notified Date 6-8-2001  Time 20:15 | O.C.M.E. Notified Date 6-8-2001  Time 21:00 |
|---|---|---|---|
| | Arrival at Scene Date 6-8-1  Time 20:35 | Departure from Scene Date 6-8-1  Time 20:45 | Death Determined By Dr. V. Mirabelli | Date 6-8-2001 Time 20:35 |

| | Deceased Identified By (Name) Parents. | Address (Street, Town, State) Same. |
|---|---|---|
| INFORMANT | Other Informants (Names) | |

**CIRCUMSTANCES OF DEATH** (Include when deceased last seen alive and pertinent medical and occupational history)

This man was the driver and only occupant of a vehicle, which was apparently travelling at a rather fast rate of speed down along Wolcott Street, Bristol, CT.
It appears that he could not well negotiate a curve and swerved into the opposite side of the road, hit the curb and capsized.
There were no other vehicles or person involved in the accident and no property damage caused.

| EXTERNAL EXAMINATION | Deceased Examined At Wolcott Street / Peck Lane, Bristol, CT. | On (Date) 6-8-2001. |
|---|---|---|

Briefly describe position of body, estimated height & weight, eye color, hair characteristics, scars, tattoos, blemishes, & signs of injury or disease. Note signs of death, including rigor mortis and lividity. In homicides or suspicious deaths, record appearance of clothing.

The subject was a rather heavy, mesomorphic, blondish male of his chronological age, about 300 lbs. in weight, wearing a white shirt, blue jeans and brown shoes, lying flat on his back under a totally demolished vehicle (MAZDA - CT. 356 PGM plate), with gross, massive head trauma and a large pool of fresh blood under it, still warm to touch, wearing seat belts.

He was taken to the OCME in Farmington, CT., by the O'Brien Funeral Home of Forestville, CT., for authorized post-mortem studies.
Investigating police officers would notify family.

| AUTOPSY | Performed Yes | If "YES" ☒ Authorized ☐ Consent | Date Performed 6-9-2001 | At (Hospital Name) OCME, Farmington, CT. | By (Name) |
|---|---|---|---|---|---|
| CREMATION | Performed ☐ Yes ☐ No | | Cremation Certificate Issued ☐ | | |

| CAUSE OF DEATH | Cause and manner of death should be listed as on Certificate of Death and should be based on circumstances of death, past medical history, external examination, and autopsy, if performed. |
|---|---|
| | PENDING AUTOPSY FINDINGS. |

| CERTIFICATION | I certify that I made an external examination of the deceased on the date shown and that the cause of death is as stated above. |
|---|---|
| | Date 6-8-2001 | Name of Assistant Medical Examiner Vittorio Mirabelli, MD | Signed |

POSTMORTEM REPORT
ME-8 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

| | |
|---|---|
| M.E. CASE NO. | 01-07155 |
| COUNTY OF DEATH | Hartford |
| TOWN OF DEATH | Bristol |
| DATE OF DEATH | 08 Jun 2001 |

| | |
|---|---|
| THIS IS TO CERTIFY THAT Malka B. Shah, M.D., Associate Medical Examiner | PERFORMED A POSTMORTEM EXAMINATION ON THE BODY Peter Glynn |
| AT Office of the Chief Medical Examiner | BEGINNING AT 11:30 am   ON 09 Jun 2001 |
| IN THE PRESENCE OF | |

AND SAID POSTMORTEM REVEALED

## NARRATIVE SUMMARY:

DESCRIPTION OF CLOTHING-POSSESSIONS:

The body of an adult white male is clad in a round neck, short-sleeved T-shirt, blue denim jeans and black-colored shorts. Present on the feet are gray-colored socks and black-colored shoes. Recovered from the pants pockets are 13 quarters, two dimes, one nickel and one penny, totaling $3.51. Present on the left wrist is a yellow metal, yellow-dialed wristwatch with a yellow metal stretchable band, in running condition, indicating the current time, day and date, manufacturer's name "Citizen." The clothing is not initialed and is returned to the family. The valuables are returned to the family, receipt for which is made out.

EXTERNAL EXAMINATION:

The unclad body of an adult white male measures 5'9" tall and weighs 334 lbs. The face and top of the head have a disfigured appearance secondary to comminuted fracture of the skull. The head hair is medium brown in color with gray-haired strands. The forehead reveals a depressed appearance and upon palpation reveals a comminuted fracture as well as the swelling of the entire scalp. There is a laceration noted in the midline near the hairline area that is horizontally oriented measuring 1" in length, involving the full thickness of the scalp. There are superficial abrasions of the forehead, eyebrows and right side of the temporal area as well as the cheek and dorsum of the nose noted. The eyebrows are asymmetrical. Bilaterally the upper and lower eyelids reveal swelling and bluish purple discoloration. Upon palpation of the orbital ridges, there are fractures of the orbital ridges noted. The fracture of the dorsum of the nose is palpated. The irides are medium brown in color, with pupils circular and equal. The conjunctivae reveal pallor. The nose reveals bloodstains. Upon compressing the forehead area, liquid blood oozes

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-3 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTOWN CONN. 96032

| M.E.CASE NO. |
| --- |
| 01-07155 |
| NAME |
| Peter |
| Glynn |
| Page  2 |

Narrative Summary of Postmortem Examination: (continued)

freely from the nares and oral cavity.  There is a fracture of the maxilla noted.  The oral cavity has natural teeth and is lined with blood-mixed mucoid material.  There is blood noted to be oozing from the left ear canal.  The neck is short and free of any injuries.

The chest and abdomen reveal male distribution-type hair:  There is a faint parallel mark contusion noted over the right midportion of the chest area measuring approximately 7" in length and approximately 1 1/2" apart consistent with the shoulder strap mark on the right side of the chest. The midportion of the epigastrium reveals a semicircular contusion and there is a small contusion noted over the left breast area. . The abdomen is markedly protuberant.

The bilateral upper arms, elbows, cubital fossae and lower arms reveal no palpable fractures.  There is a contusion noted of the dorsum of the left wrist, thumb and dorsum of the left index finger.

The bilateral upper legs, knees and lower legs are within normal limits.  No palpable fractures are noted. .

The genitalia are that of an adult male, with bilateral testes in the scrotum.

The back reveals bluish purple lividity with pressure-blanched areas. The head in the left occipital area reveals a gaping laceration involving the full thickness of the scalp.  Through the laceration, the fractured skull is palpable and there is recognizable brain tissue noted.  There is profuse bleeding noted from the left occipital area of the head.

INTERNAL EXAMINATION:

The body is opened with modified Y-shaped incision.  The organs lie in their normal anatomic position.  The mediastinum is central.  The diaphragmatic domes are symmetrical.  There is no excess body fluid noted in thoracic or abdominal cavities.  The panniculus measures 10 cm. in thickness.  The ribs, thoracic cage and vertebral column reveal no injuries or abnormalities.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
01-07155

NAME
Peter

Glynn

Page   3

Narrative Summary of Postmortem Examination: (continued)

HEART AND GREAT VESSELS:

The pericardium reveals no adhesions.  The pericardial cavity contains
approximately 30 cc. of clear straw-colored fluid.  The epicardium is
smooth and glistening.  The heart weighs 680 grams.  The right and left
atria and ventricles contain liquid and clotted blood.  The tricuspid,
pulmonic, mitral and aortic valves reveal slight thickening of the edges
and streaks of atherosclerosis.  The endocardium is smooth and
transparent.  The myocardium has a red-brown color and firm, whorled
appearance with streaks of fibrosis noted.  The thickness of the right
ventricle is 0.5 cm. and thickness of the left ventricle is 2.2 cm.  The
left coronary artery is the dominant artery.  All three coronary arteries
reveal circumferential atherosclerosis and focal areas of calcifications.
without any narrowing of the lumen.  The ascending aorta, arch, thoracic
and abdominal aorta reveal normal elasticity of the wall.  The major
branches of the aorta are normally disposed.  The intima reveals severe
atherosclerosis of the abdominal portion of the aorta.  The superior and
inferior venae cavae, pulmonary trunk and veins are within normal limits.

LUNGS:

Right and left lungs weigh 530 grams and 490 grams respectively.  The
pleurae reveal a severe degree of anthracosis.  The major bronchi and
primary branches are lined with blood-mixed mucoid material.  The
pulmonary vessels contain liquid blood.  The cut surfaces of the lung
parenchyma have dark a red to red-black color and soft, spongy consistency.

GASTROINTESTINAL SYSTEM:

The esophagus is lined by a grayish white, longitudinally folded
mucosa.  The stomach contains approximately 300 cc. of medium brown,
semisolid material in which no recognizable food particles are seen.  The
gastric mucosa reveals normal rugosity, no ulcers or hemorrhage noted.
The duodenum, small intestine and large intestine reveal normal rugosity
of the mucosa.  The appendix is present.

LIVER:

The liver weighs 4,140 grams.  The liver has an orange-red color and
markedly enlarged appearance.  The cut surface of the liver reveals a
normal lobular pattern with orange-red color and severe fatty
metamorphosis of the liver noted.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| 01-07155 |
| NAME |
| Peter |
| Glynn |
| Page 4 |

Narrative Summary of Postmortem Examination: (continued)

GALLBLADDER:

The gallbladder contains approximately 30 cc. of dark green bile.
There are no gallstones. The mucosa is dark green, smooth, velvety in
appearance.

SPLEEN:

The serosal surface is smooth and glistening. The spleen weighs
330 grams. The cut surface of the spleen has dark red follicular
appearing parenchyma, free of any injury or abnormalities.

PANCREAS:

The pancreas has a tannish brown, firm, lobulated appearance.

ADRENALS:

The right and left adrenals are symmetrical with thin, golden-yellow
colored cortices and dark brown medullae. The cortices reveal no
nodularity.

KIDNEYS:

Right and left kidneys weigh 210 grams and 220 grams respectively.
The capsules are thin and transparent. Capsules peel off easily. The
surfaces of the kidneys are smooth, free of any granularity or scarring.
The cut surfaces of the kidneys reveal well-demarcated cortices and
medullae. The bilateral calyceal systems and renal pelves are normally
disposed, draining into a single ureter on each side.

URINARY BLADDER:

The urinary bladder has 360 cc. of clear yellow urine. The bladder
mucosa has creamish white rugosity. The ureteral openings reveal no
strictures or abnormalities.

INTERNAL GENITAL ORGANS:

The prostate has a creamish white, whorled appearance and soft
consistency. No nodularity is noted.

(report continues on next page)

D 073

POSTMORTEM REPORT (Continued)
ME-5 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
01-07155

NAME
Peter

Glynn

Page 5

Narrative Summary of Postmortem Examination: (continued)

The bilateral testes are symmetrical and oval-shaped. The capsules are milky-white and glistening. The cut surfaces are a light brown color, soft in consistency and have a radiating pattern. No nodularity of the parenchyma is seen. The epididymides are symmetrical and uniformly tubular in appearance.

NECK ORGANS AND TONGUE:

The anterior strap muscles and soft tissues of the neck reveal no injuries or abnormalities. The immediate strap muscles of larynx reveal no abnormalities. The mucosa of the epiglottis, vocal cords and larynx is lined by clear mucoid material. The hyoid bone, thyroid cartilage and cricoid cartilage are intact. The mucosa reveals no ulcers or hemorrhage. The trachea is lined by a clear mucoid material.

The mucosa of the tongue is light pink-white in color and has a normal rugosed appearance. The cut surface reveals pink-brown colored radiating pattern of the muscles.

THYROID:.

The thyroid lobes are symmetrical with thin and transparent capsule. The cut surface of the thyroid has a yellowish brown, lobulated colloidal appearing parenchyma.

HEAD AND BRAIN:

The scalp is reflected with the usual coronal incision. There is extensive galeal and subgaleal macerating injuries and hemorrhage noted. There is a hemorrhagic cavity formation noted in the bilateral anterior frontal area of the cranium. The cranium reveals comminuted fractures such that it falls apart upon reflecting the scalp, exposing the brain. It is not necessary to saw the cranial vault to remove the brain as the brain was exposed secondary to comminuted fracture of the skull. The cerebral hemispheres are symmetrical. However, there is bisection of the cerebral hemispheres noted along the corpus callosum. The dura is also torn from the cerebral hemispheres. The brain weighs 1,550 grams. The base of the brain reveals extensive laceratons of the base of the frontal, temporal and occipital lobes, with tears, laceration and distortion of the circle of Willis and its major branches. The cerebellum is also bisected in the midline. The midbrain is contused and extensively macerated. The coronal sections of the brain reveal normally disposed gray and white matter with contusions noted of the gray and white matter
(report continues on next page)

D 074

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO.
01-07155

NAME
Peter

Glynn

Page  6

Narrative Summary of Postmortem Examination: (continued)

in the bilateral basal ganglia area, as well as substantia nigra area of the brain.  The ventricles are filled with liquid blood.  The sections of the cerebellum reveal normally disposed gray and white matter which is markedly soft in appearance.  The sections of the midbrain reveal contusions of the desiccating fibers of the pons.  Upon reflecting the dura from the base of the skull, there is comminuted fracture of the base of the skull noted such that the anterior, middle and posterior cranial fossae have been distorted and disfigured secondary to the fractures of the base of the skull.

LABORATORY PROCEDURES:

Specimens taken for Toxicologic Analysis:
        Blood, Cardiac;  Urine;  Vitreous;  Gastric Contents;
        Liver;  Brain

ANATOMIC DIAGNOSES:

    BLUNT TRAUMA OF HEAD.
    COMMINUTED COMPOUND FRACTURE OF THE SKULL WITH LACERATING AND
        MACERATING INJURIES OF THE BRAIN.
    CARDIOMEGALY.
    FATTY METAMORPHOSIS OF THE LIVER WITH HEPATOMEGALY.

POSTMORTEM COMPLETED AT:  1:30 pm

            (report continues on next page)

D 075

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
|---|
| 01-07155 |
| NAME |
| Peter |
| Glynn |
| Page   7 |

CAUSE OF DEATH:

   HEAD INJURIES

MANNER OF DEATH: ACCIDENT

      OTHER SIGNIFICANT CONDITIONS:
      ETHANOL INTOXICATION

Certification:

This is a true statement of the postmortem findings upon the body of
Peter Glynn.

Malka B. Shah, M.D.
Associate Medical Examiner
07/02/2001

                  (End of Report)

TOXICOLOGY REPORT
ME-18 REV. 6/89

**STATE OF CONNECTICUT**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
TELEPHONE: (860) 679-3980

| | | M.E. CASE NO. |
|---|---|---|
| | | 01-07155 |
| LAB NO.<br>L01-0667 | DECEASED<br>Peter Glynn     39 yrs  White  Male | DATE OF REPORT<br>22 June 01 |

SPECIMENS SUBMITTED

Blood (110 mL), Urine (100 mL), Stomach Contents (100 mL), Brain (100 g), Liver (113 g), Vitreous (3 mL)

| TAKEN BY<br>Malka B. Shah, M.D. | AT<br>Office of the Chief Medical Examiner | ON (Date/Time)<br>6/09/01 |
|---|---|---|
| RECEIVED FROM<br>Malka B. Shah, M.D. | BY<br>Thommasina Loveless | ON (Date/Time)<br>6/11/01  6:45 a.m. |

FINDINGS

Blood was analyzed for the presence of ethanol and other common volatile hydrocarbons by a gas chromatographic procedure. Ethanol was found at a concentration of 0.17%.

Blood was analyzed for the presence of acidic drugs by gas chromatography/mass spectrometry procedures. Caffeine and/or caffeine metabolite(s) were detected.

Blood was analyzed for the presence of basic drugs by gas chromatography/mass spectrometry procedures. None were detected.

Blood was screened for the presence of carbon monoxide by a microdiffusion procedure. None was detected.

Blood was analyzed for the presence of cocaine and/or cocaine metabolites and opiates by radioimmunoassay. None were detected.

Urine was analyzed for the presence of salicylates by a colorimetric procedure. None were detected.

Sherwood C. Lewis, Ph.D.
Director of Toxicology

Unless notified in writing, the tissue specimens retained in this case
will be destroyed one year after the date of this report.

D 077