# EXHIBIT O

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X
PHILIP GLYNN,                  :
          Plaintiff,           :
     VS.                       :   NO. 3-02CV1802 (AVC)
BANKERS LIFE & CASUALTY CO.,   :
          Defendant.           :
------------------------------ X


D E P O S I T I O N


THE DEPOSITION OF MEHDI MOSTAGHIMI, Ph.D., taken on behalf of the Defendant, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 17th day of January, 2005 at 2:01 p.m. at the offices of RisCassi and Davis, PC, 131 Oak Street, Hartford, Connecticut.

COPY

**GOLDFARB AND AJELLO (203) 972-8320**

2

1                        A P P E A R A N C E S

2

3  FOR THE PLAINTIFF:

4          RISCASSI AND DAVIS, PC
           131 Oak Street
5          PO Box 261567
           Hartford, CT  06126-1567
6
               BY: EVERETT MADIN, JR., ESQ.
7

8  FOR THE DEFENDANT:

9          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
           Four Times Square
10         New York, NY  10036-6522

11             BY: KATHERINE CREENAN, ESQ.

12
   ALSO PRESENT:
13
               JONATHAN CHAPPELL
14

15

16

17

18

19

20

21

22

23

24

25

**GOLDFARB AND AJELLO (203) 972-8320**

```
 1    Q.   Well --
 2         MR. MADIN:  I can -- let me just see if this
 3    helps.  The only things that I know of that he's
 4    looked at are official government publications
 5    if that's what you mean.
 6    Q.   Okay.
 7    A.   If you wish, I can go over them.  There are a
 8 few of them, but the source of all of them are -- almost
 9 all of them are Department of Transportation.
10    Q.   The Department of Transportation database?
11    A.   Databases.
12    Q.   Databases.  Is there a particular web site name
13 that these databases appear at?
14    A.   If you go to the Department of Transportation
15 through that database, Department of Transportation
16 web site, the Department of Transportation through that,
17 it should be not difficult to go to the databases.
18    Q.   And that's what you did?  You went to the web
19 site of the Department of Transportation and looked at
20 the databases?
21    A.   That's right.
22    Q.   Did you look at any other web sites besides the
23 Department of Transportation?
24    A.   Nothing comes to my mind.  The Department of
25 Transportation like National Highway Traffic Safety
```

1    A.    At 100 miles that is what I said earlier.
2    Q.    What?
3    A.    That is 5,768 over 10 million.
4    Q.    Now, it that the U.S.?
5    A.    That is for U.S.
6    Q.    Okay. And do you have an opinion as to
7  Connecticut?
8    A.    For Connecticut for 20 miles, that is 772 over
9  10 million; for 100 miles, it is 3,858 over 10 million.
10 Now, this result is generated but combining the results
11 of the two studies that I mentioned.
12   Q.    Okay. I'll get to that in a minute.
13         What is your factual basis for the probability
14 of 772 out of 10 million in the state of Connecticut?
15   A.    Okay. The factual basis, as I said, that is
16 derived as a result of the two studies that I mentioned
17 earlier.
18   Q.    But I'm asking what facts did you base that on.
19   A.    Study one, it is telling us that the relative
20 risk of a male driver 35 years and older with a BAC of
21 .15 percent and more dying in single-vehicle crashes is
22 about 382. Given that the relative risk of the same
23 person with BAC of 0 is 1, so this is one piece of
24 information using that.
25   Q.    And that's the facts you relied on in coming up

1 range is between 208 and 702. That means relative risk
2 can be anywhere between 208 to 702, and the range is
3 extremely wide.
4     Q.   What does 208 stand for?
5     A.   It's the same as relative risk, but it is like
6 the lower level of the amount of confidence.
7     Q.   So in other words -- let me just ask this
8 question: Are they saying that or are you telling me
9 that the 382 could really be a range from 208 to 702?
10    A.   With either 90 or 95 percent confidence. I
11 don't know which one of that that is because it is not
12 fresh in my mind.
13    Q.   Is the confidence range expressed in the
14 article?
15    A.   That's right.
16    Q.   And that was -- is a 90-to-95 confidence rate a
17 high confidence rate?
18    A.   Well, that is the -- that is kind of standard
19 confidence level used in statistics. In the studies
20 done, generally they use either 90 or 95 percent. Very
21 special cases, they go to 99 percent, but that has to be
22 very special case.
23         Put it differently, we can say with 90 or 95
24 percent confidence the relative risk for a person with
25 that kind of characteristics is falling somewhere between

40

1  Q.  I had your December 3, 2004 report marked here
2  as Mostaghimi Number 5. If you take a look at that, do
3  you recognize that document?
4  A.  Yes, I do.
5  Q.  What is that document?
6  A.  This is the document that I prepared for
7  Attorney Madin and sent it to him. As I said, when I
8  started doing this, there were a lot of data, and I had
9  to prepare a lot of work trying to get to the question.
10 And I have done a lot of analysis, and the final results
11 of the analysis is the one that I give you a copy earlier
12 today.
13         MS. CREENAN: Could we mark this as number
14    6.
15         (Mostaghimi Exhibit 6, Document, marked for
16    identification, as of this date.)
17 Q.  We have in front of you --
18 A.  Okay.
19 Q.  -- your December 3, 2004 -- I said, you have in
20 front of you your report dated December 3, 2004. And you
21 wanted to say something?
22 A.  Since we were talking about the result I
23 produced, and I give it to you today, January 17, there
24 is one piece of information here that I forgot to share
25 it with you. And that is the information related to a

41

1  person -- I'm sorry, related to a relative risk of 25.
2  The question is: What would be the probability that we
3  talked before if the relative risk is 25. And that
4  information is given on this report, and the probability
5  is for U.S. 75 out of 10 million.
6     Q.  That's on page 2 at the bottom of Mostaghimi 6?
7     A.  Almost last bullet, that's right. And for
8  Connecticut, it's 50 out of 10 million.
9     Q.  Okay. I have shown you your report dated
10 December 3, 2004.
11    A.  Yes.
12    Q.  And I ask you where is your opinion, your answer
13 to the question stated on this document.
14    A.  If you look at this report, going to the pages 2
15 and 3, you see study one and study two.
16    Q.  Yes.
17    A.  Okay. The information that you see in these two
18 pages are basically derived from those studies that we
19 talked earlier.
20    Q.  Derived from those studies?
21    A.  That's right.
22    Q.  But my question to you is: Where is your
23 opinion?
24    A.  My opinion is given on the first page.
25    Q.  Okay. Could you point that out to me? Could

1  It does not give you probability.
2    Q.   And where did you find -- where is this Poisson
3  probability formula found?
4    A.   Poisson possibility distribution is a well-known
5  probability distribution in statistics.  And it is used
6  in all areas from communication systems and to the
7  service industry to the problem like this that you want
8  to know the chance of the first things happened, second
9  thing to happen.  So that is a well established
10 probability distribution which is very much appropriate
11 for the problem that we have here.
12   Q.   Are there other probability formulas besides the
13 Poisson probability formula?
14   A.   For the problem that we have, practically
15 Poisson distribution is the only one because here you are
16 talking about we know the rate that's going to happen,
17 and we know how long that we have to go through the
18 process for that to happen.
19        These are the two pieces of information that you
20 need to come up with the probability.  And only Poisson
21 distribution can give you that.
22   Q.   Did you consider using another probability
23 formula --
24   A.   There is no other probability distribution can
25 give you that.

76

1        (Mostaghimi Exhibit 10, Pandina deposition
2        and letter, marked for identification, as of
3        this date.)
4                    CROSS EXAMINATION
5   BY MR. MADIN:
6       Q.   Dr. Mostaghimi, I have a few questions for you
7   by way of follow-up.
8       A.   Sure.
9       Q.   We have marked as Defense Exhibit 10 a portion
10  of a transcript of Dr. Robert Pandina.  And in that
11  transcript, Dr. Pandina testified that in this particular
12  case, there is a 25-fold risk.
13           Do you understand that to be the true after
14  reading his transcript?
15      A.   You are talking about the 25 relative risk?
16      Q.   Yes.
17      A.   I don't know what the source of that is, but I
18  never encountered any information to a number.
19      Q.   All I'm asking you is you understand that
20  Dr. Pandina testified that the relative risk was 25?
21      A.   Yes.
22      Q.   And at my request, did you do a calculation
23  based upon Dr. Pandina's relative risk?
24      A.   Yes.
25      Q.   And can you tell me what the results of that

77

1  calculation are?
2      A.   The results of the calculation is given in
3  report Number 6 on the last page in the last bullet.  And
4  the statement is that for a hypothetical relative risk of
5  25 at this probability -- which by that I mean the
6  probability of a male driver, 35 years and older, at BAC
7  of .15 plus percent -- killed in an accident for 20 VMT
8  traveling is 75 out of 10 million for U.S.  For
9  Connecticut, it is 50 out of 10 million.
10     Q.   Doctor, you also testified about some errors
11 that were found in one of your reports.
12          Do you recall that?
13     A.   Yes.
14     Q.   You attached to each of those reports your
15 actual raw calculations, correct?
16     A.   Yes.
17     Q.   Were the numbers as attached in the tables
18 correct?
19     A.   The numbers in the tables, they are all
20 correct.  But going from one report to another only the
21 interpretation of those numbers were mistakenly reported.
22     Q.   Were your actual mathematical calculations
23 correct?
24     A.   That's right.
25     Q.   But you misplaced a decimal point?

80

1  STATE OF CONNECTICUT   )
2                         )  ss:   WALLINGFORD
3  COUNTY OF NEW HAVEN    )
4
5       I, Kevin Lombino, a Registered Professional
6  Reporter and Notary Public within and for the State of
7  Connecticut, do hereby certify that the within deposition
8  of MEHDI MOSTAGHIMI, Ph.D. was held before me on the 17th
9  of January, 2005.
10      I further certify that the witness was first
11 sworn by me to tell the truth, the whole truth and
12 nothing but the truth, and was examined by counsel, and
13 his testimony was recorded stenographically by me, it was
14 reduced to typewriting under my supervision, and I hereby
15 submit that the within contents of said deposition are
16 true and accurate to the best of my ability.
17      I further certify that I am not a relative of
18 nor an attorney for any of the parties connected with the
19 aforesaid examination, nor otherwise interested in the
20 testimony of the witness.
21      Dated at Wallingford, Connecticut, the 18th day
22 of January, 2005.
23      _____
24      Kevin Lombino, License#LSR00191
25

(My commission expires October 31, 2007.)

**GOLDFARB AND AJELLO (203) 972-8320**