# EXHIBIT P

| | |
|---|---|
| PREPARED FOR: | Attorney Everett H. Madin, Jr.<br>RisCassi & Davis, P.C.<br>131 Oak Street<br>Hartford, Connecticut 06106 |
| BY: | Mehdi Mostaghimi, Ph.D.<br>P.O. Box 569<br>Madison, CT 06643 |
| DATE: | January 19, 2004 |
| RE: | **Applying Poisson Probability Distribution to Calculating the Probability of an Alcohol Related Fatal Accident in the U.S. for 20 VMT** |

Poisson probability distribution is useful when the interest is in the number of times a certain event will occur in a given amount of time or given number of miles traveled (or whatever appropriate measure specific to the problem), given we have information about the rate of occurrence of such event.
- Thus, if an event is defined a fatal accident and if the interest is to investigate it for a given number of miles traveled (e.g., 20 VMT), this distribution is a perfect fit to calculate its chances (probability).
- Suppose:
    o X is variable for the event of fatality in an auto accident:
      - X=0: no fatality in an auto accident.
      - X=1+: one or more fatalities in an auto accident
    o n is the number of miles traveled (VMT).
    o $\mu$ is the fatal accident rate per one VMT.
    o Then: the Poisson probability of an event X is calculated as:
    o

$$\Pr(X) = \frac{(n\mu)^X e^{-(n\mu)}}{X!}.$$

1. <u>Suppose our interest is in finding the probability of **NO** fatality in an auto accident in the U.S. (alcohol and non-alcohol related) in 20 VMT.</u>
    - And we have information for the U.S. fatality rate of 1.51 per 100 VMT (see 1st row in Table 2 below). This rate covers both alcohol and non-alcohol related fatalities.
    - The Poisson probability formula is applied as:
      o X=0,
      o n=20,
      o µ=1.51/100M    (100M= 100 million)
      o Then: **Pr(X=0) = 9999996.98/10M**.

2. Suppose our interest is in finding the probability of **ONE OR MORE** fatalities in an auto accident in the U.S. (alcohol and non-alcohol related) in 20 VMT.
   - Probability of one or more fatalities is the complement of the probability of no fatality. The relationship between these two probabilities is
     o **Pr(X=1+) =1-Pr(X=0)**
       **=1- 9999996.98/10M =3.019999544/10M**

3. Suppose our interest is in finding the probability of **ONE OR MORE** fatalities in an auto accident in the U.S. **for a male driver, 35 years and older, with a BAC=0.15+%** with 20 VMT.
   - This probability is defined as: (Relative Risk of fatal accidents for a male driver, 35 years and older with a BAC=0.15+%) * (Probability of one or more fatalities in an auto accident in the U.S. in 20 VMT)
     = 382 * **Pr(X=1+)**
     = 382 * **3.019999544/10M = 1153.639826/10M**

   - This is the same probability of 1154/10M shown in the last row of Table 2.

**Table 2: Probability of a Male Driver, 35 years and older, a BAC=0.15+% killed in an accident as a Function of VMT** (Probabilities are out of 10 Million)

|  | US*** | Connecticut*** |
|---|---|---|
| Fatality Rate per 100 Million VMT | 1.51 | 1.01 |
| Probability of a Fatality per 100 Million VMT* | 15 | 10 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per one VMT** | 58 | 39 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per 100 VMT** | 5768 | 3858 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per 20 VMT** | 1154 | 772 |

\* Poisson probability distribution
\*\* Assuming a fatality relative risk (odds ratio) of 382.
\*\*\* Probabilities are out of 10 million.