# EXHIBIT S

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X

PHILIP GLYNN,                  :

       Plaintiff,       :

  VS.                          :    NO. 3-02CV1802 (AVC)

BANKERS LIFE & CASUALTY CO.,   :

       Defendant.       :

------------------------------ X

D E P O S I T I O N

THE DEPOSITION OF MARY GLYNN-HESLIN, taken on behalf of the Defendant, pursuant to the Federal Guidelines, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 17th day of January, 2005 at 10:00 a.m. at the offices of RisCassi and Davis, PC, 131 Oak Street, Hartford, Connecticut.


COPY

**GOLDFARB AND AJELLO (203) 972-8320**

2

```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4           RISCASSI AND DAVIS, PC
             131 Oak Street
 5           PO Box 261567
             Hartford, CT  06126-1567
 6
             BY: EVERETT MADIN, JR., ESQ.
 7
 8   FOR THE DEFENDANT:
 9           SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
             Four Times Square
10           New York, NY  10036-6522
11           BY: KATHERINE CREENAN, ESQ.
12
13   ALSO PRESENT:

     JONATHAN CHAPPELL
14
15
16
17
18
19
20
21
22
23
24
25
```

GOLDFARB AND AJELLO (203) 972-8320

13

1  two-year-old. So the actual flow of those timetables of
2  phone calls is not permanent in my mind.
3     Q. But you recall Detective Gilson saying that he
4  was at the accident scene the evening of the accident?
5     A. I do recall that.
6     Q. Okay. And you recall it was Detective Gilson
7  who said he investigated the crash site?
8     A. He made comment to me as to the nature of it
9  being a very unpleasant accident. He was extremely sorry
10 for our loss. He made comment that he had investigated
11 many accidents. My best recollection is he was on the
12 force for quite sometime.
13    Q. Did you know Detective Gilson before the June 8
14 accident?
15    A. I did not.
16    Q. Okay. Now, Detective Gilson, sentence 7 here,
17 "Detective Gilson told me that brother had negotiated the
18 curve before the actual contact accident had occurred,"
19 and that's what he told you during one of these
20 conversations?
21    A. That is what he told me and, in fact, yes, yes,
22 he told me that.
23    Q. And paragraph sentence 8, he told you that it
24 was common in residential areas for animals to run out in
25 front of vehicles?

**GOLDFARB AND AJELLO (203) 972-8320**

14

  1  A.  He did.
  2  Q.  And sentence 9, "He said that that was probably
  3  what happened to my brother," that's what the detective
  4  told you?
  5  A.  He told me that that was, yes.
  6  Q.  That that it was probably what had happened?
  7  A.  I don't think he said probably.  I believe he
  8  said that in his line of work something to that, yes,
  9  yes.
 10  Q.  Yes, that it was probably?
 11  A.  Yes, yes, sentence 9 is correct.
 12  Q.  Did he tell you anything else that does not
 13  appear in your affidavit?
 14  A.  Not to my recollection.  Again, this was quite
 15  some time ago.
 16  Q.  When was the last time that you spoke with
 17  Detective Gilson?
 18  A.  I did not speak to him again after acquiring my
 19  brother's personal effects.  I had no contact with him,
 20  it was too incredibly painful.
 21  Q.  And so you haven't spoken with him until this?
 22  A.  No, I have not.
 23       MS. CREENAN:  I have no further questions
 24     for you.  I don't know if Attorney Madin will.
 25       MR. MADIN:  I don't have any questions.

**GOLDFARB AND AJELLO (203) 972-8320**

```
 1  STATE OF CONNECTICUT   )
 2                         )  ss:  WALLINGFORD
 3  COUNTY OF NEW HAVEN    )
 4
 5         I, Kevin Lombino, a Registered Professional
 6  Reporter and Notary Public within and for the State of
 7  Connecticut, do hereby certify that the within deposition
 8  of MARY GLYNN-HESLIN, was held before me on the 17th day
 9  of January, 2005.
10         I further certify that the witness was first
11  sworn by me to tell the truth, the whole truth and
12  nothing but the truth, and was examined by counsel, and
13  his testimony was recorded stenographically by me, it was
14  reduced to typewriting under my supervision, and I hereby
15  submit that the within contents of said deposition are
16  true and accurate to the best of my ability.
17         I further certify that I am not a relative of
18  nor an attorney for any of the parties connected with the
19  aforesaid examination, nor otherwise interested in the
20  testimony of the witness.
21         Dated at Wallingford, Connecticut, the 18th day
22  of January, 2005.
23         _____
24         Kevin Lombino, License#LSR00191
25  (My commission expires October 31, 2007.)
```

GOLDFARB AND AJELLO (203) 972-8320