UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
:
PHILIP GLYNN,                                    :    CIVIL NO. 3-02CV1802 (AVC)
                                                 :
    Plaintiff,                                  :
                                                 :
v.                                               :
                                                 :
BANKERS LIFE AND CASUALTY CO.,                   :
                                                 :
    Defendant.                                  :    MARCH 24, 2005
------------------------------------------------x

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Bankers Life and Casualty Company ("Bankers") hereby moves for summary judgment dismissing the complaint.

Plaintiff asserts a claim under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.* ("ERISA"), and seeks to recover benefits under an accidental death policy issued and administered by Bankers. It is undisputed that Plaintiff's decedent was killed driving at an excess rate of speed while intoxicated; indeed, his blood alcohol content was 0.17%. Bankers denied the claim because, under ERISA case law, a decedent's death is not accidental when it resulted from driving while intoxicated.

As described in the accompanying memorandum of law and Rule 56(a)1 Statement,[1] there are no genuine issues as to any material fact, and Bankers is entitled to judgment as a matter of law.

---

[1] Bankers also submits herewith the Affidavit of Robert Kroll, Declaration of Robert J. Pandina, PH.D. and Declaration of Andrew Muscato, Esq. in support of this motion.

ORAL ARGUMENT REQUESTED    1    61173

THE DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

BY /s/
    John T. Shaban ct14075
    Whitman Breed Abbott & Morgan LLC
    100 Field Point Rd.
    Greenwich, CT 06830
    203-869-3800 (telephone)
    203-869-1951 (facsimile)
    jshaban@wbamct.com

    and

    Andrew Muscato ct15073
    Skadden, Arps, Slate, Meagher &
    Flom LLP
    Four Times Square
    New York, New York 10036
    212-735-3000 (telephone)
    212-735-2000 (facsimile)

ORAL ARGUMENT REQUESTED            2                            61173

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Motion for Summary Judgment, along with Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the Affidavit of Robert Kroll with accompanying exhibits, Declaration of Robert J. Pandina, PH.D. with accompanying exhibits, the Declaration of Andrew Muscato, Esq. with accompanying exhibits, and Defendants' Local Rule 56(a)(1) Statement was sent by first class mail, postage prepaid, on the 24th day of March to the following:

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

John C. Shaban