UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
:
PHILIP GLYNN,                         :   CIVIL NO. 3-02CV1802 (AVC)
:
Plaintiff,                    :
:
v.                                    :
:
BANKERS LIFE AND CASUALTY CO.,        :
:
Defendant.                    :   MARCH 24, 2005
------------------------------------------------x

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Bankers Life and Casualty Co., has manually filed the following documents in connection with and in support of their Motion for Summary Judgment:

1. Exhibits A through B of the Declaration of Robert J. Pandina, PH.D. in Support of Defendant's Motion for Summary Judgment;
2. Exhibit A through D of the Affidavit of Robert Krol in Support of Motion for Summary Judgment; and
3. Exhibit E through F of the Declaration of Andrew Muscato, Esq. in Support of Defendant's Motion for Summary Judgment

These documents have not been filed electronically because:

☐ the document or thing cannot be converted to an electronic format

☒ the electronic file size of the documents exceed 1.5 megabytes

☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

61179

DEFENDANT
BANKERS LIFE AND
CASUALTY COMPANY

By: _____
JOHN T. SHABAN
Federal Bar No. ct14075
Whitman Breed Abbott & Morgan
100 Field Point Road
P.O. Box 2250
Greenwich, CT 06830
Telephone: (203) 869-3800
Facsimile: (203) 869-1951

OF COUNSEL
ANDREW MUSCATO
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Newark Center
Newark, NJ 07102

61179

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Manual Filing was sent via first overnight mail, postage prepaid, this 24th day of March, 2005 to:

Everett H. Madin, Jr.
Riscassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106

Counsel for Plaintiff Philip Glynn

John T. Shaban

61179