UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------- x
PHILIP GLYNN,                         :
                                      :
            Plaintiff,                :   CIVIL ACTION NO.:
                                      :   02-CV-1802 (AVC)
      v.                              :
                                      :
BANKERS LIFE AND CASUALTY             :
COMPANY,                              :   JANUARY 26, 2005
                                      :
            Defendant.                :
------------------------------------- x

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF ILLINOIS    :
                     :   ss:
COUNTY OF COOK       :

Robert Krol, being duly sworn deposes and says:

1. I am a claims adjuster for Defendant Bankers Life and Casualty Company ("Bankers") and have been for approximately the past year. Before that, I was a special risk benefits representative for Bankers.

2. I make this affidavit in support of Bankers' motion for summary judgment dismissing the complaint filed by Plaintiff Philip Glynn.

3. As a Bankers special risk benefits representative, I was responsible for gathering and organizing information for the purpose of formulating an opinion regarding whether accidental death benefits under a policy would be paid by Bankers or denied.

4. As a Bankers special risk benefits representative, in 2001 and 2002 I gathered and organized information regarding the Plaintiff's claim for benefits under a Group Accident Policy No. SR84,001B (the "Policy"), issued by Bankers to Johnson & Johnson ("J&J"). The information I gathered and organized revealed that (1) Plaintiff's decedent, Peter Glynn, was a J&J employee; (2) who died on June 8, 2001 in Bristol, Connecticut, when the automobile he was driving overturned after he lost control of the vehicle while negotiating a curve at well above the posted speed limit; and (3) whose blood alcohol level was 0.17%.

5. On March 4, 2002, in a letter written by me, Bankers denied Plaintiff's claim.

6. On May 18, 2004 I was deposed in this matter. During my deposition, I identified the documents attached as exhibits to this Affidavit.

7. A true copy of the Policy (Bates-stamped as D002 to D019) is attached hereto as Exhibit A. The Policy was marked as Exhibit 7 during my deposition.

8. Attached hereto as Exhibit B is a true copy of the record before Bankers in deciding Plaintiff's claim, consisting of J&J's Notice of Claim (D081) (marked as Exhibit 2 during my deposition), Employer's Claim Notice (D080) (marked as Exhibit 3 during my deposition), Peter Glynn's Beneficiary Designation (D083) (marked as Exhibit 4 during my deposition), a Bankers' document related to the claim(D082) (marked as Exhibit 5 during my deposition), and the following documents marked collectively as Exhibit 6 during my deposition: the Certificate of Death (D067), Chief Medical Examiner's Report (D068 to D076), the Chief Medical Examiner's Toxicology Report (D077), the Bristol Police Department's Traffic Accident

Investigation Report (D056 to D066), and the Investigative Report of Research Services Bureau, Inc. (D020 to D051).

9. Attached hereto as Exhibit C is a true copy of my March 4, 2002 letter denying Plaintiff's claim and informing him about an appeal of the decision (D087 to D088) (marked as Exhibit 8 during my deposition).

10. Attached hereto as Exhibit D are true copies of further correspondence between myself and Plaintiff's counsel:

- Plaintiff's counsel's letter dated April 30, 2002 (D090) (marked as Exhibit 9 during my deposition)

- my letter dated May 9, 2002 (D091) (marked as Exhibit 10 during my deposition

- Plaintiff's counsel's letter dated May 15, 2002 (D092) (marked as Exhibit 13 during my deposition), and

- My letter dated May 22, 2002 (D093) (marked as Exhibit 12 during my deposition).

11. Plaintiff never submitted any further documentation appealing the denial.

_____
Robert Krol

Subscribed and sworn to before me
on this 26 day of January 2005.

_____
Sherry Kremer



"OFFICIAL SEAL"
SHERRY KREMER
COMMISSION EXPIRES 02/24/07