UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------- x

| | |
|---|---|
| PHILIP GLYNN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: |
| | : 02-CV-1802 (AVC) |
| BANKERS LIFE AND CASUALTY COMPANY, | : |
| Defendant. | : MARCH 21, 2005 |

---------------------------------- x

## DECLARATION OF ANDREW MUSCATO, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Andrew Muscato, Esq., declare under penalty of perjury that the following is true and correct:

1. I am counsel to Skadden, Arps, Slate, Meagher & Flom, LLP with offices at Four Times Square, New York, New York. I am an attorney of the States of New Jersey and New York, admitted pro hac vice for the defendant Bankers Life and Casualty Company ("Bankers").

2. Attached hereto as Exhibit E is a true copy of relevant portions of the Johnson & Johnson Summary Plan Description ("SPD"), that was attached as Exhibit 2 to the Declaration of John T. Shaban, Esq., filed with the Court on June 20, 2003 as part of a Bankers' motion to dismiss the complaint.

3. Attached hereto as Exhibit F is a true copy of relevant portions of the transcript of the deposition of Bankers' Robert Krol dated May 18, 2004.

_____
Andrew Muscato, Esq.

Executed on March 21, 2005