UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
|     Plaintiff, | : |
| V. | :   CIVIL ACTION NO.: |
| | :   302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
|     Defendant | :   April 7, 2005 |

## MOTION TO STRIKE PORTIONS OF DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The plaintiff hereby moves to strike the references by the defendant in its Memorandum of Law filed with this Court on or about March 24, 2005 to websites, which are inadmissible hearsay, which has not been relied on by the defendant's expert in the formulating of his opinions, and lack any independent evidentiary foundation. The last sentence of page 13 of such memorandum and footnote 3 on page 14 should be stricken. The statements are hearsay. Moreover, the defendant's expert did not rely on such websites in offering his opinion(s) in this case. Therefore the plaintiff's Motion to Strike should be granted.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street

                                              Hartford, CT 06106
                                              Ph: 860-522-1196
                                              Fax: 860-246-5847

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, first-class postage prepaid, to all counsel of record on the above date:

Andrew Muscato, Esq.
Katherine Creenan, Esq.
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

                                              _____
                                              Everett H. Madin, Jr.