UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP GLYNN | : | |
|     Plaintiff, | : | |
| V. | : | CIVIL ACTION NO.: |
| | : | 302CV1802 (AVC) |
| BANKERS LIFE AND | : | |
| CASUALTY COMPANY, | : | |
|     Defendant | : | April 7, 2005 |

**MOTION TO STRIKE THE DECLARATION OF ROBERT J. PANDINA**

    The plaintiff hereby moves to strike the declaration of Robert J. Pandina, for the reason that, on its face, such declaration does not state the opinions of such expert with the required level of medical or scientific certainty. Furthermore, Paragraphs 7 through 9 of the declaration, and all references to such statements contained in the defendant's Memorandum of Law dated March 24, 2005, including the last paragraph on page 12 through the end of the first full paragraph on page 13 of the same, should be stricken substantively, for the reason that such statements are mere guesswork based on the reported blood alcohol content of Peter Glynn, which does not adequately demonstrate the level of intoxication or impairment, if any, of Peter Glynn at the time of his accident. Dr. Pandina has acknowledged the uncertainties with regard to blood alcohol levels that are based, without additional evidence, solely on a single blood sample taken from the

decedent's body postmortem. Therefore, since there is insufficient bases for his opinions, such should be stricken.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, first-class postage prepaid, to all counsel of record on the above date:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

_____
Everett H. Madin, Jr.

2