1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X

PHILIP GLYNN,                      :

           Plaintiff,    :

      VS.                           :   NO. 3-02CV1802 (AVC)

BANKERS LIFE & CASUALTY CO.,  :

          Defendant.    :

------------------------------ X


D E P O S I T I O N


THE DEPOSITION OF MEHDI MOSTAGHIMI,

Ph.D., taken on behalf of the Defendant, before

Kevin Lombino, Registered Professional Reporter,

Notary Public within the State of Connecticut

License Number 00191, on the 17th day of

January, 2005 at 2:01 p.m. at the offices of

RisCassi and Davis, PC, 131 Oak Street,

Hartford, Connecticut.


COPY


GOLDFARB AND AJELLO (203) 972-8320

2

1                        A P P E A R A N C E S

2                                    .

3    FOR THE PLAINTIFF:

4            RISCASSI AND DAVIS, PC
             131 Oak Street
5            PO Box 261567
             Hartford, CT   06126-1567

6
             BY: EVERETT MADIN, JR., ESQ.
7

8    FOR THE DEFENDANT:

9            SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
             Four Times Square
10           New York, NY   10036-6522

11           BY: KATHERINE CREENAN, ESQ.

12
     ALSO PRESENT:
13
             JONATHAN CHAPPELL
14

15

16

17

18

19

20

21

22

23

24

25

33

1       A.    At 100 miles that is what I said earlier.

2       Q.    What?

3       A.    That is 5,768 over 10 million.

4       Q.    Now, it that the U.S.?

5       A.    That is for U.S.

6       Q.    Okay..    And do you have an opinion as to

7    Connecticut?

8       A.    For Connecticut for 20 miles, that is 772 over

9    10 million; for 100 miles, it is 3,858 over 10 million.

10   Now, this result is generated but combining the results

11   of the two studies that I mentioned.

12      Q.    Okay.    I'll get to that in a minute.

13            What is your factual basis for the probability

14   of 772 out of 10 million in the state of Connecticut?

15      A.    Okay.    The factual basis, as I said, that is

16   derived as a result of the two studies that I mentioned

17   earlier.

18      Q.    But I'm asking what facts did you base that on.

19      A.    Study one, it is telling us that the relative

20   risk of a male driver 35 years and older with a BAC of

21   .15 percent and more dying in single-vehicle crashes is

22   about 382.    Given that the relative risk of the same

23   person with BAC of 0 is 1, so this is one piece of

24   information using that.

25      Q.    And that's the facts you relied on in coming up

40

1    Q.    I had your December 3, 2004 report marked here

2    as Mostaghimi Number 5.  If you take a look at that, do

3    you recognize that document?

4    A.    Yes, I do.

5    Q.    What is that document?

6    A.    This is the document that I prepared for

7    Attorney Madin and sent it to him.  As I said, when I

8    started doing this, there were a lot of data, and I had

9    to prepare a lot of work trying to get to the question.

10   And I have done a lot of analysis, and the final results

11   of the analysis is the one that I give you a copy earlier

12   today.

13          MS. CREENAN:  Could we mark this as number

14       6.

15          (Mostaghimi Exhibit 6, Document, marked for

16       identification, as of this date.)

17   Q.    We have in front of you --

18   A.    Okay.

19   Q.    -- your December 3, 2004 -- I said, you have in

20   front of you your report dated December 3, 2004.  And you

21   wanted to say something?

22   A.    Since we were talking about the result I

23   produced, and I give it to you today, January 17, there

24   is one piece of information here that I forgot to share

25   it with you.  And that is the information related to a

**GOLDFARB AND AJELLO (203) 972-8320**

41

1  person -- I'm sorry, related to a relative risk of 25.

2  The question is:  What would be the probability that we

3  talked before if the relative risk is 25.  And that

4  information is given on this report, and the probability

5  is for U.S. 75 out of 10 million.

6      Q.    That's on page 2 at the bottom of Mostaghimi 6?

7      A.    Almost last bullet, that's right.  And for

8  Connecticut, it's 50 out of 10 million.

9      Q.    Okay.  I have shown you your report dated

10  December 3, 2004.

11     A.    Yes.

12     Q.    And I ask you where is your opinion, your answer

13  to the question stated on this document.

14     A.    If you look at this report, going to the pages 2

15  and 3, you see study one and study two.

16     Q.    Yes.

17     A.    Okay.  The information that you see in these two

18  pages are basically derived from those studies that we

19  talked earlier.

20     Q.    Derived from those studies?

21     A.    That's right.

22     Q.    But my question to you is:  Where is your

23  opinion?

24     A.    My opinion is given on the first page.

25     Q.    Okay.  Could you point that out to me?  Could

GOLDFARB AND AJELLO (203) 972-8320

80

1  STATE OF CONNECTICUT    )

2                          )   ss:   WALLINGFORD

3  COUNTY OF NEW HAVEN     )

4

5          I, Kevin Lombino, a Registered Professional

6  Reporter and Notary Public within and for the State of

7  Connecticut, do hereby certify that the within deposition

8  of MEHDI MOSTAGHIMI, Ph.D. was held before me on the 17th

9  of January, 2005.

10          I further certify that the witness was first

11  sworn by me to tell the truth, the whole truth and

12  nothing but the truth, and was examined by counsel, and

13  his testimony was recorded stenographically by me, it was

14  reduced to typewriting under my supervision, and I hereby

15  submit that the within contents of said deposition are

16  true and accurate to the best of my ability.

17          I further certify that I am not a relative of

18  nor an attorney for any of the parties connected with the

19  aforesaid examination, nor otherwise interested in the

20  testimony of the witness.

21          Dated at Wallingford, Connecticut, the 18th day

22  of January, 2005.

23  _____

24          Kevin Lombino, License#LSR00191

25

(My commission expires October 31, 2007.)

**GOLDFARB AND AJELLO (203) 972-8320**