PREPARED FOR:     Attorney Everett H. Madin, Jr.
                  RisCassi & Davis, P.C.
                  131 Oak Street
                  Hartford, Connecticut 06106

BY:               Mehdi Mostaghimi, Ph.D.
                  P.O. Box 569
                  Madison, CT 06643

DATE:             January 19, 2004

RE:               **Applying Poisson Probability Distribution to Calculating the Probability of an Alcohol Related Fatal Accident in the U.S. for 20 VMT**


Poisson probability distribution is useful when the interest is in the number of times a certain event will occur in a given amount of time or given number of miles traveled (or whatever appropriate measure specific to the problem), given we have information about the rate of occurrence of such event.
- Thus, if an event is defined a fatal accident and if the interest is to investigate it for a given number of miles traveled (e.g., 20 VMT), this distribution is a perfect fit to calculate its chances (probability).
- Suppose:
    o X is variable for the event of fatality in an auto accident:
        - X=0: no fatality in an auto accident.
        - X=1+: one or more fatalities in an auto accident
    o n is the number of miles traveled (VMT).
    o $\mu$ is the fatal accident rate per one VMT.
    o Then: the Poisson probability of an event X is calculated as:
    o

$$\Pr(X) = \frac{(n\mu)^X e^{-(n\mu)}}{X!}.$$

1. <u>Suppose our interest is in finding the probability of **NO** fatality in an auto accident in the U.S. (alcohol and non-alcohol related) in 20 VMT.</u>
    - And we have information for the U.S. fatality rate of 1.51 per 100 VMT (see 1st row in Table 2 below). This rate covers both alcohol and non-alcohol related fatalities.
    - The Poisson probability formula is applied as:
        o X=0,
        o n=20,
        o $\mu$=1.51/100M    (100M= 100 million)
        o Then: **Pr(X=0) = 9999996.98/10M**.

2. Suppose our interest is in finding the probability of **ONE OR MORE** fatalities in an auto accident in the U.S. (alcohol and non-alcohol related) in 20 VMT.
   - Probability of one or more fatalities is the complement of the probability of no fatality. The relationship between these two probabilities is
     - $Pr(X=1+) = 1 - Pr(X=0)$
       $= 1 - 9999996.98/10M = 3.019999544/10M$

3. Suppose our interest is in finding the probability of **ONE OR MORE** fatalities in an auto accident in the U.S. **for a male driver, 35 years and older, with a BAC=0.15+%** with 20 VMT.
   - This probability is defined as: (Relative Risk of fatal accidents for a male driver, 35 years and older with a BAC=0.15+%) * (Probability of one or more fatalities in an auto accident in the U.S. in 20 VMT)
     $= 382 * Pr(X=1+)$
     $= 382 * 3.019999544/10M = 1153.639826/10M$

- This is the same probability of 1154/10M shown in the last row of Table 2.

**Table 2: Probability of a Male Driver, 35 years and older, a BAC=0.15+% killed in an accident as a Function of VMT** (Probabilities are out of 10 Million)

|  | US*** | Connecticut*** |
|---|---|---|
| Fatality Rate per 100 Million VMT | 1.51 | 1.01 |
| Probability of a Fatality per 100 Million VMT* | 15 | 10 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per one VMT** | 58 | 39 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per 100 VMT** | 5768 | 3858 |
| Probability of a male driver, 35 years and older, a BAC=0.15+% killed in an accident per 20 VMT** | 1154 | 772 |

\* Poisson probability distribution
\*\* Assuming a fatality relative risk (odds ratio) of 382.
\*\*\* Probabilities are out of 10 million.