1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------ X

PHILIP GLYNN,                  :

       Plaintiff,      :

   VS.                         :   NO. 3-02CV1802 (AVC)

BANKERS LIFE & CASUALTY CO.,   :

       Defendant.      :

------------------------------ X


D E P O S I T I O N


      THE DEPOSITION OF THERESA JONES, taken on behalf of the Defendant, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 00191, on the 17th day of January, 2005 at 10:21 a.m. at the offices of RisCassi and Davis, PC, 131 Oak Street, Hartford, Connecticut.


COPY

**GOLDFARB AND AJELLO (203) 972-8320**

```
                                                              2

 1                A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4         RISCASSI AND DAVIS, PC
           131 Oak Street
 5         PO Box 261567
           Hartford, CT  06126-1567
 6
           BY: EVERETT MADIN, JR., ESQ.
 7

 8   FOR THE DEFENDANT:

 9         SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
           Four Times Square
10         New York, NY  10036-6522

11         BY: KATHERINE CREENAN, ESQ.

12
     ALSO PRESENT:
13
             JONATHAN CHAPPELL
14

15

16

17

18

19

20

21

22

23

24

25

              GOLDFARB AND AJELLO (203) 972-8320
```

8

```
 1      A.   Yes.
 2      Q.   What time was the graduation?
 3      A.   6:30.
 4      Q.   Did you spend time with your father that day
 5 also?
 6      A.   Not that I can recall.
 7      Q.   Did your father attend the graduation?
 8      A.   Yes.
 9      Q.   So at 3:45 -- and your brother's name is Peter,
10 right?
11      A.   Yes.
12      Q.   How long did Peter stay at your house?
13      A.   Until 5:00.  Time was an issue because we had to
14 get -- be at the graduation by 6:30, so --
15      Q.   Was Peter going to the graduation?
16      A.   No.
17      Q.   Did you invite him to the graduation?
18      A.   Yeah.
19      Q.   Why didn't he attend?
20      A.   I think he had to work the next day.
21      Q.   Do you remember what day of the week that was?
22      A.   Friday.
23      Q.   What did you discuss with your brother from 3:45
24 until 5 p.m.?
25      A.   Well, I remember vividly because I had taped the
```

**GOLDFARB AND AJELLO (203) 972-8320**

1      And sentence four, that's correct as it's
2  written?
3      A.   Yeah.
4      Q.   And paragraph 5, "We visited for more than a
5  hour.  He left approximately 5:10 p.m. to go home and
6  shower."
7      How did you know he was going to shower?
8      A.   I believe he mentioned it but it's been three
9  years, so it's hard to recall.
10     Q.   Okay.  And when you say his house was about 40
11 minutes away, that was because you gave it the
12 consideration of rush-hour traffic on a Friday night?
13     A.   Right, right.  Correct.
14     Q.   And number six, is that correct to this time,
15 "At no time during our visits did I detect any order of
16 alcohol on Peter"?
17     A.   Correct.  I poured him a soda out of my own
18 refrigerator.
19     Q.   You did not see him consume any alcoholic
20 beverage while at your house?
21     A.   No.
22     Q.   Paragraph 7 it says, "When he got home to
23 Bristol he took his Cadillac from his yard and parked it
24 on the street for me.  He was letting me borrow it for a
25 special occasion."

18

1         The special occasion is the graduation of Jacob?
2    A.   And also we are borrowing it over the weekend
3 for a family getaway.
4    Q.   Where were you going?
5    A.   Cape Cod.
6    Q.   The first part of that sentence, "He took his
7 Cadillac from his yard," how did you know he took his
8 Cadillac from his yard and parked it on street?
9    A.   Because when I discussed it with my father, when
10 we pulled up, when we pulled up to get the car at 7:45,
11 my dad say when I left to go to your mother's house, the
12 Cadillac wasn't on the street.
13   Q.   And sentence eight, "either before or after he
14 moved the vehicle he showered and made supper for
15 himself."
16        How do you know he showered?
17   A.   Well, I spoke to my dad and he said that there
18 was evidence of a shower and that there was a steak on
19 the stove, so I guess I personally don't know.
20   Q.   Sentence number nine, "I do not know where he
21 went after that but it would have been around 6:30 p.m.
22 by the time he left his house."
23        How do you know that it was around 6:30 p.m.
24 that Peter left his house?
25   A.   Again, it's through family discussion.

**GOLDFARB AND AJELLO (203) 972-8320**

19

1   Q.   With your father?
2   A.   Right.
3   Q.   Okay.
4   A.   I guess I was speculating and I wasn't aware of
5   it.
6   Q.   Are there any facts, any other facts about your
7   brother's activities that day that you know of that you
8   didn't include in here?
9   A.   No. The only facts I know of facts now that I
10  am aware of how the law works is that he was at my house
11  until 5, 5:10.
12  Q.   And that you did not -- you poured him a soda
13  and he did not consume any alcohol on your premises?
14  A.   No.
15          MS. CREENAN: That's all I have for you,
16      Mrs. Jones.
17          MR. MADIN: No questions.
18          MS. CREENAN: Thank you so much for coming
19      and I am very sorry about the loss of your
20      brother.
21          (Time noted: 10:43 a.m.)
22
23
24
25

**GOLDFARB AND AJELLO (203) 972-8320**

21

```
 1  STATE OF CONNECTICUT    )
 2                          )  ss:   WALLINGFORD
 3  COUNTY OF NEW HAVEN     )
 4
 5          I, Kevin Lombino, a Registered Professional
 6  Reporter and Notary Public within and for the State of
 7  Connecticut, do hereby certify that the within deposition
 8  of THERESA JONES was held before me on the 17th day of
 9  January, 2005.
10          I further certify that the witness was first
11  sworn by me to tell the truth, the whole truth and
12  nothing but the truth, and was examined by counsel, and
13  his testimony was recorded stenographically by me, it was
14  reduced to typewriting under my supervision, and I hereby
15  submit that the within contents of said deposition are
16  true and accurate to the best of my ability.
17          I further certify that I am not a relative of
18  nor an attorney for any of the parties connected with the
19  aforesaid examination, nor otherwise interested in the
20  testimony of the witness.
21          Dated at Wallingford, Connecticut, the 18th day
22  of January, 2005.
23          _____
24          Kevin Lombino, License#LSR00191
25  (My commission expires October 31, 2007.)
```

**GOLDFARB AND AJELLO (203) 972-8320**