AMENDED LINE 30 PER CHIEF MEDICAL EXAMINER 7/10/2001

**STATE OF CONNECTICUT**
**DEPT. OF HEALTH SERVICES**
**CERTIFICATE OF DEATH**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**

| Field | Value |
|---|---|
| 1. Deceased Name (First, Middle, Last) | Peter John Glynn |
| 2. Sex | M |
| 3. Date of Death | 6-8-2001 |
| 4. Date of Birth | June 22, 1961 |
| 5. Age - Last Birthday | 39 |
| 6. Race | White |
| 7. Of Hispanic Origin? | N |
| 8. County of Death | Hartford |
| 9. Town of Death | Bristol |
| 10. Place of Death | Other |
| 11. Location | Peck Ln./Wolcott St |
| 12. City & State of Birth | Hartford, CT |
| 13. Citizen of | USA |
| 14. Married/Never Married/Widowed | Divorced |
| 15. Last Spouse | Denise Dowjat |
| 16. Social Security Number | 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 |
| 17. Usual Occupation | Tech Leader |
| 18. Kind of Business or Industry | Johnson & Johnson Medical |
| 19. Residence State | Connecticut |
| 20. County | Hartford |
| 21. Town | Bristol |
| 22. Number and Street | 12 Putnam St. |
| 23. Veteran | No |
| 25. Education | 12 / 3 |
| 26. Father - Name | Philip Glynn |
| 27. Mother - Name | Shirley Beeman |
| 28. Informant - Name / Address / Relationship | Philip Glynn, 12 Putnam St. Bristol, CT 06010, Father |

**PART I. DEATH WAS CAUSED BY:**
(a) Head Injuries
(b) [struck through]
(c) [struck through]

Approximate interval between onset and death: 6-9-01

**PART II. Other significant conditions:**
30. Ethanol intoxication
31. Autopsy: Y
32. Injury at Work: N
33. Accident
34. Date of Injury: 6-8-2001
35. Hour: PM
36. How Injury Occurred: Driver of Motorvehicle struck fixed object
37. Place of Injury: Street/Roadway
38. Location: Peck Ln., Wolcott St., Bristol, CT

**CERTIFICATION - MEDICAL EXAMINER:**
43. 06 08 01 P
44. Pronounced Dead: 06 08 2001 8:35 PM
45. M.E. Case No.: 01-07155
46. Certifier Name: Malka B. Shah, MD
47. Signature: Malka B. Shah, M.D.
48. Title: Associate Medical Examiner
49. Address: Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT 06032
50. Date Signed: 6-9-2001

51. Burial
52. St. Joseph Cem.
53. Bristol, CT
54. Date: June 13, 2001
55. Funeral Home: O'Brien Funeral Home, 24 Lincoln Ave, Bristol, CT 06010
57. Name of Embalmer: Kenneth K. Taylor
58. License Number: 2437

This Certificate Received for Record on JUN 1 1 2001
Registrar: Maryann E. Spirito, Asst

---

I CERTIFY THAT THIS IS A TRUE COPY OF THE CERTIFICATE ON RECORD

ATTEST: Patricia DeSanto Asst   REGISTRAR

DATE: AUGUST 1, 2001

Kvol #6 5/18/04

D 067