### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

PHILIP GLYNN,
Plaintiff,

v.                                                          Civil No. 3:02CV1802 (AVC)

BANKERS LIFE AND CASUALTY
COMPANY,
Defendant                                                   MAY 11, 2004

### RE-NOTICE OF DEPOSITION

The defendant in the above-entitled action will take notice that the plaintiff therein will take the deposition of **CORPORATE DESIGNEE (ROBERT KROL)**, pursuant to Federal Rules of Civil Procedure 30(b)(6) of the person most familiar with the denial of benefits pursuant to Peter Glynn's Accidental Death policy. **MAY 18, 2004 AT 10:00 A.M.** before a court reporter or other competent authority, to be held at **Skadden, Arps, Meagher & Flom, 333 West Wacker Drive, Chicago, Illinois.**

The deponent is requested to bring the following documents: Entire policy regarding Peter Glynn, any and all correspondence regarding Peter Glynn's claim or disability policy including e-mails and hand-written notes, any investigative reports or incident reports regarding Peter Glynn's policy or claim supporting any legal basis for denying Mr. Glynn's claim, a list of

Certified Article Number
7160 3901 9848 2722 3907
SENDERS RECORD


EXHIBIT
Krol #1
5/18/04

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196

lawsuits in which the defendant has denied paying disability claims based upon alcohol consumption, any written policies or procedures regarding denial of disability claims involving alcohol consumption, documentation reflecting the defendant's Fifth Affirmative Defense.

PLAINTIFF,

BY_____
Everett H. Madin, Jr.
RISCASSI AND DAVIS, P.C.
JURIS NO. 50361

    This is to certify that a copy of the foregoing was mailed, by certified mail, and faxed to all counsel of record on the above date:

John Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
Greenwich, CT 06830

Katherine Creenan, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
One Newark Center
Newark, NJ 07102

_____
Everett H. Madin, Jr.