# RisCassi and Davis, P.C.
## Attorneys at Law

131 OAK STREET

P. O. BOX 261557

HARTFORD, CONNECTICUT 06126-1557

—

(860) 522-1196

WILLIAM R. DAVIS
JAMES D. BARTOLINI†
ANDREW S. GROHER
MICHAEL C. JAINCHILL†
JOHN J. HOULIHAN, JR.†
DAVID W. COONEY†
EUGENE K. SWAIN*†
KATHRYN A. CALIBEY
DOUGLAS W. HAMMOND
EVERETT H. MADIN, JR.
PAUL M. IANNACCONE

† CERTIFIED CIVIL TRIAL ADVOCATE
  NATIONAL BOARD OF TRIAL ADVOCACY
*ALSO ADMITTED IN RHODE ISLAND

FAX NUMBER
(860) 246-5847

—

LEON RISCASSI
1933-1986

JOSEPH C. LINNON
1956-1976

April 30, 2002

Mr. Robert Krol
Bankers Life & Casualty Company
222 Merchandise Mart Plaza
Chicago, Ill 60654-2011

RE:    Peter Glynn (deceased)
       Johnson and Johnson
       Policy:  SR 84001

Dear Mr. Krol:

I represent Mr. Philip Glynn with regard to Peter Glynn's accidental death claim.  First, I am requesting an appeal of this decision in accordance with your letter to Mr. Glynn dated March 4, 2002.

Second, please give me a call when you have an opportunity to discuss this matter further.  It is Mr. Glynn's position that the policy is fully payable under the facts and circumstances of this case.

I look forward to hearing from you in the near future.

Very truly yours,

RisCassi and Davis, P.C.


By_____
       Everett H. Madin, Jr.

EHM:kmk