UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
:
PHILIP GLYNN,                           :    CIVIL NO. 3-02CV1802 (AVC)
                                        :
    Plaintiff,                          :
                                        :
v.                                      :
                                        :
BANKERS LIFE AND CASUALTY CO.,          :
                                        :
    Defendant.                          :    APRIL 21, 2005
------------------------------------------------X

### JOINT MOTION FOR EXTENSION OF TIME

Defendant Bankers Life and Casualty Company ("Bankers") hereby moves jointly with Plaintiff for an extension of time to file the joint pretrial memorandum in this action.

In support of this motion, Bankers respectfully submits the following:

1. According to the Fifth Amended Scheduling Order dated January 21, 2005, the parties' joint pretrial memorandum is due on April 22, 2005.

2. Both Plaintiff and Bankers have filed motions for summary judgment on March 17 and 25, 2005, respectively, and the parties are in the process of opposing and replying to those motions.

3. In addition, Plaintiff has filed two motions to strike that are also pending and Bankers is in the process of preparing opposition to those two motions.

4. Until all of the pending motions are resolved, the precise scope of the issues to be tried will be unknown, thus preventing the creation of the joint trial memorandum on April 22, 2005.

5. Furthermore, Bankers' trial attorney, Andrew Muscato, ct15073, admitted *pro hac vice* in this action, has been on trial in the Supreme Court of New York in a matter entitled *PRG Planning & Development LLC v. LateNite Magic, Inc., et al.*, Index No. 114077/99. The trial began on March 8, 2005 and is ongoing. The trial is expected to last until at least mid-May.

6. Although the Fifth Amended Scheduling Order sets a trial ready date of May 27, 2005, Bankers has been advised by the clerk's office that another scheduling order will be issued after the Court decides the pending motions for summary judgment, and that the new scheduling order will set a new date for filing the joint trial memorandum and a new trial ready date.

7. This is the parties' fifth request to extend deadlines.

8. Counsel for Bankers has spoken with counsel for the plaintiff and there is no objection to this motion.

WHEREFORE, Bankers respectfully requests an extension of time to file the parties' joint trial memorandum, on a date no sooner than 30 days after the Court's ruling on the parties' summary judgment motions.

        THE DEFENDANT
        BANKERS LIFE AND CASUALTY
        COMPANY

        BY _____
        John T. Shaban, ct14075
        Whitman Breed Abbott & Morgan LLC
        100 Field Point Rd.
        Greenwich, CT 06830
        203-869-3800 (telephone)
        203-869-1951 (facsimile)
        jshaban@wbamct.com

        Andrew Muscato, ct15073
        Skadden, Arps, Slate, Meagher &
        Flom LLP
        Four Times Square
        New York, New York 10036
        212-735-3000 (telephone)
        212-735-2000 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Dismiss was sent via overnight mail, postage prepaid, this 21 of April 2005 to:

Everett H. Madin, Jr., Esq.
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

John T. Shaban