# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

-----------------------------------------------------X

2005 APR 22 A 10:58

      DISTRICT COURT
      HARTFORD, CT

PHILIP GLYNN,                    :        CIVIL NO. 3-02CV1802 (AVC)

      Plaintiff,              :

v.                               :

BANKERS LIFE AND CASUALTY CO.,   :

      Defendant.              :        APRIL 21, 2005

-----------------------------------------------------X

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Bankers Life and Casualty Company ("Bankers") hereby moves jointly with Plaintiff for an extension of time to file the joint pretrial memorandum in this action.

In support of this motion, Bankers respectfully submits the following:

1.      According to the Fifth Amended Scheduling Order dated January 21, 2005, the parties' joint pretrial memorandum is due on April 22, 2005.

2.      Both Plaintiff and Bankers have filed motions for summary judgment on March 17 and 25, 2005, respectively, and the parties are in the process of opposing and replying to those motions.

In addition, Plaintiff has filed two motions to strike that are also pending and Bankers is in the process of preparing opposition to those two motions.

3:02CV1802 (AVC) April 25, 2005. The motion for extension of time (doc. no. 145) to file the joint pretrial memorandum is GRANTED. The parties shall have thirty days from the court's ruling on the cross-motions for summary judgment to file the joint pretrial memorandum. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED

2005 APR 26 A 32

U.S. DISTRICT COURT
HARTFORD, CT