# EXHIBIT A

# AUTHORIZATION

Upon presentation of the original or a photocopy of this signed authorization, I authorize any medical professional, hospital or other medical-care institution, medical or hospital service and pre-paid health plans, insurance support organization, insurance company, group policyholder, employer, benefit plan administrator, or their representatives, to provide BANKERS LIFE AND CASUALTY COMPANY/BANKERS MULTIPLE LINE INSURANCE COMPANY or an agent, attorney, consumer reporting agency or independent administrator, acting on its behalf, information concerning advice, care or treatment provided the patient, employee or deceased named below, including information relating to mental illness, use of drugs or alcohol. I also authorize my employer, group policyholder, benefit plan administrator, or their representatives, to provide BANKERS LIFE AND CASUALTY COMPANY/BANKERS MULTIPLE LINE INSURANCE COMPANY with financial or employment-related information.

I understand that such information will be used by BANKERS LIFE AND CASUALTY COMPANY/ BANKERS MULTIPLE LINE INSURANCE COMPANY for the purpose of evaluating my claim for insurance benefits and that I or any authorized representative will receive a copy of this authorization upon request.

This authorization is valid from the date signed for the term of the policy if the claim is for a health insurance benefit, or for the duration of the claim if it is not.

8-20-01
Date Signed (Month/Day/Year)

PETER J. GLYNN
Name of Patient/Employee (or Deceased)

Group Number        I. D. Number

X Philip A. Glynn
Signature of Patient/Employee, Authorized Representative or Next of Kin.

(If Patient/Employee is under eighteen (18) years of age or is incapacitated, Parent or Guardian must sign. If Patient/Employee is deceased, Personal Representative or next of kin must sign.)

SRD-960F

D 079