# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,

    Plaintiff,

vs                                                                                      Civil Action 302 CV 1802

BANKERS LIFE AND CASUALTY COMPANY,

    Defendant.

DEPOSITION OF

ROBERT KROL

May 18, 2004
10:00 a.m.

333 West Wacker
Chicago, Illinois

Sandra Drechsler, Certified Shorthand Reporter,
Registered Professional Reporter, and Notary Public



**setdepo**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

2

1       APPEARANCES
2
3   ON BEHALF OF THE PLAINTIFF
4   RISCASSI & DAVID
5   BY:  EVERETT H. MADIN, JR., ESQUIRE
6        131 Oak Street
7        P.O. Box 261557
8        Hartford, Connecticut  06126-1557
9        (860) 344-5297
10
11  ON BEHALF OF THE DEFENDANT
12  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
13  BY:  ANDREW MUSCATO, ESQUIRE
14       One Newark Center
15       Newark, New Jersey  07102-5297
16       (973) 639-6800
17
18  ALSO PRESENT:
19  CONSECO Services, LLC
20  ROBERT E. BURKETT, JR.,
21  Senior Vice President, Legal
22
23
24


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

56

1    Q.    Were there any phone calls between
2    Mr. Glynn and yourself prior to May 9, 2002?
3    A.    Yes, there was.
4    Q.    And how do you know that?
5    A.    Call sheet where he called me or
6    he called -- I called him back. I can't
7    really tell for certain.
8        MR. MADIN:    That's D 085.
9        We'll mark that as Exhibit 11,
10    please.
11        (Krol Exhibit-11 marked for
12    identification.)
13        MR. MUSCATO:    What what's that
14    number again?
15        MR. MADIN:    Exhibit 11, D 085.
16    BY MR. MADIN:
17    Q.    Now, are you able to identify for
18    me the handwriting that is on Exhibit 11?
19    A.    Yes. That's my handwriting.
20    Yeah, that's my handwriting.
21    Q.    I'm going to ask you to read the
22    section of Exhibit 11 under the heading of
23    "remarks," and read it slowly for the court
24    reporter, please.


sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

57

1   A. The call is from Mr. Glynn. The
2   remarks read: "Mr. wants copy of entire
3   master policy" -- am I going too fast?" --
4   "he may file suit and was told to get this
5   first. We discussed this and I advised him
6   only five or six pages really applied to
7   claims. The rest don't apply at all. He
8   agreed to my suggestion. I will send him
9   copies of the pages that truly apply. Okay."
10  And my initials, with the date of March 14,
11  2002.
12      Q. Okay. Now the five or six pages
13  that you are noting there, are those five or
14  six pages of the policy we have already
15  marked as Exhibit 7?
16      A. Yes.
17      Q. Do you have a recollection of what
18  five or six pages you sent?
19      A. Not a perfect recollection, but I
20  can attempt to show you.
21      Q. Why don't you just take a moment
22  and look at Exhibit 7 and see if you can
23  identify the five or six pages?
24      A. Do you want me to take them apart



setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

58

1 and separate them.
2     Q.    No. We'll just go by the D Bates
3 numbers.
4     A.    The ones you think I sent?
5     Q.    The ones that you think I sent.
6     A.    Fair enough. Okay. D 004, D 007,
7 D 009, D 010, D 015, D 016. I believe
8 that's all.
9     Q.    Okay. And was there a reason why
10 you didn't send the entire policy?
11     A.    The other pages don't apply to
12 claims.
13     Q.    Okay. And at some point was the
14 appeal denied?
15     A.    I wouldn't say denied. I would
16 just say continuing correspondence.
17     Q.    What did you find? You passed me
18 a letter dated May 22, 2002, that is D 093.
19     And I'm going to ask the court
20 reporter to mark that, please.
21     (Krol Exhibit-12 marked for
22 identification.)
23     MR. MUSCATO:    What's the exhibit
24 number, 12?


setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

107

1    STATE OF ILLINOIS    )
2    )SS.
3    COUNTY OF C O O K    )
4            I, SANDRA DRECHSLER, Certified
5    Shorthand Reporter No. 84-1676 and Notary
6    Public in and for the County of Cook, State
7    of Illinois, do hereby certify that I caused
8    to be reported in shorthand and thereafter
9    transcribed the foregoing transcript of
10   proceedings.
11           I further certify that the
12   foregoing is a true, accurate and complete
13   transcript of my shorthand notes so taken as
14   aforesaid; and further, that I am not counsel
15   for nor in any way related to any of the
16   parties to this action, nor am I in any way
17   interested in the outcome thereof.
18           I further certify that this
19   certificate applies to the original signed IN
20   BLUE and certified transcripts only.  I
21   assume no responsibility for the accuracy of
22   any reproduced copies not made under my
23   control or direction.
24           IN TESTIMONY WHEREOF, I have


sd setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

108

1  hereunto set my hand and affixed my notarial
2  seal this 27th day of May, 2004.
3
4  *Sandra Drechsler*
5  Sandra Drechsler, CSR, RPR

**sd setdepo**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com