# EXHIBIT C

PULL FILE AND REFER TO _____

FILE STATUS: ☐ No File  ☐ File Out On _____ To _____
CALL: ☒ FROM  ☒ TO  Mr. Glynn ___ To CT
☒ TELEPHONE  860-583-7691
AREA CODE / TELEPHONE NO. / EXT. NO.

GROUP NO. 84001   I.D. NO. _____
NAME OF EMPLOYER/GROUP _____

INSURED'S NAME _____
CLAIM ON: ☐ Sub  ☐ Dep
Peter Glynn (NAME) / (AGE)

## VERIFICATION OF BENEFITS TO HOSPITAL

| TRUE GROUPS | | | DIAGNOSIS | | B.A.S.E. GROUPS | | | IF OB, CHECK FOR COVERAGE |
|---|---|---|---|---|---|---|---|---|
| BENEFITS | YES | NO | Other Grp Ins: ☐ No ☐ Yes — Id. Fully: | | Comprehensive Major Medical | | | |
| ROOM AND BOARD | | | Max. No. days | $ per day | Room and Board and Miscellaneous Expense | Semi-Private $10,000.00 | | IF WORK RELATED, THEN SUBJECT TO MEDICAL INVESTIGATION |
| MISC. EXPENSE | | | Unlimited | Dollars plus | Deductible | $100 | $300 | |
| MAJOR MEDICAL | | | Deductible, Amount Co-Ins: | | Co-Insurance | 80% of $5,000 100% thereafter | | |
| BLOOD OR PLASMA | | | | | COB | YES | | |
| WORK RELATED? | | | | | Pre-Existing | $500.00 | | Applicable 1st Year |
| C O B  BASIC | | | Coverage Information: | | | | | |
|      MAJOR MEDICAL | | | Verification to hospital by: | | | | Date | |

**Remarks:**

Mr. wants copy of Entire Master Policy. He may file suit + was told to get this first.

We discussed this + I advised him only 5-6 pages really apply to claims — the rest don't apply at all.

He agreed to my suggestion — I will send him copies of the pages that truly apply - RK

RK 3-14-02

Tumble and Continue Remarks on Reverse Side | COMPLAINT ☐ Yes ☐ No | Date and Initial All Messages

J-2181G

D 085

# BANKERS
## LIFE AND CASUALTY COMPANY
*A Conseco Company*

Mar 15, 2002

PHILIP GLYNN
12 PUTNAM ST
BRISTOL CT 06010

RE: Johnson & Johnson    Policy SR 84001
    Peter Glynn    (deceased)

Dear Mr Glynn,

As you requested, we are furnishing you with the appropriate policy pages that apply to accidental death claims. Feel free to write if you have any questions.

Sincerely,

Robert Krol
Special Risk Benefits