# EXHIBIT D

# CHAMPION AWARD NOMINEE

## 2001

*In acknowledgement of the nomination by co-workers of*

# Peter Glynn

*for the Ethicon Endo-Surgery Champion Award for Excellence in recognition of Significant Achievement, Consistent Outstanding Performance, Team Accomplishments or Innovation*



*Director Worldwide Operations VA*



*Chairman, Champion Award Committee*

ETHICON ENDO-SURGERY, INC.
a Johnson & Johnson company


ETHICON ENDO-SURGERY, INC.
a Johnson&Johnson company

# Champion Award Recipient
Team Award
Significant Achievement

## Team Members

**Thomas Carlson**
Staff Engineer
**Michael Blackwell**
Senior Engineer

**Steven Adamczyk**
Control System Engineering Manager
**Michael Pavano**
Lead Technician

**Peter Glynn**
Lead Technician

The effort put forth to execute the development and implementation of the ACUVANCE # 2 product assembly system was outstanding. This core team's diligence ensured the successful completion of the project. Their work ethic and determination exceeded normal expectation and deserves notice. Not to diminish the effort put forth by all those involved, but these five individuals championed the project activities for their respective disciplines ensuring a balanced and highly effective result.

The ACUVANCE Team developed a very detailed process map of the ACUVANCE assembly operation at the beginning of the project. This documentation proved to be a valuable tool throughout the development and implementation of the system. It provided the team with a roadmap of each of the assembly processes, as well as providing them with a baseline for each operation and a metric for evaluating the performance of the final solution.

The team initiated and maintained a "Hard Line" approach during the system design phase. Although this position strained relations with the equipment supplier at times, it paid dividends in the long run by insuring a quality solution.

A methodical and well-disciplined approach to problem solving was apparent throughout the project, but it was most notable during the earlier production period when unexpected product performance issues hampered the system. The problem solving activities during this period were well thought out and orchestrated, resulting in effective and timely solutions.

Like many projects, the resources allocated to the ACUVANCE #2 project were lean. The limited resource availability forced the team to implement creative

resource utilization strategies. Their effective use of the resources available ensured the timely completion of project tasks.

To ensure successful and timely completion of the project goals the team put in many long hours and gave up a lot of personal time. This included an extensive amount of travel to the equipment supplier in Erie, Pennsylvania. These trips were often several days in length requiring extended periods of time from home and family. Many long hours were also spent during the startup validation phase of the project. Startup and validation activities were scheduled across all shifts and the team effectively covered all shifts.

The combination of these actions resulted in a highly successful system startup. It took only three months from delivery to completion of the first product qualification. This expedited effort was the quickest time frame for any integrated assembly cell in recent history. This fast track effort is even more remarkable when you take into account that it was executed on a new product line.

Shortly after its initial gage validation, the ACUVANCE #2 system was troubled with product performance issues. Product design shortcomings hampered the production efforts of this cell, but the team was quick to identify root causes and implement corrective actions. Some of these solutions were developed as short term fixes until product redesigns could be implemented. In the end, some of these "Quick Fixes" proved to be highly effective long-term solutions, thus avoiding the need for costly equipment and product redesigns.

The accomplishments of this project can be mainly attributed to the successful teamwork demonstrated by these individuals. Their ability to work together toward a common goal ensured a successful completion to the project.

In March 2002, almost one year after its first product qualification, the system is an outstanding performer. It routinely exceeds its planned production requirements, which is a testimony to the commitment, dedication and hard work of this outstanding team.



# **Quality Recognition**

    During the past several months, Peter Glynn, Lead Technician for Assembly South, has been going beyond his normal job duties. South is rapidly dwindling to a close, and with that, supervisors and staffing have been moved to other departments. Peter has taken it upon himself to make sure that all needs of South are still being taken care of. From staffing, to quality issues, machine issues, people issues, etc., Peter has taken on these extra responsibilities without seeking help or praise from anyone. He continually seeks to better himself and the department by taking care of many problems without anyone knowing they occurred. His exceptional machine and troubleshooting knowledge has made for better running equipment, with much less downtime.

    Peter's dedication to Assembly South continues to show on a daily basis. His skills, experience and ability to handle multiple tasks, are making the South transition to Monterrey much easier for everyone involved.

Thank You,
Michael Pocius

Assembly South MTL
September 29, 2000


# EMPLOYEE/TEAM OF THE MONTH
## Nomination Form

This form is intended to assist in providing information to support the nomination of a candidate for the Johnson & Johnson Medical, Southington or Kelly Services Employee/Team of Month. Regular and temporary, full and part-time, interns and co-ops are eligible.

Date: December 20, 2000

Employee/Team Nominated: Danuta Czarnota, Peter Glynn, Michael Pavano, and Sharon Perkins
Nominee's Department: Assembly North     Nominee's Shift: First
Nominee's Supervisor: Debbie Borkowski    Nominee's Supervisor's Signature: _____
Nominated by: Thomas Carlson              Nominator's Signature: Thomas Carlson
Nominee's Employer (Circle One): **J&J Medical**    Kelly Services

I hereby nominate the above for the Johnson & Johnson Medical, Southington Employee/Team of the Month in the following category:

___ **Significant Achievement** – one which substantially exceeds the normal expectations of the job and benefits the company in areas of productivity, monetary savings, improved working conditions, improved accuracy of information, etc..

_X_ Outstanding **Performance** – exceeds the expectations of a position.

_X_ Teamwork **Award** – recognizes a group of associates who work together in an exceptional manner to achieve a common goal.

1.) Please state in general why you have nominated the above associate or team.

In December, the team traveled to Erie, PA to working on qualifying the next generation Acuvance* Assembly System. Their dedication to the qualification process has resulted in the acceptance of the Acuvance* Assembly System equipment and its shipment to the Southington Facility before year's end.

2.) List specific actions taken by the nominee(s) which are noteworthy.
The team left for Erie on the Monday (11/27) following Thanksgiving. The duration of the trip was intended to be one week with a return to Connecticut scheduled that Friday (12/1). A return trip the following week was anticipated. Work on the system had to be completed by Friday (12/8) if the System was to be shipped (and received in Southington) before the end of the year.

The results of the first week's debug progress were promising. In spite of the holiday season (and personal commitments to family members and friends), the team approached Swanson personnel and suggested they work through the weekend to complete work on the system. Swanson agreed to work the weekend with the JJM team working alongside the Swanson personnel to support them in their continuing equipment debug and qualification efforts.

3.) How did these actions result in benefits to the company?
The extra team effort resulted in the equipment being debugged to an acceptable level to allow receipt of the equipment in Southington before years end. The new equipment enables will Southington to meet its Acuvance* capacity requirements for the year 2001.

4.) List, with examples, the particular qualities of the nominee(s) that make him/her/them role model(s) for the rest of our associates.
The team enthusiastically supports the new Acuvance* Assembly System. No direction or supervision was required – all team members recognized the scope of the work and worked with Swanson personnel to expedite the acceptance process. Their support and dedication has resulted in long work hours, weeks time away from home, and the delivery of the Acuvance* Assembly System.