UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
|     Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
|     Defendant | : May 6, 2005 |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY BRIEF IN FURTHER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE DEFENDANT'S REPLY BRIEF**

The plaintiff in the above-entitled matter hereby requests permission to file his sur-reply brief in further opposition to the defendant's Motion for Summary Judgment. Alternatively, the defendant's reply brief should be stricken as it raises issues not argued in its Motion for Summary Judgment. The defendant's Reply Brief dated April 29, 2005 proffered arguments not contained in its Memo of Law which accompanied its Motion for Summary Judgment. Therefore, the plaintiff should be allowed an opportunity to respond.

                                          PLAINTIFF,


                                     By_____
                                              Everett H. Madin, Jr.
                                              Federal Bar No.:  CT 12297
                                              RISCASSI & DAVIS, P.C.
                                              131 Oak Street
                                              Hartford, CT 06106
                                              Ph:  860-522-1196
                                              Fax:  860-246-5847

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed via First Class Mail, postage pre-paid, on this 6th day of May, 2005 to the following counsel of record:

John Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
Greenwich, CT 06830

Andrew Muscato, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522


                                                _____
                                              Everett H. Madin, Jr.