FILED
2005 MAY -9 P 3: 21

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PHILIP GLYNN

    Plaintiff,

V.

    CIVIL ACTION NO.:
    302CV1802 (AVC)

BANKERS LIFE AND
CASUALTY COMPANY,

    Defendant

    May 6, 2005

### PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY BRIEF IN FURTHER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR MOTION TO STRIKE DEFENDANT'S REPLY BRIEF

The plaintiff in the above-entitled matter hereby requests permission to file his sur-reply brief in further opposition to the defendant's Motion for Summary Judgment. Alternatively, the defendant's reply brief should be stricken as it raises issues not argued in its Motion for Summary Judgment. The defendant's Reply Brief dated April 29, 2005 proffered arguments not contained in its Memo of Law which accompanied its Motion for Summary Judgment. Therefore, the plaintiff should be allowed an opportunity to respond.

[Handwritten margin note: 3:02CV1802(AVC) May 18, 2005, GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.]

[Stamp: 2005 MAY 18 P 5:... DISTRICT COURT HARTFORD, CT.]

[Handwritten: 02cv1802end153]

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196