UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
|     Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
|     Defendant | : June 24, 2005 |

## MOTION TO STRIKE THE DEFENDANT'S AMENDED INITIAL DISCLOSURES

The plaintiff hereby moves to strike the defendant's amended initial disclosures of June 16, 2005, pursuant to Federal Rule of Civil Procedure 37(c), for the reason that such disclosures do not comply with Federal Rule of Civil Procedure 26(a)(1) and/or 26(e) and are also untimely.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, first-class postage prepaid, to all counsel of record on the above date:

Andrew Muscato, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

                                                    _____
                                                    Everett H. Madin, Jr.

RISCASSI & DAVIS, P. C.   •   ATTORNEYS-AT-LAW   •   131 OAK STREET   •   P. O. BOX 261557   •   HARTFORD, CT 06126-1557   •   (860) 522-1196