# Exhibit 2

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

A DELAWARE LIMITED LIABILITY PARTNERSHIP

ONE NEWARK CENTER
NEWARK, NEW JERSEY 07102-5297
———
TEL: (973) 639-6800
FAX: (973) 639-6285
www.skadden.com

ROBERT J. DEL TUFO
RESIDENT PARTNER

DIRECT DIAL
973-639-6632
DIRECT FAX
973-645-0878
EMAIL ADDRESS
KGREENAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 16, 2004

<u>Via Federal Express</u>

Everett H. Madin, Jr., Esq.
Riscassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

Re: <u>Glynn v. Bankers Life & Casualty Company</u>

Dear Attorney Madin:

Pursuant to our conversation last Friday, we hereby serve you with Bankers' documents pursuant to Plaintiff's requests for production. The documents are bates-stamped D001 to D093. Kindly withdraw your motion to compel discovery as we discussed.

I would like to confirm dates when Plaintiff would be available for his deposition at your office and when you would be available to depose Bankers' Robert Krol in Chicago.

If you have any questions, please do not hesitate to call me.

Very truly yours,

Katherine Greenan

Enclosures
cc: John Shaban, Esq. (w/encls.)