Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP GLYNN,
    Plaintiff,

v.

BANKERS LIFE AND
CASUALTY COMPANY
    Defendant

CIVIL ACTION NO.:
302CV1802 (AVC)

OCTOBER 24, 2003

## DESIGNATION OF PLAINTIFF'S TRIAL EXPERTS AND COVER SHEET RE: EXPERT REPORTS PRODUCED

Pursuant to Fed. R. Civ. P. 26, the plaintiff, Philip Glynn, files this designation of plaintiff's trial experts and cover sheet re: expert reports produced. Pursuant to D. Conn. L. Civ. R. 5(e), copies of the expert witness reports are not attached to the copy being filed with the court.

The plaintiff hereby discloses the following experts which he intends to call, or may call, or otherwise offer evidence from, at the time of trial.

Michael Miller, P.E.
Spectrum Engineering
111 South Main Street
Cheshire, CT 06410

Mr. Miller's report is attached, along with a statement of his fee and prior cases in which he has testified. Mr. Miller's testimony will be based on his investigation of the scene of the accident, review of photographs of the scene, his review of the accident report with members of the Bristol Police Department, as well as his education, training and experience as an engineer. Mr. Miller's educational background is reflected in the attached Curriculum Vitae. His opinions are those as reflected in his attached report.

Medhi Mostaghimi, Ph.D.
P O Box 569
Madison, CT 06643

Dr. Mostaghimi is expected to testify in accordance with his attached report regarding the statistical probability of an intoxicated driver being killed in an automobile accident in 2001. His testimony will be based upon his research regarding government statistics and other statistics and his education and training. Dr. Mostaghimi's experiences are contained in the attached Curriculum Vitae. Dr. Mostaghimi has never testified as an expert previously and his fee is $150.00 per hour.

Officer William Kenney
Bristol Police Department
131 N. Main Street
Bristol, CT 06010

To the extent that his testimony might possibly be deemed to be expert testimony, the plaintiff hereby discloses that Officer Kenney will testify regarding his investigation of

Connecticut Uniform Police Accident Report # 01-15415 and the Serious Traffic Accident Reconstruction Team report. The police report is attached.

Officer Kenney is expected to testify as to the location of the accident, the scene of the accident upon his arrival, the rescue attempts made and the condition of the driver, Peter Glynn. Officer Kenney will further testify as to the road conditions and weather at the time of the accident as well as the downhill grade and sharp curves in the road just prior to the accident scene and the history of the treacherous nature of the road in the area of this incident. Officer Kenney will further testify as to the investigation which was undertaken as a result of this accident.

Officer Kenney's testimony will be based on his observations at the scene, his interviews with a witnesses, as well as his education, training and experience as a police officer. Officer Kenney is not a retained expert and as such has no hourly fee for expert services, except insofar as he may be entitled to compensation for wages lost in testifying.

**Reservation of Right to Disclose Insurance Expert After Defendant has Provided Meaningful Discovery and Depositions**

The plaintiff reserves his right to disclose an expert on the practices and customs in the insurance industry including underwriting practices at a later date. At this time, the plaintiff has received no meaningful discovery from the defendant regarding this case. In addition, no depositions have been taken, although they are beginning to be scheduled at the present time.

Accordingly, the plaintiff respectfully reserves his right to disclose an expert based upon discovery information that is not yet been provided by the defendant.

The plaintiff further notes that he has sought a further extension of time within which to disclose expert witnesses but, not yet having received a ruling from the Court, is making this present disclosure now.

PLAINTIFF,

BY _____
Everett H. Madin, Jr.
Federal Bar No: CT12297
RisCassi and Davis, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed via CERTIFIED First Class Mail, RETURN RECEIPT REQUESTED, postage pre-paid, on this the 24th day of October, 2003, to the following counsel of record:

John Shaban, Esq.
Whitman, Breed, Abbott & Morgan
100 Field Point Road
P O Box 2250
Greenwich, CT 06830

Andrew Muscato, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
One Newark Center
Newark, NJ 07102

_____
Everett H. Madin, Jr.