UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JUN 28 A 10: 18
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PHILIP GLYNN | : | |
| Plaintiff, | : | |
| V. | : | CIVIL ACTION NO.: |
| | : | 302CV1802 (AVC) |
| BANKERS LIFE AND | : | |
| CASUALTY COMPANY, | : | |
| Defendant | : | June 24, 2005 |

## MOTION TO STRIKE THE DEFENDANT'S AMENDED INITIAL DISCLOSURES

The plaintiff hereby moves to strike the defendant's amended initial disclosures of June 16, 2005, pursuant to Federal Rule of Civil Procedure 37(c), for the reason that such disclosures do not comply with Federal Rule of Civil Procedure 26(a)(1) and/or 26(e) and are also untimely.

FILED
2005 AUG 18 P 12: 46
U.S. DISTRICT COURT
HARTFORD, CT.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196
Fax: 860-246-5847

[Handwritten margin note, left side:]
3:02CV1802(AVC) August 17, 2005. The plaintiff's motion (doc.no.156) to strike the defendant's amended initial disclosures is DENIED as moot because the court has granted the plaintiff's motion for summary judgment in an order issued this day. SO ORDERED.
Alfred V. Covello, U.S.D.J.

RISCASSI & DAVIS, P.C. • ATTORNEYS-AT-LAW • 131 OAK STREET • P.O. BOX 261557 • HARTFORD, CT 06126-1557 • (860) 522-1196