UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN,<br>Plaintiff, | :<br>:<br>: |
| v. | :     Civil No. 3:02CV1802 (AVC) |
| | : |
| BANKERS LIFE AND CASUALTY<br>COMPANY,<br>Defendant | :<br>:<br>:     SEPTEMBER 6, 2005 |

## BILL OF COSTS

      Pursuant to the Employment Retirement Security Act of 1974, including 29 U.S.C. § 1132(g)(1) and 28 U.S.C. § 1920, the plaintiff requests the following costs be awarded:

### FEES OF THE CLERK AND MARSHAL

| | |
|---|---|
| Entry Fee | $190.00 |
| Marshal Antinerella – service of writ | $ 82.60 |

### FEES OF THE COURT REPORTERS

| | |
|---|---|
| Set Depo | $779.25 |
| SetDepo | $887.07 |
| Goldfarb & Ajello | $310.32 |
| Goldfarb & Ajello | $259.17 |

**DISCLOSED EXPERT WITNESS FEES**

| | |
|---|---|
| Spectrum Engineering | $3,380.40 |
| Spectrum Engineering | $ 494.00 |
| | |
| Dr. Robert Pandina | $ 300.00 |
| Dr. Robert Pandina | $ 900.00 |
| | |
| Dr. Mostaghimi | $ 500.00 |
| | |
| Dr. Soper | $ 500.00 |
| Dr. Soper | $ 300.00 |
| Dr. Soper | $ 400.00 |
| | |
| **TOTAL COSTS** | **$9,282.81** |

PLAINTIFF,

By _____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196

This is to certify that a copy of the foregoing has been mailed to all counsel of record on the above date:

Andrew Muscato, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

*Everett H Madin*
Everett H. Madin, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN,<br>Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 3:02CV1802 (AVC) |
| | : |
| BANKERS LIFE AND CASUALTY<br>COMPANY,<br>Defendant | :<br>:<br>: SEPTEMBER 6, 2005 |

## AFFIDAVIT

I, Everett H. Madin, Jr., hereby depose and say that:

1. I am more than eighteen (18) years of age;

2. I believe in the honor and sanctity of the oath;

3. I am the attorney responsible for the above-captioned matter.

4. The costs claimed are reasonably believed to be allowed by law, are correctly stated and were necessarily incurred in the case and services for which fees have been charged were actually necessarily performed.

_____
Everett H. Madin, Jr.

STATE OF CONNECTICUT:
                                            ss. Hartford, CT
COUNTY OF HARTFORD

Subscribed and sworn to before me on this 6TH day of September, 2005.

*[signature]*
Notary Public
Commission expires: 10/31/08