UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILIP GLYNN,

        Plaintiff,

    v.

BANKERS LIFE AND CASUALTY
COMPANY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO.:
02-CV-1802 (AVC)

SEPTEMBER 1?, 2005

## DECLARATION OF ANDREW MUSCATO, ESQ.
## IN OPPOSITION TO PLAINTIFF'S BILL OF COSTS

I, Andrew Muscato, Esq., declare under penalty of perjury that the following is true and correct:

1.    I am counsel to Skadden, Arps, Slate, Meagher & Flom, LLP with offices at Four Times Square, New York, New York. I am an attorney of the States of New Jersey and New York, admitted pro hac vice for the defendant Bankers Life and Casualty Company ("Bankers").

2.    Plaintiff deposed Dr. Robert Pandina on December 9, 2004.

3.    Bankers deposed Dr. Mostaghimi on January 17, 2005.

4.    Dr. John W. Soper, Ph.D., and Spectrum Engineering were not deposed in this matter, nor did they appear in court at any proceeding.

Executed on: September 14, 2005

Andrew Muscato, Esq.