UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
: 
PHILIP GLYNN,                                   :    CIVIL NO. 3-02CV1802 (AVC)
:
    Plaintiff,                              :
:
v.                                              :
:
BANKERS LIFE AND CASUALTY CO.,                  :
:
    Defendant.                              :    SEPTEMBER 20, 2005
------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Defendant Bankers Life and Casualty Company hereby appeals to the United States Court of Appeals for the Second Circuit from a Ruling on Cross Motions for Summary Judgment granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment entered in this action on August 23, 2005.

                                              THE DEFENDANT
                                              BANKERS LIFE AND CASUALTY
                                              COMPANY

                                              BY_____
                                              John T. Shaban, ct14075
                                              Whitman Breed Abbott & Morgan LLC
                                              100 Field Point Rd.
                                              Greenwich, CT 06830
                                              203-869-3800 (telephone)
                                              203-869-1951 (facsimile)
                                              jshaban@wbamct.com
                                              Andrew Muscato, ct15073
                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                              Four Times Square
                                              New York, New York 10036
                                              212-735-3000 (telephone)
                                              212-735-2000 (facsimile)

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal was sent via overnight mail, postage prepaid, this 20th day of September, 2005, to:

Everett H. Madin, Jr., Esq.
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

_____
John T. Shaban

2