UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO.: |
| | : 302CV1802 (AVC) |
| BANKERS LIFE AND | : |
| CASUALTY COMPANY, | : |
| Defendant | : SEPTEMBER 20, 2005 |

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TO PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES

The plaintiff has filed a petition for attorney's fees pursuant to 28 U.S.C. § 1132(g)(1) and the defendant has now filed an opposition.

In response to the defendant's opposition, the plaintiff feels compelled to point out that an award of attorney's fees would, in fact, have a deterrent effect against the offending parties. This is particularly significant as the uncontradicted testimony of Robert Krol, as presented in the plaintiff's motion for summary judgment, is that Bankers Life and Casualty has consistently denied claims like this one involving an elevated blood alcohol content reading. Bankers Life

and Casualty contends that it does pay these claims when the insurance policy is not part of an employee benefit welfare plan.

In response to the plaintiff's petition for attorney's fees, the defendant claims "there is little reason to believe that an award of attorney's fees would serve a deterrent effect on other offending parties." The defendant states that there is no deterrent effect because the outcome is largely dependent on the language of the plan or policy. In fact, as is clear from the cross motion for summary judgment, it is not the language of the plan or policy that determine the outcome of this case and other cases like it, but rather an arbitrary business decision on the part of Bankers Life and Casualty. It is this conduct that should be deterred.

Moreover, it is this persistent business practice that was the basis for the plaintiff's unfair insurance practices claim which was dismissed by this Court early in the proceedings.

For all the above reasons, the plaintiff respectfully requests that its petition for attorneys fees be granted.

PLAINTIFF,

By_____
Everett H. Madin, Jr.
Federal Bar No.: CT 12297
RISCASSI & DAVIS, P.C.
131 Oak Street
Hartford, CT 06106
Ph: 860-522-1196

    This is to certify that a copy of the foregoing has been mailed to all counsel of record on the above date:

Andrew Muscato, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

John T. Shaban, Esq.
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830

                                        Everett H. Madin, Jr.