UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP GLYNN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:02-CV-1802(AVC) |
| | : | |
| BANKERS LIFE AND CASUALTY CO., | : | |
| | : | |
| Defendant. | : | |

ORDER TO DENY PETITION FOR REASONABLE ATTORNEY'S FEES
WITHOUT PREJUDICE FOR REFILING

This is a petition by plaintiff Philip Glynn for reasonable attorney's fees pursuant to 29 U.S.C. § 1132(a) (1)(B).

The petition is DENIED WITHOUT PREJUDICE FOR REFILING. The plaintiff shall have until October 20th, 2005, to refile the petition and address the five factors the Second Circuit has directed district courts to consider when evaluating a request for attorneys' fees and costs under ERISA:

> (1) The degree of the offending party's culpability or bad faith;
> (2) the ability of the offending party to satisfy an award of attorney's fees;
> (3) whether an award of fees would deter other persons from acting similarly under like circumstances;
> (4) the relative merits of the parties' positions; and
> (5) whether the action conferred a common benefit on a group of pension plan participants.

Miller v. United Welfare Fund, 72 F.3d 1066, 1074 (2d Cir. 1995).

It is so ordered this ____th day of September 2005 at Hartford, Connecticut.

_____

Alfred V. Covello

United States District Judge