# United States District Court
# District of Connecticut

**Civil No. 3-02 CV 1802 (AVC)**

| | | |
|---|---|---|
| PHILIP GLYNN, | ) | |
| *Plaintiff* | ) | **NOTICE OF APPEAL** |
| v. | ) | |
| BANKERS LIFE AND CASUALTY CO., | ) | |
| *Defendant* | ) | September 22, 2005 |

Notice is hereby given that plaintiff, Philip Glynn, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's order entered on December 11, 2003, granting the Defendant's Motion to Dismiss the Second and Third Counts of plaintiff's second Amended Complaint.

Summary Judgment entered for the plaintiff on August 23, 2005. Subsequently, defendant filed a Notice of Appeal on September 20, 2005.

PLAINTIFF

BY _____

Everett Howard Madin
Riscassi & Davis, P.C.
131 Oak St., P.O. Box 261557
Hartford, CT 06126-1557
(Tel)  860-522-1196
(Fax)  860-246-5847
smadin@riscassidavis.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to the following counsel and parties of record on September 22, 2005:

John T. Shaban
Whitman, Breed, Abbott & Morgan LLC
100 Field Point Rd., P.O. Box 2250
Greenwich, CT  06830
(Tel) 203-869-3800
(Fax) 203-869-1951

Andrew Muscato
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(Tel) 212-735-3000
(Fax) 212-735-2000

_____
Everett H. Madin