UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILLIP GLYNN | : | |
| v. | : | CASE NO. 3:02CV1802(AVC) |
| BANKER LIFE AND CASUALTY COMPANY | : | |

## JUDGMENT

This action having come on for consideration of cross-motions for summary judgment before the Honorable Alfred V. Covello, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling on Cross Motions for Summary Judgment, granting plaintiff's motion and denying the defendant's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff.

Dated at Hartford, Connecticut, this 28th day of September, 2005.

KEVIN F. ROWE, Clerk

By _____
Fidelis Basile
Deputy Clerk

EOD _____