# EXHIBIT A

## RETAINER AGREEMENT

The undersigned hereby employ(s) the law firm of RisCassi and Davis, P.C., as attorneys to represent me/us in a claim against <u>Bankers Life & Casualty Company</u> or any other person, firm or corporation found to be liable therefor, resulting from an event which occurred on <u>June 8, 2001</u>

As fees for their services, I/we agree to pay RisCassi and Davis, P.C., a percentage of all awards or settlement amounts recovered through this claim, pursuant to the following schedule:

20% of the entire amount recovered if the matter is settled within ninety (90) days;

25% of the entire amount recovered if the matter is settled within ninety (90) to one hundred eighty (180) days;

33 1/3% of the entire amount recovered if the matter is settled after one hundred eighty (180) days;

It is agreed and understood that this employment is on a contingent fee basis. If no recovery is made, I/we will not be indebted to RisCassi & Davis, P.C., for any sum as attorneys fees.

I/we understand and agree that if my/our case was referred to RisCassi and Davis, P.C. by another attorney or firm, then RisCassi and Davis, P.C., may share a portion of the aforementioned attorneys' fee with the referring attorney or firm. I/we understand that any such sharing of the fee will not increase the total attorneys' fee that I/we owe for the aforementioned personal injury claim, beyond that set forth in this agreement.

It is also agreed and understood that all expenses are separate and apart from legal fees. Such expenses may include, for example, court fees, investigation expenses, expert fees, fees for services of court reporters, and fees charged by health care providers for copies of medical records and reports. In the event that an award is rendered in my/our favor, or a settlement obtained, any expenses advanced on my/our behalf by my/our attorneys will be deducted from the proceeds of the award or settlement after calculation of the contingent fee.

I/we have received a copy of this one-page retainer agreement.

Dated at <u>BRISTOL</u> Connecticut on <u>04-13-02</u>.

_____
Philip A. Glynn

The above employment is accepted upon the terms stated herein.

RISCASSI AND DAVIS, P.C.

BY _____
Everett H. Madin, Jr.