# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN<br>　Plaintiff | : CIVIL NO.: 3:02CV1802(AVC)<br>:<br>: |
| VS. | :<br>: |
| BANKERS LIFE AND CASUALTY<br>　Defendant | :<br>: SEPTEMBER 1, 2005 |

### AFFIDAVIT OF KATHLEEN ELDERGILL

I, Kathleen Eldergill, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the state of Connecticut.

3. I received my J.D. degree in May 1981 and was admitted to practice before the Bar of the State of Connecticut in November 1981, before the Bar of the United States District Court for the District of Connecticut in December 1981, before the Second Circuit Court of Appeals in May 1983 and before the United States Supreme Court on September 16, 1988.

4. Since September 1981, I have been employed full time at the firm of Beck & Eldergill, P.C. (formerly Beck & Pagano), located in Manchester, Connecticut, first as an associate, then as a partner and later a principal. A significant portion of my time, since I

1

began my employment, has been devoted to litigating civil cases, including employment cases.

5. At present the hourly rate I charge private clients is $325 per hour.

6. I have reviewed the Petition for Attorney's Fees submitted by Attorney Everett H. Madin, Jr. and based on my discussions with him, am familiar with his background, education and experience, as well as the nature of the litigation at issue in this case.

7. I am familiar with the firm of Riscassi & Davis, P.C. and the excellent reputation enjoyed by that firm in the state of Connecticut. I, as well as other members of our firm, have referred clients to Riscassi and Davis over the years when they have contacted us seeking representation in connection with claims of personal injury and medical malpractice.

8. Based on the above, I believe that the hourly rate of $300 requested by Attorney Madin for his services is more than reasonable. In fact, based upon my experience, Attorney Madin would be justified in claiming $325 per hour for the work he has done on this file.

2

9. Based upon my knowledge of rates charged by other law firms in the Hartford area, the rate of $325 per hour accurately reflects a reasonable rate charged throughout the community, considering the skill, education and experience of Attorney Madin.

The foregoing is true and correct and based on my personal knowledge except as otherwise stated herein.

KATHLEEN ELDERGILL    ct00024

Subscribed and sworn to before me this 1st day of September.

Joan M. Johnson
Notary Public
My Commission Expires: 7/31/06

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to all counsel of record on this _____ day of September, 2005.

Andrew Muscato, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036-6522

John T. Shaban, Esq.
Whitman, Breed, Abbott & Morgan, LLC
100 Field Point Road
Greenwich, CT  06830

Everett H. Madin, Jr.

KE\misc\attyaffidMadin.pld

3