# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP GLYNN,<br>Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 3:02CV1802 (AVC) |
| BANKERS LIFE AND CASUALTY<br>COMPANY,<br>Defendant | :<br>:<br>:    OCTOBER 5, 2005 |

### AFFIDAVIT

I, Everett H. Madin, Jr., hereby depose and say that:

1. I am more than eighteen (18) years of age;

2. I believe in the honor and sanctity of the oath;

3. I have been an attorney in the State of Connecticut since 1992.

4. I am the attorney responsible for the above-captioned matter.

5. From 1992 through 1993, I was a law clerk to the Honorable Edward Y. O'Connell in the State of Connecticut Appellate Court.

6. Following my clerkship, I have worked continuously as an attorney at the law firm of RisCassi and Davis, P.C. in Hartford.

7. During my years at RisCassi and Davis, I have handled many complex cases, including serving as co-lead counsel in an MDL case in Little Rock, Arkansas,

      Gordon Stokes, Executor of the Estate of Carolin Stokes vs. British Airways and as lead counsel in a class action filed in Louisiana, Leola Rebentisch v. Amerus Insurance Company

8. The office of the undersigned does not ordinarily bill on an hourly basis, but rather, on a contingency fee basis.

9. In this particular, however, the hours of the attorney and law clerks working for the attorney have been tracked with reasonable accuracy with respect to time spent drafting specific motions and memorandums of law as well as deposition time.

10. The billable hours of 367.3 do not include any time spent in conferring with the client or witnesses including expert witnesses, or mental processes, telephone conversations or investigation time. The billable hours are represented to be of reasonable accuracy and represent fewer hours than actually worked on the case.

11. This case had complex legal issues arising from ERISA law and presently consumes three bankers' boxes in my office.

12. The undersigned represents that $300 per hour is a reasonable fee for the undersigned and that $200 per hour is reasonable for a law clerk.

_____
Everett H. Madin, Jr.

STATE OF CONNECTICUT:
                             ss. Hartford, CT
COUNTY OF HARTFORD

Subscribed and sworn to before me on this 5TH day of October, 2005

_____
NOTARY PUBLIC
MY COMMISSION EXP: 4/30/09

BILLABLE HOURS

| | |
|---|---|
| Drafting of original complaint and associated research (9/10/02) | 15 hours |
| Drafting of motion for extension of time within which to File report of parties' planning meeting (11/21/02) | .4 hours |
| Drafting of original and amended 26(f) report (1/17/03) | 10 hours |
| Plaintiff's request for discovery (3/18/03) | 6 hours |
| Research and Drafting of request for leave to file amended complaint and amended complaint (4/10/03) | 3 hours |
| Plaintiff's responses to requests discovery (4/17/03) | 4 hours |
| Drafting of motions for extensions of time to Respond to defendant's motion to dismiss (7/7/03) | 3 hours |
| Motion to compel discovery (7/7/03) | 5 hours |
| Additional research (7/7/03-7/11/03) | 12 hours |
| Research on standard of review (7/3/03 – 7/9/03) | 5 hours |
| Drafting of ERISA count of amended complaint (7/10/03) | .5 hours |
| Drafting of request for leave to amend complaint And amended complaint (7/18/03) | 1 hour |
| Drafting of requests for admissions (7/18/03) | 10 hours |
| Plaintiff's first objection to Motion to Dismiss and Memo of Law | 35 hours |

| | |
|---|---|
| Plaintiff's reply to defendant's opposition to motion To compel (8/4/03) | 4 hours |
| Plaintiff's reply to defendant's opposition to plaintiff's Request to amend complaint (8/18/03) | 6 hours |
| Drafting of motion to determine sufficiency of Responses to requests for admissions (10/21/03) | 6 hours |
| Plaintiff's disclosure of experts (10/24/03) | 6 hours |
| Objection to defendant's motion to dismiss and Memorandum of law (10/29/03) | 6 hours |
| Plaintiff's sur-reply to defendant's reply memorandum In support of motion to dismiss (12/5/03) | 5 hours |
| Request for leave to amend complaint And amended complaint (1/26/04) | 3 hours |
| Plaintiff's motion to compel discovery and memorandum Of law (2/17/04) | 4 hours |
| Withdrawal of plaintiff's motion to compel discovery (3/16/04) And related negotiations with defense counsel | .6 hours |
| Deposition of Robert Krol in Chicago and travel (5/18/04) | |
| Plaintiff's motion for summary judgment and Memorandum of law  (8/5/04) | 30 hours |
| Plaintiff's objection to defendant's motion for summary judgment and memorandum of law (9/1/04) | 40 hours |
| Proposed joint trial memorandum (9/8/04) | 6 hours |

| | |
|---|---|
| Motion to strike portion of defendant's reply memo and Memorandum of law (9/21/04) | 6 hours |
| Plaintiff's sur-reply memorandum of law in opposition to Defendant's motion for summary judgment (9/21/04) | 6 hours |
| Plaintiff's objection to defendant's motion to reopen Discovery and memorandum of law (10/18/04) | 6 hours |
| Plaintiff's reply to defendant's memorandum of law in opposition To plaintiff's motion to strike (10/18/04) | 6 hours |
| Deposition of Phillip Glynn in Hartford (10/26/04) | 4 hours |
| Deposition of Robert Pandini in New Jersey and travel (12/9/04) | 30 hours |
| Deposition of Mehdi Mostaghimi (1/17/05) | 2.8 hours |
| Depositions of Mary Glynn and Theresa Jones (1/17/05) | .7 hours |
| Motion for permission to file rebuttal expert disclosure | 7 hours |
| Plaintiff's motion for summary judgment and Memorandum of law | 40 hours |
| Plaintiff's objection to defendant's motion for Summary judgment and memorandum of law | 29.8 hours |
| Plaintiff's Motion to Strike (Pandina Testimony) | 2.5 hours |