**EXHIBIT E**

LIFE AND ACCIDENT AND HEALTH COMPANIES —ASSOCIATION EDITION

# QUARTERLY STATEMENT

AS OF JUNE 30, 2005
OF THE CONDITION AND AFFAIRS OF THE

## BANKERS LIFE AND CASUALTY COMPANY

| Field | Value |
|---|---|
| NAIC Group Code | 0233 (Current Period), 0233 (Prior Period) |
| NAIC Company Code | 61263 |
| Employer's ID Number | 36-0770740 |
| Organized under the Laws of | Illinois |
| State of Domicile or Port of Entry | Illinois |
| Country of Domicile | United States of America |
| Incorporated/Organized | 04/06/1880 |
| Commenced Business | 01/17/1879 |
| Statutory Home Office | 222 Merchandise Mart Plaza, Chicago, IL 60654 |
| Main Administrative Office | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 312-396-6000 |
| Mail Address | 222 Merchandise Mart Plaza, Chicago, IL 60654 |
| Primary Location of Books and Records | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 312-396-6000 |
| Internet Website Address | www.conseco.com |
| Statutory Statement Contact | Kirk Allen Anderson — 317-817-6100 / FAX 317-817-2161 |
| | kirk_anderson@conseco.com |
| Policyowner Relations Contact | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 800-621-3724 |

### OFFICERS

| Name | Title |
|---|---|
| William Scott Kirsch | President |
| Daniel Joseph Murphy | Treasurer |
| Karl William Kindig | Secretary |
| Thomas Keith Neavins | Actuary |

### OTHER OFFICERS

| Name | Title |
|---|---|
| James Edward Hohmann # | Executive Vice President |
| Scott Richard Perry | Executive Vice President |
| Robert Eugene Burkett, Jr. | Senior Vice President |
| Kenneth Lowell Short, Jr. | Senior Vice President |
| Susan Carol Billman | Vice President |
| David DeJong Humm | Vice President |
| Eric Ronald Johnson # | Executive Vice President |
| John Michael Squarok | Executive Vice President |
| William Thomas Devanney, Jr. | Senior Vice President |
| Daniel Joseph Veto # | Senior Vice President |
| James Mark Crafton | Vice President |
| James Joseph Valdez | Vice President |

### DIRECTORS OR TRUSTEES

Eugene Martin Bullis, Ronald Frank Ruhl, James Edward Hohmann, John Michael Squarok, William Scott Kirsch, Daniel Joseph Veto, Scott Richard Perry

State of Illinois
County of Cook       ss

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

_(signed)_ John Michael Squarok, Executive Vice President
_(signed)_ Karl William Kindig, Secretary
_(signed)_ Kenneth Lowell Short, Jr., Senior Vice President, Finance

a. Is this an original filing?  Yes [ X ]  No [ ]
b. If no,
 1. State the amendment number
 2. Date filed
 3. Number of pages attached

Subscribed and sworn to before me this 11th day of August, 2005.

_(signed)_ Jack W Dorwick
Jack Dorwick, Notary Public, State of Illinois
My Commission Expires December 17, 2005

"OFFICIAL SEAL" JACK W DORWICK — NOTARY PUBLIC STATE OF ILLINOIS — COMMISSION EXPIRES 12/17/08

## STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## ASSETS

| | | Current Statement Date | | | 4 |
|---|---|---|---|---|---|
| | 1 Assets | 2 Nonadmitted Assets | 3 Net Admitted Assets (Cols. 1 - 2) | | December 31 Prior Year Net Admitted Assets |
| 1. Bonds | 7,600,628,076 | | 7,600,628,076 | | 7,090,983,064 |
| 2. Stocks: | | | | | |
| 2.1 Preferred stocks | 215,177,464 | | 215,177,464 | | 211,487,478 |
| 2.2 Common stocks | 1,698,895 | | 1,698,895 | | 1,599,556 |
| 3. Mortgage loans on real estate: | | | | | |
| 3.1 First liens | 183,287,288 | | 183,287,288 | | 152,910,210 |
| 3.2 Other than first liens | | | | | |
| 4. Real estate: | | | | | |
| 4.1 Properties occupied by the company (less $ encumbrances) | | | | | |
| 4.2 Properties held for the production of income (less $ encumbrances) | | | | | |
| 4.3 Properties held for sale (less $ encumbrances) | | | | | |
| 5. Cash ($ (16,366,766) ), cash equivalents ($ 153,236,979 ) and short-term investments ($ 20,540,402 ) | 157,410,614 | | 157,410,614 | | 149,765,088 |
| 6. Contract loans, (including $ premium notes) | 32,302,104 | 73,726 | 32,228,378 | | 32,034,627 |
| 7. Other invested assets | 26,996,474 | | 26,996,474 | | 39,705,797 |
| 8. Receivables for securities | 573,984 | | 573,984 | | 62,666 |
| 9. Aggregate write-ins for invested assets | 7,198,020 | | 7,198,020 | | 8,754,648 |
| 10. Subtotals, cash and invested assets (Lines 1 to 9) | 8,225,272,919 | 73,726 | 8,225,199,193 | | 7,687,303,134 |
| 11. Title plants less $ charged off (for Title insurers only) | | | | | |
| 12. Investment income due and accrued | 99,328,558 | | 99,328,558 | | 92,478,056 |
| 13. Premiums and considerations: | | | | | |
| 13.1 Uncollected premiums and agents' balances in the course of collection | 521,344 | 608,045 | (86,701) | | (737,876) |
| 13.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $ earned but unbilled premiums) | 18,282,287 | | 18,282,287 | | 14,636,876 |
| 13.3 Accrued retrospective premiums | | | | | |
| 14. Reinsurance: | | | | | |
| 14.1 Amounts recoverable from reinsurers | 14,624,364 | 470,419 | 14,153,945 | | 15,654,138 |
| 14.2 Funds held by or deposited with reinsured companies | | | | | |
| 14.3 Other amounts receivable under reinsurance contracts | 3,844,612 | | 3,844,612 | | 3,715,751 |
| 15. Amounts receivable relating to uninsured plans | | | | | |
| 16.1 Current federal and foreign income tax recoverable and interest thereon | | | | | 2,321,772 |
| 16.2 Net deferred tax asset | 325,006,179 | 280,042,397 | 44,963,782 | | 39,917,432 |
| 17. Guaranty funds receivable or on deposit | 2,521,446 | 40,457 | 2,480,989 | | 2,875,338 |
| 18. Electronic data processing equipment and software | 15,993,722 | 13,816,240 | 2,177,482 | | 3,225,434 |
| 19. Furniture and equipment, including health care delivery assets | 7,778,670 | 7,778,670 | | | |
| 20. Net adjustment in assets and liabilities due to foreign exchange rates | | | | | |
| 21. Receivables from parent, subsidiaries and affiliates | 113,448 | | 113,448 | | 2,203,767 |
| 22. Health care ($ ) and other amounts receivable | 40,531,418 | 40,531,418 | | | 825,700 |
| 23. Aggregate write-ins for other than invested assets | | | | | |
| 24. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 10 to 23) | 8,753,818,967 | 343,361,372 | 8,410,457,595 | | 7,864,419,522 |
| 25. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | | | |
| 26. TOTAL (Lines 24 and 25) | 8,753,818,967 | 343,361,372 | 8,410,457,595 | | 7,864,419,522 |
| DETAILS OF WRITE-INS | | | | | |
| 0901. Call options used to hedge equity indexed annuities | 7,198,020 | | 7,198,020 | | 8,754,648 |
| 0902. | | | | | |
| 0903. | | | | | |
| 0998. Summary of remaining write-ins for Line 9 from overflow page | | | | | |
| 0999. Totals (Lines 0901 thru 0903 plus 0998)(Line 9 above) | 7,198,020 | | 7,198,020 | | 8,754,648 |
| 2301. | | | | | |
| 2302. | | | | | |
| 2303. | | | | | |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | | | | | |
| 2399. Totals (Lines 2301 thru 2303 plus 2398)(Line 23 above) | | | | | |

2

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current<br>Statement Date | 2<br>December 31<br>Prior Year |
|---|---|---:|---:|
| 1. | Aggregate reserve for life contracts $ 4,863,292,470 less $ ............ included in Line 6.3<br>(including $ ............ Modco Reserve) | 4,863,292,470 | 4,581,341,781 |
| 2. | Aggregate reserve for accident and health contracts (including $ ............ Modco Reserve) | 2,389,376,216 | 2,219,168,373 |
| 3. | Liability for deposit-type contracts (including $ ............ Modco Reserve) | 64,604,154 | 66,498,808 |
| 4. | Contract claims: | | |
| 4.1 | Life | 16,623,485 | 15,974,897 |
| 4.2 | Accident and health | 182,867,954 | 182,146,462 |
| 5. | Policyholders' dividends $ 10,116 and coupons $ ............ 26 due and unpaid | 10,142 | 6,659 |
| 6. | Provision for policyholders' dividends and coupons payable in following calendar year—estimated amounts: | | |
| 6.1 | Dividends apportioned for payment (including $ ............ Modco) | 429,144 | 438,762 |
| 6.2 | Dividends not yet apportioned (including $ ............ Modco) | | |
| 6.3 | Coupons and similar benefits (including $ ............ Modco) | | |
| 7. | Amount provisionally held for deferred dividend policies not included in Line 6 | | |
| 8. | Premiums and annuity considerations for life and accident and health contracts received in advance less $ 3,765,644 discount; including $ ............ accident and health premiums | 5,552,799 | 5,823,871 |
| 9. | Contract liabilities not included elsewhere: | | |
| 9.1 | Surrender values on canceled contracts | | |
| 9.2 | Provision for experience rating refunds, including $ ............ accident and health experience rating refunds ............ assumed and $ 14,535,977 ceded | 14,535,977 | 13,908,980 |
| 9.3 | Other amounts payable on reinsurance, including $ ............ assumed and $ ............ ceded | 88,799,938 | 87,748,509 |
| 9.4 | Interest Maintenance Reserve | | |
| 10. | Commissions to agents due or accrued—life and annuity contracts $ 4,277,958 * accident and health $ 10,399,827 and deposit-type contract funds $ ............ | 14,677,785 | 3,800,219 |
| 11. | Commissions and expense allowances payable on reinsurance assumed | 268 | 285 |
| 12. | General expenses due or accrued | 92,830,760 | 96,791,974 |
| 13. | Transfers to Separate Accounts due or accrued (net) (Including $ ............ accrued for expense allowances recognized in reserves, net of reinsured allowances) | | |
| 14. | Taxes, licenses and fees due or accrued, excluding federal income taxes | 2,226,543 | 6,193,015 |
| 15.1 | Current federal and foreign income taxes, including $ ............ on realized capital gains (losses) | 850,184 | |
| 15.2 | Net deferred tax liability | 964,002 | 954,714,792 |
| 16. | Unearned investment income | 56,995 | 81,642 |
| 17. | Amounts withheld or retained by company as agent or trustee | 4,418,583 | 3,605,477 |
| 18. | Amounts held for agents' account, including $ ............ agents' credit balances | 4,515,308 | 6,403,759 |
| 19. | Remittances and items not allocated | 10,376,458 | 16,110,174 |
| 20. | Net adjustment in assets and liabilities due to foreign exchange rates | | |
| 21. | Liability for benefits for employees and agents if not included above | 96,376,200 | 96,897,205 |
| 22. | Borrowed money $ 96,241,041 and interest thereon $ 135,159 | | |
| 23. | Dividends to stockholders declared and unpaid | | |
| 24. | Miscellaneous liabilities: | | |
| 24.1 | Asset valuation reserve | 44,322,455 | 33,229,927 |
| 24.2 | Reinsurance in unauthorized companies | | |
| 24.3 | Funds held under reinsurance treaties with unauthorized reinsurers | | |
| 24.4 | Payable to parent, subsidiaries and affiliates | 10,053,202 | 5,127,782 |
| 24.5 | Drafts outstanding | | |
| 24.6 | Liability for amounts held under uninsured accident and health plans | | |
| 24.7 | Funds held under coinsurance | | |
| 24.8 | Payable for securities | 6,684,893 | 2,995,729 |
| 24.9 | Capital notes $ ............ and interest thereon $ ............ | | |
| 25. | Aggregate write-ins for liabilities | 565,732 | 469,213 |
| 26. | Total liabilities excluding Separate Accounts business (Lines 1 to 25) | 7,915,011,647 | 7,445,718,217 |
| 27. | From Separate Accounts Statement | | |
| 28. | Total liabilities (Lines 26 and 27) | 7,915,011,647 | 7,445,718,217 |
| 29. | Common capital stock | 10,000,000 | 10,000,000 |
| 30. | Preferred capital stock | | |
| 31. | Aggregate write-ins for other than special surplus funds | | |
| 32. | Surplus notes | | |
| 33. | Gross paid in and contributed surplus | 435,778,531 | 365,278,531 |
| 34. | Aggregate write-ins for special surplus funds | | |
| 35. | Unassigned funds (surplus) | 49,667,417 | 43,422,774 |
| 36. | Less treasury stock, at cost: | | |
| 36.1 | ............ shares common (value included in Line 29 $ ............) | | |
| 36.2 | ............ shares preferred (value included in Line 30 $ ............) | | |
| 37. | Surplus (total Lines 31 + 32 + 33 + 34 + 35 - 36) (Including $ ............ in Separate Accounts Statement) | 485,445,948 | 408,701,305 |
| 38. | Totals of Lines 29, 30 and 37 | 495,445,948 | 418,701,305 |
| 39. | Totals of Lines 28 and 38 | 8,410,457,595 | 7,864,419,522 |
| | **DETAILS OF WRITE-INS** | | |
| 2501. | Unclaimed funds | 565,732 | 469,213 |
| 2502. | | | |
| 2503. | | | |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page | | |
| 2599. | Totals (Lines 2501 thru 2503 plus 2598)(Line 25 above) | 565,732 | 469,213 |
| 3101. | | | |
| 3102. | | | |
| 3103. | | | |
| 3198. | Summary of remaining write-ins for Line 31 from overflow page | | |
| 3199. | Totals (Lines 3101 thru 3103 plus 3198)(Line 31 above) | | |
| 3401. | | | |
| 3402. | | | |
| 3403. | | | |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | | |

3

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SUMMARY OF OPERATIONS
(Excluding Unrealized Capital Gains and Losses)

| | | 1<br>Current Year<br>To Date | 2<br>Prior Year<br>Year to Date | 3<br>Prior Year Ended<br>December 31 |
|---|---|---:|---:|---:|
| 1. | Premiums and annuity considerations for life and accident and health contracts | 1,143,822,567 | 1,052,961,085 | 2,235,350,881 |
| 2. | Considerations for supplementary contracts with life contingencies | 25,914 | 86,131 | 132,647 |
| 3. | Net investment income | 224,239,010 | 198,300,718 | 409,786,123 |
| 4. | Amortization of Interest Maintenance Reserve (IMR) | 7,210,938 | 6,680,515 | 13,293,061 |
| 5. | Separate Accounts net gain from operations excluding unrealized gains or losses | | | |
| 6. | Commissions and expense allowances on reinsurance ceded | 10,294,598 | 9,165,048 | 20,147,364 |
| 7. | Reserve adjustments on reinsurance ceded | | | |
| 8. | Miscellaneous Income: | | | |
| 8.1 | Income from fees associated with investment management, administration and contract guarantees from Separate Accounts | 108 | 74 | 163 |
| 8.2 | Charges and fees for deposit-type contracts | | | |
| 8.3 | Aggregate write-ins for miscellaneous income | 128,949 | | 1,733,530 |
| 9. | Totals (Lines 1 to 8.3) | 1,385,722,084 | 1,267,193,571 | 2,680,443,769 |
| 10. | Death benefits | 22,326,228 | 25,362,503 | 47,503,860 |
| 11. | Matured endowments (excluding guaranteed annual pure endowments) | 119,237 | (804,416) | (817,007) |
| 12. | Annuity benefits | 98,934,274 | 89,198,970 | 162,173,264 |
| 13. | Disability benefits and benefits under accident and health contracts | 371,865,973 | 328,424,670 | 674,979,976 |
| 14. | Coupons, guaranteed annual pure endowments and similar benefits | 3,141 | 3,048 | 4,840 |
| 15. | Surrender benefits and withdrawals for life contracts | 177,158,987 | 146,079,241 | 289,071,498 |
| 16. | Group conversions | | | |
| 17. | Interest and adjustments on contract or deposit-type contract funds | 2,345,630 | 2,997,334 | 5,577,986 |
| 18. | Payments on supplementary contracts with life contingencies | 279,404 | 302,365 | 592,461 |
| 19. | Increase in aggregate reserves for life and accident and health contracts | 452,158,532 | 406,685,642 | 983,521,828 |
| 20. | Totals (Lines 10 to 19) | 1,125,191,406 | 998,249,357 | 2,162,608,706 |
| 21. | Commissions on premiums, annuity considerations, and deposit-type contract funds (direct business only) | 101,363,064 | 80,749,445 | 174,790,060 |
| 22. | Commissions and expense allowances on reinsurance assumed | 2,869 | 9,431 | 12,689 |
| 23. | General insurance expenses | 119,619,292 | 124,989,133 | 252,304,400 |
| 24. | Insurance taxes, licenses and fees, excluding federal income taxes | 19,529,837 | 15,751,790 | 30,848,434 |
| 25. | Increase in loading on deferred and uncollected premiums | 1,934,925 | 1,515,056 | 2,242,723 |
| 26. | Net transfers to or (from) Separate Accounts net of reinsurance | 589,000 | (209,364) | (147,364) |
| 27. | Aggregate write-ins for deductions | | | |
| 28. | Totals (Lines 20 to 27) | 1,368,230,393 | 1,221,054,848 | 2,622,659,648 |
| 29. | Net gain from operations before dividends to policyholders and federal income taxes (Line 9 minus Line 28) | 17,491,691 | 46,138,723 | 57,784,121 |
| 30. | Dividends to policyholders | 230,704 | 232,521 | 363,196 |
| 31. | Net gain from operations after dividends to policyholders and before federal income taxes (Line 29 minus Line 30) | 17,260,987 | 45,906,202 | 57,420,925 |
| 32. | Federal and foreign income taxes incurred (excluding tax on capital gains) | 3,695,116 | 22,952,281 | 12,116,463 |
| 33. | Net gain from operations after dividends to policyholders and federal income taxes and before realized capital gains (losses) (Line 31 minus Line 32) | 13,565,871 | 22,953,921 | 45,304,462 |
| 34. | Net realized capital gains (losses) (excluding gains (losses) transferred to the IMR) less capital gains tax of $ (4,456,742) (excluding taxes of $ 5,063,460 transferred to the IMR) | 5,687,193 | (3,145,234) | (17,514,727) |
| 35. | Net income (Line 33 plus Line 34) | 19,253,064 | 19,808,687 | 27,789,735 |

### CAPITAL AND SURPLUS ACCOUNT

| | | | | |
|---|---|---:|---:|---:|
| 36. | Capital and surplus, December 31, prior year | 418,701,309 | 444,354,465 | 444,354,464 |
| 37. | Net income (Line 35) | 19,253,064 | 19,808,687 | 27,789,735 |
| 38. | Change in net unrealized capital gains (losses) | (119,040) | (216,390) | 11,184,488 |
| 39. | Change in net unrealized foreign exchange capital gain (loss) | (1,861,203) | 7,493,901 | 20,048,434 |
| 40. | Change in net deferred income tax | 3,732,701 | (7,792,091) | (35,815,471) |
| 41. | Change in nonadmitted assets and related items | 24,646 | 279,374 | 319,726 |
| 42. | Change in liability for reinsurance in unauthorized companies | | | |
| 43. | Change in reserve on account of change in valuation basis, (increase) or decrease | (11,092,529) | (7,273,559) | (29,328,464) |
| 44. | Change in asset valuation reserve | | | |
| 45. | Change in treasury stock | | | |
| 46. | Surplus (contributed to) withdrawn from Separate Accounts during period | | | |
| 47. | Other changes in surplus in Separate Accounts Statement | | | |
| 48. | Change in surplus notes | | | |
| 49. | Cumulative effect of changes in accounting principles | | | |
| 50. | Capital changes: | | | |
| 50.1 | Paid in | | | |
| 50.2 | Transferred from surplus (Stock Dividend) | | | |
| 50.3 | Transferred to surplus | | | |
| 51. | Surplus adjustment: | | | |
| 51.1 | Paid in | 70,500,000 | | |
| 51.2 | Transferred to capital (Stock Dividend) | | | |
| 51.3 | Transferred from capital | | | |
| 51.4 | Change in surplus as a result of reinsurance | (3,893,000) | (2,142,000) | (6,472,000) |
| 52. | Dividends to stockholders | | | (9,776,000) |
| 53. | Aggregate write-ins for gains and losses in surplus | | | (3,603,603) |
| 54. | Net change in capital and surplus for the year (Lines 37 through 53) | 76,744,639 | 10,157,922 | (25,653,155) |
| 55. | Capital and surplus, as of statement date (Lines 36 + 54) | 495,445,948 | 454,512,387 | 418,701,309 |

### DETAILS OF WRITE-INS

| | | | | |
|---|---|---:|---:|---:|
| 08.301. | Fees from prescription drug cards | 128,949 | | |
| 08.302. | | | | |
| 08.303. | | | | |
| 08.398. | Summary of remaining write-ins for Line 8.3 from overflow page | | | 1,733,530 |
| 08.399. | TOTALS (Lines 08.301 thru 08.303 plus 08.398) (Line 8.3 above) | 128,949 | | 1,733,530 |
| 2701. | Experience rating refunds | | (209,364) | (209,364) |
| 2702. | Department of Insurance penalties | 589,000 | | 62,000 |
| 2703. | | | | |
| 2798. | Summary of remaining write-ins for Line 27 from overflow page | | | (147,364) |
| 2799. | Totals (Lines 2701 thru 2703 plus 2798)(Line 27 above) | 589,000 | (209,364) | (3,603,603) |
| 5301. | Increase in minimum liability adjustment for deferred compensation obligation | | | (3,603,603) |
| 5302. | | | | |
| 5303. | | | | |
| 5398. | Summary of remaining write-ins for Line 53 from overflow page | | | |
| 5399. | Totals (Lines 5301 thru 5303 plus 5398)(Line 53 above) | | | (3,603,603) |

4

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## CASH FLOW

| | 1<br>Current Year<br>To Date | 2<br>Prior Year Ended<br>December 31 |
|---|---:|---:|
| **Cash from Operations** | | |
| 1. Premiums collected net of reinsurance | 1,136,677,579 | 2,235,422,499 |
| 2. Net investment income | 224,626,866 | 413,461,121 |
| 3. Miscellaneous income | 6,730,654 | 15,409,057 |
| 4. Total (Lines 1 to 3) | 1,368,035,099 | 2,664,292,677 |
| 5. Benefits and loss related payments | 669,007,628 | 1,193,383,215 |
| 6. Net transfers to Separate, Segregated Accounts and Protected Cell Accounts | | |
| 7. Commissions, expenses paid and aggregate write-ins for deductions | 238,013,745 | 440,947,418 |
| 8. Dividends paid to policyholders | 236,839 | 392,070 |
| 9. Federal and foreign income taxes paid (recovered) $ 606,718 net of tax on capital gains (losses) | 1,129,879 | 31,490,660 |
| 10. Total (Lines 5 through 9) | 908,388,091 | 1,666,213,363 |
| 11. Net cash from operations (Line 4 minus Line 10) | 459,647,008 | 998,079,314 |
| **Cash from Investments** | | |
| 12. Proceeds from investments sold, matured or repaid: | | |
| 12.1 Bonds | 2,274,907,216 | 4,781,212,755 |
| 12.2 Stocks | 4,020,034 | 105,153,467 |
| 12.3 Mortgage loans | 6,838,747 | 13,584,656 |
| 12.4 Real estate | | |
| 12.5 Other invested assets | 15,062,526 | 23,343,274 |
| 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments | 5,005,324 | 19,382,365 |
| 12.7 Miscellaneous proceeds | | |
| 12.8 Total investment proceeds (Lines 12.1 to 12.7) | 2,305,833,847 | 4,942,676,517 |
| 13. Cost of investments acquired (long-term only): | | |
| 13.1 Bonds | 2,774,758,144 | 5,777,239,510 |
| 13.2 Stocks | 7,466,911 | 72,407,232 |
| 13.3 Mortgage loans | 37,335,651 | 115,709,099 |
| 13.4 Real estate | | |
| 13.5 Other invested assets | 1,421,527 | 20,523,890 |
| 13.6 Miscellaneous applications | 4,063,921 | 7,158,395 |
| 13.7 Total investments acquired (Lines 13.1 to 13.6) | 2,825,046,154 | 5,993,038,126 |
| 14. Net increase (or decrease) in contract loans and premium notes | 204,997 | 301,116 |
| 15. Net cash from investments (Line 12.8 minus Line 13.7 and Line 14) | (519,417,304) | (1,050,662,725) |
| **Cash from Financing and Miscellaneous Sources** | | |
| 16. Cash provided (applied): | | |
| 16.1 Surplus notes, capital notes | | |
| 16.2 Capital and paid in surplus, less treasury stock | 70,500,000 | 25,574,477 |
| 16.3 Borrowed funds | (521,005) | (8,220,346) |
| 16.4 Net deposits on deposit-type contracts and other insurance liabilities | (1,894,654) | 9,776,000 |
| 16.5 Dividends to stockholders | | (44,104,840) |
| 16.6 Other cash provided (applied) | (668,524) | (36,526,709) |
| 17. Net cash from financing and miscellaneous sources (Line 16.1 through Line 16.4 minus Line 16.5 plus Line 16.6) | 67,415,817 | (89,110,120) |
| **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | |
| 18. Net change in cash, cash equivalents and short-term investments (Line 11 plus Lines 15 and 17) | 7,645,521 | (89,110,120) |
| 19. Cash, cash equivalents and short-term investments: | | |
| 19.1 Beginning of year | 149,765,092 | 238,875,212 |
| 19.2 End of period (Line 18 plus Line 19.1) | 157,410,614 | 149,765,092 |

Note: Supplemental disclosures of cash flow information for non-cash transactions:

| | | |
|---|---:|---:|
| 20.0001. Investing Transactions | 104,362,892 | 176,474,876 |
| 20.0003. Investments acquired in exchanges | (104,363,823) | (173,796,963) |
| 20.0003. Investments disposed of in exchanges | | (9,776,000) |
| 20.0004. Investments disposed of in affiliated transactions | 2,394,574 | 8,234,490 |
| 20.0005. Capitalized interest | 2,393,643 | 1,136,403 |
| 20.0006. Total noncash investing transactions | | |
| 20.0007. | | |
| 20.0008. Financing Transaction | | |
| 20.0009. Dividends to stockholders | | 9,776,000 |

5

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# EXHIBIT 1

### DIRECT PREMIUMS AND DEPOSIT-TYPE CONTRACTS

| | 1<br>Current Year<br>to Date | 2<br>Prior Year<br>to Date | 3<br>Prior Year Ended<br>December 31 |
|---|---:|---:|---:|
| 1. Industrial Life | | | |
| 2. Ordinary Life Insurance | 100,790,726 | 81,531,934 | 165,358,969 |
| 3. Ordinary Individual Annuities | 459,569,794 | 407,178,779 | 950,118,378 |
| 4. Credit Life (Group & Individual) | | | |
| 5. Group Life Insurance | 95,968 | 4,941,688 | 6,105,756 |
| 6. Group Annuities | | | |
| 7. A & H - Group | 49,510,229 | 51,565,093 | 100,122,520 |
| 8. A & H - Credit (Group & Individual) | | | |
| 9. A & H - Other | 562,480,627 | 539,055,134 | 1,074,854,565 |
| 10. Aggregate of All Other Lines of Business | | | |
| 11. Subtotal | 1,172,447,344 | 1,084,272,628 | 2,296,560,188 |
| 12. Deposit-Type Contracts | | | |
| 13. Total | 1,172,447,344 | 1,084,272,628 | 2,296,560,188 |

### DETAILS OF WRITE-INS

| | | | |
|---|---|---|---|
| 1001. | | | |
| 1002. | | | |
| 1003. | | | |
| 1098. Summary of remaining write-ins for Line 10 from overflow page | | | |
| 1099. Totals (Lines 1001 thru 1003 plus 1098)(Line 10 above) | | | |

6

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# NOTES TO FINANCIAL STATEMENTS

1. **Summary of Significant Accounting Policies**

   No significant changes

2. **Accounting Changes and Corrections of Errors**

   No significant changes

3. **Business Combinations and Goodwill**

   None

4. **Discontinued Operations**

   None

5. **Investments**

   No significant changes

6. **Joint Ventures, Partnerships and Limited Liability Companies**

   No significant changes

7. **Investment Income**

   No significant changes

8. **Derivative Instruments**

   No significant changes

9. **Income Taxes**

   A. The components of the net deferred tax asset recognized in the Company's Assets, Liabilities, Surplus and Other funds are as follows:

   |  | June 30 2005 | December 31 2004 | Change |
   |---|---|---|---|
   | Total gross deferred tax assets | $ 357,654,052 | $ 356,275,670 | $ 1,378,382 |
   | Total gross deferred tax liabilities | 32,647,873 | 29,472,388 | 3,175,485 |
   | Net deferred tax assets | 325,006,179 | 326,803,282 | (1,797,103) |
   | Deferred tax assets nonadmitted | 230,042,397 | 286,885,850 | (6,843,453) |
   | Net deferred tax assets admitted | $ 44,963,782 | $ 39,917,432 | $ 5,046,350 |

   B. No significant changes

   C. The change in net deferred income tax from December 31, 2004 to June 30, 2005 is comprised of the following:

   | | |
   |---|---|
   | Change in net deferred tax assets | $ (1,797,103) |
   | Tax effect of unrealized gains (losses) | (64,100) |
   | Change in net deferred income tax | $ (1,861,203) |

7

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## NOTES TO FINANCIAL STATEMENTS

9. **Income Taxes**, continued

D. The significant book to tax adjustments for the six months ended June 30, 2005 were as follows:

|  | Amount | Effective Tax Rate |
|---|---|---|
| Provision computed at statutory rate | $ 6,041,345 | 35.0 % |
| Tax effect of permanent differences: |  |  |
| Dividends received deduction | (551,969) | (3.2) % |
| Other | 226,498 | 1.3 % |
| Total | (325,471) | (1.9) % |
| Tax effect of temporary differences: |  |  |
| Difference in statutory and tax basis: |  |  |
| Reserves | 799,948 | 4.6 % |
| Investment income | (3,112,565) | (18.0) % |
| Deferred acquisition costs | 5,341,081 | 30.9 % |
| Amortization of ceding commission | (1,292,550) | (7.5) % |
| Other | (3,756,672) | (21.8) % |
| Tax on income from operations | 3,695,116 | 21.3 % |
| Tax on capital gains (losses) | 5,514,452 | 31.9 % |
| Utilization of capital loss carryforwards | (4,907,734) | (28.4) % |
| Change in net deferred tax assets | 1,797,103 | 10.4 % |
| Total federal income tax expense | $ 6,098,937 | 35.2 % |

E. No significant changes

F. (1) No significant changes

(2) The method of allocation between the companies is subject to a written agreement approved by the Board of Directors. The allocation between the companies is based upon separate return calculations with current credit for net losses subject to certain limitations. Pursuant to this agreement, the Company has the enforceable right to recoup federal income taxes paid in prior years in the event of future net losses, which it may incur, provided the consolidated life group had net income in the prior years, or to recoup its net losses carried forward as an offset to future net income subject to federal income taxes. Intercompany tax balances are settled quarterly. The federal income tax liability at June 30, 2005 of $850,184 was payable to Conseco Life Insurance Company of Texas ("Conseco Life of Texas"). The federal income tax recoverable at December 31, 2004 of $2,321,772 was receivable from Conseco Life of Texas.

10. **Information Concerning Parent, Subsidiaries and Affiliates**

A., B., & C.

On March 31, 2005, the Company received a contribution to its surplus of $70,500,000 in cash from its sole shareholder, Bankers Life of Illinois.

11. **Debt**

None

12. **Retirement Plans, Deferred Compensation, Postemployment Benefits and Compensated Absences and Other Postretirement Benefit Plans**

No significant changes

13. **Capital and Surplus, Shareholders' Dividend Restrictions and Quasi-Reorganizations**

No significant changes

7.1

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# NOTES TO FINANCIAL STATEMENTS

14. Contingencies

    A. No significant changes

    B. No significant changes

    C. None

    D. All Other Contingencies

    On December 19, 2001, the Company was named in a purported nationwide class action seeking unspecified damages in the District Court of Adams County, Colorado, alleging, among other things, breach of contract regarding alleged non-disclosure of additional charges for those policyholders paying via premium modes other than annual. On November 10, 2003, the court denied the motion for class certification. On January 26, 2004, the plaintiff appealed the trial court's ruling denying class certification. Oral argument was heard on July 26, 2005, and the Company is waiting for the appellate court's decision. All further proceedings have been stayed pending the outcome of the appeal. The Company believes this lawsuit is without merit and intends to defend it vigorously. Given the uncertainties regarding the outcome of these proceedings, the Company is unable to estimate the possible range of loss that may result from this pending litigation.

15. Leases

    No significant changes

16. Information About Financial Instruments With Off-Balance Sheet Risk

    None

17. Sale, Transfer and Servicing of Financial Assets and Extinguishments of Liabilities

    A. None

    B. None

    C. The details by NAIC designation 3 or below of securities sold during the six months ended June 30, 2005 and reacquired within 30 days are as follows:

    |  | Number of Transactions | Book Value of Securities Sold | Cost of Securities Repurchased | Gain/(Loss) |
    |---|---|---|---|---|
    | Bonds: |  |  |  |  |
    | NAIC 3FE | 4 | $ 1,522,530 | $ 1,522,440 | $ 2,205 |
    | NAIC 4FE | 5 | 2,727,021 | 2,754,634 | 85,464 |

18. Gain or Loss to the Reporting Entity from Uninsured Plans and the Uninsured Portion of Partially Insured Plans

    No significant changes

19. Direct Premium Written/Produced by Managing General Agents/Third Party Administrators

    None

20. September 11, 2001 Events

    No significant changes

21. Other Items

    No significant changes

22. Events Subsequent

    None

23. Reinsurance

    No significant changes

7.2

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## NOTES TO FINANCIAL STATEMENTS

24. Retrospectively Rated Contracts & Contracts Subject to Redetermination

    No significant changes

25. Change in Incurred Losses and Loss Adjustment Expenses

    No significant changes

26. Intercompany Pooling Arrangements

    None

27. Structured Settlements

    None

28. Health Care Receivables

    None

29. Participating Policies

    No significant changes

30. Premium Deficiency Reserves

    None

31. Reserves for Life Contracts and Deposit-Type Contracts

    No significant changes

32. Analysis of Annuity Actuarial Reserves and Deposit Liabilities by Withdrawal Characteristics

    No significant changes

33. Premium and Annuity Considerations Deferred and Uncollected

    No significant changes

34. Separate Accounts

    None

35. Loss/Claim Adjustment Expenses

    No significant changes

7.3

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# GENERAL INTERROGATORIES

(Responses to these interrogatories should be based on changes that have occurred since the prior year end unless otherwise noted.)

## PART 1 - COMMON INTERROGATORIES
### GENERAL

1.1 Did the reporting entity implement any significant accounting policy changes that would require disclosure in the Notes to the Financial Statements? ................................................................................................................ Yes [ ]  No [X]

1.2 If yes, explain:

2.1 Did the reporting entity experience any material transactions requiring the filing of Disclosure of Material Transactions with the State of Domicile, as required by the Model Act? ............................................................................................ Yes [ ]  No [X]

2.2 If yes, has the report been filed with the domiciliary state? ...................................................................................... Yes [ ]  No [ ]

3.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity? ........................................................................................................ Yes [ ]  No [X]

3.2 If yes, date of change:

If not previously filed, furnish herewith a certified copy of the instrument as amended.

4. Have there been any substantial changes in the organizational chart since the prior quarter end? ........................................................ Yes [X]  No [ ]

If yes, complete the Schedule Y - Part 1 - organizational chart.

5.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement? ........................................ Yes [ ]  No [X]

5.2 If yes, provide the name of entity, NAIC Company Code, and state of domicile (Use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1<br>Name of Entity | 2<br>NAIC Company Code | 3<br>State of Domicile |
|---|---|---|
| | | |
| | | |

6. If the reporting entity is subject to a management agreement, including third-party administrator(s), managing general agent(s), attorney-in-fact, or similar agreement, have there been any significant changes regarding the terms of the agreement or principals involved? ........................ Yes [ ]  No [X]  NA [ ]

If yes, attach an explanation.

7.1 State as of what date the latest financial examination of the reporting entity was made or is being made. ............................................. 12/31/2004

7.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released. ...................................... 12/31/1999

7.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date). .......................................................................................................................... 02/12/2003

7.4 By what department or departments?

Illinois

8.1 Has this reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period? (You need not report an action, either formal or informal, if a confidentiality clause is part of the agreement.) ........................................................................................................ Yes [ ]  No [X]

8.2 If yes, give full information:

9.1 Is the company a subsidiary of a bank holding company regulated by the Federal Reserve Board? ............................................... Yes [ ]  No [X]

9.2 If response to 9.1 is yes, please identify the name of the bank holding company.

9.3 Is the company affiliated with one or more banks, thrifts or securities firms? ............................................................. Yes [X]  No [ ]

9.4 If response to 9.3 is yes, please provide below the names and location (city and state of the main office) of any affiliates regulated by a federal regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Office of Thrift Supervision (OTS), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.]

| 1<br>Affiliate Name | 2<br>Location<br>(City, State) | 3<br>FRB | 4<br>OCC | 5<br>OTS | 6<br>FDIC | 7<br>SEC |
|---|---|---|---|---|---|---|
| BLC Financial Services, Inc. | Chicago, IL | | | | | Yes |
| Conseco Equity Sales, Inc. | Carmel, IN | | | | | Yes |
| | | | | | | |

8

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

GENERAL INTERROGATORIES

FINANCIAL

10.1 Does the reporting entity report any amounts due from parent, subsidiaries or affiliates on Page 2 of this statement? Yes [X] No [ ]

10.2 If yes, indicate any amounts receivable from ...

# BLAC GI 12.2
## DOLLAR ROLL / REPURCHASE AGREEMENTS - OPEN
## AS OF JUNE 30, 2005

### GENERAL INTERROGATORIES

| | |
|---|---|
| 1. DATES OF TRANSACTIONS: Securities delivered on: | 6/13/2005 |
| Securities returned on: | OPEN |
| 2. DESCRIPTION OF SECURITIES INVOLVED: | FHLMC |
| Book/Adjusted Carrying Value | 95,079,607 |
| Fair Value | 96,121,266 |
| Maturities | 1/1/2035 |
| Weighted Average interest rates | 5.5000 |
| 3. PAR VALUE OR AMOUNT OF BONDS: | 94,739,957 |
| 4. MKT VALUE ON DATE SECURITIES DELIVERED: | 96,241,041 |
| 5. MKT VALUE ON DATE SECURITIES RETURNED: | OPEN |
| 6. COLLATERAL VALUE RECEIVED: | 96,241,041 |
| 7. FORM OF COLLATERAL: | CASH |
| 8. COLLATERAL HELD BY: | BANK OF N Y MIDWEST TRUST CO<br>NEW YORK, NEW YORK |
| 9. NAME OF COMPANY INVOLVED WITH TRANSACTION: | MERRILL LYNCH<br>CHICAGO, IL<br>BANK OF AMERICA MORTGAGE<br>NEW YORK,NY |

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# GENERAL INTERROGATORIES

*(Responses to these interrogatories should be based on changes that have occurred since the prior year end unless otherwise noted.)*

## PART 2 - LIFE & HEALTH

|     |     | 1<br>Amount |
| --- | --- | --- |
| 1. | Report the statement value of mortgage loans at the end of this reporting period for the following categories: | |
| 1.1 | Long-Term Mortgages In Good Standing | |
|     | 1.11 Farm Mortgages | $ |
|     | 1.12 Residential Mortgages | $ |
|     | 1.13 Commercial Mortgages | $ 183,287,288 |
|     | 1.14 Total Mortgages in Good Standing | $ 183,287,288 |
| 1.2 | Long-Term Mortgages In Good Standing with Restructured Terms | |
|     | 1.21 Total Mortgages in Good Standing with Restructured Terms | $ |
| 1.3 | Long-Term Mortgages Loans Upon which Interest is Overdue more than Three Months | |
|     | 1.31 Farm Mortgages | $ |
|     | 1.32 Residential Mortgages | $ |
|     | 1.33 Commercial Mortgages | $ |
|     | 1.34 Total Mortgages with Interest Overdue more than Three Months | $ |
| 1.4 | Long-Term Mortgages Loans in Process of Foreclosure | |
|     | 1.41 Farm Mortgages | $ |
|     | 1.42 Residential Mortgages | $ |
|     | 1.43 Commercial Mortgages | $ |
|     | 1.44 Total Mortgages in Process of Foreclosure | $ |
| 1.5 | Total Mortgage Loans (Lines 1.14 + 1.21 + 1.34 + 1.44) (Page 2, Col. 3, Lines 3.1 plus 3.2) | $ 183,287,288 |
| 1.6 | Long-Term Mortgages Foreclosed, Properties Transferred to Real Estate in Current Quarter | |
|     | 1.61 Farm Mortgages | $ |
|     | 1.62 Residential Mortgages | $ |
|     | 1.63 Commercial Mortgages | $ |
|     | 1.64 Total Mortgages Foreclosed and Transferred to Real Estate | $ |

9

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE A - VERIFICATION
### Real Estate

| | 1<br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year | | |
| 2. Increase (decrease) by adjustment | | |
| 3. Cost of acquired | | |
| 4. Cost of additions to and permanent improvements | | |
| 5. Total profit (loss) on sales | | |
| 6. Increase (decrease) by foreign exchange adjustment | | |
| 7. Amount received on sales | | |
| 8. Book/adjusted carrying value at end of current period | | |
| 9. Total valuation allowance | | |
| 10. Subtotal (Lines 8 plus 9) | | |
| 11. Total nonadmitted amounts | | |
| 12. Statement value, current period (Page 2, real estate lines, Net Admitted Assets column) | | |

**NONE**

## SCHEDULE B – VERIFICATION
### Mortgage Loans

| | 1<br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year | 152,910,206 | 50,818,126 |
| 2. Amount loaned during period: | | |
|   2.1. Actual cost at time of acquisitions | 32,061,142 | 110,089,411 |
|   2.2. Additional investment made after acquisitions | 5,274,509 | 5,619,888 |
| 3. Accrual of discount and mortgage interest points and commitment fees | | |
| 4. Increase (decrease) by adjustment | (119,822) | (32,347) |
| 5. Total profit (loss) on sale | 6,838,747 | 13,584,672 |
| 6. Amounts paid on account or in full during the period | | |
| 7. Amortization of premium | | |
| 8. Increase (decrease) by foreign exchange adjustment | | |
| 9. Book value/recorded investment excluding accrued interest on mortgages owned at end of current period | 183,287,288 | 152,910,206 |
| 10. Total valuation allowance | | |
| 11. Subtotal (Lines 9 plus 10) | 183,287,288 | 152,910,206 |
| 12. Total nonadmitted amounts | | |
| 13. Statement value of mortgages owned at end of current period (Page 2, mortgage lines, Net Admitted Assets column) | 183,287,288 | 152,910,206 |

## SCHEDULE BA – VERIFICATION
### Other Invested Assets Included in Schedule BA

| | 1<br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year | 39,705,797 | 39,054,865 |
| 2. Cost of acquisitions during period: | | |
|   2.1. Actual cost at time of acquisitions | 877,482 | 17,987,224 |
|   2.2. Additional investment made after acquisitions | 544,045 | 2,536,666 |
| 3. Accrual of discount | | |
| 4. Increase (decrease) by adjustment | 165,057 | (812,020) |
| 5. Total profit (loss) on sale | 768,666 | 4,286,233 |
| 6. Amounts paid on account or in full during the period | 15,062,526 | 23,343,274 |
| 7. Amortization of premium | 2,047 | 3,897 |
| 8. Increase (decrease) by foreign exchange adjustment | | |
| 9. Book/adjusted carrying value of long-term invested assets at end of current period | 26,996,474 | 39,705,797 |
| 10. Total valuation allowance | | |
| 11. Subtotal (Lines 9 plus 10) | 26,996,474 | 39,705,797 |
| 12. Total nonadmitted amounts | | |
| 13. Statement value of long-term invested assets at end of current period (Page 2, Line 7, Column 3) | 26,996,474 | 39,705,797 |

## SCHEDULE D – VERIFICATION
### Bonds and Stocks

| | 1<br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value of bonds and stocks, December 31 of prior year | 7,304,069,441 | 6,317,291,660 |
| 2. Cost of bonds and stocks acquired | 2,782,225,055 | 5,849,646,742 |
| 3. Accrual of discount | 4,214,343 | 8,844,562 |
| 4. Increase (decrease) by adjustment | (336,297) | 5,818,694 |
| 5. Increase (decrease) by foreign exchange adjustment | | |
| 6. Total profit (loss) on disposal | 13,907,438 | 25,098,839 |
| 7. Consideration for bonds and stocks disposed of | 2,278,927,250 | 4,886,366,222 |
| 8. Amortization of premium | 7,648,294 | 16,264,834 |
| 9. Book/adjusted carrying value, current period | 7,817,504,436 | 7,304,069,441 |
| 10. Total valuation allowance | | |
| 11. Subtotal (Lines 9 plus 10) | 7,817,504,436 | 7,304,069,441 |
| 12. Total nonadmitted amounts | | |
| 13. Statement value | 7,817,504,436 | 7,304,069,441 |

10