# STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE D - PART 1B
Showing the Acquisitions, Dispositions and Non-Trading Activity During the Current Quarter for all Bonds and Preferred Stock by Rating Class

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Book/Adjusted Carrying Value Beginning of Current Quarter | Acquisitions During Current Quarter | Dispositions During Current Quarter | Non-Trading Activity During Current Quarter | Book/Adjusted Carrying Value End of First Quarter | Book/Adjusted Carrying Value End of Second Quarter | Book/Adjusted Carrying Value End of Third Quarter | Book/Adjusted Carrying Value December 31 Prior Year |
| BONDS | | | | | | | | |
| 1. Class 1 | 5,084,505,319 | 1,397,736,244 | 1,350,432,560 | 3,295,886 | 5,084,505,319 | 2,094,346,815 | 2,131,154,107 | 2,109,619,806 |
| 2. Class 2 | 2,094,346,815 | 231,431,989 | 171,394,099 | (23,230,598) | 2,094,346,815 | 217,156,908 | 221,729,606 | 217,986,889 |
| 3. Class 3 | 217,156,908 | 30,431,044 | 42,145,504 | 16,287,158 | 217,156,908 | 126,549,059 | 119,057,093 | 123,608,377 |
| 4. Class 4 | 126,549,059 | 27,755,291 | 38,501,521 | 3,254,264 | 126,549,059 | 14,149,607 | 11,744,863 | 8,393,898 |
| 5. Class 5 | 14,149,607 | 2,196,641 | 3,488,754 | (1,112,631) | 14,149,607 | 2,967,263 | 2,377,921 | 2,693,137 |
| 6. Class 6 | 2,967,263 | 44,136 | 1,606,006,574 | (545,206) | 2,967,263 | 7,539,674,971 | 7,621,168,479 | 7,109,804,540 |
| 7. Total Bonds | 7,539,674,971 | 1,689,551,209 | 1,606,006,574 | (2,051,127) | 7,539,674,971 | 7,621,168,479 | | |
| PREFERRED STOCK | | | | | | | | |
| 8. Class 1 | 90,438,482 | 1,737,680 | 3,564,655 | (89,014) | 90,438,482 | 21,320,544 | | 160,370,238 |
| 9. Class 2 | 21,326,575 | | | (6,031) | 21,326,575 | 21,320,544 | | 21,332,579 |
| 10. Class 3 | 77,648,715 | | | (1,626) | 77,648,715 | 77,647,089 | | 2,097,322 |
| 11. Class 4 | 23,507,493 | | | | 23,507,493 | 23,507,493 | | 23,507,493 |
| 12. Class 5 | | | | | | 4,179,844 | | 4,179,844 |
| 13. Class 6 | 4,179,844 | | 3,564,655 | (96,671) | 4,179,844 | 215,177,463 | | 211,487,476 |
| 14. Total Preferred Stock | 217,101,109 | 1,737,680 | 3,564,655 | (96,671) | 217,101,109 | 215,177,463 | | 211,487,476 |
| 15. Total Bonds and Preferred Stock | 7,756,776,080 | 1,691,288,889 | 1,609,571,229 | (2,147,798) | 7,756,776,080 | 7,836,345,942 | | 7,321,292,016 |

11

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE DA - PART 1

Short-Term Investments Owned End of Current Quarter

| | 1<br>Book/Adjusted<br>Carrying Value | 2<br>Par Value | 3<br>Actual Cost | 4<br>Interest Collected<br>Year To Date | 5<br>Paid for Accrued<br>Interest<br>Year To Date |
|---|---|---|---|---|---|
| 8299999 Totals | 20,540,402 | XXX | 20,540,402 | | |

## SCHEDULE DA - PART 2 - VERIFICATION

Short-Term Investments Owned

| | 1<br>Year To Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year | 18,821,479 | 47,603,750 |
| 2. Cost of short-term investments acquired | 1,416,283,906 | 7,754,453,344 |
| 3. Increase (decrease) by adjustment | | |
| 4. Increase (decrease) by foreign exchange adjustment | | |
| 5. Total profit (loss) on disposal of short-term investments | | |
| 6. Consideration received on disposal of short-term investments | 1,414,564,983 | 7,783,235,615 |
| 7. Book/adjusted carrying value, current period | 20,540,402 | 18,821,479 |
| 8. Total valuation allowance | | |
| 9. Subtotal (Lines 7 plus 8) | 20,540,402 | 18,821,479 |
| 10. Total nonadmitted amounts | | |
| 11. Statement value (Lines 9 minus 10) | 20,540,402 | 18,821,479 |
| 12. Income collected during period | 145,287 | 268,063 |
| 13. Income earned during period | 145,287 | 268,063 |

12

# LIFE, ACCIDENT AND HEALTH INSURERS

**COMPANY NAME:** Bankers Life and Casualty Company  
**NAIC Company Code:** 61263  
**Contact:** Steven Rogers  
**Telephone:** (312) 396-7095  
**REQUIRED FILINGS IN THE STATE OF:** CONNECTICUT  
**Filings Made During the Year 2005**

| (1) Check-list | (2) Line # | (3) REQUIRED FILINGS FOR THE ABOVE STATE | (4) NUMBER OF COPIES* Domestic State | (4) NUMBER OF COPIES* Domestic NAIC | (4) Foreign State | (4) Foreign | (5) DUE DATE | (6) FORM SOURCE** | (7) APPLICABLE NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | | **I. NAIC FINANCIAL STATEMENTS** | | | | | | | |
| | 1 | Annual Statement (8 ½"x14") | 2 | 1 | | 1 | 3/1 | NAIC | |
| | 1.1 | Printed Investment Schedule detail (Pages E01-E25) | 2 | 1 | | xxx | 3/1, 5/15, 8/15, 11/15 | NAIC | |
| ✓ | 2 | Quarterly Financial Statement (8 ½" x 14") | 2 | 1 | | 1 | 5/15, 8/15, 11/15 | NAIC | |
| | 3 | Separate Accounts Annual Statement (8 ½"x14") | 2 | 1 | | 1 | 3/1 | NAIC | |
| | | **II. NAIC SUPPLEMENTS** | | | | | | | |
| | 10 | Accident & Health Policy Experience Exhibit | 2 | 1 | | 1 | 4/1 | NAIC | |
| | 11 | Credit Insurance Experience Exhibit | 2 | 1 | | xxx | 4/1 | NAIC | |
| | 12 | Interest Sensitive Life Insurance Products Report | 2 | 1 | | xxx | 4/1 | NAIC | |
| | 13 | Investment Risk Interrogatories | 2 | 1 | | 1 | 4/1 | NAIC | |
| | 14 | Life, Health & Annuity Guaranty Assessment Base Reconciliation Exhibit | 2 | 1 | | xxx | 4/1 | NAIC | |
| | 15 | Life, Health & Annuity Guaranty Assessment Base Reconciliation Exhibit Adjustment Form | 2 | 1 | | xxx | 4/1 | NAIC | |
| | 16 | Long Term Care Experience Reporting Forms | 2 | 1 | | 1 | 4/1 | NAIC | |
| | 17 | Management Discussion & Analysis | 2 | 1 | | 1 | 4/1 | Company | |
| | 18 | Medicare Supplement Insurance Experience Exhibit | 2 | 1 | | xxx | 3/1 | NAIC | |
| | 19 | Risk-Based Capital Report | 1 | N/A | | xxx | 3/1 | NAIC | |
| | 20 | Schedule SIS | 2 | N/A | | N/A | 3/1 | NAIC | |
| | 21 | Statement of Actuarial Opinion | 2 | 1 | | 1 | 3/1 | Company | |
| | 22 | Statement on non-guaranteed elements - Exhibit 5 Int. #3 | 2 | 1 | | 1 | 3/1 | Company | "Q" |
| | 23 | Statement on par/non-par policies – Exhibit 5 Int. 1.1 | 2 | 1 | | 1 | 3/1 | Company | |
| | 24 | Supplemental Compensation Exhibit | 1 | N/A | | N/A | 3/1 | Company | |
| | 25 | Supplemental Schedule O | 2 | 1 | | xxx | 3/1 | NAIC | |
| | 26 | Trusteed Surplus Statement | 0 | 0 | | xxx | 3/1, 5/15, 8/15, 11/15 | NAIC | |
| | 27 | Workers' Compensation Carve Out Supplement | 2 | 1 | | 1 | 3/1 | NAIC | |
| | | **III. ELECTRONIC FILING REQUIREMENTS** | | | | | | | |
| | 30 | Annual Statement Electronic Filing | xxx | 1 | | xxx | 3/1 | NAIC | |
| | 31 | March .PDF Filing | xxx | 1 | | xxx | 3/1 | NAIC | |
| | 32 | Risk-Based Capital Electronic Filing | xxx | 1 | | N/A | 3/1 | NAIC | |
| | 33 | Separate Accounts Electronic Filing | xxx | 1 | | xxx | 3/1 | NAIC | |
| | 34 | Separate Accounts .PDF Filing | xxx | 1 | | xxx | 3/1 | NAIC | |
| | 35 | Supplemental Electronic Filing | xxx | 1 | | xxx | 4/1 | NAIC | |
| | 36 | Supplemental .PDF Filing | xxx | 1 | | xxx | 4/1 | NAIC | |
| | 37 | Quarterly Electronic Filing | xxx | 1 | | xxx | 5/15, 8/15, 11/15 | NAIC | |
| | 38 | Quarterly .PDF Filing | xxx | 1 | | xxx | 5/15, 8/15, 11/15 | NAIC | |
| | 39 | June .PDF Filing | xxx | 1 | | xxx | 6/1 | NAIC | |
| | | **IV. AUDITED FINANCIAL STATEMENTS** | | | | | | | |
| | 51 | Accountants Letter of Qualifications | 1 | N/A | | N/A | 6/1 | Company | |
| | 52 | Audited Financial Statements | 1 | N/A | | 1 | 6/1 | Company | |
| | 53 | Audited Financial Statements Exemption Affidavit | 0 | N/A | | N/A | | Company | |
| | 54 | Independent CPA | 1 | N/A | | N/A | Within 60 days of becoming subject to such regulation | Company | |
| | 55 | Notification of Adverse Financial Condition | 1 | N/A | | N/A | Within 5 business days of company notification | Company | |
| | 56 | Report of Significant Deficiencies in Internal Controls | 1 | N/A | | N/A | Within 60 days of annual report filing | Company | |
| | 57 | Request for Exemption to File | 1 | N/A | | N/A | 12/31 | Company | |
| | | **V. STATE REQUIRED FILINGS** | | | | | | | |
| ✓ | 101 | Filings Checklist (with Column 1 completed) | 2 | 1 | | 1 | 3/1, 5/15, 8/15, 11/15 | State | |
| | 102 | Premium tax | 0 | 0 | | 0 | | State | "D" |
| | 103 | Retention of Asset Statement | 2 | 0 | | 0 | 3/1 | State | |
| | 104 | Accident & Health Advertising Certificate of Compliance | 2 | 0 | | 1 | 3/1 | Company | "O" |
| | 105 | State Filing Fees | 0 | 0 | | 0 | | State | "C" |
| | 106 | Signed Jurat | 0 | 0 | | 0 | | NAIC | "L" |

\* If XXX appears in this column, this state does not require this filing, if hard copy is filed with the state of domicile and the NAIC and if the data is filed electronically with the NAIC. If N/A appears in this column, the filing is required with the domiciliary state.
\*\* If Form Source is NAIC, the form should be obtained from the appropriate vendor.

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

Schedule DB - Part F - Section 1
# NONE

Schedule DB - Part F - Section 2
# NONE

Schedule S
# NONE

13, 14, 15

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE T—PREMIUMS AND ANNUITY CONSIDERATIONS

Current Year To Date – Allocated by States and Territories

| | States, Etc. | 1<br>Is Insurer Licensed? (Yes or No) | Life Contracts | | Direct Business Only | 5<br>Deposit-Type Contract Funds | 6<br>Other Considerations |
|---|---|---|---|---|---|---|---|
| | | | 2<br>Life Insurance Premiums | 3<br>Annuity Considerations | 4<br>Accident and Health Insurance Premiums, Including Policy, Membership and Other Fees | | |
| 1. | Alabama AL | Yes | 616,558 | 694,628 | 4,743,367 | | |
| 2. | Alaska AK | Yes | 19,129 | 250 | 88,333 | | |
| 3. | Arizona AZ | Yes | 894,719 | 3,970,228 | 8,962,017 | | |
| 4. | Arkansas AR | Yes | 1,320,793 | 12,869,566 | 6,429,194 | | |
| 5. | California CA | Yes | 3,952,693 | 27,328,452 | 30,335,790 | | |
| 6. | Colorado CO | Yes | 822,377 | 6,956,495 | 8,557,254 | | |
| 7. | Connecticut CT | Yes | 1,560,551 | 9,202,445 | 11,394,128 | | |
| 8. | Delaware DE | Yes | 446,903 | 3,584,026 | 2,144,923 | | |
| 9. | District of Columbia DC | Yes | 230,230 | 20,835 | 275,361 | | |
| 10. | Florida FL | Yes | 9,101,386 | 40,684,068 | 58,369,969 | | |
| 11. | Georgia GA | Yes | 1,727,728 | 2,352,269 | 9,353,505 | | |
| 12. | Hawaii HI | Yes | 174,801 | 3,608,042 | 339,222 | | |
| 13. | Idaho ID | Yes | 784,145 | 2,968,063 | 6,238,500 | | |
| 14. | Illinois IL | Yes | 5,655,156 | 7,502,886 | 17,838,434 | | |
| 15. | Indiana IN | Yes | 4,034,772 | 15,218,061 | 25,557,292 | | |
| 16. | Iowa IA | Yes | 3,020,406 | 19,235,240 | 21,032,471 | | |
| 17. | Kansas KS | Yes | 3,059,596 | 17,547,402 | 17,668,467 | | |
| 18. | Kentucky KY | Yes | 1,449,248 | 1,120,844 | 7,985,335 | | |
| 19. | Louisiana LA | Yes | 1,438,188 | 2,016,482 | 5,702,094 | | |
| 20. | Maine ME | Yes | 2,104,859 | 3,148,156 | 6,279,081 | | |
| 21. | Maryland MD | Yes | 1,291,409 | 2,281,760 | 8,115,244 | | |
| 22. | Massachusetts MA | Yes | 1,456,987 | 8,013,686 | 24,016,715 | | |
| 23. | Michigan MI | Yes | 5,115,195 | 24,931,060 | 17,434,780 | | |
| 24. | Minnesota MN | Yes | 1,546,699 | 9,969,196 | 13,703,149 | | |
| 25. | Mississippi MS | Yes | 770,308 | 1,488,893 | 6,484,140 | | |
| 26. | Missouri MO | Yes | 3,455,477 | 21,279,958 | 21,832,738 | | |
| 27. | Montana MT | Yes | 337,578 | 1,071,843 | 3,119,258 | | |
| 28. | Nebraska NE | Yes | 1,407,560 | 5,743,602 | 9,712,225 | | |
| 29. | Nevada NV | Yes | 476,374 | 925,469 | 3,634,463 | | |
| 30. | New Hampshire NH | Yes | 1,843,395 | 12,678,156 | 11,785,437 | | |
| 31. | New Jersey NJ | Yes | 1,294,076 | 9,503,630 | 10,775,278 | | |
| 32. | New Mexico NM | Yes | 286,721 | 302,419 | 1,521,876 | | |
| 33. | New York NY | No | 150,367 | 431,578 | 999,772 | | |
| 34. | North Carolina NC | Yes | 3,907,741 | 24,103,837 | 27,552,770 | | |
| 35. | North Dakota ND | Yes | 188,556 | 1,116,792 | 934,924 | | |
| 36. | Ohio OH | Yes | 4,384,771 | 9,608,094 | 22,036,893 | | |
| 37. | Oklahoma OK | Yes | 1,082,684 | 4,108,911 | 6,568,333 | | |
| 38. | Oregon OR | Yes | 1,292,063 | 17,725,960 | 12,698,747 | | |
| 39. | Pennsylvania PA | Yes | 6,132,235 | 24,099,701 | 25,787,428 | | |
| 40. | Rhode Island RI | Yes | 5,687,352 | 16,750,303 | 31,122,997 | | |
| 41. | South Carolina SC | Yes | 240,540 | 598,418 | 2,612,514 | | |
| 42. | South Dakota SD | Yes | 863,724 | 4,724,763 | 4,132,767 | | |
| 43. | Tennessee TN | Yes | 2,047,500 | 4,863,520 | 12,962,170 | | |
| 44. | Texas TX | Yes | 1,803,011 | 36,194,387 | 16,557,723 | | |
| 45. | Utah UT | Yes | 1,183,665 | 2,541,556 | 6,447,299 | | |
| 46. | Vermont VT | Yes | 2,663,839 | 21,479,484 | 26,398,074 | | |
| 47. | Virginia VA | Yes | 153,533 | 71,532 | 1,384,722 | | |
| 48. | Washington WA | Yes | | 900 | | | |
| 49. | West Virginia WV | Yes | | | | | |
| 50. | Wisconsin WI | Yes | | | | | |
| 51. | Wyoming WY | Yes | | | | | |
| 52. | American Samoa AS | No | | | | | |
| 53. | Guam GU | No | 2,567 | | 1,595 | | |
| 54. | Puerto Rico PR | No | | | 4,618 | | |
| 55. | US Virgin Islands VI | No | | | | | |
| 56. | Canada CN | No | | | | | |
| 57. | Aggregate Other Alien OT | XXX | | | | | |
| 58. | Subtotal | (a) 50 | 96,851,962 | 460,321,489 | 603,813,362 | | |
| 90. | Reporting entity contributions for employee benefit plans | XXX | | | | | |
| 91. | Dividends or refunds applied to purchase paid-up additions and annuities | XXX | | | | | |
| 92. | Dividends or refunds applied to shorten endowment or premium paying period | XXX | | | | | |
| 93. | Premium or annuity considerations waived under disability or other contract provisions | XXX | 209,018 | | 7,564,590 | | |
| 94. | Aggregate of other amounts not allocable by State | XXX | | | | | |
| 95. | Totals (Direct Business) | XXX | 97,060,980 | 460,321,489 | 611,377,952 | | |
| 96. | Plus Reinsurance Assumed | XXX | 75,938 | | 14,792 | | |
| 97. | Totals (All Business) | XXX | 97,136,918 | 460,321,489 | 611,392,744 | | |
| 98. | Less Reinsurance Ceded | XXX | 32,100,025 | | 73,547 | | |
| 99. | Totals (All Business) less Reinsurance Ceded | XXX | 65,036,893 | 460,321,489 | 611,319,197 | | |

DETAILS OF WRITE-INS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5701. | | XXX | | | | | |
| 5702. | | XXX | | | | | |
| 5703. | | XXX | | | | | |
| 5798. | Summary of remaining write-ins for Line 57 from overflow page | XXX | | | | | |
| 5799. | Totals (Lines 5701 thru 5703 plus 5798)(Line 57 above) | XXX | | | | | |
| 9401. | | XXX | | | | | |
| 9402. | | XXX | | | | | |
| 9403. | | XXX | | | | | |
| 9498. | Summary of remaining write-ins for Line 94 from overflow page | XXX | | | | | |
| 9499. | Totals (Lines 9401 thru 9403 plus 9498)(Line 94 above) | XXX | | | | | |

(a) Insert the number of yes responses except for Canada and Other Alien.

16

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP

## PART 1 - ORGANIZATIONAL CHART

Conseco, Inc.
FEIN #75-3108137 DE
40|86 Advisors, Inc.
FEIN #22-2403791 DE
CDOC, Inc. (1)
FEIN #51-0406066 DE
Conseco Equity Sales, Inc.
FEIN #75-1301573 TX
Performance Matters Associates, Inc.
FEIN #75-2334840 DE
40|86 Mortgage Capital, Inc.
FEIN #51-0331205 DE
K.F. Agency, Inc.
FEIN #36-4036794 IL
Conseco Group Risk Management Company
FEIN #64-0769793 MS
Eagle Mortgage Company, Inc.
FEIN #71-0484336 AR
American Life & Casualty Marketing Division Co.
FEIN #42-1351112 IA
Conseco Management Services Company
FEIN #74-1499663 TX
1%
89.1%
9.9%
Conseco Services, L.L.C
FEIN #35-1965822 IN
1%
90%
9%
Conseco Marketing, L.L.C.
FEIN #35-1989489 IN
Conseco Life Insurance Company of Texas
NAIC #11804
FEIN #81-0626335 TX
Washington National Insurance Company (2)
NAIC #70319
FEIN #36-1933760 IL
Conseco Life Insurance Company of New York (3)
NAIC #68560
FEIN #11-2857098 NY
Conseco Senior Health Insurance Company
NAIC #76325
FEIN #23-0704970 PA
Colonial Penn Life Insurance Company
NAIC #62065
FEIN #23-1628836 PA
Bankers Life Insurance Company of Illinois
NAIC #65415
FEIN #36-3851005 IL
Conseco Health Insurance Company
NAIC #78174
FEIN #34-1083130 AZ
Conseco Insurance Company
NAIC #60682
FEIN #45-0103436 IL
Conseco Life Insurance Company
NAIC #65900
FEIN #04-2299444 IN
Washington National Development Company
FEIN #36-2707804 DE
C.P. Real Estate Services Corp.
FEIN #13-5405610 NJ
Bankers Life and Casualty Company
NAIC #61263
FEIN #36-0770740 IL
Falls Holding of Delaware, Inc.
FEIN #52-2256368 DE
BLC Financial Services, Inc.
FEIN #43-2002175 IL

NOTES:
All subsidiaries are 100% owned unless otherwise indicated.
Names of insurance companies and their parent companies are in bold letters.

(1) CFIHC, Inc. merged into CDOC, Inc. effective June 23, 2005.
(2) Bankers National Life Insurance Company merged into Washington National Insurance Company effective October 1, 2004.
(3) Conseco Life Insurance Company of New York became a direct subsidiary of Conseco Life Insurance Company of Texas effective June 30, 2005.

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SUPPLEMENTAL EXHIBITS AND SCHEDULES INTERROGATORIES

The following supplemental reports are required to be filed as part of your statement filing. However, in the event that your company does not transact the type of business for which the special report must be filed, your response of NO to the specific interrogatory will be accepted in lieu of filing a "NONE" report and a bar code will be printed below. If the supplemental is required of your company but is not being filed for whatever reason enter SEE EXPLANATION and provide an explanation following the interrogatory questions.

|     | RESPONSE |
| --- | --- |
| 1. Will the Trusteed Surplus Statement be filed with the State of Domicile and the NAIC with this statement? | NO |

Explanation:

1.

Bar Code:

1. *[barcode: 6 1 2 6 3 2 0 5 4 9 0 0 0 0 2]*

18

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE A - PART 2

Showing All Real Estate ACQUIRED During the Current Quarter

| 1 | Location | | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | | | | | | |
| Description of Property | City | State | Date Acquired | Name of Vendor | Actual Cost | Amount of Encumbrances | Book/Adjusted Carrying Value Less Encumbrances | Expended for Additions and Permanent Improvements |
| | | | | NONE | | | | |
| 9999999 - Totals | | | | | | | | |

# SCHEDULE A - PART 3

Showing All Real Estate SOLD during the Current Quarter, including Payments during the Final Year on "Sales under Contract"

| 1 | Location | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | | | | | | | | | | | | | |
| Description of Property | City | State | Disposal Date | Name of Purchaser | Actual Cost | Increase (Decrease) by Adjustment | Increase (Decrease) by Foreign Exchange Adjustment | Expended for Additions, Permanent Improvements and Changes in Encum-brances | Book/ Adjusted Carrying Value Less Encum-brances | Amounts Received | Foreign Exchange Profit (Loss) on Sale | Realized Profit (Loss) on Sale | Total Profit (Loss) on Sale | Gross Income Earned Less Interest Incurred on Encum-brances | Taxes, Repairs and Expenses Incurred |
| | | | | NONE | | | | | | | | | | | |
| 9999999 Totals | | | | | | | | | | | | | | | |

**STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY**

## SCHEDULE B - PART 1

Showing All Mortgage Loans ACQUIRED During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan Number | Location City | State | Loan Type | Actual Cost | Date Acquired | Rate of Interest | Book Value/Recorded Investment Excluding Accrued Interest | Increase (Decrease) by Adjustment | Increase (Decrease) by Foreign Exchange Adjustment | Value of Land and Buildings | Date of Last Appraisal or Valuation |
| 135048 | Tucson | AZ | | 187,500 | 05/24/2005 | 5.650 | 187,500 | | 234,000 | | 06/09/2005 |
| 135043 | Vernon | CA | | 1,309,002 | 05/03/2005 | 5.870 | 1,309,002 | | 2,118,000 | | 03/31/2005 |
| 135045 | Romulus | MI | | 1,700,000 | 05/19/2005 | 5.810 | 1,700,000 | | 2,375,000 | | 05/04/2005 |
| 135047 | Brooklyn Park | MN | | 5,225,000 | 06/23/2005 | 5.870 | 5,225,000 | | 5,600,000 | | 05/10/2005 |
| 135046 | Winchester | VA | | 8,177,140 | 06/14/2005 | 5.770 | 8,177,140 | | 10,221,000 | | 04/15/2005 |
| 0699999 - Mortgages in good standing - Commercial Mortgages - All other | | | | 16,598,642 | | | 16,598,642 | | 21,548,000 | | XXX |
| 0899999 - Total - Mortgages in Good Standing | | | | 16,598,642 | | | 16,598,642 | | 21,548,000 | | XXX |
| 9999999 Totals | | | | 16,598,642 | XXX | XXX | 16,598,642 | | 21,548,000 | | XXX |

## SCHEDULE B - PART 2

Showing All Mortgage Loans SOLD, Transferred or Paid in Full During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan Number | Location City | State | Loan Type | Date Acquired | Book Value/Recorded Investment Excluding Accrued Interest Prior Year | Increase (Decrease) by Foreign Exchange Adjustment | Increase (Decrease) by Adjustment | Book Value/Recorded Investment at Disposition | Consideration Received | Foreign Exchange Profit (Loss) on Sale | Realized Profit (Loss) on Sale | Total Profit (Loss) on Sale |
| 13082 | Belpre | OH | | 10/14/1999 | 2,226,923 | | | 2,198,921 | 2,156,518 | | (42,402) | (42,402) |
| 13061 | Marion | VA | | 12/17/1998 | 1,588,316 | | | 1,566,403 | 1,529,899 | | (36,504) | (36,504) |
| 13062 | Roanoke | VA | | 12/17/1998 | 2,067,903 | | | 2,039,373 | 1,998,458 | | (40,915) | (40,915) |
| 0799999 - Mortgages sold | | | | | 5,883,142 | | | 5,804,696 | 5,684,875 | | (119,822) | (119,822) |
| 9999999 Totals | | | | | 5,883,142 | | | 5,804,696 | 5,684,875 | | (119,822) | (119,822) |

E02

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE BA - PART 1

Showing Other Long-Term Invested Assets ACQUIRED During the Current Quarter

| 1 | 2 | Location | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP Identification | Number of Units and Description | 3 City | 4 State | NAIC Designation | Name of Vendor | Date Acquired | Actual Cost | Amount of Encumbrances | Book/Adjusted Carrying Value Less Encumbrances | SVO Assigned Value | Increase (Decrease) by Adjustment | Increase (Decrease) by Foreign Exchange Adjustment |

**NONE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3399999 Totals | | | | | | | | | | | | |

## SCHEDULE BA - PART 2

Showing Other Long-Term Invested Assets SOLD, Transferred or Paid in Full During the Current Quarter

| 1 | 2 | Location | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Units and Description | | 3 City | State | Name of Purchaser or Nature of Disposition | Date Acquired | Book/Adjusted Carrying Value Less Encumbrances, Prior Year | Increase (Decrease) by Adjustment | Foreign Exchange Adjustment | Book/Adjusted Carrying Value Less Encumbrances at Disposition | Consideration Received | Foreign Exchange Profit (Loss) on Sale | Realized Profit (Loss) on Sale | Total Profit (Loss) on Sale |
| Aircraft Statutory Trust - 1988 BIC, 0.33% Interest | | Arlington | Virginia | Varde Investment Partners, L.P. | 03/31/2004 | 10,940 | | | 9,541 | 17,537 | | 7,997 | 7,997 |
| 2999999 - Any Other Class of Admitted Assets - Unaffiliated | | | | | | 10,940 | | | 9,541 | 17,537 | | 7,997 | 7,997 |
| 3199999 - Total Unaffiliated | | | | | | 10,940 | | | 9,541 | 17,537 | | 7,997 | 7,997 |
| 3299999 - Total Affiliated | | | | | | | | | | | | | |
| 3399999 Totals | | | | | | 10,940 | | | 9,541 | 17,537 | | 7,997 | 7,997 |

E03

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE D - PART 3

Show All Long-Term Bonds and Stock Acquired by the Company During the Current Quarter

| 1<br>CUSIP Identification | 2<br>Description | 3<br>Foreign | 4<br>Date Acquired | 5<br>Name of Vendor | 6<br>Number of Shares of Stock | 7<br>Actual Cost | 8<br>Par Value | 9<br>Paid for Accrued Interest and Dividends | 10<br>NAIC Designation or Market Indicator (a) |
|---|---|---|---|---|---|---|---|---|---|
| BONDS | | | | | | | | | |
| GOVERNMENTS | | | | | | | | | |
| 3133XC-2H-5 | FED HOME LOAN BANK 5.000 06/15/2012 | | 06/01/2005 | GOLDMAN SACHS AND COMPANY | | 48,451,500 | 48,500,000 | | 1 |
| 3136F6-4A-4 | FED NATL MTG ASSOC 5.750 04/28/2015 | | 04/12/2005 | LEHMAN BROTHERS INC | | 22,477,500 | 22,500,000 | | 1 |
| 3136F6-5Z-8 | FED NATL MTG ASSOC 5.600 05/12/2015 | | 05/10/2005 | BANK OF AMERICA | | 17,482,500 | 17,500,000 | | 1 |
| 3136F6-6Q-7 | FED NATL MTG ASSOC 5.920 05/19/2020 | | 05/12/2005 | LEHMAN BROTHERS INC | | 32,967,000 | 33,000,000 | | 1 |
| 3136F7-CZ-8 | FED NATL MTG ASSOC 5.600 06/29/2015 | | 06/15/2005 | MORGAN KEEGAN | | 14,485,500 | 14,500,000 | | 1 |
| 3136F7-DP-9 | FED NATL MTG ASSOC 5.370 06/30/2015 | | 06/24/2005 | GOLDMAN SACHS AND COMPANY | | 19,980,000 | 20,000,000 | | 1 |
| 912810-FP-8 | US TREASURY BOND 5.375 02/15/2031 | | 04/05/2005 | UBS SECURITIES, LLC | | 5,352,484 | 4,900,000 | 36,378 | 1 |
| 912828-AJ-9 | US TREASURY NOTE 4.375 08/15/2012 | | 06/16/2005 | UBS SECURITIES, LLC | | 5,759,606 | 5,580,000 | 82,274 | 1 |
| 912828-DM-9 | US TREASURY NOTE 4.000 02/15/2015 | | 05/09/2005 | VARIOUS | | 4,892,500 | 5,000,000 | 42,099 | 1 |
| 912828-DS-6 | US TREASURY NOTE 3.625 04/30/2007 | | 05/11/2005 | UBS SECURITIES, LLC | | 3,398,406 | 3,400,000 | 4,019 | 1 |
| 912828-DV-9 | US TREASURY NOTE 4.125 05/15/2015 | | 06/21/2005 | VARIOUS | | 9,328,156 | 9,200,000 | 25,669 | 1 |
| 0399999 - Total - Bonds - U.S. Government | | | | | | 184,575,153 | 184,080,000 | 190,440 | XXX |
| OTHER GOVERNMENTS | | | | | | | | | |
| 105756-BE-9 | FED REP OF BRAZIL 8.875 10/14/2019 | F | 05/10/2005 | GOLDMAN SACHS AND COMPANY | | 1,003,750 | 1,000,000 | 8,135 | 3FE |
| 78307A-CZ-4 | RUSSIAN FEDERATION 5.000 03/31/2030 | F | 05/18/2005 | DEUTSCHE BANK | | 2,160,000 | 2,000,000 | 14,722 | 2FE |
| 900123-AX-8 | REP OF TURKEY 7.000 06/05/2020 | F | 06/02/2005 | JP MORGAN CHASE | | 980,060 | 1,000,000 | | 4FE |
| 91086Q-AS-7 | UNITED MEXICAN STAT 6.750 09/27/2034 | F | 06/17/2005 | CITIGROUP INC | | 521,250 | 500,000 | 7,969 | 2FE |
| 922646-9B-2 | REP OF VENEZUELA 7.650 04/21/2025 | F | 06/17/2005 | JP MORGAN CHASE | | 883,000 | 1,000,000 | 12,963 | 4FE |
| 1099999 - Total - Bonds - All Other Government | | | | | | 5,548,060 | 5,500,000 | 43,789 | XXX |
| POLITICAL SUBDIVISIONS | | | | | | | | | |
| 235218-J8-8 | DALLAS TX PENSION S 5.078 02/15/2022 | | 06/02/2005 | RAYMOND JAMES | | 1,137,055 | 1,090,000 | 17,066 | 1FE |
| 349425-XW-3 | FORT WORTH TX GO 5.125 03/01/2021 | | 04/11/2005 | DUNCAN WILLIAMS INC | | 2,449,013 | 2,475,000 | 13,741 | 1FE |
| 349425-YA-0 | FORT WORTH TX TAXAB 5.250 03/01/2025 | | 04/13/2005 | DUNCAN WILLIAMS INC | | 2,128,913 | 2,145,000 | 12,200 | 1FE |
| 613035-WZ-3 | MONTGOMERY AL GO 4.990 04/01/2020 | | 05/03/2005 | DUNCAN WILLIAMS INC | | 2,760,450 | 2,750,000 | 18,297 | 1FE |
| 932432-NF-0 | WALLENPAUPACK PA AR 5.150 09/01/2019 | | 05/10/2005 | DUNCAN WILLIAMS INC | | 3,258,470 | 3,265,000 | 467 | 1FE |
| 932432-NG-8 | WALLENPAUPACK PA AR 5.200 09/01/2020 | | 05/10/2005 | DUNCAN WILLIAMS INC | | 997,830 | 1,000,000 | 144 | 1FE |
| 932432-NH-6 | WALLENPAUPACK PA AR 5.250 09/01/2021 | | 05/10/2005 | DUNCAN WILLIAMS INC | | 1,751,051 | 1,755,000 | 256 | 1FE |
| 932432-NJ-2 | WALLENPAUPACK PA AR 5.150 09/01/2019 | | 05/10/2005 | DUNCAN WILLIAMS INC | | 369,075 | 370,000 | 53 | 1FE |
| 2499999 - Total - Bonds - Political Subdivisions | | | | | | 14,851,857 | 14,850,000 | 62,224 | XXX |
| SPECIAL REVENUE & SPECIAL ASSESS. | | | | | | | | | |
| 02R052-64-4 | TBA FHLMC 5.5 30 YR 5.500 12/01/2032 | | 03/10/2005 | VARIOUS | | 95,087,247 | 94,739,957 | 173,690 | 1 |
| 02R052-65-1 | TBA FHLMC 5.5 30 YR 5.500 05/01/2033 | | 04/08/2005 | BANK OF NEW YORK | | 95,087,247 | 94,739,957 | 159,216 | 1 |
| 02R052-66-9 | TBA FHLMC 5.5 30 YR 5.500 01/01/2035 | | 05/09/2005 | VARIOUS | | 95,082,154 | 94,739,957 | 173,690 | 1 |
| 07201T-WV-6 | BAY AREA GOVT ASSN 4.290 09/01/2009 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 60,120 | 60,000 | 844 | 1FE |
| 11422P-AE-1 | BROOKLYN PARK MN EC 3.330 09/01/2006 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 44,793 | 45,000 | 491 | 1FE |
| 13016N-AF-1 | CA CNTY CA TOB SECU 7.500 06/01/2019 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 45,000 | 45,000 | 263 | 2FE |
| 167709-FK-5 | CHICAGO IL TAX INCR 4.350 06/01/2013 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 68,075 | 70,000 | 237 | 1FE |
| 3133TL-M6-2 | CMO FHLMC 2173 Z 6.500 04/01/2029 | | 06/15/2005 | CAPITALIZED INTEREST | | 92,015 | 92,015 | | 1 |
| 31359G-WX-0 | CMO FNMA 94-31 ZC 6.500 02/01/2024 | | 06/27/2005 | CAPITALIZED INTEREST | | 167,572 | 167,572 | | 1 |
| 313920-HL-7 | FNMA 01-M2 Z1 6.300 01/01/2009 | | 06/27/2005 | CAPITALIZED INTEREST | | 202,401 | 202,401 | | 1 |
| 31394B-6U-3 | CMO FNMA 05-6 GB 5.000 02/01/2017 | | 04/26/2005 | DEUTSCHE BANK | | 3,550,766 | 3,650,000 | 14,194 | 1 |
| 31394B-YU-2 | CMO FNMA 04-91 BK 4.500 03/01/2016 | | 06/27/2005 | BARCLAYS CAPITAL | | 22,579,872 | 23,252,000 | 84,289 | 1 |
| 31394D-QJ-2 | CMO FNMA 05-40 MC 5.000 04/01/2017 | | 04/28/2005 | COUNTRYWIDE FUNDING | | 14,723,438 | 15,000,000 | 4,167 | 1 |
| 31395L-3X-7 | CMO FHLMC 2918 MC 5.000 10/01/2015 | | 05/03/2005 | BARCLAYS CAPITAL | | 3,716,602 | 3,750,000 | 2,604 | 1 |
| 31395P-AT-9 | CMO FHLMC 2931 YC 5.000 05/01/2014 | | 04/20/2005 | BEAR STEARNS SECURITIES CORP | | 11,895,000 | 12,000,000 | 40,000 | 1 |
| 31395U-G5-4 | CMO FHLMC 2971 CX 5.000 08/01/2019 | | 05/11/2005 | BEAR STEARNS SECURITIES CORP | | 9,853,125 | 10,000,000 | 41,667 | 1 |
| 38373R-LW-7 | CMO GNMA 01-31 Z 7.000 10/01/2030 | | 06/20/2005 | CAPITALIZED INTEREST | | 237,834 | 237,834 | | 1 |
| 54240T-AP-8 | LONG BEACH CA BD FI 5.080 08/01/2019 | | 04/18/2005 | DAIN RAUSCHER WESSELL | | 1,991,800 | 2,000,000 | 13,829 | 1FE |
| 648539-AH-7 | NEW ROCHELLE NY IND 7.150 10/01/2014 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 104,100 | 100,000 | 1,748 | 1FE |
| 70915C-GX-2 | PA ST FIN AUTH REV 5.350 10/01/2024 | | 04/28/2005 | DUNCAN WILLIAMS INC | | 640,000 | 640,000 | 1,141 | 1FE |
| 792904-FD-1 | ST PAUL MN HSG & RE 5.450 03/01/2017 | | 04/20/2005 | DUNCAN WILLIAMS INC | | 809,520 | 800,000 | | 1FE |
| 79875E-FF-7 | SAN MARCOS CA PUB F 5.250 08/01/2025 | | 05/20/2005 | DUNCAN WILLIAMS INC | | 6,897,367 | 6,915,000 | | 1FE |
| 799015-EG-3 | SAN MATEO CA REDEV 4.750 08/01/2020 | | 06/03/2005 | DUNCAN WILLIAMS INC | | 2,518,400 | 2,560,000 | | 1FE |
| 83754L-AA-5 | EDU ENHANCMNT FDG T 6.720 06/01/2025 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 49,965 | 52,595 | 275 | 2FE |
| 854733-CF-7 | STANTON CA REDEV AG 5.000 12/01/2025 | | 06/27/2005 | DUNCAN WILLIAMS INC | | 3,166,846 | 3,185,000 | | 1FE |
| 888809-AD-2 | TOBACCO SETTLEMENT 5.920 06/01/2012 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 43,650 | 45,000 | 207 | 2FE |
| 88880P-AA-2 | TOBACCO SETTLEMENT 6.360 05/15/2025 | | 06/24/2005 | DUNCAN WILLIAMS INC | | 40,295 | 40,497 | 315 | 2FE |
| 914760-J5-3 | UNIV OK REVS FACS R 5.250 11/01/2019 | | 04/28/2005 | DAIN RAUSCHER WESSELL | | 499,495 | 500,000 | 146 | 1FE |

**STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY**

## SCHEDULE D - PART 3
Show All Long-Term Bonds and Stock Acquired by the Company During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| CUSIP Identification | Description | Foreign | Date Acquired | Name of Vendor | Number of Shares of Stock | Actual Cost | Par Value | Paid for Accrued Interest and Dividends | NAIC Designation or Market Indicator (a) |
| 319999999 | PUBLIC UTILITIES (UNAFFILIATED) | | | | | 369,254,697 | 369,629,785 | 713,011 | XXX |
| 037735-CD-7 | APPALACHIAN PWR CO 5.000 06/01/2017 | | 06/02/2005 | BARCLAYS CAPITAL | | 3,998,240 | 4,000,000 | | 2FE |
| 040555-CF-9 | AZ PUB SVC CO 5.625 05/15/2033 | | 04/14/2005 | UBS SECURITIES, LLC | | 1,870,664 | 1,900,000 | 45,719 | 2FE |
| 250847-DU-1 | DETROIT EDISON CO 6.350 10/15/2032 | | 06/05/2005 | BANK OF AMERICA | | 4,109,090 | 4,000,000 | 42,763 | 1FE |
| 257469-A6-1 | DOMINION RESOURCES 6.750 12/15/2032 | | 04/06/2005 | UBS SECURITIES, LLC | | 2,212,700 | 2,000,000 | 43,500 | 2FE |
| 283677-AW-2 | EL PASO ELEC CO 6.000 05/15/2035 | | 05/11/2005 | CS FIRST BOSTON CORPORATION | | 2,982,660 | 3,000,000 | | 2FE |
| 341100-AL-2 | FL PWR CORP 6.750 02/01/2028 | | 04/05/2005 | MORGAN STANLEY 5.250 | | 1,144,480 | 1,000,000 | 21,188 | 2FE |
| 373334-FZ-9 | GA PWR 5.800 04/15/2035 | | 04/12/2005 | BARCLAYS CAPITAL | | 4,975,400 | 5,000,000 | | 1FE |
| 485260-B6-7 | KANSAS GAS & ELEC 1.5.647 03/29/2021 | | 06/21/2005 | CS FIRST BOSTON CORPORATION | | 3,500,000 | 3,500,000 | | 2FE |
| 745532-BU-9 | PUGET SOUND ENERGY 5.483 06/01/2035 | | 06/01/2005 | LEHMAN BROTHERS | | 1,000,000 | 1,000,000 | | 2FE |
| 797240-BF-0 | SAN DIEGO GAS AND E 5.350 05/15/2035 | | 05/16/2005 | GOLDMAN SACHS AND COMPANY | | 1,997,640 | 2,000,000 | | 1FE |
| 882375-AN-0 | TECO ENERGY INC 144A 6.750 05/01/2015 | | 05/23/2005 | UBS SECURITIES, LLC | | 450,000 | 450,000 | | 3FE |
| 873168-AK-4 | TXU CORP 144A 5.550 11/15/2014 | | 06/15/2005 | LEHMAN BROTHERS LLC | | 431,681 | 450,000 | 2,428 | 3FE |
| 3899999999 | Total - Bonds - Public Utilities | | | | | 25,672,555 | 25,300,000 | 117,597 | XXX |
| | INDUSTRIAL & MISC. (UNAFFIL.) | | | | | | | | |
| 018772-AA-1 | ALLIANCE ONE INTL 1 11.000 05/15/2012 | | 05/10/2005 | WACHOVIA SECURITIES | | 1,460,000 | 1,460,000 | | 4FE |
| 019563-AZ-0 | ALLIED WASTE NORTH 7.875 04/15/2013 | | 06/15/2005 | BANK OF AMERICA | | 408,000 | 400,000 | 5,775 | 4FE |
| 03980-AD-0 | ARCHSTONE-SMITH 5.250 05/01/2015 | | 05/04/2005 | MORGAN STANLEY AND CO INC | | 3,973,120 | 4,000,000 | | 2FE |
| 05937-AF-4 | BB&T CORP 5.250 11/01/2019 | | 05/04/2005 | LEHMAN BROTHERS | | 2,999,340 | 3,000,000 | 75,250 | 1FE |
| 05949K-3E-8 | CMO BOAMS 05-3 1A27 5.500 11/01/2012 | | 04/26/2005 | BANK OF AMERICA | | 9,987,500 | 10,000,000 | | 1FE |
| 07302-CD-8 | BEAR STEARNS SECURITIES CORP | | 07/02/2005 | CMO CD 05 INC 4.650 07/02/2018 | | 7,116,781 | 7,500,000 | 42,778 | 1FE |
| 07560-AH-7 | BEAZER HOMES USA 14 6.875 07/15/2015 | | 05/01/2005 | UBS SECURITIES, LLC | | 891,864 | 900,000 | | 3FE |
| 160197-AM-7 | VARIOUS | | 05/11/2005 | | | 7,189,199 | 7,350,000 | 125,723 | 3FE |
| 11022-AA-6 | BRISTOL MYERS SQUIB 7.150 06/15/2023 | | 04/25/2005 | GOLDMAN SACHS AND COMPANY | | 5,335,920 | 4,500,000 | | 1FE |
| 115736-AB-6 | BROWN SHOE CO 144A 8.750 05/01/2012 | | 04/25/2005 | VARIOUS | | 2,730,625 | 2,700,000 | | 4FE |
| 126673-P5-5 | CWL 05-4 MF6 5.335 06/01/2012 | | 05/27/2005 | COUNTRYWIDE FUNDING | | 5,499,765 | 5,500,000 | 17,932 | 1FE |
| 126673-P8-9 | CWL 05-4 MF7 5.733 06/01/2012 | | 05/27/2005 | COUNTRYWIDE FUNDING | | 3,499,875 | 3,500,000 | 11,837 | 1FE |
| 126673-Z4-7 | CWL 05-7 MF3 5.115 11/01/2012 | | 06/24/2005 | COUNTRYWIDE FUNDING | | 2,999,922 | 3,000,000 | 10,511 | 2FE |
| 126673-Z5-4 | CWL 05-7 MF4 5.205 11/01/2012 | | 06/24/2005 | COUNTRYWIDE FUNDING | | 1,249,946 | 1,250,000 | 4,795 | 1FE |
| 126673-Z6-2 | CWL 05-7 MF5 5.334 11/01/2012 | | 06/24/2005 | COUNTRYWIDE FUNDING | | 1,249,973 | 1,250,000 | 4,880 | 1FE |
| 12696V-YM-7 | GMO CWHL 05-10 A2 4.500 03/01/2035 | | 04/14/2005 | GREENWICH CAPITAL MARKETS | | 5,999,786 | 6,000,000 | 24,003 | 1FE |
| 12866G-AW-9 | CABLEVISION SYS COR 8.000 04/15/2012 | | 05/06/2005 | EXCHANGE OF SECURITIES | | 481,096 | 475,000 | 5,383 | 4FE |
| 14781-AT-1 | CARGILL INC 144A 6.125 04/19/2034 | | 05/12/2005 | CITIGROUP INC | | 1,442,678 | 1,330,000 | 6,336 | 1FE |
| 14743R-AB-9 | CASE CORP 7.250 01/15/2016 | | 05/20/2005 | VARIOUS | | 1,694,250 | 1,810,000 | 49,574 | 3FE |
| 15313-AS-2 | CENDANT CORP 7.125 03/15/2015 | | 04/01/2005 | LEHMAN BROTHERS INC | | 1,689,225 | 1,500,000 | 6,224 | 2FE |
| 1512E-EX-2 | CMO CMO 03-3 1A8 5.250 07/01/2014 | | 05/25/2005 | BEAR STEARNS SECURITIES CORP | | 8,273,773 | 8,321,884 | 30,340 | 1FE |
| 165167-BJ-5 | CHESAPEAKE ENERGY C 7.000 08/15/2014 | | 05/25/2005 | VARIOUS | | 1,336,000 | 1,300,000 | 21,428 | 3FE |
| 165167-BM-8 | CHESAPEAKE ENERGY C 6.625 01/15/2016 | | 04/13/2005 | LEHMAN BROTHERS INC | | 2,134,937 | 2,155,000 | | 3FE |
| 165167-BP-1 | CHESAPEAKE ENERGY C 6.250 01/15/2018 | | 06/09/2005 | WACHOVIA SECURITIES | | 1,390,500 | 1,390,000 | | 3FE |
| 171232-AE-1 | CHUBB CORP 6.800 11/15/2031 | | 04/08/2005 | GOLDMAN SACHS AND COMPANY | | 2,272,260 | 2,000,000 | 55,911 | 1FE |
| 171340-AE-9 | CHURCH AND DWIGHT C 6.000 12/15/2012 | | 05/26/2005 | EXCHANGE OF SECURITIES | | 508,822 | 500,000 | 1,083 | 4FE |
| 17262-AF-8 | CINCINNATI FINL COR 6.920 05/15/2028 | | 06/30/2005 | EXCHANGE OF SECURITIES | | 9,573,559 | 6,630,000 | 322,091 | 1FE |
| 172973-T3-3 | CMO CMS1 05-3 1A7 5.500 02/01/2035 | | 04/14/2005 | CITIGROUP INC | | 7,710,000 | 8,000,000 | 34,222 | 1FE |
| 20498-BT-2 | COMPASS BANK 5.500 04/01/2020 | | 03/09/2005 | MERRILL LYNCH | | 3,064,080 | 3,000,000 | 23,375 | 2FE |
| 219023-AA-6 | CORN PROD INTL 8.450 08/15/2009 | | 04/28/2005 | BANK OF AMERICA | | 3,691,740 | 3,250,000 | 59,502 | 2FE |
| 22057A-AH-3 | CORRECTIONS CORP 6.250 03/15/2013 | | 05/14/2005 | EXCHANGE OF SECURITIES | | 655,000 | 655,000 | 9,211 | 4FE |
| 22284A-AG-5 | COUNTRYWIDE FINL CO 4.500 06/15/2010 | | 06/09/2005 | JP MORGAN CHASE | | 7,984,400 | 8,000,000 | | 1FE |
| 224044-BD-8 | COX COMM INC 6.250 03/15/2011 | | 05/23/2005 | CITIGROUP INC | | 5,414,900 | 5,000,000 | 66,563 | 2FE |
| 224044-BM-8 | COX COMM INC 5.450 12/15/2014 | | 05/31/2005 | EXCHANGE OF SECURITIES | | 1,505,190 | 1,500,000 | 37,696 | 2FE |
| 22458-XJ-2 | CSFB 05-6 1A4 4.875 06/01/2013 | | 06/01/2005 | CS FIRST BOSTON CORPORATION | | 9,964,260 | 10,000,000 | 39,271 | 1FE |
| 2228R-AC-4 | CCI 05-1A C 144A 5.074 06/15/2010 | | 05/26/2005 | MORGAN STANLEY AND CO INC | | 10,845,000 | 10,845,000 | | 1FE |
| 22941R-AD-8 | CRYSTAL US HLDGS 07/01/2014 | | 06/15/2005 | | | 252,941 | 350,000 | | 5FE |
| 23918K-AC-2 | DAVITA INC 144A 6.625 03/15/2013 | | 05/02/2005 | GOLDMAN SACHS AND COMPANY | | 498,750 | 500,000 | 3,957 | 4FE |
| 240019-B0-1 | DAYTON PWR & LIGHT 5.125 10/01/2013 | | 05/26/2005 | EXCHANGE OF SECURITIES | | 1,992,260 | 2,000,000 | | 2FE |
| 24509-AN-4 | DEL LABORATORIES IN 8.000 02/01/2012 | | 05/20/2005 | EXCHANGE OF SECURITIES | | 1,468,750 | 1,475,000 | 24,771 | 5FE |
| 245217-AN-4 | DEL MONTE CORP 144A 6.750 02/15/2015 | | 05/24/2005 | VARIOUS | | 1,392,500 | 1,400,000 | 27,300 | 4FE |
| 251591-AM-5 | DEVELOPERS DIVERS R 5.500 05/15/2015 | | 04/25/2005 | DEUTSCHE BANK | | 8,469,570 | 8,500,000 | | 2FE |
| 25459A-AC-9 | DIRECTV HLDGS/FIN 1 6.375 06/15/2015 | | 06/08/2005 | BANK OF AMERICA | | 1,535,849 | 1,550,000 | | 3FE |
| 25787-AK-7 | DONNELLEY & SONS 3.750 04/01/2009 | | 06/23/2005 | MERRILL LYNCH | | 2,808,230 | 3,000,000 | 27,188 | 2FE |
| 25787-A0-4 | DONNELLEY & SONS 14 5.500 05/15/2015 | | 05/18/2005 | CITIGROUP INC | | 3,993,400 | 4,000,000 | | 2FE |

E04.1

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE D - PART 3

Show All Long-Term Bonds and Stock Acquired by the Company During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| CUSIP Identification | Description | Foreign | Date Acquired | Name of Vendor | Number of Shares of Stock | Actual Cost | Par Value | Paid for Accrued Interest and Dividends | NAIC Designation or Market Indicator (a) |
| 26062R-AA-8 | DOW JONES CDX HY 14 8.250 06/29/2010 | | 04/13/2005 | JP MORGAN CHASE | | 5,031,975 | 5,070,000 | | 4FE |
| 26062T-AA-4 | DOW JONES CDX HY 14 6.750 06/29/2010 | | 04/13/2005 | JP MORGAN CHASE | | 4,527,250 | 4,550,000 | | 3FE |
| 268766-AM-4 | EOP OPER LP 7.250 02/15/2018 | | 04/06/2005 | MERRILL LYNCH | | 3,423,840 | 3,000,000 | 33,833 | 2FE |
| 26882P-AN-2 | ERAC USA FIN CO 144 8.000 01/15/2011 | | 04/26/2005 | BANK OF AMERICA | | 2,641,711 | 2,300,000 | 53,156 | 2FE |
| 26884A-AH-6 | ERP OPER LP 6.584 04/13/2015 | | 04/08/2005 | CITIGROUP INC | | 8,393,948 | 7,750,000 | | 2FE |
| 27876G-AY-4 | ECHOSTAR DBS CORP 6.625 10/01/2014 | | 06/03/2005 | EXCHANGE OF SECURITIES | | 1,724,071 | 1,735,000 | 19,796 | 3FE |
| 283703-AB-2 | EL PASO PRODUCTION 7.750 06/01/2013 | | 06/29/2005 | CITIGROUP INC | | 471,350 | 440,000 | 3,221 | 4FE |
| 31188B-AC-8 | FASTENTECH INC 11.500 05/01/2011 | | 04/25/2005 | EXCHANGE OF SECURITIES | | 1,382,936 | 1,255,000 | 69,757 | 4FE |
| 31395M-P2-9 | CMO FHLMC 2930 MD 5.000 04/01/2017 | | 04/26/2005 | BARCLAYS CAPITAL | | 16,638,750 | 17,000,000 | 66,111 | 1 |
| 337358-BD-6 | FIRST UNION CORP 6.550 10/15/2035 | | 04/06/2005 | DEUTSCHE BANK | | 2,828,250 | 2,500,000 | 80,056 | 1FE |
| 338032-AZ-8 | FISHER SCIENTIFIC I 6.750 08/15/2014 | | 05/17/2005 | EXCHANGE OF SECURITIES | | 1,640,108 | 1,550,000 | 26,738 | 3FE |
| 338032-BA-2 | FISHER SCIENTIFIC I 6.125 07/01/2015 | | 06/27/2005 | DEUTSCHE BANK | | 247,718 | 250,000 | | 3FE |
| 35687M-AF-4 | FREESCALE SEMICONDU 7.125 07/15/2014 | | 06/06/2005 | LEHMAN BROTHERS INC | | 478,125 | 450,000 | 12,825 | 3FE |
| 36228C-TH-6 | GSMS 04-GG2 A6 5.396 07/01/2014 | | 06/10/2005 | GOLDMAN SACHS AND COMPANY | | 12,638,438 | 12,000,000 | 25,181 | 1FE |
| 36228C-UV-3 | GSMS 05-ROCK A 144A 5.366 05/01/2025 | | 05/17/2005 | GOLDMAN SACHS AND COMPANY | | 5,100,417 | 5,000,000 | 18,632 | 1FE |
| 36242D-6R-9 | CMO GSR 05-5F 3A2 5.000 03/01/2019 | | 05/16/2005 | GOLDMAN SACHS AND COMPANY | | 7,117,602 | 7,150,000 | 24,826 | 1FE |
| 36242D-XZ-1 | CMO GSR 05-2F 1A2 5.000 05/01/2012 | | 05/02/2005 | GOLDMAN SACHS AND COMPANY | | 17,073,856 | 17,127,379 | 9,515 | 1FE |
| 36720#-AA-7 | GAS TRANSMISSION NW 4.640 06/01/2010 | | 05/25/2005 | JP MORGAN CHASE | | 2,500,000 | 2,500,000 | | 1Z |
| 36962G-XZ-2 | GE CAP CORP MTN 6.750 03/15/2032 | | 04/05/2005 | BEAR STEARNS SECURITIES CORP | | 5,801,550 | 5,000,000 | 21,563 | 1FE |
| 413627-AN-0 | HARRAHS OPER CO INC 5.375 12/15/2013 | | 04/21/2005 | MERRILL LYNCH | | 3,015,420 | 3,000,000 | 58,677 | 2FE |
| 413627-AT-7 | HARRAHS OPER CO INC 5.625 06/01/2015 | | 05/19/2005 | CITIGROUP INC | | 998,190 | 1,000,000 | | 2FE |
| 420029-AC-4 | HAWAI IAN TELCOM COM 9.750 05/01/2013 | | 04/27/2005 | GOLDMAN SACHS AND COMPANY | | 500,000 | 500,000 | | 4FE |
| 421915-AG-4 | HEALTH CARE PPTY IN 7.072 06/08/2015 | | 06/08/2005 | CITIGROUP INC | | 2,846,300 | 2,500,000 | 2,456 | 2FE |
| 421915-EC-9 | HEALTH CARE PPTY IN 6.000 03/01/2015 | | 04/07/2005 | BANK OF AMERICA | | 1,548,075 | 1,500,000 | 10,250 | 2FE |
| 421915-ED-7 | HEALTH CARE PPTY 5.625 05/01/2017 | | 04/28/2005 | VARIOUS | | 7,983,540 | 8,000,000 | 938 | 2FE |
| 441060-AD-2 | HOSPIRA INC 5.900 06/15/2014 | | 05/18/2005 | BANK OF AMERICA | | 2,653,450 | 2,500,000 | 64,736 | 2FE |
| 442120-AE-1 | HOUSTON EXPLORATION 7.000 06/15/2013 | | 06/15/2005 | WACHOVIA SECURITIES | | 463,500 | 450,000 | 438 | 4FE |
| 442488-AU-6 | K HOVNANIAN ENT 6.250 01/15/2015 | | 04/19/2005 | EXCHANGE OF SECURITIES | | 1,349,188 | 1,350,000 | 22,031 | 3FE |
| 45031U-AT-8 | ISTAR FINL INC 6.050 04/15/2015 | | 04/21/2005 | UBS SECURITIES, LLC | | 5,017,100 | 5,000,000 | 4,201 | 2FE |
| 464187-CS-0 | IRWHE 05-B 1M2 5.383 04/01/2011 | | 05/27/2005 | CS FIRST BOSTON CORPORATION | | 2,499,971 | 2,500,000 | 748 | 1FE |
| 466313-AB-9 | JABIL CIRCUIT INC 5.875 07/15/2010 | | 04/01/2005 | BANK OF AMERICA | | 4,141,690 | 4,000,000 | 52,875 | 2FE |
| 478165-AF-0 | JOHNSON SC & SON IN 5.750 02/15/2033 | | 05/25/2005 | BANK OF AMERICA | | 1,552,230 | 1,500,000 | 25,396 | 2FE |
| 480081-AH-1 | JONES APPAREL GRP I 5.125 11/15/2014 | | 05/23/2005 | EXCHANGE OF SECURITIES | | 7,001,633 | 7,000,000 | 7,972 | 2FE |
| 492386-AU-1 | KERR MCGEE CORP 6.950 07/01/2024 | | 04/07/2005 | CITIGROUP INC | | 1,030,930 | 1,000,000 | 19,499 | 3FE |
| 494460-BC-4 | KIMCO REALTY CORP 4.820 06/01/2014 | | 06/01/2005 | UBS SECURITIES, LLC | | 3,000,000 | 3,000,000 | | 2FE |
| 502413-AQ-0 | L-3 COMM 6.125 01/15/2014 | | 04/25/2005 | CS FIRST BOSTON CORPORATION | | 990,000 | 1,000,000 | 17,524 | 3FE |
| 521865-AJ-4 | LEAR CORP 5.750 08/01/2014 | | 04/06/2005 | EXCHANGE OF SECURITIES | | 6,512,125 | 6,500,000 | 67,483 | 2FE |
| 526057-AP-9 | LENNAR CORP 144A 5.600 05/31/2015 | | 04/21/2005 | JP MORGAN CHASE | | 1,995,420 | 2,000,000 | | 2FE |
| 53079E-AC-8 | LIBERTY MUTUAL INS 5.750 03/15/2014 | | 04/28/2005 | JP MORGAN CHASE | | 1,002,330 | 1,000,000 | 7,667 | 2FE |
| 549271-AE-4 | LUBRIZOL CORP 5.500 10/01/2014 | | 05/23/2005 | DEUTSCHE BANK | | 3,030,330 | 3,000,000 | 25,208 | 2FE |
| 552078-AL-1 | LYONDELL CHEM CO SE 9.625 05/01/2007 | | 04/18/2005 | CITIGROUP INC | | 673,100 | 635,000 | 28,862 | 4FE |
| 552953-AL-5 | MGM MIRAGE INC 6.750 09/01/2012 | | 04/07/2005 | LEHMAN BROTHERS INC | | 511,250 | 500,000 | 3,844 | 3FE |
| 552953-AQ-4 | MGM MIRAGE INC 144A 6.625 07/15/2015 | | 06/09/2005 | MORGAN STANLEY AND CO INC | | 2,000,000 | 2,000,000 | | 3FE |
| 571748-AC-6 | MARSH & MCLENNAN 7.125 06/15/2009 | | 06/08/2005 | JP MORGAN CHASE | | 1,629,120 | 1,500,000 | 52,844 | 2FE |
| 571748-AD-4 | MARSH & MCLENNAN 5.375 03/15/2007 | | 06/08/2005 | KEEFE BRUYETTE AND WOODS INC | | 1,524,570 | 1,500,000 | 19,708 | 2FE |
| 571748-AH-5 | MARSH & MCLENNAN 3.625 02/15/2008 | | 06/08/2005 | MERRILL LYNCH | | 977,760 | 1,000,000 | 11,882 | 2FE |
| 571903-AE-3 | MARRIOTT INTL 4.625 06/15/2012 | | 06/09/2005 | MERRILL LYNCH | | 3,979,440 | 4,000,000 | | 2FE |
| 574599-BC-9 | MASCO CORP 4.800 06/15/2015 | | 06/07/2005 | MERRILL LYNCH | | 2,487,025 | 2,500,000 | | 2FE |
| 589331-AC-1 | MERCK & CO INC 6.300 01/01/2026 | | 05/11/2005 | UBS SECURITIES, LLC | | 1,650,345 | 1,500,000 | 35,438 | 1FE |
| 59001A-AK-8 | MERITAGE CORP 6.250 03/15/2015 | | 06/28/2005 | EXCHANGE OF SECURITIES | | 995,117 | 1,000,000 | 18,750 | 3FE |
| 59156R-AE-8 | METLIFE INC 6.500 12/15/2032 | | 04/07/2005 | GOLDMAN SACHS AND COMPANY | | 2,770,550 | 2,500,000 | 52,813 | 1FE |
| 59156R-AJ-7 | METLIFE INC 6.375 06/15/2034 | | 04/12/2005 | CITIGROUP INC | | 3,279,180 | 3,000,000 | 63,750 | 1FE |
| 59156R-AN-8 | METLIFE INC 5.000 06/15/2015 | | 06/20/2005 | BANK OF AMERICA | | 5,983,740 | 6,000,000 | | 1FE |
| 624581-AA-2 | MOVIE GALLERY 144A 11.000 05/01/2012 | | 04/25/2005 | WACHOVIA SECURITIES | | 370,523 | 375,000 | | 4FE |
| 629855-AH-0 | NALCO CO 8.875 11/15/2013 | | 05/24/2005 | KBC FINANCIAL USA | | 474,950 | 460,000 | 1,361 | 5FE |
| 637432-DC-6 | NATL RURAL UTILITIE 4.750 03/01/2014 | | 04/29/2005 | BANK OF AMERICA | | 2,002,740 | 2,000,000 | 16,625 | 1FE |
| 638620-AD-6 | NATIONWIDE HEALTH P 6.000 05/20/2015 | | 05/11/2005 | JP MORGAN CHASE | | 3,910,760 | 4,000,000 | | 2FE |
| 63934E-AH-1 | NAVISTAR INTL 7.500 06/15/2011 | | 05/24/2005 | BANK OF AMERICA | | 492,500 | 500,000 | 16,875 | 3FE |
| 659421-AD-3 | NORTH FORK BANKCORP 5.875 08/15/2012 | | 04/21/2005 | BANK OF AMERICA | | 7,490,840 | 7,000,000 | 81,108 | 2FE |
| 693476-AT-0 | PNC FDG CORP 5.250 11/15/2015 | | 04/11/2005 | MERRILL LYNCH | | 6,001,620 | 6,000,000 | 130,375 | 1FE |
| 700690-AL-4 | PARK PLACE ENT 8.125 05/15/2011 | | 05/26/2005 | LEHMAN BROTHERS INC | | 255,945 | 226,000 | 816 | 3FE |
| 71343P-AB-7 | PEPSIAMERICAS INC 5.000 05/15/2017 | | 05/11/2005 | JP MORGAN CHASE | | 2,479,550 | 2,500,000 | | 1FE |

E04.2