STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE DB - PART A - SECTION 1
Showing all Options, Caps, Floors and Insurance Futures Options Owned at Current Statement Date

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Number of Contracts or Notional Amount | Date of Maturity, Expiry, or Settlement | Strike Price, Rate or Index | Date of Acquisition | Exchange or Counterparty | Cost/Option Premium | Book Value | * | Statement Value | Fair Value | Year to Date Increase/ (Decrease) by Adjustment | Basis of Hedged Item Used to Adjust | Other Investment/ Miscellaneous Income |
| S&P 500 INDEX OPTIONS (05/06) | 4,950 | 05/18/2006 | 1,185.56 | 05/18/2005 | WACHOVIA SECURITIES | 197,768 | 224,178 | | 199,163 | 199,163 | (26,410) | | |
| S&P 500 INDEX OPTIONS (06/06) | 3,620 | 05/25/2006 | 1,190.01 | 05/25/2005 | WACHOVIA SECURITIES | 157,236 | 141,728 | | 136,887 | 136,887 | (15,508) | | |
| S&P 500 INDEX OPTIONS (06/06) | 3,413 | 06/01/2006 | 1,202.22 | 06/01/2005 | BARCLAYS BANK | 150,176 | 138,245 | | 111,742 | 111,742 | (11,932) | | |
| S&P 500 INDEX OPTIONS (06/06) | 3,207 | 06/08/2006 | 1,194.67 | 06/08/2005 | BARCLAYS BANK | 141,758 | 133,214 | | 120,872 | 120,872 | (8,544) | | |
| S&P 500 INDEX OPTIONS (06/06) | 3,604 | 06/15/2006 | 1,206.58 | 06/15/2005 | BARCLAYS BANK | 156,981 | 150,530 | | 119,710 | 119,710 | (6,451) | | |
| S&P 500 INDEX OPTIONS (06/06) | 3,513 | 06/22/2006 | 1,213.88 | 06/22/2005 | BEAR STEARNS SECURITIES CORP | 150,532 | 147,233 | | 109,570 | 109,570 | (3,299) | | |
| S&P 500 INDEX OPTIONS (06/06) | 4,093 | 06/29/2006 | 1,199.85 | 06/29/2005 | BARCLAYS BANK | 178,269 | 177,781 | | 158,604 | 158,604 | (488) | | |
| 0199999 - Subtotal - Call Options - Hedging Transactions | | | | | | 7,523,672 | 4,031,099 | XXX | 7,198,020 | 7,198,020 | (2,654,032) | | |
| 0499999 - Subtotal - Call Options | | | | | | 7,523,672 | 4,031,099 | XXX | 7,198,020 | 7,198,020 | (2,654,032) | | |
| 2699999 - Subtotal - Hedging Transactions | | | | | | 7,523,672 | 4,031,099 | XXX | 7,198,020 | 7,198,020 | (2,654,032) | | |
| 2759999 - Subtotal - Other Derivative Transactions | | | | | | | | XXX | | | | | |
| 9999999 - Totals | | | | | | 7,523,672 | 4,031,099 | XXX | 7,198,020 | 7,198,020 | (2,654,032) | | |

E06.1

## SCHEDULE DB - PART B - SECTION 1
Showing all Options, Caps, Floors and Insurance Futures Options Written and In-Force at Current Statement Date

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Number of Contracts or Notional Amount | Date of Maturity, Expiry, or Settlement | Strike Price, Rate or Index | Date of Issuance/ Purchase | Exchange or Counterparty | Consideration Received | Book Value | * | Statement Value | Fair Value | Year to Date Increase/ (Decrease) by Adjustment | Basis Used to Adjust | Other Investment/ Miscellaneous Income |

**NONE**

| 2699999 - Subtotal - Hedging Transactions | | | | | | | | XXX | | | | | |
| 2699999 - Subtotal - Income Generation Transactions | | | | | | | | XXX | | | | | |
| 2799999 - Subtotal - Other Derivative Transactions | | | | | | | | XXX | | | | | |
| 9999999 - Totals | | | | | | | | XXX | | | | | |

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SCHEDULE DB - PART C - SECTION 1

Showing all Collar, Swap and Forwards Open at Current Statement Date

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Notional Amount | Date of Maturity, Expiry, or Settlement | Strike Price, Rate or Index Rec (Pay) | Date of Opening Position or Agreement | Exchange or Counterparty | Cost or (Consideration Received) | Book Value | * | Statement Value | Fair Value | Year to Date Increase/ (Decrease) by Adjustment | Used to Adjust Basis of Hedged Item | Other Investment/ Miscellaneous Income | Potential Exposure |
| NONE | | | | | | | | | | | | | | |
| 2599999 - Subtotal - Hedging Transactions | | | | | | | | XXX | | | | | | |
| 2799999 - Subtotal - Other Derivative Transactions | | | | | | | | XXX | | | | | | |
| 9999999 - Totals | | | | | | | | XXX | | | | | | |

# SCHEDULE DB - PART D - SECTION 1

Showing all Futures Contracts and Insurance Futures Contracts Open at Current Statement Date

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Variation Margin Information 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Number of Contracts | Maturity Date | Original Value | Current Value | Variation Margin | Date of Opening Position | Exchange or Counterparty | Cash Deposit | Recognized | Used to Adjust Basis of Hedged Item | Deferred | Potential Exposure |
| NONE | | | | | | | | | | | | |
| 2599999 - Subtotal - Hedging Transactions | | | | | | XXX | XXX | | | | | |
| 2799999 - Subtotal - Other Derivative Transactions | | | | | | XXX | XXX | | | | | |
| 9999999 - Totals | | | | | | XXX | XXX | | | | | |

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE E - PART 1 - CASH

Month End Depository Balances

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Book Balance at End of Each Month During Current Quarter | | | |
| Depository | Code | Rate of Interest | Amount of Interest Received During Current Quarter | Amount of Interest Accrued at Current Statement Date | First Month | Second Month | Third Month | * |
| Bank One .......................... Indianapolis, Indiana | | | | | 12,404,080 | 10,903,198 | 14,482,734 | XXX |
| Bank of New York ................... New York, New York | | | | | 16,337,317 | 13,333,017 | 16,133,382 | XXX |
| Bank of America .................... Chicago, Illinois | | 2.790 | 33,810 | | (57,841,751) | (56,591,118) | (66,613,035) | XXX |
| Citibank ........................... New York, New York | | | | | 378,646 | 399,379 | 411,436 | XXX |
| Credit Suisse First of Boston ...... Boston, Massachusetts | | | | | 103,371 | 103,777 | | XXX |
| Harris Bank ........................ Chicago, Illinois | | | | | 11,390,046 | 13,928,800 | 12,066,508 | XXX |
| Royal Trust ........................ Toronto, Ontario, Canada | | | | | 547,989 | 576,716 | 576,957 | XXX |
| State Street Bank .................. Boston, Massachusetts | | | | | 28,873 | 39,487 | 404,257 | XXX |
| U.S. Bank .......................... Bellingham, Washington | | | | | 6,151,808 | 6,251,363 | 6,168,524 | XXX |
| 0199998 Deposits in ....1 depositories that do not exceed the allowable limit in any one depository (See Instructions) - Open Depositories | XXX | XXX | | | 2,471 | 2,471 | 2,471 | XXX |
| 0199999 Totals - Open Depositories | XXX | XXX | 33,810 | XXX | (10,497,150) | (11,052,910) | (16,366,766) | XXX |
| 0399999 Total Cash on Deposit | XXX | XXX | 33,810 | XXX | (10,497,150) | (11,052,910) | (16,366,766) | |
| 0499999 Cash in Company's Office | | | | | | | | |
| 0599999 Total Cash | | | 33,810 | | (10,497,150) | (11,052,910) | (16,366,766) | |

E08

STATEMENT AS OF JUNE 30, 2005 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SCHEDULE E - PART 2 CASH EQUIVALENTS
### Showing Investments Owned End of Current Quarter

| 1 CUSIP Identification | 2 Description | 3 Code | 4 Date Acquired | 5 Rate of Interest | 6 Maturity Date | 7 Book/Adjusted Carrying Value | 8 Amount of Interest Due and Accrued | 9 Gross Investment Income |
|---|---|---|---|---|---|---|---|---|
| 0556C2-U1-9 | BMW US CAP CORP COMM PPR 144A 07/01/2005 | | 06/30/2005 | | 07/01/2005 | 20,000,000 | | 1,861 |
| 25153J-UB-4 | DEUTSCHE BANK FIN COMM PAPER 07/11/2005 | | 06/09/2005 | 3.350 | 07/11/2005 | 31,972,444 | | 57,867 |
| 313589-HZ-9 | FANNIE MAE DISC NOTE 07/11/2005 | | 06/09/2005 | 3.108 | 07/11/2005 | 319,734 | | 558 |
| 89152E-U1-4 | TOTAL CAP COMM PAPER 144A 07/01/2005 | | 06/30/2005 | 2.997 | 07/01/2005 | 37,000,000 | | 3,464 |
| 89152E-UB-2 | TOTAL CAP COMM PAPER 144A 07/11/2005 | | 06/09/2005 | 3.370 | 07/11/2005 | 31,972,356 | | 58,053 |
| 90262C-UB-1 | UBS FIN (DE) LLC COMM PAPER 07/11/2005 | | 06/09/2005 | 3.118 | 07/11/2005 | 31,972,444 | | 57,867 |
| | | | | 3.108 | | | | |
| 0199999 Total Cash Equivalents | | | | | | 153,236,978 | | 179,670 |

E09