**EXHIBIT F**

LIFE AND ACCIDENT AND HEALTH COMPANIES—ASSOCIATION EDITION

# ANNUAL STATEMENT

## FOR THE YEAR ENDED DECEMBER 31, 2004
OF THE CONDITION AND AFFAIRS OF THE

## BANKERS LIFE AND CASUALTY COMPANY

| Field | Value |
|---|---|
| NAIC Group Code | 0233 (Current Period), 0233 (Prior Period) |
| NAIC Company Code | 61263 |
| Employer's ID Number | 36-0770740 |
| Organized under the Laws of | Illinois |
| State of Domicile or Port of Entry | Illinois |
| Country of Domicile | United States of America |
| Incorporated | 04/06/1880 |
| Commenced Business | 01/17/1879 |
| Statutory Home Office | 222 Merchandise Mart Plaza, Chicago, IL 60654 |
| Main Administrative Office | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 312-396-6000 |
| Mail Address | 222 Merchandise Mart Plaza, Chicago, IL 60654 |
| Primary Location of Books and Records | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 312-396-6000 |
| Internet Website Address | www.ccnseco.com |
| Statutory Statement Contact | Kirk Allen Anderson — 317-817-6100; FAX 317-817-2161 |
| | kirk_anderson@conseco.com |
| Policyowner Relations Contact | 222 Merchandise Mart Plaza, Chicago, IL 60654 — 800-621-3724 |

### OFFICERS

| Name | Title |
|---|---|
| William Scott Kirsch # | President |
| Daniel Joseph Murphy | Treasurer |

### OTHER OFFICERS

| Name | Title |
|---|---|
| Scott Richard Perry # | Executive Vice President |
| Robert Eugene Burkett Jr. | Senior Vice President |
| Eric Ronald Johnson | Senior Vice President |
| Susan Carol Billman # | Vice President |
| James Charles Crampton | Vice President |
| James Joseph Valdez | Vice President |
| Karl William Kindig | Secretary |
| Thomas Keith Neavins # | Actuary |
| John Michael Squarok | Executive Vice President |
| William Thomas Devaney Jr. | Senior Vice President |
| Kenneth Lowell Short Jr. | Senior Vice President |
| James Mark Crafton | Vice President |
| David DeJong Humm | Vice President |

### DIRECTORS OR TRUSTEES

Eugene Martin Bullis  
Ronald Frank Ruhl  
James Edward Hohmann #  
John Michael Squarok  
William Scott Kirsch #  
Daniel Joseph Veto #  
Scott Richard Perry #

State of Illinois
County of Cook ss

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures Manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

(signature) John Michael Squarok, Executive Vice President  
(signature) Karl William Kindig, Secretary  
(signature) Kenneth Lowell Short Jr., Senior Vice President, Finance

Subscribed and sworn to before me this 25th day of February, 2005

(signature) Jack Dorwick  
Notary Public, State of Illinois  
My Commission Expires December 17, 2008

a. Is this an original filing? Yes [ X ] No [ ]
b. If no,
  1. State the amendment number
  2. Date filed
  3. Number of pages attached

"OFFICIAL SEAL"
JACK W DORWICK
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 12/17/08

FILED MAR 1 2005

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## ASSETS

| | | Current Year | | Prior Year |
|---|---|---|---|---|
| | 1 Assets | 2 Nonadmitted Assets | 3 Net Admitted Assets (Cols. 1 - 2) | 4 Net Admitted Assets |
| 1. Bonds (Schedule D) | 7,090,983,064 | | 7,090,983,064 | 6,080,710,886 |
| 2. Stocks (Schedule D): | | | | |
| 2.1 Preferred stocks | 211,487,478 | | 211,487,478 | 233,722,973 |
| 2.2 Common stocks | 1,599,556 | | 1,599,556 | 2,857,801 |
| 3. Mortgage loans on real estate (Schedule B): | | | | |
| 3.1 First liens | 152,910,210 | | 152,910,210 | 50,818,114 |
| 3.2 Other than first liens | | | | |
| 4. Real estate (Schedule A): | | | | |
| 4.1 Properties occupied by the company (less $ encumbrances) | | | | |
| 4.2 Properties held for the production of income (less $ encumbrances) | | | | |
| 4.3 Properties held for sale (less $ encumbrances) | | | | |
| 5. Cash ($ (3,807,744), Schedule E, Part 1), cash equivalents ($ 134,751,353, Schedule E, Part 2) and short-term investments ($ 18,821,479, Schedule DA) | 149,765,088 | | 149,765,088 | 238,875,212 |
| 6. Contract loans, (including $ premium notes) | 32,097,107 | 62,480 | 32,034,627 | 31,733,465 |
| 7. Other invested assets (Schedule BA) | 39,705,797 | | 39,705,797 | 39,054,865 |
| 8. Receivable for securities | 62,666 | | 62,666 | |
| 9. Aggregate write-ins for invested assets | 8,754,648 | | 8,754,648 | 18,610,050 |
| 10. Subtotals, cash and invested assets (Lines 1 to 9) | 7,687,365,614 | 62,480 | 7,687,303,134 | 6,696,383,366 |
| 11. Investment income due and accrued | 92,478,056 | | 92,478,056 | 79,953,359 |
| 12. Premiums and considerations: | | | | |
| 12.1 Uncollected premiums and agents' balances in the course of collection | (737,876) | | (737,876) | 4,238,292 |
| 12.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $ earned but unbilled premium) | | | | |
| 12.3 Accrued retrospective premium | 14,636,876 | | 14,636,876 | 10,930,610 |
| 13. Reinsurance: | | | | |
| 13.1 Amounts recoverable from reinsurers | 6,652,533 | 998,395 | 15,654,138 | 8,315,179 |
| 13.2 Funds held by or deposited with reinsured companies | | | | |
| 13.3 Other amounts receivable under reinsurance contracts | 3,715,751 | | 3,715,751 | 1,559,580 |
| 14. Amounts receivable relating to uninsured plans | | | | |
| 15.1 Current federal and foreign income tax recoverable and interest thereon | 2,321,772 | | 2,321,772 | 5,801,779 |
| 15.2 Net deferred tax asset | 326,803,282 | 286,885,850 | 39,917,432 | 47,230,560 |
| 16. Guaranty funds receivable or on deposit | 2,915,795 | 40,457 | 2,875,338 | 3,345,086 |
| 17. Electronic data processing equipment and software | 15,339,404 | 12,013,970 | 3,225,434 | 3,804,225 |
| 18. Furniture and equipment, including health care delivery assets ($ ) | | | | |
| 19. Net adjustment in assets and liabilities due to foreign exchange rates | 7,442,194 | 7,442,194 | | |
| 20. Receivables from parent, subsidiaries and affiliates | | | | |
| 21. Health care ($ ) and other amounts receivable | 2,203,767 | | 2,203,767 | 306,801 |
| 22. Other assets nonadmitted | 35,461,983 | 34,636,283 | 825,700 | |
| 23. Aggregate write-ins for other than invested assets | 5,109,127 | 5,109,127 | | |
| 24. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 10 to 23) | 8,211,608,278 | 347,188,756 | 7,864,419,522 | 6,861,868,837 |
| 25. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | | |
| 26. Total (Lines 24 and 25) | 8,211,608,278 | 347,188,756 | 7,864,419,522 | 6,861,868,837 |
| DETAILS OF WRITE-INS | | | | |
| 0901. Call options used to hedge equity indexed annuities | 8,754,648 | | 8,754,648 | 18,610,050 |
| 0902. | | | | |
| 0903. | | | | |
| 0998. Summary of remaining write-ins for Line 9 from overflow page | | | | |
| 0999. Totals (Lines 0901 thru 0903 plus 0998)(Line 9 above) | 8,754,648 | | 8,754,648 | 18,610,050 |
| 2301. | | | | |
| 2302. | | | | |
| 2303. | | | | |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | | | | |
| 2399. Totals (Lines 2301 thru 2303 plus 2398)(Line 23 above) | | | | |

2

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---:|---:|
| 1. | Aggregate reserve for life contracts $ .....4,581,341,781 (Exh. 5, Line 9939999) less<br>Included in Line 6.3 (Including $ ..................... Modco Reserve) | 4,581,341,781 | 3,934,427,259 |
| 2. | Aggregate reserve for accident and health contracts (Exhibit 6, Line 17, Col. 1)(including $ ........... Modco Reserve) | 2,219,168,373 | 1,882,561,067 |
| 3. | Liability for deposit-type contracts (Exhibit 7, Line 14, Col. 1) (including $ ............ Modco Reserve) | 66,498,808 | 74,719,154 |
| 4. | Contract claims: | | |
| 4.1 | Life (Exhibit 8, Part 1, Line 4.4, Col. 1 less sum of Cols. 9, 10 and 11) | 15,974,897 | 19,770,414 |
| 4.2 | Accident and health (Exhibit 8, Part 1, Line 4.4, sum of Cols. 9, 10 and 11) | 182,146,462 | 183,357,754 |
| 5. | Policyholders' dividends $ .........6,625 and coupons $ ................34 due and unpaid (Exhibit 4, Line 10) | 6,659 | 9,439 |
| 6. | Provision for policyholders' dividends and coupons payable in following calendar year—estimated amounts: | | |
| 6.1 | Dividends apportioned for payment to 12/31/2005 (including $ ............ Modco) | 438,762 | 464,856 |
| 6.2 | Dividends not yet apportioned (Including $ ............ Modco) | | |
| 6.3 | Coupons and similar benefits (Including $ ............ Modco) | | |
| 7. | Amount provisionally held for deferred dividend policies not included in Line 6 | | |
| 8. | Premiums and annuity considerations for life and accident and health contracts received in advance less<br>$ .................. discount; including $ ........4,324,774 accident and health premiums (Exhibit 1, Part 1, Col. 1, sum of Lines 4 and 14) | 5,823,871 | 4,966,925 |
| 9. | Contract liabilities not included elsewhere: | | |
| 9.1 | Surrender values on canceled contracts | | |
| 9.2 | Provision for experience rating refunds, including $ ............... accident and health experience rating refunds | | |
| 9.3 | Other amounts payable on reinsurance including $ ............... assumed and $ ........13,908,980 ceded | 13,908,980 | 209,364 |
| 9.4 | Interest maintenance reserve (IMR Line 6) | 87,748,509 | 6,482,603 |
| 10. | Commissions to agents due or accrued-life contracts and annuity contracts $ .......3,800,219 accident and health<br>$ ................. and deposit-type contract funds | | 84,894,120 |
| 11. | Commissions and expense allowances payable on reinsurance assumed | 3,800,219 | 7,676,466 |
| 12. | General expenses due or accrued (Exhibit 2, Line 12, Col. 6) | 285 | 7,896 |
| 13. | Transfers to Separate Accounts due or accrued (net) (including $ ............... allowances recognized in reserves, net of reinsured allowances) | 96,791,974 | 84,962,446 |
| 14. | Taxes, licenses and fees due or accrued, excluding federal income taxes (Exhibit 3, Line 9, Col. 5) | 6,193,015 | 6,600,710 |
| 15.1 | Current federal and foreign income taxes including $ ............... on realized capital gains (losses) | | |
| 15.2 | Net deferred tax liability | | |
| 16. | Unearned investment income | | |
| 17. | Amounts withheld or retained by company as agent or trustee | 954,714 | 921,021 |
| 18. | Amounts held for agents' account, including $ ............... agents' credit balances | 3,605,477 | 1,870,166 |
| 19. | Remittances and items not allocated | 6,403,759 | 4,039,809 |
| 20. | Net adjustment in assets and liabilities due to foreign exchange rates | 16,110,174 | 6,191,917 |
| 21. | Liability for benefits for employees and agents if not included above | | |
| 22. | Borrowed money $ ...........96,796,158 and interest thereon $ ..................101,047 | 96,897,205 | 71,322,728 |
| 23. | Dividends to stockholders declared and unpaid | | |
| 24. | Miscellaneous liabilities: | | |
| 24.1 | Asset valuation reserve (AVR, Line 16, Col. 7) | 33,229,927 | 3,901,464 |
| 24.2 | Reinsurance in unauthorized companies | 81,642 | 401,368 |
| 24.3 | Funds held under reinsurance treaties with unauthorized reinsurers | | |
| 24.4 | Payable to parent, subsidiaries and affiliates | 5,127,782 | 34,384,619 |
| 24.5 | Drafts outstanding | | |
| 24.6 | Liability for amounts held under uninsured accident and health plans | | |
| 24.7 | Funds held under coinsurance | | |
| 24.8 | Payable for securities | | |
| 24.9 | Capital notes $ ............... and interest thereon $ ............... | | |
| 25. | Aggregate write-ins for liabilities | 2,995,729 | 2,692,023 |
| 26. | Total Liabilities excluding Separate Accounts business (Lines 1 to 25) | 7,445,718,217 | 6,417,514,373 |
| 27. | From Separate Accounts Statement | 469,213 | 678,785 |
| 28. | Total Liabilities (Lines 26 and 27) | 7,445,718,217 | 6,417,514,373 |
| 29. | Common capital stock | 10,000,000 | 10,000,000 |
| 30. | Preferred capital stock | | |
| 31. | Aggregate write-ins for other than special surplus funds | | |
| 32. | Surplus notes | | |
| 33. | Gross paid in and contributed surplus (Page 3, Line 33, Col. 2 plus Page 4, Line 51.1, Col. 1) | 365,278,531 | 365,278,531 |
| 34. | Aggregate write-ins for special surplus funds | | |
| 35. | Unassigned funds (surplus) | 43,422,774 | 69,075,933 |
| 36. | Less treasury stock, at cost: | | |
| 36.1 | ............... shares common (value included in Line 29 $ ...............) | | |
| 36.2 | ............... shares preferred (value included in Line 30 $ ...............) | | |
| 37. | Surplus (total Lines 31+32+33+34+35-36) ( Including $ ................. in Separate Accounts Statement) | 408,701,305 | 434,354,464 |
| 38. | Totals of Lines 29, 30 and 37 (Page 4, Line 55) | 418,701,305 | 444,354,464 |
| 39. | Totals of Lines 28 and 38 (Page 2, Line 26, Col. 3) | 7,864,419,522 | 6,861,868,837 |
| | DETAILS OF WRITE-INS | | |
| 2501. | Unclaimed funds | 469,213 | 678,785 |
| 2502. | | | |
| 2503. | | | |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page | | |
| 2599. | Totals (Lines 2501 thru 2503 plus 2598)(Line 25 above) | 469,213 | 678,785 |
| 3101. | | | |
| 3102. | | | |
| 3103. | | | |
| 3198. | Summary of remaining write-ins for Line 31 from overflow page | | |
| 3199. | Totals (Lines 3101 thru 3103 plus 3198)(Line 31 above) | | |
| 3401. | | | |
| 3402. | | | |
| 3403. | | | |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | | |
| 3499. | Totals (Lines 3401 thru 3403 plus 3498)(Line 34 above) | | |

3

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# SUMMARY OF OPERATIONS
(Excluding Unrealized Capital Gains and Losses)

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---:|---:|
| 1. | Premiums and annuity considerations for life and accident and health contracts (Exhibit 1, Part 1, Line 20.4, Col. 1, less Col. 11) | 2,235,350,881 | 2,345,907,092 |
| 2. | Considerations for supplementary contracts with life contingencies | 132,647 | 322,315 |
| 3. | Net investment income (Exhibit of Net Investment Income, Line 17) | 409,786,123 | 499,230,724 |
| 4. | Amortization of interest maintenance reserve (IMR) (Line 5) | 13,293,061 | 13,441,931 |
| 5. | Separate Accounts net gain from operations excluding unrealized gains or losses | | |
| 6. | Commissions and expense allowances on reinsurance ceded (Exhibit 1, Part 2, Line 26.1, Col. 1) | 20,147,364 | 21,371,881 |
| 7. | Reserve adjustments on reinsurance ceded | | |
| 8. | Miscellaneous Income: | | |
| | 8.1 Income from fees associated with investment management, administration and contract guarantees from Separate Accounts | | 226 |
| | 8.2 Charges and fees for deposit-type contracts | 1,733,530 | |
| | 8.3 Aggregate write-ins for miscellaneous income | 163 | |
| 9. | Total (Lines 1 to 8.3) | 2,680,443,769 | 2,880,274,168 |
| 10. | Death benefits | 47,503,860 | 48,410,382 |
| 11. | Matured endowments (excluding guaranteed annual pure endowments) | (817,007) | 169,968 |
| 12. | Annuity benefits (Exhibit 8, Part 2, Line 6.4, Cols. 4 + 8) | 162,173,264 | 127,889,372 |
| 13. | Disability benefits and benefits under accident and health contracts | 674,979,976 | 757,347,273 |
| 14. | Coupons, guaranteed annual pure endowments and similar benefits | 4,840 | 5,093 |
| 15. | Surrender benefits and withdrawals for life contracts | 289,071,498 | 271,357,723 |
| 16. | Group conversions | | |
| 17. | Interest and adjustments on contracts or deposit-type contract funds | 5,577,986 | 5,161,871 |
| 18. | Payments on supplementary contracts with life contingencies | 592,461 | 764,143 |
| 19. | Increase in aggregate reserves for life and accident and health contracts | 983,521,828 | 1,042,094,166 |
| 20. | Totals (Lines 10 to 19) | 2,162,608,706 | 2,253,199,991 |
| 21. | Commissions on premiums, annuity considerations, and deposit-type contract funds (direct business only) (Exhibit 1, Part 2, Line 31, Col. 1) | 174,790,060 | 171,741,882 |
| 22. | Commissions and expense allowances on reinsurance assumed (Exhibit 1, Part 2, Line 26.2, Col. 1) | 12,689 | 45,765 |
| 23. | General insurance expenses (Exhibit 2, Line 10, Cols. 1, 2, 3 and 4) | 252,304,400 | 250,575,387 |
| 24. | Insurance taxes, licenses and fees, excluding federal income taxes (Exhibit 3, Line 7, Cols. 1 + 2 + 3) | 30,848,434 | 39,585,486 |
| 25. | Increase in loading on deferred and uncollected premiums | 4,242,723 | 1,035,206 |
| 26. | Net transfers to or (from) Separate Accounts net of reinsurance | | |
| 27. | Aggregate write-ins for deductions | (147,364) | 182,093 |
| 28. | Totals (Lines 20 to 27) | 2,622,659,648 | 2,716,365,810 |
| 29. | Net gain from operations before dividends to policyholders and federal income taxes (Line 9 minus Line 28) | 57,784,121 | 163,908,358 |
| 30. | Dividends to policyholders | 363,196 | 364,411 |
| 31. | Net gain from operations after dividends to policyholders and before federal income taxes (Line 29 minus Line 30) | 57,420,925 | 163,543,947 |
| 32. | Federal and foreign income taxes incurred (excluding tax on capital gains) | 12,116,463 | 71,928,095 |
| 33. | Net gain from operations after dividends to policyholders and federal income taxes and before realized capital gains or (losses) (Line 31 minus Line 32) | 45,304,462 | 91,615,852 |
| 34. | Net realized capital gains (losses) (excluding gains (losses) transferred to the IMR) less capital gains tax of $ 15,813,935 (excluding taxes of $ 7,040,271 transferred to the IMR) | (17,514,727) | 96,796 |
| 35. | Net income (Line 33 plus Line 34) | 27,789,735 | 91,712,648 |
| | **CAPITAL AND SURPLUS ACCOUNT** | | |
| 36. | Capital and surplus, December 31, prior year (Page 3, Line 38, Col. 2) | 444,354,464 | 281,105,031 |
| 37. | Net income (Line 35) | 27,789,735 | 91,712,648 |
| 38. | Change in net unrealized capital gains (losses) | 11,184,488 | 41,251,889 |
| 39. | Change in net unrealized foreign exchange capital gain (loss) | | |
| 40. | Change in net deferred income tax | 20,048,434 | 15,247,870 |
| 41. | Change in nonadmitted assets and related items | (35,815,471) | 8,420,588 |
| 42. | Change in liability for reinsurance in unauthorized companies | 319,726 | 924,502 |
| 43. | Change in reserve on account of change in valuation basis, (increase) or decrease (Exhibit 5A, Line 9999999, Col. 4) | | 3,682,523 |
| 44. | Change in asset valuation reserve (Page 35, Lines 2 + 3 + 4 + 5 - 6 + 7 + 11 + 14 + 15, Column 7) | (29,328,464) | 82,961 |
| 45. | Change in treasury stock (Page 3, Lines 36.1 and 36.2, Col. 2 minus Col. 1) | | |
| 46. | Surplus (contributed to) withdrawn from Separate Accounts Statement | | |
| 47. | Other changes in surplus in Separate Accounts Statement | | |
| 48. | Change in surplus notes | | |
| 49. | Cumulative effect of changes in accounting principles | | |
| 50. | Capital changes: | | |
| | 50.1 Paid in | | |
| | 50.2 Transferred from surplus (Stock Dividend) | | |
| | 50.3 Transferred to surplus | | |
| 51. | Surplus adjustment: | | |
| | 51.1 Paid in | | 16,000,000 |
| | 51.2 Transferred to capital (Stock Dividend) | | |
| | 51.3 Transferred from capital | | |
| | 51.4 Change in surplus as a result of reinsurance | (6,472,000) | (6,875,000) |
| 52. | Dividends to stockholders | (9,776,000) | |
| 53. | Aggregate write-ins for gains and losses in surplus | (3,603,603) | (7,198,548) |
| 54. | Net change in capital and surplus for the year (Lines 37 through 53) | (25,653,155) | 163,249,434 |
| 55. | Capital and surplus, December 31, current year (Lines 36 + 54) (Page 3, Line 38) | 418,701,309 | 444,354,465 |
| | **DETAILS OF WRITE-INS** | | |
| 08.301. | Fees from prescription drug cards | 1,733,530 | |
| 08.302. | | | |
| 08.303. | | | |
| 08.398. | Summary of remaining write-ins for Line 8.3 from overflow page | | |
| 08.399. | TOTALS (Lines 08.301 thru 08.303 plus 08.398) (Line 8.3 above) | 1,733,530 | |
| 2701. | Experience rating refunds | (209,364) | 182,093 |
| 2702. | Department of Insurance penalties | 62,000 | |
| 2703. | | | |
| 2798. | Summary of remaining write-ins for Line 27 from overflow page | | |
| 2799. | TOTALS (Lines 2701 thru 2703 plus 2798) (Line 27 above) | (147,364) | 182,093 |
| 5301. | Increase in minimum liability adjustment for deferred compensation obligation | (3,603,603) | (7,198,548) |
| 5302. | | | |
| 5303. | | | |
| 5398. | Summary of remaining write-ins for Line 53 from overflow page | | |
| 5399. | TOTALS (Lines 5301 thru 5303 plus 5398) (Line 53 above) | (3,603,603) | (7,198,548) |

4

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# CASH FLOW

| | | 1<br>Current Year<br>To Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---:|---:|
| | **Cash from Operations** | | |
| 1. | Premiums collected net of reinsurance | 2,235,422,499 | 2,366,129,700 |
| 2. | Net investment income | 413,461,121 | 549,876,877 |
| 3. | Miscellaneous income | 15,409,057 | 16,411,472 |
| 4. | Total (Lines 1 to 3) | 2,664,292,677 | 2,932,418,049 |
| 5. | Benefits and loss related payments | 1,193,383,215 | 1,241,786,064 |
| 6. | Net transfers to Separate, Segregated Accounts and Protected Cell Accounts | | |
| 7. | Commissions, expenses paid and aggregate write-ins for deductions | 440,947,418 | 457,626,222 |
| 8. | Dividends paid to policyholders | 392,070 | 370,538 |
| 9. | Federal and foreign income taxes paid (recovered) $ 22,854,208 net of tax on capital gains (losses) | 31,490,660 | 68,456,307 |
| 10. | Total (Lines 5 through 9) | 1,666,213,363 | 1,768,239,131 |
| 11. | Net cash from operations (Line 4 minus Line 10) | 998,079,314 | 1,164,178,918 |
| 12. | **Cash from Investments** | | |
| | Proceeds from investments sold, matured or repaid: | | |
| 12.1 | Bonds | 4,781,212,755 | 4,426,473,617 |
| 12.2 | Stocks | 105,153,467 | 223,264,149 |
| 12.3 | Mortgage loans | | |
| 12.4 | Real estate | | |
| 12.5 | Other invested assets | 13,584,656 | 2,555,119 |
| 12.6 | Net gains or (losses) on cash, cash equivalents and short-term investments | | |
| 12.7 | Miscellaneous proceeds | 23,343,274 | 36,173,293 |
| 12.8 | Total investment proceeds (Lines 12.1 to 12.7) | 4,942,676,517 | 4,692,254,409 |
| 13. | Cost of investments acquired (long-term only): | | |
| 13.1 | Bonds | 5,777,239,510 | 5,583,467,593 |
| 13.2 | Stocks | 19,382,365 | 5,927 |
| 13.3 | Mortgage loans | | 3,782,304 |
| 13.4 | Real estate | 72,407,232 | 181,580,738 |
| 13.5 | Other invested assets | 115,709,099 | 1,573,121 |
| 13.6 | Miscellaneous applications | | |
| 13.7 | Total investments acquired (Lines 13.1 to 13.6) | 5,993,038,126 | 5,813,211,077 |
| 14. | Net increase (or decrease) in policy loans and premium notes | 301,116 | 1,204,808 |
| 15. | Net cash from Investments (Line 12.8 minus Line 13.7 and Line 14) | (1,050,662,725) | (1,122,161,476) |
| 16. | **Cash from Financing and Miscellaneous Sources** | | |
| | Cash provided (applied): | | |
| 16.1 | Surplus notes, capital notes | | |
| 16.2 | Capital and paid in surplus, less treasury stock | 20,523,890 | 4,723,947 |
| 16.3 | Borrowed funds | 7,158,395 | 41,865,678 |
| 16.4 | Net deposits on deposit-type contracts and other insurance liabilities | 25,574,477 | 16,000,000 |
| 16.5 | Dividends to stockholders | (8,220,346) | (171,531,340) |
| 16.6 | Other cash provided (applied) | 9,776,000 | 10,780,477 |
| 17. | Net cash from financing and miscellaneous sources (Line 16.1 to Line 16.4 minus Line 16.5 plus Line 16.6) | (44,104,840) | (1,212,201) |
| | **RECONCILIATION OF CASH AND SHORT-TERM INVESTMENTS** | | |
| 18. | Net change in cash and short-term investments (Line 11 plus Line 15 plus Line 17) | (36,526,709) | (145,963,064) |
| 19. | Cash and short-term investments: | | |
| 19.1 | Beginning of year | (89,110,120) | (103,945,622) |
| 19.2 | End of period (Line 18 plus Line 19.1) | 238,875,212 | 342,820,834 |
| | | 149,765,092 | 238,875,212 |

| Note: | Supplemental disclosures of cash flow information for non-cash transactions: | | |
|---|---|---:|---:|
| 20.0001. | Investing Transactions: | | |
| 20.0002. | Investments acquired in exchanges | | |
| 20.0003. | Investments disposed of in exchanges | 176,474,876 | 188,688,039 |
| 20.0004. | Investments acquired in affiliated transactions | (173,796,963) | (128,481,549) |
| 20.0005. | Investments disposed of in affiliated transactions | | 119,581,178 |
| 20.0006. | Capitalized interest | (9,776,000) | (83,508,842) |
| 20.0007. | Paid in kind dividends | 8,234,490 | 8,838,070 |
| 20.0008. | Total noncash investing transactions | 10,912,403 | 2,536,858 |
| 20.0009. | | | 113,356,754 |
| 20.0010. | Financing Transactions: | | |
| 20.0011. | Dividends to stockholders | | |
| 20.0012. | | 9,776,000 | |

5

9

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# ANALYSIS OF OPERATIONS BY LINES OF BUSINESS (Gain and Loss Exhibit) (Excluding Capital Gains and Losses)

| | 1 | 2 | Ordinary 3 | Ordinary 4 | Ordinary 5 | 6 | Group 7 | Group 8 | Accident and Health 9 | Accident and Health 10 | Accident and Health 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Industrial Life | Life Insurance | Individual Annuities | Supplementary Contracts | Credit Life (Group and Individual) | Life Insurance (a) | Annuities | Group | Credit (Group and Individual) | Other | Aggregate of All Other Lines of Business |
| 1. Premiums and annuity considerations for life and accident and health contracts | 2,235,350,881 | | 105,399,742 | 950,118,378 | | | 4,667,428 | | 100,377,797 | | 1,074,787,536 | |
| 2. Considerations for supplementary contracts with life contingencies | 132,648 | | | | 132,648 | | | | | | | |
| 3. Net investment income | 409,786,123 | | 27,345,374 | 236,387,642 | 4,055,658 | | 1,308,782 | 1,695,420 | 3,978,047 | | 135,015,200 | |
| 4. Amortization of Interest Maintenance Reserve (IMR) | 13,293,062 | | 887,057 | 7,668,184 | 131,562 | | 42,456 | 54,998 | 129,044 | | 4,379,761 | |
| 5. Separate Accounts net gain from operations excluding unrealized gains or losses | | | | | | | | | | | | |
| 6. Commissions and expense allowances on reinsurance ceded | | | | | | | | | | | | |
| 7. Reserve adjustments on reinsurance ceded | 20,147,364 | | 20,110,612 | | | | | | 18,846 | | 17,906 | |
| 8. Miscellaneous Income: | | | | | | | | | | | | |
| 8.1 Fees associated with income from investment management, administration and contract guarantees from Separate Accounts | | | | | | | | | | | | |
| 8.2 Charges and fees for deposit-type contracts | 163 | | | | 163 | | | | | | | |
| 8.3 Aggregate write-ins for miscellaneous income | 1,733,530 | | | | | | | | | | 1,733,530 | |
| 9. Totals (Lines 1 to 8.3) | 2,680,443,771 | | 153,742,785 | 1,194,174,204 | 4,320,031 | | 6,018,666 | 1,750,418 | 104,503,734 | | 1,215,933,933 | |
| 10. Death benefits | 47,503,860 | | 42,607,354 | | | | 4,896,506 | | | | | |
| 11. Matured endowments (excluding guaranteed annual pure endowments) | (817,007) | | (817,007) | | | | | | | | | |
| 12. Annuity benefits | 162,173,264 | | | 159,951,306 | | | | 2,221,958 | | | | |
| 13. Disability benefits and benefits under accident and health contracts | 674,979,979 | | | | | | | | 72,268,301 | | 602,711,678 | |
| 14. Coupons, guaranteed annual pure endowments and similar benefits | 4,840 | | 4,840 | | | | | | | | | |
| 15. Surrender benefits and withdrawals for life contracts | 289,071,498 | | 15,471,279 | 273,466,813 | | | | 133,406 | | | | |
| 16. Group conversions | | | | | | | | | | | | |
| 17. Interest and adjustments on contract or deposit-type contract funds | 5,577,987 | | 1,818,929 | 39,254 | 3,716,888 | | | | | | 2,916 | |
| 18. Payments on supplementary contracts with life contingencies | 592,461 | | | | 592,461 | | | | | | | |
| 19. Increase in aggregate reserves for life and accident and health contracts | 983,521,828 | | 25,415,319 | 632,018,926 | (238,065) | | (9,289,867) | (991,791) | 1,582,940 | | 335,024,366 | |
| 20. Totals (Lines 10 to 19) | 2,162,608,710 | | 84,500,714 | 1,065,476,299 | 4,071,284 | | (4,393,361) | 1,363,573 | 73,851,241 | | 937,738,960 | |
| 21. Commissions on premiums, annuity considerations and deposit-type contract funds (direct business only) | 174,790,060 | | 29,367,882 | 43,046,307 | | | 22,777 | | 1,351,184 | | 101,001,910 | |
| 22. Commissions and expense allowances on reinsurance assumed | 12,689 | | 3,690 | | | | | | 3,764 | | 5,235 | |
| 23. General insurance expenses | 252,304,405 | | 28,922,207 | 41,663,722 | 316,797 | | 3,432,273 | | 15,201,416 | | 162,767,990 | |
| 24. Insurance taxes, licenses and fees, excluding federal income taxes (FIT) | 30,848,433 | | 3,534,942 | 2,025,297 | | | | | 974,829 | | 24,313,365 | |
| 25. Increase in loading on deferred and uncollected premiums | 2,242,723 | | 2,301,508 | 30 | | | (17,480) | | (41,335) | | | |
| 26. Net transfers to or (from) Separate Accounts net of reinsurance | | | | | | | | | | | | |
| 27. Aggregate write-ins for deductions | (147,364) | | 62,000 | | | | | | (209,364) | | | |
| 28. Totals (Lines 20 to 27) | 2,622,659,656 | | 148,692,943 | 1,152,211,655 | 4,388,081 | | (955,791) | 1,363,573 | 91,131,735 | | 1,225,827,460 | |
| 29. Net gain from operations before dividends to policyholders and FIT (Line 9 - Line 28) | 57,784,115 | | 5,049,842 | 41,962,549 | (68,050) | | 6,974,457 | 386,845 | 13,371,999 | | (9,893,527) | |
| 30. Dividends to policyholders | 363,195 | | 318,604 | 3,653 | | | | | | | 40,938 | |
| 31. Net gain from operations after dividends to policyholders and before FIT (Line 29 - Line 30) | 57,420,920 | | 4,731,238 | 41,958,896 | (68,050) | | 6,974,457 | 386,845 | 13,371,999 | | (9,934,465) | |
| 32. Federal income taxes incurred (excluding tax on capital gains) | 12,116,463 | | 998,345 | 8,853,801 | (14,359) | | 1,471,688 | 81,629 | 2,821,643 | | (2,096,284) | |
| 33. Net gain from operations after dividends to policyholders and FIT and before realized capital gains or (losses) (Line 31 - Line 32) | 45,304,457 | | 3,732,893 | 33,105,095 | (53,691) | | 5,502,768 | 305,216 | 10,550,356 | | (7,838,181) | |
| **DETAILS OF WRITE-INS** | | | | | | | | | | | | |
| 08.301. Fees from prescription drug cards | 1,733,530 | | | | | | | | | | 1,733,530 | |
| 08.302. | | | | | | | | | | | | |
| 08.303. | | | | | | | | | | | | |
| 08.398. Summary of remaining write-ins for Line 8.3 from overflow page | | | | | | | | | | | | |
| 08.399. Totals (Lines 08.301 thru 08.303 plus 08.398) (Line 8.3 above) | 1,733,530 | | | | | | | | | | 1,733,530 | |
| 2701. Experience rating refunds | (209,364) | | | | | | | | (209,364) | | | |
| 2702. Department of Insurance penalties | 62,000 | | 62,000 | | | | | | | | | |
| 2703. | | | | | | | | | | | | |
| 2798. Summary of remaining write-ins for Line 27 from overflow page | | | | | | | | | | | | |
| 2799. Totals (Lines 2701 thru 2703 plus 2798) (Line 27 above) | (147,364) | | 62,000 | | | | | | (209,364) | | | |

(a) Includes the following amounts for FEGLI/SGLI: Line 1 ................, Line 10 ................, Line 16 ................, Line 23 ................, Line 24 ................

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# ANALYSIS OF INCREASE IN RESERVES DURING THE YEAR

| 1 | 2 | Ordinary | 6 | Group |
|---|---|---|---|---|

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# ANALYSIS OF INCREASE IN RESERVES DURING THE YEAR

| | 1 | 2 | Ordinary | | | 6 | Group | |
|---|---|---|---|---|---|---|---|---|
| | | | 3 | 4 | 5 | | 7 | 8 |
| | Total | Industrial Life | Life Insurance | Individual Annuities | Supplementary Contracts | Credit Life (Group and Individual) | Life Insurance | Annuities |
| **Involving Life or Disability Contingencies (Reserves)** | | | | | | | | |
| (Net of Reinsurance Ceded) | | | | | | | | |
| 1. Reserve December 31, prior year | 3,934,427,259 | | 391,852,336 | 3,488,135,457 | 3,393,679 | | 23,274,836 | 27,770,951 |
| 2. Tabular net premiums or considerations | 1,023,332,862 | | 66,516,576 | 949,931,836 | 35,762 | | 6,848,688 | |
| 3. Present value of disability claims incurred | 22,759 | | 22,759 | | XXX | | | |
| 4. Tabular interest | 174,263,197 | | 17,891,398 | 153,480,493 | 221,194 | | 863,188 | 1,806,924 |
| 5. Tabular less actual reserve released | (37,916,118) | | 417,790 | (37,975,065) | 85,533 | | | (444,376) |
| 6. Increase in reserve on account of change in valuation basis | | | | | | | | |
| 7. Other increases (net) | | | | | | | | |
| 8. Totals (Lines 1 to 7) | 5,094,129,959 | | 476,700,859 | 4,553,572,721 | 3,736,168 | | 30,986,712 | 29,133,499 |
| 9. Tabular cost | 52,290,016 | | 35,289,298 | | XXX | | 17,000,718 | |
| 10. Reserves released by death | 6,965,734 | | 6,965,734 | XXX | XXX | | | XXX |
| 11. Reserves released by other terminations (net) | 290,631,533 | | 17,031,314 | 273,466,813 | | | | 133,406 |
| 12. Annuity, supplementary contract and disability payments involving life contingencies | 162,900,894 | | 147,076 | 159,951,306 | 580,554 | | | 2,221,958 |
| 13. Net transfers to or (from) Separate Accounts | | | | | | | | |
| 14. Total Deductions (Lines 9 to 13) | 512,788,177 | | 59,433,422 | 433,418,119 | 580,554 | | 17,000,718 | 2,355,364 |
| 15. Reserve December 31, current year | 4,581,341,782 | | 417,267,437 | 4,120,154,602 | 3,155,614 | | 13,985,994 | 26,778,135 |