ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

EXHIBIT 1 - PART 1 - PREMIUMS AND ANNUITY CONSIDERATIONS FOR LIFE AND ACCIDENT AND HEALTH POLICIES AND CONTRACTS

## EXHIBIT OF NET INVESTMENT INCOME

| | | 1 Collected During Year | 2 Earned During Year |
|---|---|---|---|
| 1. | U.S. Government bonds | 23,311,948 (a) | 25,774,356 |
| 1.1 | Bonds exempt from U.S. tax | | (115,250) |
| 1.2 | Other bonds (unaffiliated) | 349,153,221 (a) | 357,807,266 |
| 1.3 | Bonds of affiliates | | |
| 2.11 | Preferred stocks (unaffiliated) | 7,828,275 (b) | 9,415,193 |
| 2.12 | Preferred stocks of affiliates | | |
| 2.21 | Common stocks (unaffiliated) | 4,662,280 (b) | 4,413,389 |
| 2.22 | Common stocks of affiliates | | |
| 3. | Mortgage loans | 5,398,944 (c) | 5,581,834 |
| 4. | Real estate | (d) | |
| 5. | Contract loans | 2,250,480 | 2,250,480 |
| 6. | Cash, cash equivalents and short-term investments | 3,393,717 | 3,393,717 |
| 7. | Derivative instruments | 12,555,312 (e) | 2,655,262 |
| 8. | Other invested assets | 1,197,639 (f) | 1,213,296 |
| 9. | Aggregate write-ins for investment income | 1,364,374 | 1,364,374 |
| 10. | Total gross investment income | 411,116,190 | 413,753,917 |
| 11. | Investment expenses | | 1,662,815 (g) |
| 12. | Investment taxes, licenses and fees, excluding federal income taxes | | (g) |
| 13. | Interest expense | | (h) |
| 14. | Depreciation on real estate and other invested assets | | 2,304,979 |
| 15. | Aggregate write-ins for deductions from investment income | | (i) |
| 16. | Total (Lines 11 through 15) | | 3,967,794 |
| 17. | Net Investment Income - (Line 10 minus Line 16) | | 409,786,123 |

**DETAILS OF WRITE-INS**

| | | | |
|---|---|---|---|
| 0901. | Securities lending | 348,100 | 348,100 |
| 0902. | Miscellaneous investment income | 1,016,274 | 1,016,274 |
| 0903. | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | | |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9, above) | 1,364,374 | 1,364,374 |
| 1501. | | | |
| 1502. | | | |
| 1503. | | | |
| 1598. | Summary of remaining write-ins for Line 15 from overflow page | | |
| 1599. | Total (Lines 1501 through 1503 plus 1598) (Line 15, above) | | |

(a) Includes $ 8,842,732 accrual of discount less $ 15,896,949 amortization of premium and less $ 30,471,988 paid for accrued interest on purchases.
(b) Includes $ 1,830 accrual of discount less $ 367,885 amortization of premium and less $ 9,215 paid for accrued dividends on purchases.
(c) Includes $ accrual of discount less $ amortization of premium and less $ paid for accrued interest on purchases.
(d) Includes $ for company's occupancy of its own buildings; and excludes $ interest on encumbrances.
(e) Includes $ accrual of discount less $ amortization of premium and less $ paid for accrued interest on purchases.
(f) Includes $ accrual of discount less $ 7,113,747 amortization of premium.
(g) Includes $ investment expenses and $ Investment taxes, licenses and fees, excluding federal income taxes, attributable to segregated and Separate Accounts.
(h) Includes $ interest on surplus notes and $ interest on capital notes.
(i) Includes $ depreciation on real estate and $ depreciation on other invested assets.

## EXHIBIT OF CAPITAL GAINS (LOSSES)

| | | 1 Realized Gain (Loss) On Sales or Maturity | 2 Other Realized Adjustments | 3 Increases (Decreases) by Adjustment | 4 Total |
|---|---|---|---|---|---|
| 1. | U.S. Government bonds | 67,741 | | 1,589 | 69,330 |
| 1.1 | Bonds exempt from U.S. tax | | | | |
| 1.2 | Other bonds (unaffiliated) | 23,082,111 | (4,153,211) | 309,215 | 19,238,115 |
| 1.3 | Bonds of affiliates | | | | |
| 2.11 | Preferred stocks (unaffiliated) | 322,331 | | 2,491,250 | 2,813,581 |
| 2.12 | Preferred stocks of affiliates | 1,696,784 | | 8,079,213 | 9,775,997 |
| 2.21 | Common stocks (unaffiliated) | (70,125) | | (880,990) | (951,115) |
| 2.22 | Common stocks of affiliates | | | (27,712) | (27,712) |
| 3. | Mortgage loans | (32,347) | | | (32,347) |
| 4. | Real estate | | | | |
| 5. | Contract loans | | | | |
| 6. | Cash, cash equivalents and short-term investments | (1,633) | | | (1,633) |
| 7. | Derivative instruments | | | | |
| 8. | Other invested assets | 4,286,233 | (3,710,960) | 2,898,940 | 3,474,213 |
| 9. | Aggregate write-ins for capital gains (losses) | | | | |
| 10. | Total capital gains (losses) | 29,351,095 | (7,864,171) | 12,871,505 | 34,358,429 |

**DETAILS OF WRITE-INS**

| | | | | | |
|---|---|---|---|---|---|
| 0901. | | | | | |
| 0902. | | | | | |
| 0903. | | | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | | | | |
| 0999. | Totals (Lines 0901 through 0903 plus 0998) (Line 9, above) | | | | |

8

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## EXHIBIT - 1 PART 1 - PREMIUMS AND ANNUITY CONSIDERATIONS FOR LIFE AND ACCIDENT AND HEALTH POLICIES AND CONTRACTS

| | 1 | 2 | Ordinary | | 5 | Group | | Accident and Health | | | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Industrial Life | 3 Life Insurance | 4 Individual Annuities | Credit Life (Group and Individual) | 6 Life Insurance | 7 Annuities | 8 Group | 9 Credit (Group and Individual) | 10 Other | Aggregate of All Other Lines of Business |
| **FIRST YEAR (other than single)** | | | | | | | | | | | |
| 1. Uncollected | (74,801) | | (127,807) | | | | | | | 53,006 | |
| 2. Deferred and accrued | 9,710,299 | | 9,710,299 | | | | | | | | |
| 3. Deferred, accrued and uncollected: | | | | | | | | | | | |
| 3.1 Direct | 10,069,773 | | 10,016,767 | | | | | | | 53,006 | |
| 3.2 Reinsurance assumed | | | | | | | | | | | |
| 3.3 Reinsurance ceded | 434,275 | | 434,275 | | | | | | | | |
| 3.4 Net (Line 1 + Line 2) | 9,635,498 | | 9,582,492 | | | | | | | 53,006 | |
| 4. Advance | 2,007,494 | | 87,280 | | | | | 40,431 | | 1,879,783 | |
| 5. Line 3.4 - Line 4 | 7,628,004 | | 9,495,212 | | | | | (40,431) | | (1,826,777) | |
| 6. Collected during year: | | | | | | | | | | | |
| 6.1 Direct | 237,960,095 | | 32,469,246 | 65,700,522 | | | | 7,556,778 | | 132,233,549 | |
| 6.2 Reinsurance assumed | | | | | | | | | | | |
| 6.3 Reinsurance ceded | 281,773 | | 277,234 | | | | | 2,122 | | 2,417 | |
| 6.4 Net | 237,678,322 | | 32,192,012 | 65,700,522 | | | | 7,554,656 | | 132,231,132 | |
| 7. Line 5 + Line 6.4 | 245,306,326 | | 41,687,224 | 65,700,522 | | | | 7,514,225 | | 130,404,355 | |
| 8. Prior year (uncollected + deferred and accrued - advance) | 6,076,706 | | 7,766,904 | | | | | (163) | | (1,690,035) | |
| 9. First year premiums and considerations: | | | | | | | | | | | |
| 9.1 Direct | 239,724,082 | | 34,410,243 | 65,700,522 | | | | 7,516,510 | | 132,096,807 | |
| 9.2 Reinsurance assumed | | | | | | | | | | | |
| 9.3 Reinsurance ceded | 494,462 | | 489,923 | | | | | 2,122 | | 2,417 | |
| 9.4 Net (Line 7 - Line 8) | 239,229,620 | | 33,920,320 | 65,700,522 | | | | 7,514,388 | | 132,094,390 | |
| **SINGLE** | | | | | | | | | | | |
| 10. Single premiums and considerations: | | | | | | | | | | | |
| 10.1 Direct | 882,400,731 | | 16,632 | 882,384,099 | | | | | | | |
| 10.2 Reinsurance assumed | | | | | | | | | | | |
| 10.3 Reinsurance ceded | | | | | | | | | | | |
| 10.4 Net | 882,400,731 | | 16,632 | 882,384,099 | | | | | | | |
| **RENEWAL** | | | | | | | | | | | |
| 11. Uncollected | (1,176,666) | | (866,681) | 519 | | (1,438,328) | | 633,922 | | 493,902 | |
| 12. Deferred and accrued | 14,354,096 | | 14,345,824 | 8,272 | | | | | | | |
| 13. Deferred, accrued and uncollected: | | | | | | | | | | | |
| 13.1 Direct | 35,836,907 | | 35,313,249 | 8,791 | | | | 10,420 | | 504,447 | |
| 13.2 Reinsurance assumed | 14,507 | | 9,843 | | | | | 4,664 | | | |
| 13.3 Reinsurance ceded | 22,673,984 | | 21,843,949 | | | 1,438,328 | | (618,838) | | 10,545 | |
| 13.4 Net (Line 11 + Line 12) | 13,177,430 | | 13,479,143 | 8,791 | | (1,438,328) | | 633,922 | | 493,902 | |
| 14. Advance | 3,816,377 | | 1,410,247 | 1,570 | | | | 26,399 | | 2,378,161 | |
| 15. Line 13.4 - Line 14 | 9,361,053 | | 12,068,896 | 7,221 | | (1,438,328) | | 607,523 | | (1,884,259) | |
| 16. Collected during year: | | | | | | | | | | | |
| 16.1 Direct | 1,178,213,997 | | 128,919,963 | 2,034,507 | | 7,609,653 | | 96,243,996 | | 943,405,878 | |
| 16.2 Reinsurance assumed | 220,607 | | 129,245 | | | | | 31,821 | | 59,541 | |
| 16.3 Reinsurance ceded | 63,789,302 | | 61,009,865 | | | 2,348,112 | | 299,543 | | 131,782 | |
| 16.4 Net | 1,114,645,302 | | 68,039,343 | 2,034,507 | | 5,261,541 | | 95,976,274 | | 943,333,637 | |
| 17. Line 15 + Line 16.4 | 1,124,006,355 | | 80,108,239 | 2,041,728 | | 3,823,213 | | 96,583,797 | | 941,449,378 | |
| 18. Prior year (uncollected + deferred and accrued - advance) | 10,285,825 | | 8,645,449 | 7,971 | | (844,215) | | 3,720,388 | | (1,243,768) | |
| 19. Renewal premiums and considerations: | | | | | | | | | | | |
| 19.1 Direct | 1,174,435,375 | | 130,932,094 | 2,033,757 | | 6,105,756 | | 92,606,010 | | 942,757,758 | |
| 19.2 Reinsurance assumed | 103,588 | | 122,913 | | | | | (78,866) | | 59,541 | |
| 19.3 Reinsurance ceded | 60,818,433 | | 59,592,217 | | | 1,438,328 | | (336,265) | | 124,153 | |
| 19.4 Net (Line 17 - Line 18) | 1,113,720,530 | | 71,462,790 | 2,033,757 | | 4,667,428 | | 92,863,409 | | 942,693,146 | |
| **TOTAL** | | | | | | | | | | | |
| 20. Total premiums and annuity considerations: | | | | | | | | | | | |
| 20.1 Direct | 2,296,560,188 | | 165,358,969 | 950,118,378 | | 6,105,756 | | 100,122,520 | | 1,074,854,565 | |
| 20.2 Reinsurance assumed | 103,588 | | 122,913 | | | | | (78,866) | | 59,541 | |
| 20.3 Reinsurance ceded | 61,312,895 | | 60,082,140 | | | 1,438,328 | | (334,143) | | 126,570 | |
| 20.4 Net (Line 9.4 + 10.4 + 19.4) | 2,235,350,881 | | 105,399,742 | 950,118,378 | | 4,667,428 | | 100,377,797 | | 1,074,787,536 | |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# EXHIBIT 1 - PART 2 - DIVIDENDS AND COUPONS APPLIED, REINSURANCE COMMISSIONS AND EXPENSE ALLOWANCES AND COMMISSIONS INCURRED (direct business only)

| | 1 | 2 | Ordinary 3 | Ordinary 4 | 5 | Group 6 | Group 7 | Accident and Health 8 | Accident and Health 9 | Accident and Health 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Industrial Life | Life Insurance | Individual Annuities | Credit Life (Group and Individual) | Life Insurance | Annuities | Group | Credit (Group and Individual) | Other | Aggregate of All Other Lines of Business |
| **DIVIDENDS AND COUPONS APPLIED (included in Part 1)** | | | | | | | | | | | |
| 21. To pay renewal premiums (Exhibit 4, Line 1) | 34,694 | | 34,694 | | | | | | | | |
| 22. All other (Exhibit 4, Lines 2, 3 & 4) | 33,566 | | 33,566 | | | | | | | | |
| **REINSURANCE COMMISSIONS AND EXPENSE ALLOWANCES INCURRED** | | | | | | | | | | | |
| 23. First year (other than single): | | | | | | | | | | | |
| 23.1 Reinsurance ceded | | | | | | | | | | | |
| 23.2 Reinsurance assumed | | | | | | | | | | | |
| 23.3 Net ceded less assumed | | | | | | | | | | | |
| 24. Single: | | | | | | | | | | | |
| 24.1 Reinsurance ceded | 11,157,394 | | 11,157,281 | | | | | 53 | | 60 | |
| 24.2 Reinsurance assumed | | | | | | | | | | | |
| 24.3 Net ceded less assumed | 11,157,394 | | 11,157,281 | | | | | 53 | | 60 | |
| 25. Renewal: | | | | | | | | | | | |
| 25.1 Reinsurance ceded | 8,989,970 | | 8,953,331 | | | | | 18,793 | | 17,846 | |
| 25.2 Reinsurance assumed | 12,689 | | 3,690 | | | | | 3,764 | | 5,235 | |
| 25.3 Net ceded less assumed | 8,977,281 | | 8,949,641 | | | | | 15,029 | | 12,611 | |
| 26. Totals: | | | | | | | | | | | |
| 26.1 Reinsurance ceded (Page 6, Line 6) | 20,147,364 | | 20,110,612 | | | | | 18,846 | | 17,906 | |
| 26.2 Reinsurance assumed (Page 6, Line 22) | 12,689 | | 3,690 | | | | | 3,764 | | 5,235 | |
| 26.3 Net ceded less assumed | 20,134,675 | | 20,106,922 | | | | | 15,082 | | 12,671 | |
| **COMMISSIONS INCURRED (direct business only)** | | | | | | | | | | | |
| 27. First year (other than single) | 118,940,827 | | 24,694,602 | 29,885,612 | | | | 339,270 | | 64,021,343 | |
| 28. Single | 11,868,069 | | (48) | 11,868,117 | | | | | | | |
| 29. Renewal | 43,981,164 | | 4,673,328 | 1,292,578 | | 22,777 | | 1,011,914 | | 36,980,567 | |
| 30. Deposit-type contract funds | | | | | | | | | | | |
| 31. Totals (to agree with Page 6, Line 21) | 174,790,060 | | 29,367,882 | 43,046,307 | | 22,777 | | 1,351,184 | | 101,001,910 | |

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## EXHIBIT 2 - GENERAL EXPENSES

| | 1 Life | Insurance Accident and Health | | 3 All Other | 4 All Other Lines of Business | 5 Investment | 6 Total |
|---|---|---|---|---|---|---|---|
| | | 2 Cost Containment | | | | | |
| 1. Rent | 4,969,385 | | | 12,780,165 | | | 17,749,550 |
| 2. Salaries and wages | 20,704,840 | | | 57,327,599 | | | 78,032,439 |
| 3.11 Contributions for benefit plans for employees | 2,811,431 | | | 6,503,173 | | | 9,314,604 |
| 3.12 Contributions for benefit plans for agents | 2,709,220 | | | 5,457,446 | | | 8,166,666 |
| 3.21 Payments to employees under non-funded benefit plans | | | | | | | |
| 3.22 Payments to agents under non-funded benefit plans | 2,086,588 | | | 3,995,955 | | | 6,082,543 |
| 3.31 Other employee welfare | 1,361,699 | | | 3,532,508 | | | 4,894,207 |
| 3.32 Other agent welfare | 13,238 | | | 47,362 | | | 60,600 |
| 4.1 Legal fees and expenses | 614,685 | | | 2,324,220 | | | 2,938,905 |
| 4.2 Medical examination fees | 879,597 | | | 4,839,622 | | | 5,719,219 |
| 4.3 Inspection report fees | 250,978 | | | 360,399 | | | 621,377 |
| 4.4 Fees of public accountants and consulting actuaries | 1,974,220 | 186,542 | | 6,394,857 | | | 8,369,077 |
| 4.5 Expense of investigation and settlement of policy claims | 150,623 | | | 3,117,162 | | | 3,117,162 |
| 5.1 Traveling expenses | 1,625,715 | | | 4,556,488 | | | 7,156,916 |
| 5.2 Advertising | 2,600,428 | | | 11,226,138 | | | 15,043,735 |
| 5.3 Postage, express, telegraph and telephone | 3,817,597 | | | 5,381,741 | | | 6,858,419 |
| 5.4 Printing and stationery | 1,476,678 | | | 1,874,866 | | | 2,472,316 |
| 5.5 Cost or depreciation of furniture and equipment | 597,450 | | | 1,291,656 | | | 1,720,359 |
| 5.6 Rental of equipment | 428,703 | | | 6,652,332 | | | 8,513,788 |
| 5.7 Cost or depreciation of EDP equipment and software | 1,861,456 | | | 87,812 | | | 125,554 |
| 6.1 Books and periodicals | 37,742 | | | 569,286 | | | 765,330 |
| 6.2 Bureau and association fees | 196,044 | | | 2,887,550 | | | 3,724,572 |
| 6.3 Insurance, except on real estate | 837,022 | | | 1,809,955 | | | 2,384,822 |
| 6.4 Miscellaneous losses | 574,867 | | | 979,949 | | | 1,241,301 |
| 6.5 Collection and bank service charges | 261,352 | | | 3,284,029 | | | 3,717,016 |
| 6.6 Sundry general expenses | 432,987 | | | 1,570,336 | | | 1,756,582 |
| 6.7 Group service and administration fees | 186,246 | | | | | | |
| 6.8 Reimbursements by uninsured accident and health plans | | | | | | | |
| 7.1 Agency expense allowance | 5,989,826 | | | 10,715,214 | | | 16,705,040 |
| 7.2 Agents' balances charged off (less recovered) | 804,446 | | | 1,441,522 | | | 2,245,968 |
| 7.3 Agency conferences other than local meetings | 2,390,988 | | | 4,329,976 | | | 6,720,964 |
| 9.1 Real estate expenses | | | | | | 1,656,102 | |
| 9.2 Investment expenses not included elsewhere | 21,083 | | | 104,940 | | | 126,023 |
| 9.3 Aggregate write-ins for expenses | (9,558) | | | | | | |
| 10. General expenses incurred | 11,657,860 | | | 11,683,780 | 1,662,815 | | 25,004,455 |
| 11. General expenses unpaid December 31, prior year | 74,334,994 | 186,542 | | 177,782,664 | 1,662,815 | | 253,967,215 |
| 12. General expenses unpaid December 31, current year | 20,584,724 | | | 62,548,493 | | 37,474 | 84,962,446 |
| 13. Amounts receivable relating to uninsured accident and health plans, prior year | 26,385,048 | 90,000 | | 70,352,739 | | 44,187 | 96,791,974 |
| 14. Amounts receivable relating to uninsured accident and health plans, current year | | | | | | | |
| 15. General expenses paid during year (Lines 10+11+12-13+14) | 68,534,670 | 176,542 | | 169,978,618 | | 1,791,755 | 242,137,687 |

DETAILS OF WRITE-INS
| 09.301. Investment advisory fees to affiliate | 9,449,207 | | | 3,680,839 | | 1,662,815 | 14,792,861 |
| 09.302. Other consulting and service fees | 2,208,653 | | | 8,002,941 | | | 10,211,594 |
| 09.303. | | | | | | | |
| 09.398. Summary of remaining write-ins for Line 9.3 from overflow page | (9,558) | | | | | | |
| 09.399. Totals (Lines 09.301 thru 09.303 plus 09.398) (Line 9.3 above) | 11,657,860 | | | 11,683,780 | | 1,662,815 | 25,004,455 |

(a) Includes management fees of $ 14,352,473 to affiliates and $ _____ to non-affiliates.

## EXHIBIT 3 - TAXES, LICENSES AND FEES (EXCLUDING FEDERAL INCOME TAXES)

| | 1 Life | Insurance Accident and Health | 3 All Other Lines of Business | 4 Investment | 5 Total |
|---|---|---|---|---|---|
| | | 2 Accident and Health | | | |
| 1. Real estate taxes | | | | 34,694 | 46,969 |
| 2. State insurance department licenses and fees | 351,666 | 46,969 | 1,041,874 | | 1,393,540 |
| 3. State taxes on premiums | 3,511,034 | 19,670,333 | | | 23,181,367 |
| 4. Other state taxes, incl. $ (9,400) for employee benefits | | (5,127) | | 33,566 | (14,527) |
| 5. U.S. Social Security taxes | 1,706,977 | 4,541,843 | | 68,260 | 6,248,820 |
| 6. All other taxes | (37) | (7,698) | | 273,717 | (7,735) |
| 7. Taxes, licenses and fees incurred | 5,560,240 | 25,288,194 | | | 30,848,434 |
| 8. Taxes, licenses and fees unpaid December 31, prior year | 2,617,072 | 3,889,337 | 93,783 | | 6,600,710 |
| 9. Taxes, licenses and fees unpaid December 31, current year | 2,543,418 | 3,649,697 | 93,783 | 518 | 6,193,015 |
| 10. Taxes, licenses and fees paid during year (Lines 7 + 8 - 9) | 5,633,894 | 25,527,934 | | 518 | 31,256,129 |

## EXHIBIT 4 - DIVIDENDS OR REFUNDS

| | 1 Life | 2 Accident and Health |
|---|---|---|
| 1. Applied to pay renewal premiums | | |
| 2. Applied to shorten the endowment or premium-paying period | | |
| 3. Applied to provide paid-up additions | | |
| 4. Applied to provide paid-up annuities | | |
| 5. Total Lines 1 thru 4 | | |
| 6. Paid in cash | 47,242 | |
| 7. Left on deposit | | |
| 8. Aggregate write-ins for dividend or refund options | | |
| 9. Total Lines 5 thru 8 | 47,242 | |
| 10. Amount due and unpaid | 71 | |
| 11. Provision for dividends or refunds payable in the following calendar year | 57,345 | |
| 12. Terminal dividends | | |
| 13. Provision for deferred dividend contracts | | |
| 14. Amount provisionally held for deferred dividend contracts not included in Line 13 | | |
| 15. Total Lines 10 thru 14 | 57,416 | |
| 16. Total from prior year | 63,720 | |
| 17. Total Dividends or refunds (Lines 9 + 15 - 16) | 40,938 | |

DETAILS OF WRITE-INS
| 0801. | | |
| 0802. | | |
| 0803. | | |
| 0898. Summary of remaining write-ins for Line 8 from overflow page | | |
| 0899. Totals (Lines 0801 thru 0803 plus 0898) (Line 8 above) | | |

11

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# EXHIBIT 5 - AGGREGATE RESERVE FOR LIFE CONTRACTS

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Valuation Standard | Total | Industrial | Ordinary | Credit (Group and Individual) | Group |
| **LIFE INSURANCE:** | | | | | | |
| 0100001. | A.E. 2 1/2% NLP | 11,850 | | 11,850 | | |
| 0100002. | A.E. 3% ILL | 552,551 | | 552,551 | | |
| 0100003. | A.E. 3% NJM | 13,236 | | 13,236 | | |
| 0100004. | A.E. 3% NLP | 1,263,202 | | 1,263,202 | | |
| 0100005. | A.E. 3 1/2% ILL | 69,879 | | 69,879 | | |
| 0100006. | A.E. 3 1/2% NLP | 1,263,813 | | 1,263,813 | | |
| 0100007. | 41 STD. IND. 2 1/2% NLP | 776 | | 776 | | |
| 0100008. | 41 STD. IND. 3% CRVM | 9,441 | | 9,441 | | |
| 0100009. | 41 STD. IND. 3% NLP | 144,767 | | 144,767 | | |
| 0100010. | 41 S-STD. IND. 3% CRVM | 1,550 | | 1,550 | | |
| 0100011. | 41 S-STD. IND. 3% NLP | 8,177 | | 8,177 | | |
| 0100012. | 41 CSO 2 1/2% CRVM | 4,397,204 | | 4,397,204 | | |
| 0100013. | 41 CSO 2 1/2% NLP | 24,219,165 | | 24,219,165 | | |
| 0100014. | 41 CSO 3% ILL | 2,453,783 | | 2,453,783 | | |
| 0100015. | 41 CSO 3% NLP | 2,104,840 | | 2,104,840 | | |
| 0100016. | 41 CSO 3 1/2% CRVM | 2,627,266 | | 2,627,266 | | |
| 0100017. | 41 CSO 3 1/2% NLP | 1,272,580 | | 1,272,580 | | |
| 0100018. | 58 CSO 2 1/2% CRVM | 10,453 | | 10,453 | | |
| 0100019. | 58 CSO 2 1/2% NLP | 29,451,661 | | 29,451,661 | | |
| 0100020. | 58 CSO 2 1/2% NJM | 366,061 | | 366,061 | | |
| 0100021. | 58 CSO 2 3/4% CRVM | 129,657 | | 129,657 | | |
| 0100022. | 58 CSO 2 3/4% NLP | 53,068,690 | | 53,068,690 | | |
| 0100023. | 58 CSO 2 3/4% NJM | 1,938,840 | | 1,938,840 | | |
| 0100024. | 58 CSO 2 3/4% NJM-MOD | 68,844 | | 68,844 | | |
| 0100025. | 58 CSO 3% CRVM | 978,117 | | 978,117 | | |
| 0100026. | 58 CSO 3% NLP | 5,151,537 | | 5,151,537 | | |
| 0100027. | 58 CSO 3-10-2 1/2% NLP | 50,747,974 | | 50,747,974 | | |
| 0100028. | 58 CSO 3-10-2 1/2% CRVM | 10,699,592 | | 10,699,592 | | |
| 0100029. | 58 CSO 3 1/4% NJM | 620,971 | | 620,971 | | |
| 0100030. | 58 CSO 3 1/4% NLP | 6,155,861 | | 6,155,861 | | |
| 0100031. | 58 CSO 3 1/2% CRVM | 8,112,148 | | 8,112,148 | | |
| 0100032. | 58 CSO 3 1/2% NLP | 8,381,116 | | 8,381,116 | | |
| 0100033. | 58 CSO 3 1/2%-10-2.5% NJM | 214,835 | | 214,835 | | |
| 0100034. | 58 CSO 3 1/2%-3% NJM-MOD | 32,434,307 | | 32,434,307 | | |
| 0100035. | 80 CSO 4% CRVM | 358,266,829 | | 358,266,829 | | |
| 0100036. | 80 CSO 4% NLP | 5,511,287 | | 5,511,287 | | |
| 0100037. | 80 CSO 4 1/4% NJM | 4,372,041 | | 4,372,041 | | |
| 0100038. | 80 CSO 4 1/4% NLP | 440,301 | | 440,301 | | |
| 0100039. | 58 CSO 4% NLP | 9,298 | | 9,298 | | |
| 0100040. | 58 CSO 4 1/2% NLP | 145,554 | | 145,554 | | |
| 0100041. | 58 CSO 4 1/2% CRVM | 1,363,721 | | 1,363,721 | | |
| 0100042. | 58 CSO 4 1/2% NJM | 5,983,476 | | 5,983,476 | | |
| 0100043. | 58 CSO 4 1/2% NLP | 45,803,065 | | 45,803,065 | | |
| 0100044. | 58 CSO 4X-20-2 1/2% CRVM | 548,487 | | 548,487 | | |
| 0100045. | 58 CSO 4X-20-2 1/2% NLP | 52,945,529 | | 52,945,529 | | |
| 0100046. | 58 CSO 4 1/2% CRVM-MOD | 24,891,126 | | 24,891,126 | | |
| 0100047. | 58 CSO 5 1/2% NJM | 20,238,988 | | 20,238,988 | | |
| 0100048. | 58 CSO 5 1/2% NLP | 2,542,759 | | 2,542,759 | | |
| 0100049. | 80 CSO 5% NJM | 14,952,933 | | 14,952,933 | | |
| 0100050. | 80 CSO 5% NLP | 1,727,706 | | 1,727,706 | | |
| 0100051. | 80 CSO 5% CRVM | 1,211,587 | | 1,211,587 | | |
| 0100052. | Group Conversion | 13,211,583 | | 13,211,583 | | |
| | | 741,708 | | 741,708 | | |
| 0199997. | Totals (Gross) | 801,309,963 | | 801,309,963 | | |
| 0199998. | Reinsurance ceded | 387,813,744 | | 387,813,744 | | |
| 0199999. | Totals (Net) | 413,496,219 | | 413,496,219 | | |
| **ANNUITIES (excluding supplementary contracts with life contingencies):** | | | | | | |
| 0200001. | Acc CV 3% Def/Pd Up | 3,800,683 | XXX | 3,800,683 | XXX | |
| 0200002. | Acc CV NP 4-6% | 2,303,895 | XXX | 2,303,895 | XXX | |
| 0200003. | Acc CV NP 3.5-3.25-3% | 825,848 | XXX | 825,848 | XXX | |
| 0200004. | 37 SA 2.5% Imm & Def | | XXX | | XXX | |
| 0200005. | 37 SA 3.5% Imm & Def | 163,806 | XXX | 163,806 | XXX | |
| 0200006. | 71 IAM 4% Def | 9,384,574 | XXX | 9,384,574 | XXX | |
| 0200007. | 71 IAM 4.5% Def | 19,578,055 | XXX | 19,578,055 | XXX | |
| 0200008. | 71 IAM 5.5% Def | 2,542,759 | XXX | 2,542,759 | XXX | |
| 0200009. | 71 IAM 6% Imm | 2,919,326 | XXX | 2,919,326 | XXX | |
| 0200010. | 71 IAM 6.75% Imm | 1,294,568 | XXX | 1,294,568 | XXX | |
| 0200011. | 71 IAM 9% Imm | 8,787,575 | XXX | 8,787,575 | XXX | |
| 0200012. | 71 IAM 9.25% Imm | 506,738 | XXX | 506,738 | XXX | |
| 0200013. | 71 IAM 10% Imm | 13,062,961 | XXX | 13,062,961 | XXX | |
| 0200014. | 83a 8% Imm | 7,594,741 | XXX | 7,594,741 | XXX | |
| 0200015. | 83a 7.75% Imm | 7,308,600 | XXX | 7,308,600 | XXX | |
| 0200016. | 83a 7% Imm | 9,258,948 | XXX | 9,258,948 | XXX | |
| 0200017. | 83a 6.5% Imm | 12,974,226 | XXX | 12,974,226 | XXX | |
| 0200018. | 83a 6.75% Imm | 23,387,575 | XXX | 23,387,575 | XXX | |
| 0200019. | 83a 6.25% Imm | 10,090,871 | XXX | 10,090,871 | XXX | |
| 0200020. | 83a 6.25% Imm | 11,696,751 | XXX | 11,696,751 | XXX | |
| 0200021. | 83a 9.25% Def 6-12 / 82 | 7,577,315 | XXX | 7,577,315 | XXX | |
| 0200022. | 2000a 7.00% Imm | 11,496,634 | XXX | 11,496,634 | XXX | |
| 0200023. | 2000a 6.75% Imm | 13,740,372 | XXX | 13,740,372 | XXX | |
| 0200024. | 2000a 6.5% Imm | 22,017,346 | XXX | 22,017,346 | XXX | |
| 0200025. | 2000a 6.0% Imm | 29,879,319 | XXX | 29,879,319 | XXX | |
| 0200026. | 51 GA Proj 3.5% Imm | 416,581 | XXX | | XXX | 416,581 |
| 0200027. | 51 GA Proj 3.5% Def | 1,583,220 | XXX | | XXX | 1,583,220 |
| 0200028. | 71 GAM Proj 6.5% Imm | 3,553,317 | XXX | | XXX | 3,553,317 |
| 0200029. | 71 GAM Proj 7.25% Def | 11,144,692 | XXX | | XXX | 11,144,692 |
| 0200030. | 83 GAM Proj 6.5% Imm | 6,695,876 | XXX | | XXX | 6,695,876 |
| 0200031. | 83 GAM Proj 6.5% Imm | 3,384,448 | XXX | | XXX | 3,384,448 |
| 0200032. | 83a 9.25% Def 6-12 / 82 | 7,577,315 | XXX | 7,577,315 | XXX | |
| 0200033. | 83a 10K Def 6-12 / 82 | 935,471 | XXX | 935,471 | XXX | |
| 0200034. | 83a 8.25% Def 83 | 8,990,988 | XXX | 8,990,988 | XXX | |
| 0200035. | 83a 8.75% Def 83 | 551,326 | XXX | 551,326 | XXX | |
| 0200036. | 83a 8.5% Def 84, 85 | 3,642,513 | XXX | 3,642,513 | XXX | |
| 0200037. | 83a 8% Def 84, 85 | 10,664,058 | XXX | 10,664,058 | XXX | |
| 0200038. | 83a 7.25% Def 86 | 5,169,859 | XXX | 5,169,859 | XXX | |
| 0200039. | 83a 6.75% Def 86, 88, 91 | 25,214,520 | XXX | 25,214,520 | XXX | |
| 0200040. | 83a 6.50% Def 87, 89-90 | 17,491,238 | XXX | 17,491,238 | XXX | |
| 0200041. | 83a 6.25% Def 87, 90-92 | 37,713,070 | XXX | 37,713,070 | XXX | |
| 0200042. | 83a 7.00% Def 88-89 | 13,966,016 | XXX | 13,966,016 | XXX | |
| 0200043. | 83a 6.00% Def 92, 95 | 28,575,225 | XXX | 28,575,225 | XXX | |
| 0200044. | 83a 5.75% Def 93, 95 | 115,371,897 | XXX | 115,371,897 | XXX | |
| 0200045. | 83a 5.50% Def 93-94, 96-97 | 112,643,015 | XXX | 112,643,015 | XXX | |

12

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## EXHIBIT 5 - AGGREGATE RESERVE FOR LIFE CONTRACTS

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Valuation Standard | Total | Industrial | Ordinary | Credit (Group and Individual) | Group |
| 0200045. | 83a 5.25% Def 94, 96-98. | 235,596,455 | XXX | 235,596,455 | XXX | |
| 0200046. | 83a 5.00% Def 98. | 119,030,495 | XXX | 119,030,495 | XXX | |
| 0200047. | 2000a 5.25% Def 99, 01, 02. | 760,387,690 | XXX | 760,387,690 | XXX | |
| 0200048. | 2000a 5.00% Def 99, 03. | 493,053,428 | XXX | 493,053,428 | XXX | |
| 0200049. | 2000a 5.75% Def 00. | 131,830,520 | XXX | 131,830,520 | XXX | |
| 0200050. | 2000a 5.50% Def 00-02. | 427,327,447 | XXX | 427,327,447 | XXX | |
| 0200051. | 2000a 4.75% Def 03-04. | 1,307,907,553 | XXX | 1,307,907,553 | XXX | |
| 0200052. | 2000a 5.50% Im | 31,898,332 | XXX | 31,898,332 | XXX | |
| 0299997. | Totals (Gross) | 4,146,932,736 | XXX | 4,120,154,602 | XXX | 26,778,134 |
| 0299998. | Reinsurance ceded | | XXX | | XXX | |
| 0299999. | Totals (Net) | 4,146,932,736 | XXX | 4,120,154,602 | XXX | 26,778,134 |
| | **SUPPLEMENTARY CONTRACTS WITH LIFE CONTINGENCIES:** | | | | | |
| 0300001. | Acc CV 3%. | 36,839 | | 36,839 | | |
| 0300002. | 37 SA 2.5% | 3,272 | | 3,272 | | |
| 0300003. | 37 SA 3%. | 2,272 | | 2,272 | | |
| 0300004. | 37 SA 3.5%. | 14,637 | | 14,637 | | |
| 0300005. | 71 IAM 6%. | 325,721 | | 325,721 | | |
| 0300006. | 71 IAM 9%. | 130,206 | | 130,206 | | |
| 0300007. | 83a 8%. | 676,712 | | 676,712 | | |
| 0300008. | 83a 7.75%. | 127,093 | | 127,093 | | |
| 0300009. | 83a 7%. | 187,649 | | 187,649 | | |
| 0300010. | 83a 6.5%. | 184,639 | | 184,639 | | |
| 0300011. | 83a 7.25%. | 132,902 | | 132,902 | | |
| 0300012. | 83a 6.75%. | 467,286 | | 467,286 | | |
| 0300013. | 83a 6.25%. | 113,732 | | 113,732 | | |
| 0300014. | 2000a 6.25% | 127,906 | | 127,906 | | |
| 0300015. | 2000a 7.00% | 104,428 | | 104,428 | | |
| 0300016. | 2000a 6.75% | 210,528 | | 210,528 | | |
| 0300017. | 2000a 6.50% | 100,116 | | 100,116 | | |
| 0300018. | 2000a 6.00% | 182,381 | | 182,381 | | |
| 0300019. | 2000a 5.50% | 27,295 | | 27,295 | | |
| 0399997. | Totals (Gross) | 3,155,614 | | 3,155,614 | | |
| 0399998. | Reinsurance ceded | | | | | |
| 0399999. | Totals (Net) | 3,155,614 | | 3,155,614 | | |
| | **ACCIDENTAL DEATH BENEFITS:** | | | | | |
| 0400001. | Intercompany DI & 41 CSO 2.5%. | 1,030 | | 1,030 | | |
| 0400002. | 59 ADB & 58 CSO 2.5% | 149,255 | | 149,255 | | |
| 0400003. | 59 ADB & 58 CSO 3% | 4,100 | | 4,100 | | |
| 0499997. | Totals (Gross) | 154,385 | | 154,385 | | |
| 0499998. | Reinsurance ceded | 118,427 | | 118,427 | | |
| 0499999. | Totals (Net) | 35,958 | | 35,958 | | |
| | **DISABILITY-ACTIVE LIVES:** | | | | | |
| 0500001. | 26 Class (3) & 41 CSO 2.5%. | 116 | | 116 | | |
| 0500002. | 52 Intercompany Dis & 58 CSO 2.5% | 285,534 | | 285,534 | | |
| 0500003. | 52 Intercompany Dis & 58 CSO 3% | 1,216 | | 1,216 | | |
| 0500004. | 52 Intercompany Dis & 58 CSO 4% | 368,910 | | 368,910 | | |
| 0599997. | Totals (Gross) | 655,776 | | 655,776 | | |
| 0599998. | Reinsurance ceded | 506,203 | | 506,203 | | |
| 0599999. | Totals (Net) | 149,573 | | 149,573 | | |
| | **DISABILITY-DISABLED LIVES:** | | | | | |
| 0600001. | 26 Class (3) & 41 CSO 2.5%. | 13,166 | | 13,166 | | |
| 0600002. | 52 Intercompany Dis & 58 CSO 2.5% | 1,306,656 | | 1,306,656 | | |
| 0600003. | 52 Intercompany Dis & 58 CSO 3% | 135,096 | | 135,096 | | |
| 0600004. | 52 Intercompany Dis & 58 CSO 4% | 3,617,357 | | 3,617,357 | | |
| 0600005. | 71 GAM Dis 6.5% | | | | | |
| 0600006. | 70 Intercompany Group Dis 4.5% | | | | | |
| 0600007. | 70 Intercompany Group Dis 5% | | | | | |
| 0600008. | Waiver IBNR | 16,794 | | | | 16,794 |
| 0699997. | Totals (Gross) | 16,151,136 | | | | 16,151,136 |
| 0699998. | Reinsurance ceded | 462,669 | | | | 462,669 |
| 0699999. | Totals (Net) | 21,702,874 | | 5,072,275 | | 16,630,599 |
| | **MISCELLANEOUS RESERVES** | 5,678,211 | | 3,033,606 | | 2,644,605 |
| 0700001. | For non-deduction of deferred fractional premiums or return of premiums at the death of the insured. | 16,024,663 | | 2,038,669 | | 13,985,994 |
| 0700002. | For surrender values in excess of reserves otherwise required and carried in this schedule. | 6,357,281 | | 6,357,281 | | |
| 0799997. | Totals (Gross) | 345 | | 345 | | |
| 0799998. | Reinsurance ceded | 6,357,626 | | 6,357,626 | | |
| 0799999. | Totals (Net) | 4,810,608 | | 4,810,608 | | |
| 0899999. | Totals (Net) | 1,547,018 | | 1,547,018 | | |
| 9999999. | Totals (Net) - (Page 3, Line 1) | 4,581,341,781 | | 4,540,577,653 | | 40,764,128 |

12.1

# EXHIBIT 6 - AGGREGATE RESERVE FOR ACCIDENT AND HEALTH CONTRACTS

| | 1 | 2 | 3 | 4 | Other Individual Contracts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Group Accident and Health | Credit Accident and Health (Group and Individual) | Collectively Renewable | 5 Non-Cancelable | 6 Guaranteed Renewable | 7 Non-Renewable for Stated Reasons Only | 8 Other Accident Only | 9 All Other |
| **ACTIVE LIFE RESERVE** | | | | | | | | | |
| 1. Unearned premium reserve | 213,982,937 | 17,222,760 | | 2,042,442 | 70,074 | 194,593,228 | | | |
| 2. Additional contract reserves (a) | | | | | | | | | |
| 3. Additional actuarial reserves-Asset/Liability analysis | 1,541,558,188 | 7,243,233 | | 4,032,913 | 1,041,567 | 1,529,240,475 | | 10,567 | 43,866 |
| 4. Reserve for future contingent benefits | | | | | | | | | |
| 5. Reserve for rate credits | | | | | | | | | |
| 6. Aggregate write-ins for reserves | | | | | | | | | |
| 7. Totals (Gross) | 1,755,541,125 | 24,465,993 | | 6,075,355 | 1,111,641 | 1,723,833,703 | | 10,567 | 43,866 |
| 8. Reinsurance ceded | 284,174 | 11,462 | | 249 | 35,788 | 236,675 | | | |
| 9. Totals (Net) | 1,755,256,951 | 24,454,531 | | 6,075,106 | 1,075,853 | 1,723,597,028 | | 10,567 | 43,866 |
| **CLAIM RESERVE** | | | | | | | | | |
| 10. Present value of amounts not yet due on claims | 466,250,961 | 3,751,932 | | 2,563,265 | 63,449 | 459,700,805 | | 83,306 | 88,204 |
| 11. Additional actuarial reserves-Asset/Liability analysis | | | | | | | | | |
| 12. Reserve for future contingent benefits | | | | | | | | | |
| 13. Aggregate write-ins for reserves | | | | | | | | | |
| 14. Totals (Gross) | 466,250,961 | 3,751,932 | | 2,563,265 | 63,449 | 459,700,805 | | 83,306 | 88,204 |
| 15. Reinsurance ceded | 2,339,539 | 1,324,930 | | 26,516 | | 988,093 | | | |
| 16. Totals (Net) | 463,911,422 | 2,427,002 | | 2,536,749 | 63,449 | 458,712,712 | | 83,306 | 88,204 |
| 17. **TOTAL (Net)** | 2,219,168,373 | 26,881,533 | | 8,611,855 | 1,139,302 | 2,182,309,740 | | 93,873 | 132,070 |
| 18. **TABULAR FUND INTEREST** | 83,600,345 | 287,156 | | 250,585 | 33,710 | 83,022,804 | | 3,056 | 3,034 |
| **DETAILS OF WRITE-INS** | | | | | | | | | |
| 0601. | | | | | | | | | |
| 0602. | | | | | | | | | |
| 0603. | | | | | | | | | |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | | | | | | | | | |
| 0699. TOTALS (Lines 0601 thru 0603 plus 0698) (Line 6 above) | | | | | | | | | |
| 1301. | | | | | | | | | |
| 1302. | | | | | | | | | |
| 1303. | | | | | | | | | |
| 1398. Summary of remaining write-ins for Line 13 from overflow page | | | | | | | | | |
| 1399. TOTALS (Lines 1301 thru 1303 plus 1398) (Line 13 above) | | | | | | | | | |

(a) Attach statement as to valuation standard used in calculating this reserve, specifying reserve bases, interest rates and methods.

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# EXHIBIT 7 - DEPOSIT TYPE CONTRACTS

| | | 1<br>Total | 2<br>Guaranteed Interest Contracts | 3<br>Annuities Certain | 4<br>Supplemental Contracts | 5<br>Dividend Accumulations or Refunds | 6<br>Premium and Other Deposit Funds |
|---|---|---|---|---|---|---|---|
| 1. | Balance at the beginning of the year before reinsurance | 104,304,193 | | | 67,135,080 | 37,059,533 | 109,580 |
| 2. | Deposits received during the year | 15,146,837 | | | 13,515,978 | 1,630,859 | |
| 3. | Investment earnings credited to the account | 4,731,098 | | | 3,530,347 | 1,197,290 | 3,461 |
| 4. | Other net change in reserves | 94,855 | | | | | 94,855 |
| 5. | Fees and other charges assessed | | | | | | |
| 6. | Surrender charges | 163 | | | 163 | | |
| 7. | Net surrender or withdrawal payments | 28,978,036 | | | 25,163,690 | 3,809,208 | 5,138 |
| 8. | Other net transfers to or (from) Separate Accounts | | | | | | |
| 9. | Balance at the end of current year before reinsurance (Lines 1+2+3+4-5-6-7-8) | 95,298,784 | | | 59,017,552 | 36,078,474 | 202,758 |
| 10. | Reinsurance balance at the beginning of the year | (29,585,037) | | | | (29,585,037) | |
| 11. | Net change in reinsurance assumed | 1,585 | | | | 1,585 | |
| 12. | Net change in reinsurance ceded | (783,476) | | | | (783,476) | |
| 13. | Reinsurance balance at the end of the year (Lines 10+11-12) | (28,799,976) | | | | (28,799,976) | |
| 14. | Net balance at the end of current year after reinsurance (Lines 9 + 13) | 66,498,808 | | | 59,017,552 | 7,278,498 | 202,758 |

15