ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## EXHIBIT 8 - CLAIMS FOR LIFE AND ACCIDENT AND HEALTH CONTRACTS
### PART 2 - Incurred During the Year

| | 1 | 2 | Ordinary | | | | Group | | | Accident and Health | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| | Total | Industrial Life (a) | Life Insurance (b) | Individual Annuities | Supplementary Contracts | Credit Life (Group and Individual) | Life Insurance (c) | Annuities | Group | Credit (Group and Individual) | Other |
| 1. Settlements During the Year: | | | | | | | | | | | |
| 1.1 Direct | 935,892,118 | | 86,671,243 | 159,814,808 | 590,616 | | 8,329,413 | 2,221,958 | 81,979,031 | | 596,285,049 |
| 1.2 Reinsurance assumed | 549,563 | | 100,408 | | | | | | | | 378,694 |
| 1.3 Reinsurance ceded | 50,764,458 | | 43,365,104 | | | | 2,096,710 | | 5,093,627 | | 70,461 |
| 1.4 Net | 885,677,223 (d) | | 43,406,547 | 159,814,808 | 590,616 | | 6,232,703 | 2,221,958 | 77,264,098 | | 596,146,493 |
| 2. Liability December 31, current year from Part 1: | | | | | | | | | | | |
| 2.1 Direct | 204,283,198 | | 19,228,740 | 925,185 | | | 992,244 | | 35,724,679 | | 147,412,350 |
| 2.2 Reinsurance assumed | 2,186,347 | | 276,718 | | | | | | 1,877,879 | | 31,750 |
| 2.3 Reinsurance ceded | 8,348,186 | | 5,447,990 | | | | | | 2,838,496 | | 61,700 |
| 2.4 Net | 198,121,359 | | 14,057,468 | 925,185 | | | 992,244 | | 34,764,062 | | 147,382,400 |
| 3. Amounts recoverable from reinsurers December 31, current year | 3,710,214 | | 100,000 | | | | | | | | 225,593 |
| 4. Liability December 31, prior year: | | | | | | | | | | | |
| 4.1 Direct | 212,225,377 | | 21,401,990 | 788,687 | | | 1,191,625 | | 2,192,996 | | 140,619,602 |
| 4.2 Reinsurance assumed | 2,433,638 | | 294,336 | | | | 3,207,846 | | 46,207,252 | | 31,750 |
| 4.3 Reinsurance ceded | 11,530,847 | | 5,896,945 | | | | 25,500 | | 2,107,552 | | 46,700 |
| 4.4 Net | 203,128,168 | | 15,799,381 | 788,687 | | | 3,182,346 | | 5,561,702 | | 140,604,652 |
| 5. Amounts recoverable from reinsurers December 31, prior year | 7,470,509 | | 225,710 | | | | 2,045,530 | | 42,753,102 | | 13,030 |
| 6. Incurred Benefits: | | | | | | | | | | | |
| 6.1 Direct | 927,949,939 | | 84,497,993 | 159,951,306 | 590,616 | | 6,113,811 | 2,221,958 | 5,186,239 | | |
| 6.2 Reinsurance assumed | 302,272 | | 82,790 | | | | | | 71,496,458 | | 603,077,797 |
| 6.3 Reinsurance ceded | 43,821,502 | | 42,790,439 | | | | 1,217,305 | | 149,021 | | 70,461 |
| 6.4 Net | 884,430,709 | | 41,790,344 | 159,951,306 | 590,616 | | 4,896,506 | 2,221,958 | (622,822) | | 436,580 |
| | | | | | | | | | 72,268,301 | | 602,711,678 |

(a) Including matured endowments (but not guaranteed annual pure endowments) amounting to $ ............ in Line 1.1, $ ............ in Line 1.4.
    $ ............ in Line 6.1 and $ ............ in Line 6.4.
(b) Including matured endowments (but not guaranteed annual pure endowments) amounting to $ 823,686 in Line 1.1, $ (829,718) in Line 1.4.
    $ 836,397 in Line 6.1 and $ (817,007) in Line 6.4.
(c) Including matured endowments (but not guaranteed annual pure endowments) amounting to $ ............ in Line 1.1, $ ............ in Line 1.4.
    $ ............ in Line 6.1 and $ ............ in Line 6.4.
(d) Includes $ 12,855,062 premiums waived under total and permanent disability benefits.

17

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

# EXHIBIT OF NONADMITTED ASSETS

| | | 1 Current Year Total Nonadmitted Assets | 2 Prior Year Nonadmitted Assets | 3 Change in Total Nonadmitted Assets (Col. 2 - Col. 1) |
|---|---|---:|---:|---:|
| 1. | Bonds (Schedule D) | | | |
| 2. | Stocks (Schedule D): | | | |
| 2.1 | Preferred stocks | | | |
| 2.2 | Common stocks | | | |
| 3. | Mortgage loans on real estate (Schedule B): | | | |
| 3.1 | First liens | | | |
| 3.2 | Other than first liens | | | |
| 4. | Real estate (Schedule A): | | | |
| 4.1 | Properties occupied by the company | | | |
| 4.2 | Properties held for the production of income | | | |
| 4.3 | Properties held for sale | | | |
| 5. | Cash, (Schedule E, Part 1), cash equivalents (Schedule E, Part 2) and short-term investments (Schedule DA) | | | |
| 6. | Contract loans | | | |
| 7. | Other invested assets (Schedule BA) | 62,480 | 62,526 | 46 |
| 8. | Receivable for securities | | | |
| 9. | Aggregate write-ins for invested assets | | | |
| 10. | Subtotals, cash and invested assets (Lines 1 to 9) | 62,480 | 62,526 | 46 |
| 11. | Investment income due and accrued | | | |
| 12. | Premiums and considerations: | | | |
| 12.1 | Uncollected premiums and agents' balances in the course of collection | | | |
| 12.2 | Deferred premiums, agents' balances and installments booked but deferred and not yet due | | 54,873 | 54,873 |
| 12.3 | Accrued retrospective premium | | | |
| 13. | Reinsurance: | | | |
| 13.1 | Amounts recoverable from reinsurers | 998,395 | 2,739,247 | 1,740,852 |
| 13.2 | Funds held by or deposited with reinsured companies | | | |
| 13.3 | Other amounts receivable under reinsurance contracts | | | |
| 14. | Amounts receivable relating to uninsured plans | | | |
| 15.1 | Current federal and foreign income tax recoverable and interest thereon | 286,885,850 | 261,211,309 | (25,674,541) |
| 15.2 | Net deferred tax asset | | | |
| 16. | Guaranty funds receivable or on deposit | 40,457 | 26,129 | (14,328) |
| 17. | Electronic data processing equipment and software | | | |
| 18. | Furniture and equipment, including health care delivery assets | 12,013,970 | 5,554,844 | (6,459,126) |
| 19. | Net adjustment in assets and liabilities due to foreign exchange rates | | | |
| 20. | Receivables from parent, subsidiaries and affiliates | 7,442,194 | 4,851,366 | (2,590,828) |
| 21. | Health care and other amounts receivable | | | |
| 22. | Other assets nonadmitted | 34,636,283 | 33,108,285 | (1,527,998) |
| 23. | Aggregate write-ins for other than invested assets | 5,109,127 | 3,764,706 | (1,344,421) |
| 24. | Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 10 to 23) | 347,188,756 | 311,373,285 | (35,815,471) |
| 25. | From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | |
| 26. | Total (Lines 24 and 25) | 347,188,756 | 311,373,285 | (35,815,471) |

DETAILS OF WRITE-INS

| | | | | |
|---|---|---|---|---|
| 0901. | | | | |
| 0902. | | | | |
| 0903. | | | | |
| 0998. | Summary of remaining write-ins for Line 9 from overflow page | | | |
| 0999. | Totals (Lines 0901 thru 0903 plus 0998)(Line 9 above) | | | |
| 2301. | | | | |
| 2302. | | | | |
| 2303. | | | | |
| 2398. | Summary of remaining write-ins for Line 23 from overflow page | | | |
| 2399. | Totals (Lines 2301 thru 2303 plus 2398)(Line 23 above) | | | |

18

# NOTES TO FINANCIAL STATEMENTS

6. **Joint Ventures, Partnerships and Limited Liability Companies**

   A. The Company has no investment in joint ventures, partnerships or limited liability companies that exceeds 10% of its admitted assets.

   B. During 2004, the Company recognized impairment write-downs on five limited partnerships in the amount of $5,107,085. The impairments were based on a review of the underlying equity securities owned by the limited partnerships and our determination that the decline in fair value of these securities was other than temporary.

   During 2003, the Company recognized impairment write-downs on two limited partnerships in the amount of $1,433,656. The impairments were based on a review of the underlying equity securities owned by the limited partnerships and our determination that the decline in fair value of these securities was other than temporary.

7. **Investment Income**

   The Company did not exclude any due and accrued income from investment income in 2004.

8. **Derivative Instruments**

   A. Standard & Poors ("S&P") 500 Index Call Options

   (1) The credit risk of call options is the risk that the seller of the option will not pay the return earned through the option. The Company limits this risk by primarily purchasing options from dealers with an A rating or better. Since the purchaser is not required to exercise a call option, the market risk is limited to the purchase price of the option. No funds or collateral are required of the purchaser of a call option other than the initial cost of the option.

   (2) The Company issues equity-indexed annuity products that provide a guaranteed base rate of return and a higher potential return linked to the performance of the S&P 500 index. One year call options on the S&P 500 Index are purchased in an effort to hedge potential increases to policyholder benefits resulting from increases in the S&P 500 Index. The Company's hedges are categorized as fair value hedges.

   (3) The S&P 500 index call options are recorded at cost and marked to market, with the change reported as a component of net investment income. The premiums paid to purchase the options are amortized over the term of the option contract and reported in net investment income. At the time the option expires or is terminated, any difference between cash received and the amortized cost is recognized as investment income.

   (4) The Company monitors the hedge effectiveness of the S&P 500 index call options on a daily basis. Based on SSAP #86, the Company's derivative hedges of equity indexed annuity products are "highly effective" in achieving offsetting changes in fair value attributable to the hedged risk. If it no longer meets the requirements for hedge effectiveness during the life of the derivative, changes in fair value will be recognized in unrealized gains or losses.

9. **Income Taxes**

   A. The components of the net deferred tax asset recognized in the Company's Assets, Liabilities, Surplus and Other Funds are as follows:

   |  | December 31 | | |
   |---|---|---|---|
   |  | 2004 | 2003 | Change |
   | Total gross deferred tax assets | $ 356,275,670 | $ 338,266,153 | $ 18,009,517 |
   | Total gross deferred tax liabilities | 29,472,388 | 29,824,284 | (351,896) |
   | Net deferred tax assets | 326,803,282 | 308,441,869 | 18,361,413 |
   | Deferred tax assets nonadmitted | 286,885,850 | 261,211,309 | 25,674,541 |
   | Net deferred tax assets admitted | $ 39,917,432 | $ 47,230,560 | $ (7,313,128) |

   B. The Company has no deferred tax liabilities which have not been recognized.

   C. The components of current and deferred income taxes are as follows:

   Current income taxes incurred consist of the following major components:

   |  | 2004 | 2003 |
   |---|---|---|
   | Tax expense on current year operating income | $ 33,600,629 | $ 69,155,079 |
   | Tax credits | 0 | (558,693) |
   | Prior year under (over) accrual of tax | (21,484,166) | 3,331,709 |
   | Current income taxes incurred on operating income | 12,116,463 | 71,928,095 |
   | Deferred taxes incurred on net capital gains | 22,854,206 | 3,306,297 |
   | Total current income taxes incurred | $ 34,970,669 | $ 75,234,392 |

19.2

ANNUAL STATEMENT FOR THE YEAR 2004 OF THE BANKERS LIFE AND CASUALTY COMPANY

## SUMMARY INVESTMENT SCHEDULE

| Investment Categories | Gross Investment Holdings | | Admitted Assets as Reported in the Annual Statement | |
|---|---|---|---|---|
| | 1 Amount | 2 Percentage | 3 Amount | 4 Percentage |
| 1. Bonds: | | | | |
| 1.1 U.S. treasury securities | 6,622,914 | 0.086 | 6,622,914 | 0.086 |
| 1.2 U.S. government agency and corporate obligations (excluding mortgage-backed securities): | | | | |
| (1.21) Issued by U.S. government agencies | | | | |
| (1.22) Issued by U.S. government sponsored agencies | 552,031,638 | 7.181 | 552,031,638 | 7.181 |
| 1.3 Foreign government (including Canada, excluding mortgaged-backed securities) | 49,795,822 | 0.648 | 49,795,822 | 0.648 |
| 1.4 Securities issued by states, territories, and possessions and political subdivisions in the U.S.: | | | | |
| (1.41) State, territories and possessions general obligations | | | | |
| (1.42) Political subdivisions of states, territories and possessions and political subdivisions general obligations | 91,803,833 | 1.194 | 91,803,833 | 1.194 |
| (1.43) Revenue and assessment obligations | 313,177,733 | 4.074 | 313,177,733 | 4.074 |
| (1.44) Industrial development and similar obligations | | | | |
| 1.5 Mortgage-backed securities (includes residential and commercial MBS): | | | | |
| (1.51) Pass-through securities: | | | | |
| (1.511) Issued or guaranteed by GNMA | 2,956,729 | 0.038 | 2,956,729 | 0.038 |
| (1.512) Issued or guaranteed by FNMA and FHLMC | 220,019,190 | 2.862 | 220,019,190 | 2.862 |
| (1.513) All other | | | | |
| (1.52) CMOs and REMICs: | | | | |
| (1.521) Issued or guaranteed by GNMA, FNMA, FHLMC or VA | 717,052,164 | 9.328 | 717,052,164 | 9.328 |
| (1.522) Issued by non-U.S. Government issuers and collateralized by mortgage-backed securities issued or guaranteed by agencies shown in Line 1.521 | | | | |
| (1.523) All other | | | | |
| 2. Other debt and other fixed income securities (excluding short-term): | | | | |
| 2.1 Unaffiliated domestic securities (includes credit tenant loans rated by the SVO) | 4,600,967,596 | 59.851 | 4,600,967,596 | 59.852 |
| 2.2 Unaffiliated foreign securities | 536,555,448 | 6.980 | 536,555,448 | 6.980 |
| 2.3 Affiliated securities | | | | |
| 3. Equity interests: | | | | |
| 3.1 Investments in mutual funds | | | | |
| 3.2 Preferred stocks: | | | | |
| 3.21 Affiliated | | | | |
| 3.22 Unaffiliated | 25,219,993 | 0.328 | 25,219,993 | 0.328 |
| 3.3 Publicly traded equity securities (excluding preferred stocks): | | | | |
| 3.31 Affiliated | | | | |
| 3.32 Unaffiliated | 186,267,485 | 2.423 | 186,267,485 | 2.423 |
| 3.4 Other equity securities: | | | | |
| 3.41 Affiliated | | | | |
| 3.42 Unaffiliated | | | | |
| 3.5 Other equity interests including tangible personal property under lease: | | | | |
| 3.51 Affiliated | 17,388 | 0.000 | 17,388 | 0.000 |
| 3.52 Unaffiliated | 1,582,169 | 0.021 | 1,582,169 | 0.021 |
| 4. Mortgage loans: | | | | |
| 4.1 Construction and land development | 11,969,303 | 0.156 | 11,969,303 | 0.156 |
| 4.2 Agricultural | | | | |
| 4.3 Single family residential properties | | | | |
| 4.4 Multifamily residential properties | 6,144,808 | 0.080 | 6,144,808 | 0.080 |
| 4.5 Commercial loans | 134,796,094 | 1.753 | 134,796,094 | 1.753 |
| 5. Real estate investments: | | | | |
| 5.1 Property occupied by the company | | | | |
| 5.2 Property held for the production of income (includes $........ of property acquired in satisfaction of debt) | | | | |
| 5.3 Property held for sale ($........ including $........ property acquired in satisfaction of debt) | | | | |
| 6. Contract loans | 32,097,107 | 0.418 | 32,034,627 | 0.417 |
| 7. Receivables for securities | 62,666 | 0.001 | 62,666 | 0.001 |
| 8. Cash, cash equivalents and short-term investments | 149,765,087 | 1.948 | 149,765,088 | 1.948 |
| 9. Other invested assets | 48,460,445 | 0.630 | 48,460,445 | 0.630 |
| 10. Total invested assets | 7,687,365,612 | 100.000 | 7,687,303,133 | 100.000 |

20

# NOTES TO FINANCIAL STATEMENTS

**9. Income Taxes**, continued

The main components of the deferred tax assets and deferred tax liabilities are as follows:

| | December 31 | |
|---|---|---|
| Deferred tax assets | 2004 | 2003 |
| Reserves | $ 109,540,192 | $ 110,719,695 |
| Proxy DAC | 157,438,422 | 148,890,516 |
| Investments | 12,649,307 | 16,112,572 |
| Capital loss carryforward | 23,131,722 | 16,497,393 |
| Agent balances | 11,214,923 | 10,712,598 |
| Agent deferred compensation | 23,805,134 | 21,289,169 |
| Other | 18,495,970 | 14,044,209 |
| Gross deferred tax assets | 356,275,670 | 338,266,153 |
| Deferred tax assets non-admitted | 286,885,850 | 261,211,309 |
| Deferred tax assets admitted | 69,389,820 | 77,054,844 |
| Deferred tax liabilities | | |
| Reserves | 3,401,968 | 3,833,899 |
| Investments | 6,633,471 | 8,484,425 |
| Life insurance premiums due & uncollected | 8,071,572 | 6,285,777 |
| Prepaid commissions | 10,911,445 | 10,113,410 |
| Other | 453,932 | 1,106,773 |
| Gross deferred tax liabilities | 29,472,388 | 29,824,284 |
| Net deferred tax assets admitted | $ 39,917,432 | $ 47,230,560 |

The change in net deferred income tax from December 31, 2003 to December 31, 2004 is comprised of the following:

| | |
|---|---|
| Change in net deferred tax assets | $ 18,361,413 |
| Tax effect of unrealized gains (losses) | 1,687,021 |
| Change in net deferred income tax | $ 20,048,434 |

D. The significant book to tax adjustments for 2004 were as follows:

| | 2004 | Effective Tax Rate |
|---|---|---|
| Provision computed at statutory rate | $ 20,097,322 | 35.0 % |
| Tax effect of permanent differences: | | |
| Dividend received deduction | (1,646,936) | (2.9) % |
| Other | 89,761 | 0.2 % |
| Total | (1,557,175) | (2.7) % |
| Tax effect of temporary differences: | | |
| Difference in statutory and tax basis: | | |
| Reserves | 7,735,336 | 13.5 % |
| Investment income | (1,399,890) | (2.4) % |
| Deferred acquisition costs | 8,431,508 | 14.7 % |
| Amortization of ceding commission | (2,265,200) | (3.9) % |
| True up of prior year taxes | (21,484,167) | (37.4) % |
| Other | 2,558,729 | 4.5 % |
| Tax on income from operations | 12,116,463 | 21.3 % |
| Tax on current year capital gains (losses) | 995,084 | 1.7 % |
| True up of prior year tax on capital gains | 21,859,122 | 38.1 % |
| Change in net deferred tax assets | (18,361,413) | (32.0) % |
| Total federal income tax expense | $ 16,609,256 | 29.1 % |

E. (1) The Company had no operating loss carry forwards as of December 31, 2004.

(2) The Company had no income taxes incurred in the current and prior years that will be available for recoupment in the event of future net losses.