# NOTES TO FINANCIAL STATEMENTS

9. **Income Taxes**, continued

F. (1) The Company files a consolidated federal income tax return with its ultimate parent, Conseco, Inc., ("Conseco") and its subsidiaries.

(2) The method of allocation between the companies is subject to a written agreement approved by the Board of Directors. The allocation between the companies is based upon separate return calculations with current credit for net losses subject to certain limitations. Pursuant to this agreement, the Company has the enforceable right to recoup federal income taxes paid in prior years in the event of future net losses, which it may incur, provided the consolidated life group had net income in the prior years, or to recoup its net losses carried forward as an offset to future net income subject to federal income taxes. Intercompany tax balances are settled quarterly. The federal income tax recoverable at December 31, 2004 of $2,321,772 was receivable from Conseco Life Insurance Company of Texas ("Conseco Life of Texas"). The federal income tax recoverable at December 31, 2003 of $5,801,779 included a receivable from Conseco Life of Texas of $5,313,392 and a receivable from Bankers Life of Illinois of $488,387.

10. **Information Concerning Parent, Subsidiaries and Affiliates**

A., B., & C.

Under a Stock Exchange Agreement dated September 11, 2003, the Company received the following shares of CDOC, Inc. ("CDOC"), the Company's indirect parent:

| Description | Shares | Statement Value |
|---|---|---|
| 1994 Series Preferred Stock | 68,923 | $43,387,973 |
| 1998 Series Preferred Stock | 20,000 | 10,224,000 |

The CDOC preferred stock was received in exchange for preferred stock issued by CIHC, Incorporated ("CIHC"), the Company's former indirect parent. The terms of the preferred stock exchanged were similar except the 1994 Series CDOC preferred stock provides for a 5% dividend payable in cash quarterly escalating 1% per year up to 9%. The 1994 Series CIHC preferred stock provided for a 13% payment in kind dividend payable annually until the year 2006 and a 15% dividend payable annually in cash thereafter.

On June 22, 2004, CDOC executed a partial redemption at par value of 25,685.540 shares of its 1994 Series preferred stock held by the Company for $25,685,540 in cash, plus accrued dividends of $292,530. The redemption of the shares, which had a statement value of $16,312,354, resulted in realized and unrealized gains totaling $9,373,186. However, since this investment is required to be carried at the lower of cost or fair value, the statement value of the remaining shares was voluntarily reduced by an offsetting amount to maintain a conservative estimate of fair value, resulting in an offsetting unrealized loss of $9,373,186. As a result, the redemption had no net effect on surplus and the remaining 51,774.14 shares had a statement value of $23,507,494 at December 31, 2004.

On June 22, 2004, CDOC executed a partial redemption at par value of 10,224 shares of its 1998 Series preferred stock held by the Company for $10,224,000 in cash, plus accrued dividends of $163,016. The redemption of the shares, which had a statement value of $5,226,509, resulted in an unrealized gain of $4,997,491. However, since this investment is required to be carried at the lower of cost or fair value, the statement value of the remaining shares was voluntarily reduced by an offsetting amount to maintain a conservative estimate of fair value, resulting in an offsetting unrealized loss of $4,997,491. As a result, the redemption had no net effect on surplus. On November 1, 2004, the Company paid a dividend to its parent, Bankers Life of Illinois, in the form of the remaining 9,776 shares of its investment in CDOC 1998 Series preferred stock with fair value assumed to equal the par value of $9,776,000, but with a statement value of $0. Therefore, the net effect of the dividend on the Company was an increase in the asset valuation reserve and a decrease in surplus, but no change in total adjusted capital.

On December 26, 2003, the Company received a contribution to its surplus in the amount of $16,000,000 in cash, investment grade marketable securities and accrued interest from its sole shareholder, Bankers Life of Illinois.

On July 1, 2004, the Company made a seed money investment of $5,000,000 in 40|86 Core Fixed Income Fund, L.L.C., a mutual fund organized by an affiliate, 40|86 Advisors, Inc. The fund was liquidated in the first quarter of 2005.

On July 1, 2004, the Company made a seed money investment of $7,500,000 in 40|86 High Yield Income Fund, L.L.C., a mutual fund organized by an affiliate, 40|86 Advisors, Inc. The fund was liquidated in the first quarter of 2005.

On May 15, 2003, the Company purchased unaffiliated securities with a fair value, including accrued interest, of $21,302,852 from Conseco Insurance Company for cash of $21,302,852. The book value/adjusted carrying value of the securities sold was $19,883,585, including accrued interest.

D. The Company's receivable and payable balances with related parties are settled quarterly. Such balances, excluding intercompany tax balances, consist of the following:

| | December 31, 2004 | | December 31, 2003 | |
|---|---|---|---|---|
| | Receivable | Payable | Receivable | Payable |
| Parent | $ 252,472 | $ 0 | $ 306,100 | $ 0 |
| Affiliates | 1,951,295 | 5,127,782 | 701 | 34,384,619 |
| Total | $ 2,203,767 | $ 5,127,782 | $ 306,801 | $ 34,384,619 |

12. **Retirement Plans, Deferred Compensation, Postemployment Benefits and Compensated Absences and Other Postretirement Benefit Plans**, continued

A summary of obligations and assumptions of the Deferred Compensation and Other Postretirement Benefit plans are as follows at December 31, 2004 and 2003:

| Change in Benefit Obligation | Deferred Compensation | | Postretirement Benefits | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| a. Benefit obligation at the beginning of the year | $ 60,826,198 | $ 38,747,764 | $ 4,685,358 | $ 4,670,997 |
| b. Service cost | 1,954,458 | 1,065,972 | 0 | 0 |
| c. Interest cost | 3,623,163 | 3,509,232 | 260,509 | 305,007 |
| d. Contribution by plan participants | 0 | 0 | 382,927 | 386,418 |
| e. Additional liability - life benefits | 3,603,603 | 7,198,548 | 0 | 0 |
| f. Actuarial gain (loss) | 830,462 | 13,008,824 | 159,424 | 145,337 |
| h. Benefits paid | (2,823,215) | (2,704,142) | (792,933) | (822,401) |
| I. Benefit obligation at the end of the year | $ 68,014,669 | $ 60,826,198 | $ 4,695,285 | $ 4,685,358 |
| Benefit obligation for non-vested employees | $ 0 | $ 0 | $ 0 | $ 0 |
| **Components of Net Periodic Benefit Cost** | | | | |
| a. Service cost | $ 1,954,458 | $ 1,065,972 | $ 0 | $ 0 |
| b. Interest cost | 3,623,163 | 3,509,232 | 260,509 | 305,007 |
| c. Amortization of unrecognized transition obligation | 0 | 0 | 349,233 | 349,233 |
| d. Amount of recognized gains and losses | 830,462 | 13,008,824 | 159,424 | 145,337 |
| e. Total net periodic benefit cost | $ 6,408,083 | $ 17,584,028 | $ 769,166 | $ 799,577 |

The discount rate used in determining the accumulated post retirement benefit obligations in 2004 and 2003 was 5.75% and 6.0%, respectively.

Effective January 1, 1993, the Company adopted the accrual method of accounting for the costs of its retiree benefit plans, and elected to amortize its transition obligation for retirees and fully eligible or vested employees over 20 years. The unamortized transition obligation was $1.6 million and $2.0 million at December 31, 2004 and 2003, respectively.

Future increases or decreases in the assumed health care cost trend rates result in no change in the accumulated postretirement benefit obligation at December 31, 2004 due to the employer's maximum cost-sharing provision.

B. Defined Contribution Plans

The Company has not sponsored a defined contribution plan.

C. Multiemployer Plans

The Company does not participate in a multiemployer plan.

D. Consolidated/Holding Company Plans

The Company's employees are eligible to participate in Conseco's 401(k) savings plan. In addition, certain executive officers of the Company are included in Conseco's deferred compensation plan. The Company has no legal obligation for benefits under these plans. Conseco allocates a portion of these costs to the Company based on salary ratios. The Company's allocated expenses under these plans during 2004 and 2003 totaled ($50,235) and ($100,473), respectively. The 2004 allocated expenses included credits due to a change in the allocated benefit rate charged to the Company. The allocated expenses were over accrued in 2002 and corrected in 2003.

# NOTES TO FINANCIAL STATEMENTS

**13. Capital and Surplus, Shareholders' Dividend Restrictions and Quasi-Reorganizations**

(1) The Company's capital consists of 10,000,000 shares authorized, issued and outstanding, with a par value of $1.00 per share.

(2) The Company has no preferred stock outstanding.

(3, 4)
The maximum amount of dividends which can be paid by State of Illinois life insurance companies to shareholders without prior approval of the Director is the greater of statutory net income for the preceding year or 10% of statutory surplus as regards policyholders at the end of the preceding year. Statutory net income for 2004 was $27,789,735. Statutory surplus as regards policyholders as of December 31, 2004 was $418,701,309. The maximum dividend payout which may be made without prior approval in 2005 is $41,870,131.

(5) Unassigned surplus is held for the benefit of the Company's shareholder.

(6) During 2004, the Company had no advances to surplus.

(7) During 2004, the Company held no stock for special purposes.

(8) During 2004, the Company had no special surplus funds.

(9) As of December 31, 2004, the portion of unassigned funds (surplus) represented or reduced by each item below is as follows.

| | | |
|---|---|---|
| a. | unrealized gains and losses: | $ (27,707,773) |
| b. | non-admitted asset values: | (347,188,756) |
| c. | separate account business: | 0 |
| d. | asset valuation reserves: | (33,229,927) |
| e. | reinsurance in unauthorized companies: | (81,642) |

(10) The Company has no surplus debentures or similar obligations outstanding.

(11, 12)
The Company has not restated surplus due to a quasi reorganization.

**14. Contingencies**

A. Contingent Commitments

The Company has given Code Hennessy & Simmons, L.P., a limited partnership organized to make equity investments in a variety of corporations, a standby equity commitment of $5,000,000. The Company had funded $4,825,000 of the commitment as of December 31, 2004.

The Company has given Hubregsen Bonnet Equity Partners, L.P., a limited partnership organized to make equity investments in a variety of corporations, a standby equity commitment of $5,918,585. The Company had funded $4,401,111 of the commitment as of December 31, 2004.

The Company has given SCP Private Equity Partners II, L.P., a limited partnership organized to make debt and equity investments in a variety of corporations, a standby equity commitment of $10,000,000. The Company had funded $7,339,247 of the commitment as of December 31, 2004.

As of December 31, 2004, the Company has committed to fund three commercial mortgage loans in the amount of $8,625,000.

(1) Total SSAP No. 46, Investments in Subsidiary, Controlled, and Affiliated Entities and SSAP No. 48, Joint Ventures, Partnerships and Limited Liability Company contingent liabilities: $0

B. Assessments

The Company has not established a liability for guaranty fund assessments on insolvencies. The Company has estimated probable recoveries through premium tax credits to be $2,915,795 and has reflected this amount as an asset. The period over which the credits are realized varies by state but typically ranges from five to ten years.

C. Gain Contingencies

The Company has no gain contingencies.

# EXHIBIT 8 - CLAIMS FOR LIFE AND ACCIDENT AND HEALTH CONTRACTS

## PART 1 - Liability End of Current Year

| | 1 | 2 | Ordinary 3 | Ordinary 4 | Ordinary 5 | 6 | Group 7 | Group 8 | Accident and Health 9 | Accident and Health 10 | Accident and Health 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Industrial Life | Life Insurance | Individual Annuities | Supplementary Contracts | Credit Life (Group and Individual) | Life Insurance | Annuities | Group | Credit (Group and Individual) | Other |
| 1. Due and unpaid: | | | | | | | | | | | |
| 1.1 Direct | | | | | | | | | | | |
| 1.2 Reinsurance assumed | | | | | | | | | | | |
| 1.3 Reinsurance ceded | | | | | | | | | | | |
| 1.4 Net | | | | | | | | | | | |
| 2. In course of settlement: | | | | | | | | | | | |
| 2.1 Resisted 2.11 Direct | 576,838 | | 446,838 | 130,000 | | | | | | | |
| 2.12 Reinsurance assumed | | | | | | | | | | | |
| 2.13 Reinsurance ceded | | | | | | | | | | | |
| 2.14 Net | 576,838 | | (b) 446,838 | (b) 130,000 | | (b) | (b) | | | | |
| 2.2 Other 2.21 Direct | 19,816,121 | | 10,806,570 | | | | 412,500 | | 8,597,051 | | |
| 2.22 Reinsurance assumed | 333,160 | | 276,718 | | | | | | 56,442 | | |
| 2.23 Reinsurance ceded | 5,690,189 | | 2,930,893 | | | | | | 2,759,296 | | |
| 2.24 Net | 14,459,092 | | (b) 8,152,395 | (b) | | (b) | (b) 412,500 | | (b) 5,894,197 | (b) | (b) |
| 3. Incurred but unreported: | | | | | | | | | | | |
| 3.1 Direct | 183,890,239 | | 7,975,332 | 795,185 | | | 579,744 | | 27,127,628 | | 147,412,350 |
| 3.2 Reinsurance assumed | 1,853,187 | | | | | | | | 1,821,437 | | 31,750 |
| 3.3 Reinsurance ceded | 2,657,997 | | 2,517,097 | | | | | | 79,200 | | 61,700 |
| 3.4 Net | 183,085,429 | | (b) 5,458,235 | (b) 795,185 | | (b) | (b) 579,744 | | (b) 28,869,865 | (b) | (b) 147,382,400 |
| 4. TOTALS 4.1 Direct | 204,283,198 | | 19,228,740 | 925,185 | | | 992,244 | | 35,724,679 | | 147,412,350 |
| 4.2 Reinsurance assumed | 2,186,347 | | 276,718 | | | | | | 1,877,879 | | 31,750 |
| 4.3 Reinsurance ceded | 8,348,186 | | 5,447,990 | | | | | | 2,838,496 | | 61,700 |
| 4.4 Net | 198,121,359 | (a) | (a) 14,057,468 | 925,185 | | | (a) 992,244 | | 34,764,062 | | 147,382,400 |

(a) Including matured endowments (but not guaranteed annual pure endowments) unpaid amounting to $ .................. in Column 2, $ ..........1,230,356 in Column 3 and $ .................. in Column 7.

(b) Include only portion of disability and accident and health claim liabilities applicable to assumed "accrued" benefits. Reserves (including reinsurance assumed and net of reinsurance ceded) for unaccrued benefits for Ordinary Life Insurance $ .................. Individual Annuities $ .................., Credit Life (Group and Individual) $ .................., and Group Life $ ..........13,985,994, are included in Page 3, Line 1, (See Exhibit 5, Section on Disability Disabled Lives); and for Group Accident and Health $ ..........2,427,002, Credit (Group and Individual) Accident and Health $ .................., and Other Accident and Health $ ..........461,148,442 are included in Page 3, Line 2 (See Exhibit 6, Claim Reserve).