UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
:
PHILIP GLYNN,                : CIVIL NO. 3-02CV1802 (AVC)
:
    Plaintiff,            :
:
v.                           :
:
BANKERS LIFE AND CASUALTY CO., :
:
    Defendant.            : DECEMBER 21, 2005
------------------------------------------------X

**DEFENDANT'S MOTION TO FILE DEFENDANT'S
DECEMBER 14, 2005 AMENDED NOTICE OF APPEAL NUNC PRO TUNC.**

Defendant Bankers Life and Casualty Company ("Bankers") respectfully submits the within Motion to File Defendant's December 14, 2005 Amended Notice of Appeal Nunc Pro Tunc.

On December 14, 2005, Banker's local counsel's office effected the filing and service of Defendant's December 14, 2005 Amended Notice of Appeal to the United States Court of Appeals for the Second Circuit from a Ruling granting Amended Motion for Attorneys Fees entered by this Court on November 17, 2005 (the "Amended Notice"). See Shaban Decl. Exhibit A. While opposing counsel was properly served, counsel's office erroneously filed the Amended Notice with the Second Circuit and not the District of Connecticut. See Shaban Decl. Exhibit B (UPS tracking receipt showing delivery at the Second Circuit on December 15, 2005).

Upon realizing the misstep, Defendant's counsel has corrected the error, and with this motion has re-filed the Amended Notice with the District Court. Because no

1

prejudice could possibly inure to Plaintiff by this fact pattern, we respectfully request that the District Court accept this filing nunc pro tunc.

## CONCLUSION

For the foregoing reasons, Bankers respectfully requests that this Court accept the filing of the Amended Notice nunc pro tunc.

        THE DEFENDANT
        BANKERS LIFE AND CASUALTY
        COMPANY

        BY_____
        John T. Shaban, ct14075
        Whitman Breed Abbott & Morgan LLC
        100 Field Point Rd.
        Greenwich, CT 06830
        203-869-3800 (telephone)
        203-869-1951 (facsimile)
        jshaban@wbamct.com
and
        Andrew Muscato ct15073
        Skadden, Arps, Slate, Meagher &
        Flom LLP
        Four Times Square
        New York, New York 10036
        212-735-3000 (telephone)
        212-735-2000 (facsimile)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
:
PHILIP GLYNN,                               :        CIVIL NO. 3-02CV1802 (AVC)
                                            :
    Plaintiff,                              :
                                            :
vi.                                         :
                                            :
BANKERS LIFE AND CASUALTY CO.,              :
                                            :
    Defendant.                              :        DECEMBER __, 2005
------------------------------------------------X

## PROPOSED ORDER

Upon review and consideration of Defendant's Motion to File Defendant's December 14, 2005 Amended Notice of Appeal Nunc Pro Tunc, the Defendant's motion is hereby:


GRANTED/DENIED


_____
             U.S.D.C.J.

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via facsimile and overnight mail, postage pre-paid on this the 21st day of December, 2005 to the following counsel of record:

    Everett H. Madin, Jr.
    Riscassi and Davis, P.C.
    131 Oak Street
    Hartford, CT 06106
    *Counsel for Plaintiff Philip Glynn*

                                          John T. Shaban