## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------X
                                            :
PHILIP GLYNN,                               :        CIVIL NO. 3-02CV1802 (AVC)
                                            :
     Plaintiff,                           :
                                            :
v.                                          :
                                            :
BANKERS LIFE AND CASUALTY CO.,  :
                                            :
     Defendant.                           :        DECEMBER  21, 2005
------------------------------------------------------X

## DECLARATION OF JOHN T. SHABAN, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO FILE DEFENDANT'S DECEMBER 14, 2005 AMENDED NOTICE OF APPEAL NUNC PRO TUNC.

I, John T. Shaban, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following facts are true based on my own personal knowledge:

1.    I am local counsel to Defendant Bankers Life and Casualty Co. in the above referenced action. I offer this declaration in connection support of Defendant's Motion to File Defendant's December 14, 2005 Amended Notice of Appeal Nunc Pro Tunc.

2.    On December 14, 2005, my office effected the filing and service of Defendant's December 14, 2005 Amended Notice of Appeal to the United States Court of Appeals for the Second Circuit from a Ruling granting Amended Motion for Attorneys Fees entered by this Court on November 17, 2005 (the "Amended Notice"). See Exhibit A

3.    While opposing counsel was properly served, this office erroneously filed the Amended Notice with the Second Circuit and not the District of Connecticut. See

1

Exhibit B hereto, UPS tracking receipt showing delivery at the Second Circuit on December 15, 2005.

4.    Upon realizing the misstep today, we have corrected the error, and hereby re-file the Amended Notice with the District Court.

5.    Because no prejudice could possibly inure to Plaintiff by this fact pattern, we respectfully request that the District Court accept this filing nunc pro tunc.

John T. Shaban, Esq.

Dated: December 21, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and overnight

mail, postage prepaid, this 21st day of December, 2005, to:

Everett H. Madin, Jr., Esq.
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

John T. Shaban, Esq.

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------X
                                        :
PHILIP GLYNN,                           :        CIVIL NO. 3-02CV1802 (AVC)
                                        :
        Plaintiff,                      :
                                        :
                                        :
v.                                      :
                                        :
BANKERS LIFE AND CASUALTY CO.,          :
                                        :
        Defendant.                      :        DECEMBER 14, 2005
-------------------------------------------------------X
```

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant Bankers Life and Casualty Company

hereby amends its Notice of Appeal dated September 20, 2005, appealing from a Ruling

on Cross Motions for Summary Judgment granting Plaintiff's motion for summary

judgment and denying Defendant's motion for summary judgment entered in this action

on August 23, 2005 with a subsequent Judgment entered in favor of Plaintiff on

September 28, 2005, and hereby appeals to the United States Court of Appeals for the

Second Circuit from a Ruling granting Amended Motion for Attorneys Fees entered

November 17, 2005.

THE DEFENDANT
BANKERS LIFE AND CASUALTY
COMPANY

BY

John T. Shaban, ct14075
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
203-869-3800 (telephone)
203-869-1951 (facsimile)
         and
Andrew Muscato, ct15073
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
212-735-3000 (telephone)
212-735-2000 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal was sent via

overnight mail, postage prepaid, this 14th day of December, 2005, to:

Everett H. Madin, Jr., Esq.
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

John T. Shaban

# EXHIBIT B



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 14 Dec 2005

### Address Information

| **Ship To:** | **Shipper:** | **Ship From:** |
|---|---|---|
| U.S. Court of Appeals, 2nd Circuit | Whitman Breed Abbott & Morgan LLC | Whitman Breed Abbott & Morgan LLC |
| United States Courthouse | Antoinette Picciano | Antoinette Picciano |
| Clerk's Office, Rm 1803 | (203) 862-2442 | (203) 862-2442 |
| 40 Foley Square | 100 Field Point Road | 100 Field Point Road |
| NEW YORK NY 10007-1502 | Greenwich CT 06830 | Greenwich CT 06830 |

### Shipment Information

**Service:**
*Guaranteed By:

UPS Next Day Air
10:30 AM, Thurs. 15 Dec.
2005

**Shipping:**                    . . . . . . . . . . . . . . . . .        **14.34

### Package Information

**Package 1 of 1**
Tracking Number:        1ZFE28580199482645
Package Type:           UPS Letter
Actual Weight:          Letter
Billable Weight:        Letter
Reference#1:            Banker's Life
Reference#2:            0100877.0001

### Billing Information

**Payment Method:**     Bill Sender: FE2858
**Total:**              **All Shipping Charges in USD**                **14.34

Note: The displayed rate is for reference purposes and does not include applicable taxes.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

** Rate includes a fuel surcharge.

### Responsibility for Loss or Damage

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of

Service, which can be found at www.ups.com.