UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 DEC 21 P 4:43
US DISTRICT COURT
HARTFORD CT

------------------------------------------------------X
PHILIP GLYNN,                                        :
                                                     :   CIVIL NO. 3-02CV1802(AVC)
    Plaintiff,                                       :
                                                     :
v.                                                   :
                                                     :
BANKERS LIFE AND CASUALTY CO.,                       :
                                                     :
    Defendant.                                       :   DECEMBER 21, 2005
------------------------------------------------------X

**DEFENDANT'S MOTION TO FILE DEFENDANT'S
DECEMBER 14, 2005 AMENDED NOTICE OF APPEAL NUNC PRO TUNC.**

Defendant Bankers Life and Casualty Company ("Bankers") respectfully submits the within Motion to File Defendant's December 14, 2005 Amended Notice of Appeal Nunc Pro Tunc.

On December 14, 2005, Banker's local counsel's office effected the filing and service of Defendant's December 14, 2005 Amended Notice of Appeal to the United States Court of Appeals for the Second Circuit from a Ruling granting Amended Motion for Attorneys Fees entered by this Court on November 17, 2005 (the "Amended Notice"). See Shaban Decl. Exhibit A. While opposing counsel was properly served, counsel's office erroneously filed the Amended Notice with the Second Circuit and not the District of Connecticut. See Shaban Decl. Exhibit B (UPS tracking receipt showing delivery at the Second Circuit on December 15, 2005).

Upon realizing the misstep, Defendant's counsel has corrected the error, and with this motion has re-filed the Amended Notice with the District Court. Because no

1

*Sidebar annotation:* 3:02CV1802(AVC) December 23, 2005. The motion is GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.