# United States Court of Appeals
## For the Second Circuit

FILED

2005 DEC 27 A 10: 17

DISTRICT COURT
HARTFORD, CT.

---------x
PHILIP GLYNN,

  Plaintiff-Appellee-Cross-Appellant,

v.

BANKERS LIFE & CASUALTY CO.,

  Defendant-Appellant-Cross-Appellee.
---------x

Docket No. 05-5087-cv

02cv1802 AVC

December 23, 2005

## DEFENDANT'S INDEX TO RECORD ON APPEAL

| No. | Date Filed | Court Docket No. | Document |
|---|---|---|---|
| 1. | 12/11/03 | 60 | ORDER and RULING granting motion to dismiss 2nd and 3rd counts of Amended Complaint |
| 2. | 12/12/03 | 59 | Endorsement Order denying motion to dismiss amended complaint (as moot) |
| 3. | 1/27/2004 | 64 | AMENDED COMPLAINT against Bankers Life & Casualty Co. filed by Philip Glenn |
| 4. | 02/05/2004 | 65 | ANSWER & Affirmative Defenses to Amended Complaint by Bankers Life & Casualty Co. |
| 5. | 01/12/2005 | 120 | MOTION for Leave to File Excess Pages by Philip Glynn. |
| 6. | 01/12/2005 | 121 | Memorandum in Support re MOTION for Leave to File Excess Pages filed by Philip Glynn. |
| 7. | 01/14/2005 | 122 | ENDORSEMENT ORDER granting Motion for Leave to File Excess Pages, Signed by Alfred V. Covello on 1/14/05. |
| 8. | 03/18/2005 | 127 | MOTION for Summary Judgment by Philip Glynn. |
| 9. | 03/18/2005 | 128 | Memorandum in Support re MOTION for Summary Judgment filed by Philip Glynn. (Attachments: #1 #2 #3 #4 #5 #6 #7 #8 #9 #10 #11 #12 #13 #14 #15 #16 #17 #18 #19 #20 #21 #22 #23 #24 #25 #26 #27 #28 #29 #30 #31 #32 Continuance of main document & Exhibits) |

| No. | Date Filed | Court Docket No. | Document |
|---|---|---|---|
| 10. | 03/18/2005 | 129 | Statement of Material Facts re MOTION for Summary Judgment filed by Philip Glynn. |
| 11. | 03/28/2005 | 130 | MOTION for Summary Judgment by Bankers Life & Casualty Co. |
| 12. | 03/28/2005 | 131 | Memorandum in Support re MOTION for Summary Judgment filed by Bankers Life & Casualty Co. |
| 13. | 03/28/2005 | 132 | Statement of Material Facts re MOTION for Summary Judgment filed by Bankers Life & Casualty Co. |
| 14. | 03/28/2005 | 133 | AFFIDAVIT re MOTION for Summary Judgment Signed by Robert Krol filed by Bankers Life & Casualty Co. |
| 15. | 03/28/2005 | 134 | AFFIDAVIT re MOTION for Summary Judgment Signed By Robert J. Pandina filed by Bankers Life & Casualty Co. |
| 16. | 03/28/2005 | 135 | AFFIDAVIT re MOTION for Summary Judgment Signed by Andrew Muscato filed by Bankers Life & Casualty Co. |
| 17. | 04/08/2005 | 136 | MOTION to Strike Memorandum in Support of Motion by Philip Glynn. Responses due by 4/29/2005. |
| 18. | 04/08/2005 | 137 | Memorandum in Support re MOTION to Strike Memorandum in Support of Motion filed by Philip Glynn. |
| 19. | 04/08/2005 | 138 | MOTION to Strike Affidavit by Philip Glynn. |
| 20. | 04/08/2005 | 139 | Memorandum in Support re MOTION to Strike Affidavit filed by Philip Glynn. |
| 21. | 04/15/2005 | 140 | Memorandum in Opposition re MOTION for Summary Judgment filed by Bankers Life & Casualty Co. |
| 22. | 04/15/2005 | 141 | Statement of Material Facts re MOTION for Summary Judgment filed by Bankers Life & Casualty Co. |
| 23. | 04/15/2005 | 142 | AFFIDAVIT re Memorandum in Opposition to MOTION for Summary Judgment Signed by Andrew Muscato filed by Bankers Life & Casualty Co. |
| 24. | 04/15/2005 | 143 | Memorandum in Opposition re MOTION for Summary Judgment filed by Philip Glynn. (Attachments: #1 #2 #3 #4 #5 #6 #7 #8 #9) |
| 25. | 04/15/2005 | 144 | Statement of Material Facts re MOTION for Summary Judgment filed by Philip Glynn. (Attachments: #1 #2 #3 Exhibits) |
| 26. | 04/26/2005 | 147 | REPLY to Response to MOTION for Summary Judgment filed |

| No. | Date Filed | Court Docket No. | Document |
|---|---|---|---|
| | | | by Philip Glynn. (Attachments: #1 #2 #3 #4 Exhibits) |
| 27. | 04/29/2005 | 148 | Memorandum in Opposition re MOTION to Strike Affidavit filed by Bankers Life & Casualty Co. |
| 28. | 04/29/2005 | 149 | Memorandum in Opposition re MOTION to Strike Memorandum in Support of Motion filed by Bankers Life & Casualty Co. |
| 29. | 04/29/2005 | 150 | REPLY to Response to MOTION for Summary Judgment filed by Bankers Life & Casualty Co. |
| 30. | 05/05/2005 | 151 | REPLY to Response to MOTION to Strike Affidavit filed by Philip Glynn. |
| 31. | 05/05/2005 | 152 | REPLY to Response to MOTION to Strike Memorandum in Support of Motion filed by Philip Glynn. |
| 32. | 05/09/2005 | 153 | MOTION for Leave to File Sur-Reply by Philip Glynn. |
| 33. | 05/18/2005 | 154 | ENDORSEMENT ORDER granting Motion for Leave to File Sur-Reply, Signed by Judge Alfred V. Covello on 5/18/05. |
| 34. | 05/18/2005 | 155 | REPLY to Response to MOTION for Summary Judgment filed by Philip Glynn. |
| 35. | 08/23/2005 | 160 | ORDER granting Motion to Strike, denying Motion to Strike, Signed by Judge Alfred V. Covello on 08/19/05. Modified on 8/23/05 to mark as an opinion. |
| 36. | 08/23/2005 | 161 | RULING granting Motion for Summary Judgment, denying Motion for Summary Judgment, Signed by Alfred V. Covello on 8/22/2005. |
| 37. | 09/20/2005 | 166 | NOTICE OF INTERLOCUTORY APPEAL as to Ruling on Motion for Summary Judgment by Bankers Life & Casualty Co. |
| 38. | 09/22/2005 | 168 | ORDER denying Motion for Attorney Fees, Signed by Judge Alfred V. Covello on 9/22/05 (Blue, A.) (Entered: 09/23/2005) |
| 39. | 09/28/2005 | 170 | JUDGMENT in favor of plaintiff against defendant, Signed by Clerk on 9/28/05 |
| 40. | 10/07/2005 | 171 | AMENDED MOTION for Attorney Fees by Philip Glynn. (Attachments: #1 #2 #3 #4 #5 #6 #7 #8 #9 #10 #11 #12 #13 Exhibits) |
| 41. | 10/28/2005 | 173 | Memorandum in Opposition re Amended MOTION for Attorney Fees filed by Bankers Life & Casualty Co. |

| No. | Date Filed | Court Docket No. | Document |
|---|---|---|---|
| 42. | 11/17/2005 | 175 | RULING granting Amended Motion for Attorney Fees, Signed by Judge Alfred V. Covello on 11/17/05. |