UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 DEC 28  A 11: 02

**PHILIP GLYNN**

**3:02-CV-1802 (AVC)**

v.

**BANKERS LIFE & CASUALTY CO.**

USCA:  05-5087(L)
       05-5138 (XAP)

## PLAINTIFF'S INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
| --- | --- | --- | --- |
| 7/21/03 | 34 | Motion to Amend Amended Complaint | 1 |
| 8/18/03 | 41 | Amended Complaint | 2 |
| 11/3/03 | 48 | Motion to Dismiss 2nd & 3rd Counts of Amended Complaint | 3 |
| 11/3/03 | 49 | Memorandum in Support of Motion to Dismiss | 4 |
| 11/14/03 | 54 | Objection to Motion to Dismiss | 5 |
| 11/24/03 | 57 | Reply to Response to Motion to Dismiss | 6 |
| 12/8/03 | 58 | Surreply to Response to Motion to Dismiss | 7 |
| 12/11/03 | 60 | Endorsement Order granting Motion to Dismiss 2nd & 3rd Counts | 8 |
| 1/27/04 | 64 | Amended Complaint | 9 |
| 2/5/04 | 65 | Answer & Affirmative Defenses | 10 |

| Date | Doc # | Description | Tab |
|---|---|---|---|
| 3/18/05 | 127 | Plaintiff's Motion for Summary Judgment | 11 |
| 3/28/05 | 130 | Defendant's Motion for Summary Judgment | 12 |
| 8/23/05 | 161 | Ruling Granting Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion for Summary Judgment | 13 |
| 9/6/05 | 162 | Bill of Costs – plaintiff | 14 |
| 9/6/05 | 163 | Motion for Attorney Fees- plaintiff | 15 |
| 9/16/05 | 164 | Memorandum in Opposition to Motion for Attorney Fees | 16 |
| 9/19/05 | 165 | Objection to Bill of Costs | 17 |
| 9/20/05 | 166 | Notice of Interlocutory Appeal by Defendant as to Summary Judgment Ruling | 18 |
| 9/21/05 | 167 | Reply to Response to Motion for Attorney Fees | 19 |
| 9/22/05 | 168 | Order denying Motion for Attorney Fees | 20 |
| 9/22/05 | 169 | Notice of Interlocutory Appeal by Plaintiff as to Motion to Dismiss | 21 |
| 9/28/05 | 170 | Judgment in favor of plaintiff against defendant | 22 |
| 10/7/05 | 171 | Amended Motion for Attorneys Fees | 23 |
| 10/21/05 | 172 | Bill of Costs denied without prejudice | 24 |
| 11/17/05 | 175 | Ruling Granting Plaintiff's Amended Petition for Reasonable Attorney's Fees | 25 |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the Index of Appeal prepared by the Plaintiff, cross-appellant, was mailed to the following counsel of record on December 27, 2005:

Andrew Muscato
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
212-735-3000 (telephone)
212-735-2000 (facsimile)

_____
Kathryn Calibey