## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP GLYNN,<br>Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | Civil No. 3:02CV1802 (AVC) |
| | : | |
| BANKERS LIFE AND CASUALTY<br>COMPANY, | : | |
| Defendant | : | MARCH 22, 2006 |

## CONSENT ORDER DISMISSING
## COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

This matter having been opened to the Court by Skadden, Arps, Slate, Meagher &

Flom, LLP, attorneys for Defendant Bankers Life & Casualty Company, and RisCassi and

Davis, P.C., attorneys for Plaintiff Philip Glynn, and the parties hereto entered into a Release

and Settlement Agreement settling the issues before this Court, by and through their attorneys,

and pursuant to that agreement and Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate that the

complaint be dismissed with prejudice and with the parties bearing their own costs and

attorneys fees, and Plaintiff and Defendant having consented to the form of this Order, and for

good cause shown,

IT IS on this _____ day of _____, 2006

ORDERED that this action, including all claims asserted herein, be and hereby is

dismissed as against Defendant with prejudice and without costs to any party; and it is further

ORDERED that the Court shall retain jurisdiction to enforce the settlement contained in

the Release and Settlement Agreement.

_____
Hon. Alfred V. Covello, U.S.D.J.

The undersigned, attorneys for the parties
Hereto, hereby consent to the form and entry
Of the within Order.

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
Attorneys for Defendant
Bankers Life & Casualty Company

BY_____
        Andrew Muscato

RISCASSI AND DAVIS, P.C.
Attorneys for Plaintiff
Philip Glynn

BY_____
        Everett H. Madin, Jr.