**MANDATE**

CTDC/NHCT
02-cv-1802
COVELLO

# United States Court of Appeals
## For the Second Circuit

------------------------------- x

PHILIP GLYNN,

    Plaintiff-Appellee-Cross-Appellant,

v.

BANKERS LIFE & CASUALTY CO.,

    Defendant-Appellant-Cross-Appellee.

------------------------------- x

Docket No. 05-5087-cv(L)
05-5138-cv(XAP)

May 3, 2006



FILED MAY 26 2006 UNITED STATES COURT OF APPEALS SECOND CIRCUIT

### STIPULATION WITHDRAWING APPEALS

IT is hereby stipulated and agreed between the undersigned parties that because this matter has settled, the undersigned parties wish to withdraw their respective appeals.

DEFENDANT-APPELLANT-CROSS-APPELLEE,
Bankers Life & Casualty Co.

By: _____
Andrew Muscato
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Tel: 212-735-3000; Fax: 212-735-2000

PLAINTIFF-APPELLEE-CROSS-APPELLANT,
Philip Glynn

By: _____
Kathryn Calibey; Everett H. Madin
Riscassi & Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557
Tel: 860-522-1196; Fax: 860-246-5847

U.S. COURT 2006 JUN -2 P 1:23 FILED

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By /s/ Vidya Kurella 5/25/06
Vidya Kurella, Associate Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Tommy Mortimer
DEPUTY CLERK

CERTIFIED: 5/30/06